## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WENDELL WILLIAMS, Individually and on behalf of all others similarly situated, | Case No. 05-CV-10413 (JLT) |
| Plaintiff, | CLASS ACTION |
| vs. | |
| ELAN CORPORATION, PLC., G. KELLY MARTIN, LARS ECKMAN and SHANE COOKE, | |
| Defendants. | |
| SIDNEY D. FELDMAN FAMILY TRUST, Individually and on behalf of all others similarly situated, | Case No. 05-CV-10481 (JLT) |
| Plaintiff, | CLASS ACTION |
| vs. | |
| ELAN CORPORATION, PLC., G. KELLY MARTIN, LARS ECKMAN and SHANE COOKE, | |
| Defendants. | |

**MOTION OF THE INSTITUTIONAL INVESTOR GROUP FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL AND LIAISON COUNSEL**

MN Services, Activest Investmentgesellschaft mbH, Electronic Trading Group L.L.C., Third Millenium Trading, LLP, Horatio Capital LLC and Donald S. Frank (collectively, the "Institutional Investor Group"), by their counsel, hereby move this Court for an Order: (i) consolidating the above-captioned actions; (ii) appointing the Institutional Investor Group as Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"); and (iii) approving the Institutional Investor Group's selection of Milberg Weiss Bershad & Schulman LLP and Entwistle & Cappucci LLP as Lead Counsel, and Moulton & Gans, P.C. as Liaison Counsel of the actions, pursuant to the PSLRA. In support of this Motion, Movants submit herewith a Memorandum of Law, a Declaration, and a [Proposed] Order.

## REQUEST FOR ORAL ARGUMENT

Movants respectfully request oral argument on this motion.

DATED:      May 3, 2005

Boston, Massachusetts

Respectfully submitted,

**MOULTON & GANS, P.C.**

By: /s/ Nancy Freeman Gans
Nancy Freeman Gans, BBO #184540
33 Broad Street, Suite 1100
Boston, MA  02109
Telephone:  (617) 369-7979

*Proposed Liaison Counsel*

**MILBERG WEISS BERSHAD
 & SCHULMAN LLP**
Steven G. Schulman
Anita B. Kartalopoulos
One Pennsylvania Plaza
New York, NY 10119
(212) 594-5300

**ENTWISTLE & CAPPUCCI LLP**
Vincent R. Cappucci
Stephen D. Oestreich
Robert N. Cappucci
299 Park Avenue
New York, NY  10171

*Proposed Lead Counsel*

## LOCAL RULE 7.1 CERTIFICATE

I, Nancy Freeman Gans, hereby certify that as of today, May 3, 2005, no counsel has filed an appearance for any of the defendants in the above-entitled cases, and I have therefore been unable to consult regarding the Motion for Consolidation.  The Motion for Appointment of Lead Plaintiff and for Approval of Selection of Lead Counsel and Liaison is required by statute and therefore the issue cannot be resolved or narrowed..

/s/ Nancy Freeman Gans
Nancy Freeman Gans

## CERTIFICATE OF SERVICE

I, Nancy Freeman Gans, hereby certify that a true copy of the above document was served upon the attorney of record for each party.

/s/ Nancy Freeman Gans
Nancy Freeman Gans