## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| WENDELL WILLIAMS, Individually and on behalf of all others similarly situated, | : : : : | Case No. 05-CV-10413 (JLT) |
| Plaintiff, | : : | <u>CLASS ACTION</u> |
| vs. | : : | |
| ELAN CORPORATION, PLC., G. KELLY MARTIN, LARS ECKMAN and SHANE COOKE, | : : : : | |
| Defendants. | : : | |
| SIDNEY D. FELDMAN FAMILY TRUST, Individually and on behalf of all others similarly situated, | : : : : | Case No. 05-CV-10481 (JLT) <u>CLASS ACTION</u> |
| Plaintiff, | : : | |
| vs. | : : | |
| ELAN CORPORATION, PLC., G. KELLY MARTIN, LARS ECKMAN and SHANE COOKE, | : : : : | |
| Defendants. | : : | |

### [PROPOSED] ORDER CONSOLIDATING ACTIONS, APPOINTING LEAD PLAINTIFF AND APPROVING LEAD PLAINTIFF'S SELECTION <u>OF LEAD COUNSEL</u>

Upon consideration of the motions and supporting papers for consolidation, appointment of lead plaintiff and lead counsel in the above-captioned action and for good cause shown,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is **GRANTED**;

2. The above-captioned actions are **CONSOLIDATED** pursuant to Fed. R. Civ. P. 42(a);

3. MN Services, Activest Investmentgesellschaft mbH, Electronic Trading Group L.L.C., Third Millenium Trading, LLP, Horatio Capital LLC and Donald S. Frank are hereby **APPOINTED** to serve as Lead Plaintiff(s) in the consolidated action, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995.

4. The law firms of Milberg Weiss Bershad & Schulman LLP and Entwistle & Cappucci LLP are hereby **APPOINTED** to serve as Lead Counsel for the Class, and Moulton & Gans P.C. is appointed as Liaison Counsel, pursuant to Section 21D(a)(3)(B) of the Exchange Act, 15 U.S.C. § 78u-4(a)(3)(B), as amended by Section 101(a) of the Private Securities Litigation Reform Act of 1995, in the above-captioned action.

SO ORDERED.

DATED: _____, 2005

_____
UNITED STATES DISTRICT JUDGE