**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

————————————————————x

| | | |
|---|---|---|
| WENDELL WILLIAMS, Individually and on behalf of all others similarly situated, | : | Case No. 05-CV-10413 (JLT) |
| | : | |
| | : | CLASS ACTION |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| ELAN CORPORATION, PLC., G. KELLY MARTIN, LARS ECKMAN and SHANE COOKE, | : | |
| | : | |
| Defendants. | : | |
| | : | |
| SIDNEY D. FELDMAN FAMILY TRUST, Individually and on behalf of all others similarly situated, | : | Case No. 05-CV-10481 (JLT) |
| | : | |
| | : | CLASS ACTION |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| ELAN CORPORATION, PLC., G. KELLY MARTIN, LARS ECKMAN and SHANE COOKE, | : | |
| | : | |
| Defendants. | : | |

**DECLARATION OF NANCY FREEMAN GANS**
**IN SUPPORT OF THE MOTION OF THE INSTITUTIONAL INVESTOR GROUP FOR**
**CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND**
**APPROVAL OF SELECTION OF LEAD COUNSEL AND LIAISON COUNSEL**

I, Nancy Freeman Gans, under penalties of perjury, hereby declare:

1.  I am a partner of Moulton & Gans, P.C.  I submit this declaration in support of the motion of the Institutional Investor Group For Consolidation, Appointment As Lead Plaintiff And Approval Of Selection Of Lead Counsel and Liaison Counsel.

2.  Attached hereto as Exhibit A is a true and correct copy of the PSLRA notice published by counsel for plaintiff in the first-filed action on *PrimeZone Media Network* on March 3, 2005.

3.  Attached hereto as Exhibit B is a true and accurate copy of the PSLRA certification of the members of the Institutional Investor Group.

4.  Attached hereto as Exhibit C is a chart analyzing and presenting the Institutional Investor Group's financial interest in the litigation.

5.  Attached hereto as Exhibit D is the firm resume of Milberg Weiss Bershad & Schulman LLP.

6.  Attached hereto as Exhibit E is the firm resume of Entwistle & Cappucci LLP

7.  Attached hereto as Exhibit F is the firm resume of Moulton & Gans P.C.

Dated:    May 3, 2005
          Boston, Massachusetts

                                        /s/ Nancy Freeman Gans_____
                                        Nancy Freeman Gans

## CERTIFICATE OF SERVICE

I, Nancy Freeman Gans, hereby certify that a true copy of the above document was served upon the attorney of record for each party.

                                        /s/ Nancy Freeman Gans
                                        Nancy Freeman Gans

# EXHIBIT A

*PrimeZone Media Network March 3, 2005 Thursday*

Copyright 2005 PrimeZone Media Network, Inc.
PrimeZone Media Network

**March** 3, 2005 Thursday 2:57 PM EST

**SECTION:** LAW & LEGAL ISSUES

**LENGTH:** 699 words

**HEADLINE:** Johnson & Perkinson Announces **Class Action** Lawsuit against **Elan** Corp., plc -- ELN

**BODY:**


SOUTH BURLINGTON, Vt., March 3, 2005 (PRIMEZONE) -- Johnson & Perkinson ("J&P") is commencing tomorrow a **class action** on behalf of purchasers of **Elan** Corp., plc ("**Elan**") (NYSE:ELN) securities during the period between February 18, 2004 and February 25, 2005 (the "Class Period"). Johnson & Perkinson has been retained by purchasers of **Elan** securities and will be filing an action tomorrow in the U.S. District Court for the District of Massachusetts. More information can be obtained on Johnson & Perkinson's website at www.jpclasslaw.com.

The complaint charges **Elan** and certain of its officers with violations of the Securities Exchange Act of 1934. **Elan** is engaged in the development and commercialization of TYSABRI, a vaccine designed to treat patients with multiple sclerosis (MS), slowing the progression of the disease and reducing incidents of relapses. Throughout the Class Period, defendants caused **Elan** to make a number of positive statements about the status of its clinical trials and the commercial potential of TYSABRI, causing **Elan's** stock to trade at artificially inflated prices. The Complaint alleges that **Elan** violated federal securities laws by issuing false or misleading information. Specifically, defendants failed to disclose and misrepresented the following material adverse facts: (i) that TYSABRI(r) (natalizumab), a monoclonal antibody for the treatment of Multiple Sclerosis ("MS"), posed serious immune-system side effects; (ii) that TYSABRI, like other MS drugs, made patients susceptible to progressive multifocal leukoencephalopathy ("PML") by changing the way certain white blood cells function, thereby allowing PML, a normally dormant virus, to run rampant within the human body; (iii) that defendants knew and/or recklessly disregarded documented facts that MS drugs can cause greater incidents of PML to occur; and (iv) that defendants concealed these facts in order to fast track TYSABRI for FDA approval so that they could reap the financial benefits from the sales of the drug.

On February 28, 2005, **Elan** shocked the market by reporting that they were withdrawing TYSABRI from the market following reports of patients contracting PML, with at least one instance resulting in death. The announcement caused **Elan's** shares to plummet, declining over 70% to approximately $8 per share on February 28, 2005.

The plaintiff will be represented by J&P, which has expertise in prosecuting investor **class actions** and extensive experience in actions involving financial fraud. J&P is a litigation boutique dedicated to maximizing shareholders' returns and keeping the lead plaintiffs involved in the litigation. Attorneys Johnson and Perkinson are both former employees of the Securities and Exchange Commission. Members of the firm have prosecuted complex **class actions** on behalf of plaintiffs in the areas of securities and consumer fraud since 1985. Based in South Burlington, Vermont, the firm has prosecuted leading actions on behalf of defrauded investors against numerous public companies resulting in the recovery of many millions of dollars and has been singled out for its excellence by various courts. The firm is currently lead or co-lead counsel in securities **class actions** pending against Xerox, Priceline, i2, Allaire, and Exchange Applications and serves on the Executive Committee in the Global Crossing case.

Plaintiff will seek to recover damages on behalf of all purchasers of **Elan** securities during the Class Period (the "Class"). If you bought **Elan** securities between February 18, 2004 and February 25,

2005 you may, no later than April 3, 2005, move the Court to serve as lead plaintiff of the Class. In order to serve as lead plaintiff, however, you must meet certain legal requirements. If you wish to discuss this action or have any questions concerning this Notice or rights or interests with respect to these matters, please contact: Robin Freeman, Esquire at Johnson & Perkinson, toll free at 1-877-266-2133, via e-mail at email@jpclasslaw.com, or write to Johnson & Perkinson, P.O. Box 2305, South Burlington, Vermont 05403.

More information on this and other **class actions** can be found on the **Class Action** Newsline at www.primezone.com/ca.

**LOAD-DATE:** March 4, 2005

Source: News & Business > News > **Wire Service Stories** 🔢
Terms: **elan & class action and date(geq (03/03/2005) and leq (03/03/2005))**  (Edit Search)
View: Full
Date/Time: Friday, April 29, 2005 - 2:59 PM EDT

About LexisNexis | Terms and Conditions

Copyright © 2005 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

# EXHIBIT B

## CERTIFICATION OF PROPOSED LEAD PLAINTIFF
## PURSUANT TO FEDERAL SECURITIES LAWS

The undersigned, Andreas Fehrenbach and Berthold Robl, on behalf of the Activest Investmentgesellschaft mbH ("Activest"), for account of the following funds: SÜDINVEST 66, SÜDINVEST 165, CURFONDS 1, HANSEFONDS 1, HANSEFONDS 2, ACTIVEST B 18, VKEW-FONDS, VEBRIFONDS, KAPPAFONDS, KURPRINTFONDS, SÜWE-allfonds, and Activest TopEuro LUX declare the following as to the claims asserted, or to be asserted, under the federal securities laws:

1. We have reviewed the complaint prepared by Milberg Weiss Bershad & Schulman LLP, whom we designate as counsel for Activest in this action for all purposes.

2. As Managing Director and Legal Counsel of Activest, we have been duly authorized by Activest to commence litigation against ELAN CORP. PLC and the other defendants.

3. Activest did not acquire ELAN CORP. PLC securities at the direction of plaintiff's counsel or in order to participate in any private action under the federal securities laws.

4. Activest is willing to serve as a lead plaintiff either individually or as part of a group. A lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial.

5. Activest will not accept any payment for serving as a representative party beyond its pro rata share of any recovery, except reasonable costs and expenses, such as lost wages and travel expenses, directly related to the class representation, as ordered or approved by the court pursuant to law.

6. Within the past three years, Activest has sought to serve as a representative party for a class in an action under the federal securities laws in the following cases:

*Spigle v. Federal Home Loan Mortgage Corp.*, No. 03-CV-4261 (S.D.N.Y. 2003)
*In re Alstom SA Sec. Litig.*, No. 03-CV-6595 (S.D.N.Y. 2003).

7. Activest understands that this is not a claim form, and that its ability to share in any recovery as a member of the class is unaffected by its decision to serve as a representative party.

8. Since the beginning of the Class Period, Activest has made transactions in ELAN CORP. PLC listed in Schedule A attached hereto and will provide records of those transactions upon request.

**We declare under penalty of perjury that the foregoing is true and correct**

Executed this 29ᵗʰ day of April, 2005

Andreas Fehrenbach
Managing Director

Berthold Robl
Legal Counsel

**Schedule A**
**Activest Transactions in**
**Elan Corp. plc  (NYSE: ELN)**

| | DATE | SHARES | COST |
|---|---|---|---|
| **Purchase(s):** | | | |
| | 02/27/04 | 18,000 | $14.1866 |
| | 03/01/04 | 2,000 | $14.3421 |
| | 03/16/04 | 5,000 | $16.6077 |
| | 06/02/04 | 8,950 | $23.2945 |
| | 08/04/04 | 8,000 | $19.7359 |
| | 08/20/04 | 13,100 | $21.1904 |
| | 08/20/04 | 28,700 | $21.1904 |
| | 08/20/04 | 900 | $21.1904 |
| | 08/20/04 | 1,900 | $21.1904 |
| | 08/25/04 | 779 | $21.8044 |
| | 09/27/04 | 2,200 | $23.4059 |
| | 11/10/04 | 14,000 | $28.8340 |
| | 12/01/04 | 2,168 | $26.8255 |
| | 01/18/05 | 5,890 | $28.3836 |
| | 02/09/05 | 3,997 | $27.3269 |
| | 02/09/05 | 3,644 | $25.7904 |
| | 02/22/05 | 9,300 | $27.8467 |
| **Sale(s):** | | | |
| | 10/21/04 | 2,200 | $22.7932 |
| | 01/28/05 | 14,000 | $26.5768 |
| | 02/28/05 | 300 | $8.4667 |
| | 02/28/05 | 5,900 | $8.4667 |

## CERTIFICATION OF PROPOSED LEAD PLAINTIFF
## PURSUANT TO FEDERAL SECURITIES LAWS

The undersigned, Ruud Hagendijk and Hans Rademaker, on behalf of MN Services, for account of its following three funds: NV Schadeverzekering Metaalnijverheid, Stichting Pensioenfonds Metaal en Techniek, and MN Services Aandelenfonds declare the following as to the claims asserted, or to be asserted, under the federal securities laws:

1. We have reviewed the complaint filed in this case prepared by Milberg Weiss Bershad & Schulman LLP, whom we designate as counsel for MN Services in this action for all purposes.

2. We, Ruud Hagendijk as Chief Executive Officer, and Hans Rademaker as Director of Investment Management of MN SERVICES, have been duly authorized by MN SERVICES to commence litigation against ELAN CORP. PLC and the other defendants.

3. MN SERVICES did not acquire ELAN CORP. PLC securities at the direction of plaintiff's counsel or in order to participate in any private action under the federal securities laws.

4. MN SERVICES is willing to serve as a lead plaintiff either individually or as part of a group. A lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial.

5. MN SERVICES will not accept any payment for serving as a representative party beyond its pro rata share of any recovery, except reasonable costs and expenses, such as lost wages and travel expenses, directly related to the class representation, as ordered or approved by the court pursuant to law.

6. MN SERVICES has not sought to serve or served as a representative party for a class in an action under the federal securities laws within the past three years.

7. MN SERVICES understands that this is not a claim form, and that its ability to share in any recovery as a member of the class is unaffected by its decision to serve as a representative party.

8. Since the beginning of the Class Period, MN Services has made transactions in ELAN CORP. PLC listed in Schedule A attached hereto and will provide records of those transactions upon request.

**We declare under penalty of perjury that the foregoing is true and correct**

Executed this 2 day of May, 2005

_____
Ruud Hagendijk
Chief Executive Officer

_____
Hans Rademaker
Director of Investment Management

**Schedule A**
**MN Services Transactions in**
**Elan Corp. plc  (NYSE: ELN)**

|  | DATE | SHARES | COST |
|---|---|---|---|
| **Purchase(s):** | | | |
| | 08/23/04 | 98,358 | $21.6753 |
| | 08/31/04 | 4,239 | $22.5386 |
| | 08/31/04 | 2,488 | $22.5386 |
| | 09/30/04 | 1,215 | $23.4294 |
| | 10/18/04 | 60,000 | $22.5642 |
| | 10/29/04 | 4,063 | $25.8856 |
| | 10/29/04 | 1,893 | $25.8392 |
| | 11/30/04 | 3,322 | $26.2924 |
| | | | |
| **Sale(s):** | | | |
| | 11/30/04 | 1,549 | $26.2924 |

## CERTIFICATION OF PROPOSED LEAD PLAINTIFF

I, Donald Frank certify that:

1. I have reviewed the complaint and I authorize Milberg Weiss Bershad & Schulman LLP to act on my behalf in this matter in applying for Lead Plaintiff status and for all other purposes.

2. I did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3. I am willing to serve as a Lead Plaintiff either individually or as part of a group. A Lead Plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include providing testimony at deposition and trial. If necessary.

4. I represent and warrant that I am authorized to execute this Certification on behalf of the purchasers of the subject securities described herein (including, as the case may be, myself, any co-owners, any corporations or other entities, and/or any beneficial owners).

5. I will not accept any payments for serving as a representative party on behalf of the class beyond the purchaser's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

6. I understand that this is not a claim form, and that my ability to share in any recovery as a member of the class is unaffected by my decision to serve as a representative party or Lead Plaintiff.

7. The number of shares or other securities of Elan Corp. PLC (NYSE:ELN) I held on the first day of the Class Period was:

Type of Security (check one)                              Quantity

☐ Common Stock      X  ADRs
☐ Bonds             ☐  Put                               _____
☐ Call              ☐  Preferred Stock

8. I have listed below all my transactions in the securities of Elan Corp. PLC (NYSE:ELN) during the Class Period as follows:

| Type of Security (Common stock, ADRs, Preferred Stock, Calls, Puts or Bonds) | Purchase/Acquisition or Sale/Disposition | Quantity | Trade Date (mm/dd/yy) | Price per Share/Security ($) |
|---|---|---|---|---|
| | | | | |
| | SEE ATTACHED | | | |
| | | | | |

(* List additional transactions on separate sheet, if necessary)

These securities were acquired or held in (check all that apply):

☐ General (non-retirement account)      ☐ Merger/acquisition/distribution            ☐ Gift
☐ IRA                                   ☐ Employer-sponsored plan (401k, 403b, etc.)

9. I made the following sales of securities of Elan Corp. PLC (NYSE:ELN) during the 90-day period after the Class Period:

| Type of Security (Common stock, ADRs, Preferred Stock, Calls, Puts or Bonds) | Quantity | Trade Date (mm/dd/yy) | Price per Share/Security ($) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

10. During the three years prior to the date of this Certification, I have not sought to serve and I have not served as a representative party for a class in an action filed under the federal securities laws except as described below (if any):

I declare under penalty of perjury, under the laws of the United States, that the information entered is accurate.

Executed this __ƷΛ0__ day of __M A y__, 2005

DONALD FRANK

**Schedule A**
**Donald S. Frank Transactions in**
**Elan Corp. plc  (NYSE: ELN)**

Donald S. Frank

| | DATE | SHARES | COST |
|---|---|---|---|
| Purchase(s): | | | |
| | 03/01/04 | 900 | $14.9600 |
| | 03/02/04 | 2,114 | $15.6900 |
| | 03/03/04 | 2,000 | $17.1500 |
| | 03/04/04 | 2,000 | $16.2000 |
| | 03/05/04 | 1,000 | $16.7000 |
| | 03/09/04 | 1,000 | $16.1100 |
| | 03/09/04 | 1,000 | $17.1400 |
| | 03/19/04 | 1,100 | $19.8200 |
| | 03/22/04 | 2,000 | $19.1000 |
| | 03/22/04 | 2,000 | $19.8300 |
| | 03/23/04 | 1,000 | $19.9200 |
| | 03/24/04 | 1,900 | $19.9000 |
| | 03/24/04 | 100 | $19.9100 |
| | 03/31/04 | 10,000 | $20.7500 |
| | 03/31/04 | 5,000 | $20.7700 |
| | 04/22/04 | 500 | $22.7500 |
| | 04/22/04 | 2,000 | $22.7100 |
| | 04/26/04 | 750 | $24.0000 |
| | 05/06/04 | 5,000 | $21.4800 |
| | 05/27/04 | 3,750 | $23.0900 |
| | 07/02/04 | 500 | $25.2500 |
| | 07/02/04 | 1,800 | $25.2200 |
| | 07/02/04 | 200 | $25.2500 |
| | 07/22/04 | 1,000 | $21.1500 |
| | 07/22/04 | 1,500 | $21.1800 |
| | 09/08/04 | 500 | $23.3900 |
| | 09/08/04 | 200 | $23.3900 |
| | 09/08/04 | 200 | $23.3900 |
| | 09/08/04 | 100 | $23.3900 |
| | 09/08/04 | 2,500 | $23.2500 |
| | 11/19/04 | 2,000 | $28.0000 |
| | 11/19/04 | 400 | $27.9400 |
| | 11/19/04 | 200 | $27.9400 |
| | 11/19/04 | 100 | $27.9400 |
| | 11/19/04 | 1,100 | $27.9400 |
| | 11/19/04 | 400 | $27.9400 |
| | 11/19/04 | 1,000 | $27.3000 |
| | 11/19/04 | 1,000 | $27.3000 |
| | 11/19/04 | 100 | $27.9500 |
| | 11/19/04 | 1,800 | $27.9200 |
| | 11/19/04 | 1,200 | $27.9300 |
| | 11/19/04 | 200 | $27.9500 |
| | 11/19/04 | 4,000 | $27.7200 |
| | 11/19/04 | 3,000 | $27.9900 |
| | 11/19/04 | 1,000 | $27.9100 |
| | 11/19/04 | 800 | $27.9500 |
| | 11/19/04 | 100 | $27.9400 |
| | 11/19/04 | 100 | $27.9600 |
| | 11/24/04 | 2,000 | $27.5000 |
| | 11/24/04 | 500 | $27.9900 |
| | 11/24/04 | 2,000 | $27.4600 |
| | 11/24/04 | 5,000 | $27.3800 |

**Schedule A**
**Donald S. Frank Transactions in**
**Elan Corp. plc  (NYSE: ELN)**

**Donald S. Frank**

|  | DATE | SHARES | COST |
|---|---|---|---|
| Sale(s): | | | |
| | 08/10/04 | 1,000 | $16.6340 |
| | 08/10/04 | 6,500 | $16.6000 |
| | 08/13/04 | 600 | $16.5000 |
| | 08/13/04 | 400 | $16.5200 |
| | 11/09/04 | 5,000 | $29.3300 |
| | 11/09/04 | 1,000 | $29.3000 |
| | 11/09/04 | 800 | $29.3300 |
| | 11/09/04 | 200 | $29.3400 |
| | 11/09/04 | 3,000 | $29.2500 |
| | 11/09/04 | 2,500 | $29.2970 |
| | 11/09/04 | 300 | $29.2800 |
| | 11/09/04 | 200 | $29.2600 |
| | 11/15/04 | 1,200 | $29.3400 |
| | 11/15/04 | 800 | $29.3300 |
| | 03/02/05 | 1,000 | $7.9997 |
| | 03/02/05 | 1,900 | $7.9997 |
| | 03/02/05 | 100 | $7.9997 |
| | 03/02/05 | 1,000 | $7.9997 |
| | 03/02/05 | 2,000 | $7.9997 |
| | 03/02/05 | 2,000 | $7.9997 |
| | 03/02/05 | 500 | $7.9998 |
| | 03/02/05 | 10,000 | $7.9700 |
| | 03/02/05 | 8,100 | $7.9900 |
| | 03/02/05 | 1,900 | $8.0000 |
| | 03/02/05 | 10,500 | $7.9900 |
| | 03/07/05 | 100 | $6.4000 |
| | 03/07/05 | 1,900 | $6.4000 |
| | 03/07/05 | 1,000 | $6.3500 |
| | 03/07/05 | 5,000 | $6.4200 |
| | 03/07/05 | 100 | $6.3500 |
| | 03/07/05 | 1,000 | $6.4700 |
| | 03/07/05 | 5,000 | $6.2500 |
| | 03/07/05 | 2,900 | $6.3500 |
| | 03/07/05 | 1,000 | $6.3500 |
| | 03/07/05 | 1,000 | $6.4000 |

## CERTIFICATION

Gregg Giaquinto declares the following as to the claims asserted, or to be asserted, under the federal securities laws:

1.    My name is Gregg Giaquinto and I am the Chief Operating Officer and General Counsel of Electronic Trading Group, L.L.C. ("ETG").

2.    I have reviewed a copy of the complaint filed in the action, captioned *Williams v. Elan Corporation, plc, et. al.*, Civil Action No. 05-cv-10413 (U.S. Dist. Ct., D. Mass.).

3.    ETG did not acquire any of the relevant securities at the direction of plaintiff's counsel or in order to participate in any private action under the federal securities laws.

4.    I am duly authorized to pursue appointment of ETG as a representative party in this matter and to seek approval of ETG's selection of lead and liaison counsel. ETG is willing to serve as a representative party in this action and it recognizes its duties as such, including monitoring and directing the litigation, and providing testimony at deposition and trial, if necessary.

5.    ETG will not accept any payment for serving as a representative party beyond its *pro rata* share of any recovery, except reasonable costs and expenses, such as lost wages and travel expenses, directly related to the class representation, as ordered or approved by the court pursuant to law.

6.    ETG has not sought to serve or served as a representative party for a class in any action under the federal securities laws within the past three years, except *PLA, LLC v. Advanced Neuromodulation Systems, Inc., et al.*, Civil Action No. 05-cv-78 (U.S. Dist. Ct., E.D. Tex.).

7.    ETG's transactions during the proposed class period in Elan Corporation, plc securities, that are the subject of this litigation, are described in the chart attached hereto as Schedule A.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed this ___2___ day of May 2005

By: _____
           Gregg Giaquinto
           Chief Operating Officer and
           General Counsel
           Electronic Trading Group, L.L.C.

**Schedule A**
**Electronic Trading Group, L.L.C. Transactions in**
**Elan Corp. plc  (NYSE: ELN)**

|  | DATE | SHARES | COST |
|---|---|---|---|
| Purchase(s): | | | |
| | 02/18/04 | 1,300 | $11.8900 |
| | 02/18/04 | 4,000 | $11.0500 |
| | 02/18/04 | 1,000 | $10.9605 |
| | 02/18/04 | 4,600 | $10.5710 |
| | 02/18/04 | 2,500 | $10.5710 |
| | 02/18/04 | 2,400 | $10.5500 |
| | 02/18/04 | 500 | $10.4310 |
| | 02/18/04 | 2,000 | $10.6900 |
| | 02/18/04 | 5,000 | $10.6100 |
| | 02/18/04 | 10,000 | $10.7510 |
| | 02/18/04 | 2,000 | $10.7000 |
| | 02/18/04 | 100 | $11.6200 |
| | 02/18/04 | 100 | $11.6700 |
| | 02/18/04 | 1,000 | $11.1000 |
| | 02/18/04 | 500 | $11.1000 |
| | 02/18/04 | 500 | $11.1000 |
| | 02/18/04 | 1,000 | $10.9700 |
| | 02/18/04 | 1,000 | $11.0400 |
| | 02/19/04 | 200 | $12.4300 |
| | 02/19/04 | 500 | $13.5400 |
| | 02/19/04 | 1,000 | $12.4500 |
| | 02/19/04 | 14 | $12.1000 |
| | 02/20/04 | 1,000 | $12.8800 |
| | 02/24/04 | 2,000 | $13.4100 |
| | 02/24/04 | 400 | $13.4100 |
| | 02/24/04 | 400 | $13.3800 |
| | 02/24/04 | 4,600 | $13.4000 |
| | 02/24/04 | 2,000 | $13.4000 |
| | 02/24/04 | 1,000 | $13.4000 |
| | 02/24/04 | 1,700 | $13.3100 |
| | 02/24/04 | 2,600 | $13.3000 |
| | 02/24/04 | 3,000 | $13.3500 |
| | 02/24/04 | 3,000 | $13.3500 |
| | 02/24/04 | 900 | $13.3600 |
| | 02/24/04 | 4,000 | $13.4200 |
| | 02/24/04 | 2,000 | $13.5000 |
| | 02/26/04 | 100 | $13.4500 |
| | 02/26/04 | 11,900 | $13.2000 |
| | 02/26/04 | 4,400 | $12.7400 |
| | 02/26/04 | 1,700 | $12.7400 |
| | 02/26/04 | 5,000 | $12.7400 |
| | 02/26/04 | 400 | $12.7400 |
| | 02/26/04 | 2,350 | $13.1800 |
| | 02/26/04 | 128 | $13.1600 |
| | 02/26/04 | 5,000 | $13.1000 |
| | 02/26/04 | 4,796 | $12.8500 |
| | 02/26/04 | 4,600 | $12.7500 |
| | 02/26/04 | 4,600 | $12.7500 |
| | 02/26/04 | 5,600 | $12.7500 |
| | 02/26/04 | 400 | $12.7700 |
| | 02/26/04 | 204 | $12.8000 |

**Schedule A**
**Electronic Trading Group, L.L.C. Transactions in**
**Elan Corp. plc  (NYSE: ELN)**

|  | DATE | SHARES | COST |
|---|---|---|---|
| Purchase(s) | 02/26/04 | 7,500 | $13.0400 |
| Continued: | 02/26/04 | 12,000 | $12.9400 |
|  | 02/26/04 | 200 | $12.9800 |
|  | 02/26/04 | 300 | $12.9700 |
|  | 02/26/04 | 2,721 | $12.7300 |
|  | 02/26/04 | 279 | $12.7500 |
|  | 02/26/04 | 300 | $12.7390 |
|  | 02/27/04 | 3,000 | $14.0600 |
|  | 02/27/04 | 1,000 | $14.1700 |
|  | 02/27/04 | 1,000 | $14.1700 |
|  | 02/27/04 | 2,000 | $14.1400 |
|  | 02/27/04 | 500 | $14.3400 |
|  | 02/27/04 | 200 | $14.3200 |
|  | 02/27/04 | 200 | $14.2400 |
|  | 03/01/04 | 1,500 | $14.5700 |
|  | 03/01/04 | 3,000 | $14.6700 |
|  | 03/01/04 | 1,000 | $14.5700 |
|  | 03/02/04 | 300 | $15.6500 |
|  | 03/02/04 | 3,000 | $15.6300 |
|  | 03/02/04 | 1,000 | $15.6300 |
|  | 03/02/04 | 1,000 | $16.7700 |
|  | 03/02/04 | 1,000 | $16.7700 |
|  | 03/03/04 | 100 | $16.5600 |
|  | 03/03/04 | 2,000 | $16.0500 |
|  | 03/03/04 | 2,000 | $16.5500 |
|  | 03/03/04 | 2,000 | $16.0500 |
|  | 03/03/04 | 2,000 | $16.0500 |
|  | 03/03/04 | 2,000 | $16.5800 |
|  | 03/03/04 | 500 | $17.1700 |
|  | 03/03/04 | 2,500 | $16.8100 |
|  | 03/03/04 | 5,000 | $16.7500 |
|  | 03/03/04 | 750 | $16.6000 |
|  | 03/03/04 | 1,250 | $16.3300 |
|  | 03/03/04 | 6,250 | $16.9500 |
|  | 03/03/04 | 100 | $17.1800 |
|  | 03/03/04 | 100 | $17.1700 |
|  | 03/03/04 | 3,400 | $17.1700 |
|  | 03/03/04 | 1,000 | $17.1100 |
|  | 03/03/04 | 1,000 | $17.4500 |
|  | 03/03/04 | 2,000 | $16.5500 |
|  | 03/03/04 | 2,000 | $16.5500 |
|  | 03/03/04 | 2,000 | $16.0500 |
|  | 03/03/04 | 1,000 | $16.0500 |
|  | 03/04/04 | 1,500 | $16.1000 |
|  | 03/04/04 | 1,000 | $16.1100 |
|  | 03/04/04 | 500 | $16.1400 |
|  | 03/04/04 | 500 | $16.2000 |
|  | 03/04/04 | 900 | $16.0600 |
|  | 03/04/04 | 1,500 | $16.1800 |
|  | 03/05/04 | 1,000 | $17.0500 |
|  | 03/05/04 | 1,000 | $17.0500 |
|  | 03/05/04 | 1,000 | $17.0000 |

## Schedule A
## Electronic Trading Group, L.L.C. Transactions in
## Elan Corp. plc  (NYSE: ELN)

|  | DATE | SHARES | COST |
|---|---|---|---|
| Purchase(s) Continued: | 03/05/04 | 1,000 | $16.7400 |
| | 03/05/04 | 2,000 | $16.7000 |
| | 03/05/04 | 2,000 | $17.4000 |
| | 03/05/04 | 2,000 | $17.2900 |
| | 03/05/04 | 1,000 | $17.3400 |
| | 03/08/04 | 10,000 | $16.9500 |
| | 03/09/04 | 100 | $17.0200 |
| | 03/09/04 | 900 | $17.0200 |
| | 03/09/04 | 6,500 | $17.0300 |
| | 03/09/04 | 3,400 | $17.0500 |
| | 03/09/04 | 5,000 | $17.0200 |
| | 03/09/04 | 9,100 | $17.0200 |
| | 03/09/04 | 5,000 | $17.0100 |
| | 03/09/04 | 8,000 | $17.1300 |
| | 03/09/04 | 2,000 | $17.2000 |
| | 03/09/04 | 3,000 | $17.2300 |
| | 03/09/04 | 3,000 | $17.2300 |
| | 03/09/04 | 1,000 | $17.4000 |
| | 03/09/04 | 1,000 | $17.4000 |
| | 03/09/04 | 2,000 | $17.2700 |
| | 03/10/04 | 300 | $17.1200 |
| | 03/10/04 | 500 | $17.0600 |
| | 03/11/04 | 100 | $16.1400 |
| | 03/11/04 | 188 | $15.9100 |
| | 03/11/04 | 400 | $16.0600 |
| | 03/11/04 | 1,500 | $16.1200 |
| | 03/18/04 | 100 | $19.1000 |
| | 03/18/04 | 100 | $19.0800 |
| | 03/18/04 | 100 | $19.0300 |
| | 03/19/04 | 100 | $19.8500 |
| | 03/19/04 | 100 | $20.3500 |
| | 03/19/04 | 100 | $20.3700 |
| | 03/23/04 | 3,848 | $20.0300 |
| | 03/23/04 | 1,200 | $20.0600 |
| | 03/23/04 | 400 | $20.0200 |
| | 03/23/04 | 1,000 | $19.8500 |
| | 03/23/04 | 100 | $19.8100 |
| | 03/23/04 | 85 | $19.8000 |
| | 03/23/04 | 2,700 | $19.9500 |
| | 03/23/04 | 900 | $19.9000 |
| | 03/23/04 | 100 | $19.9000 |
| | 03/23/04 | 1,050 | $19.9000 |
| | 03/23/04 | 2,114 | $19.9000 |
| | 03/23/04 | 50 | $19.8900 |
| | 03/23/04 | 25 | $19.8700 |
| | 03/23/04 | 2,000 | $20.0000 |
| | 03/23/04 | 752 | $20.0100 |
| | 03/23/04 | 1,000 | $20.0000 |
| | 03/26/04 | 14,700 | $20.0000 |
| | 03/26/04 | 197 | $19.9900 |
| | 03/26/04 | 2,000 | $19.8900 |
| | 03/31/04 | 500 | $20.8000 |

**Schedule A**
**Electronic Trading Group, L.L.C. Transactions in**
**Elan Corp. plc  (NYSE: ELN)**

|  | DATE | SHARES | COST |
|---|---|---|---|
| Purchase(s) | 03/31/04 | 500 | $20.8000 |
| Continued: | 03/31/04 | 100 | $20.9400 |
|  | 04/01/04 | 100 | $20.5200 |
|  | 04/01/04 | 100 | $20.6200 |
|  | 04/01/04 | 300 | $20.6000 |
|  | 04/01/04 | 100 | $20.4600 |
|  | 04/01/04 | 100 | $20.4000 |
|  | 04/01/04 | 100 | $20.2500 |
|  | 04/01/04 | 200 | $20.6000 |
|  | 04/01/04 | 100 | $20.6100 |
|  | 04/01/04 | 100 | $20.5700 |
|  | 04/01/04 | 100 | $20.9000 |
|  | 04/01/04 | 200 | $20.7500 |
|  | 04/01/04 | 700 | $20.7500 |
|  | 04/07/04 | 1,000 | $19.9200 |
|  | 04/15/04 | 1,000 | $20.7300 |
|  | 04/15/04 | 2,500 | $20.4100 |
|  | 04/15/04 | 2,500 | $20.4100 |
|  | 04/15/04 | 2,000 | $20.8000 |
|  | 04/15/04 | 3,000 | $20.7500 |
|  | 04/15/04 | 1,000 | $20.7600 |
|  | 04/19/04 | 200 | $22.3800 |
|  | 04/19/04 | 400 | $22.6500 |
|  | 04/19/04 | 200 | $22.4000 |
|  | 04/19/04 | 200 | $22.3800 |
|  | 04/21/04 | 100 | $22.3800 |
|  | 04/26/04 | 100 | $23.9400 |
|  | 04/26/04 | 100 | $23.9400 |
|  | 04/27/04 | 200 | $24.2800 |
|  | 04/30/04 | 911 | $22.8500 |
|  | 04/30/04 | 1,300 | $22.8300 |
|  | 04/30/04 | 300 | $22.8000 |
|  | 04/30/04 | 789 | $22.8000 |
|  | 04/30/04 | 1,000 | $22.8000 |
|  | 04/30/04 | 100 | $22.9800 |
|  | 04/30/04 | 100 | $22.9800 |
|  | 04/30/04 | 100 | $22.9800 |
|  | 04/30/04 | 100 | $22.9800 |
|  | 04/30/04 | 400 | $22.9800 |
|  | 04/30/04 | 100 | $22.9800 |
|  | 04/30/04 | 100 | $22.9800 |
|  | 04/30/04 | 500 | $22.9800 |
|  | 04/30/04 | 500 | $22.9500 |
|  | 05/05/04 | 300 | $22.0900 |
|  | 05/05/04 | 200 | $21.4500 |
|  | 05/05/04 | 400 | $21.9900 |
|  | 05/05/04 | 1,100 | $22.0000 |
|  | 05/07/04 | 600 | $21.8000 |
|  | 05/07/04 | 200 | $21.8000 |
|  | 05/07/04 | 100 | $21.7400 |
|  | 05/10/04 | 300 | $20.0000 |
|  | 05/10/04 | 100 | $19.9900 |

**Schedule A**
**Electronic Trading Group, L.L.C. Transactions in**
**Elan Corp. plc  (NYSE: ELN)**

| | DATE | SHARES | COST |
|---|---|---|---|
| Purchase(s) | 05/10/04 | 400 | $19.9900 |
| Continued: | 05/10/04 | 400 | $20.5500 |
| | 05/11/04 | 500 | $20.9200 |
| | 05/11/04 | 100 | $20.9000 |
| | 05/11/04 | 600 | $20.6100 |
| | 05/11/04 | 100 | $20.7600 |
| | 05/11/04 | 100 | $20.7600 |
| | 05/12/04 | 100 | $20.3300 |
| | 05/12/04 | 100 | $19.7300 |
| | 05/12/04 | 100 | $20.3600 |
| | 05/12/04 | 100 | $20.1200 |
| | 05/13/04 | 300 | $20.3000 |
| | 05/13/04 | 200 | $20.2200 |
| | 05/13/04 | 100 | $21.0500 |
| | 05/13/04 | 100 | $21.0500 |
| | 05/13/04 | 100 | $21.0500 |
| | 05/13/04 | 100 | $21.0500 |
| | 05/13/04 | 100 | $21.0500 |
| | 05/13/04 | 600 | $21.0000 |
| | 05/13/04 | 1,500 | $20.9000 |
| | 05/13/04 | 1,000 | $20.9000 |
| | 05/13/04 | 500 | $20.9000 |
| | 05/13/04 | 1,000 | $20.2100 |
| | 05/13/04 | 500 | $21.3000 |
| | 05/13/04 | 2,000 | $20.8700 |
| | 05/13/04 | 1,000 | $20.2100 |
| | 05/13/04 | 500 | $21.0000 |
| | 05/13/04 | 500 | $21.0000 |
| | 05/14/04 | 400 | $21.2500 |
| | 05/14/04 | 100 | $21.0000 |
| | 05/14/04 | 1,000 | $21.6200 |
| | 05/14/04 | 1,000 | $21.9400 |
| | 05/17/04 | 200 | $22.0000 |
| | 05/17/04 | 400 | $21.9600 |
| | 05/17/04 | 1,000 | $21.5000 |
| | 05/17/04 | 1,000 | $21.5000 |
| | 05/18/04 | 600 | $22.6100 |
| | 05/18/04 | 600 | $22.5000 |
| | 05/18/04 | 400 | $22.5300 |
| | 05/19/04 | 300 | $23.7300 |
| | 05/19/04 | 200 | $23.1500 |
| | 05/19/04 | 300 | $23.5000 |
| | 05/20/04 | 900 | $21.9000 |
| | 05/20/04 | 200 | $22.3100 |
| | 05/21/04 | 200 | $22.0000 |
| | 05/24/04 | 100 | $21.4600 |
| | 05/24/04 | 100 | $21.4500 |
| | 05/24/04 | 1,870 | $21.4500 |
| | 05/25/04 | 100 | $21.9000 |
| | 05/25/04 | 500 | $21.9000 |
| | 05/25/04 | 1,100 | $21.9000 |
| | 05/25/04 | 100 | $21.9000 |

**Schedule A**
**Electronic Trading Group, L.L.C. Transactions in**
**Elan Corp. plc  (NYSE: ELN)**

|  | DATE | SHARES | COST |
|---|---|---|---|
| Purchase(s) | 05/25/04 | 1,900 | $21.9000 |
| Continued: | 05/25/04 | 800 | $21.9000 |
|  | 05/25/04 | 15 | $21.9000 |
|  | 05/25/04 | 800 | $21.9000 |
|  | 05/25/04 | 100 | $21.9000 |
|  | 05/25/04 | 400 | $21.9000 |
|  | 05/25/04 | 1,100 | $21.8000 |
|  | 05/26/04 | 600 | $22.9500 |
|  | 05/27/04 | 500 | $22.3500 |
|  | 05/27/04 | 1,000 | $22.4100 |
|  | 05/27/04 | 1,500 | $23.0333 |
|  | 05/27/04 | 1,000 | $22.6400 |
|  | 05/27/04 | 2,000 | $22.7500 |
|  | 05/27/04 | 1,000 | $23.1700 |
|  | 06/03/04 | 100 | $23.4400 |
|  | 06/03/04 | 600 | $23.5100 |
|  | 06/03/04 | 400 | $23.4600 |
|  | 06/03/04 | 500 | $23.5500 |
|  | 06/03/04 | 500 | $23.5500 |
|  | 06/03/04 | 200 | $23.4200 |
|  | 06/04/04 | 600 | $23.7500 |
|  | 06/14/04 | 600 | $21.3900 |
|  | 06/14/04 | 4,000 | $22.1000 |
|  | 06/14/04 | 100 | $22.0000 |
|  | 06/14/04 | 4,000 | $22.0000 |
|  | 06/14/04 | 100 | $22.1600 |
|  | 06/16/04 | 500 | $21.5700 |
|  | 06/25/04 | 600 | $23.7000 |
|  | 06/25/04 | 100 | $23.2500 |
|  | 06/28/04 | 300 | $25.2800 |
|  | 06/28/04 | 200 | $25.2800 |
|  | 06/28/04 | 900 | $24.9900 |
|  | 06/28/04 | 1,000 | $25.3300 |
|  | 06/28/04 | 2,000 | $25.4900 |
|  | 06/28/04 | 2,000 | $25.0000 |
|  | 06/28/04 | 2,000 | $24.9900 |
|  | 06/28/04 | 1,500 | $25.4400 |
|  | 06/28/04 | 1,100 | $25.4900 |
|  | 06/28/04 | 1,100 | $24.9900 |
|  | 06/28/04 | 1,000 | $25.2000 |
|  | 06/28/04 | 900 | $25.0000 |
|  | 06/28/04 | 500 | $25.4500 |
|  | 06/28/04 | 1,100 | $24.9900 |
|  | 06/28/04 | 900 | $25.5000 |
|  | 06/28/04 | 100 | $24.8200 |
|  | 06/28/04 | 100 | $24.8200 |
|  | 06/28/04 | 800 | $24.8225 |
|  | 06/28/04 | 100 | $25.0500 |
|  | 06/28/04 | 300 | $25.0000 |
|  | 06/28/04 | 100 | $25.0500 |
|  | 06/28/04 | 500 | $25.6000 |
|  | 06/28/04 | 400 | $25.6000 |

## Schedule A
## Electronic Trading Group, L.L.C. Transactions in
## Elan Corp. plc  (NYSE: ELN)

|  | DATE | SHARES | COST |
|---|---|---|---|
| Purchase(s) | 06/28/04 | 100 | $25.6000 |
| Continued: | 06/28/04 | 100 | $25.6000 |
|  | 06/28/04 | 100 | $25.1000 |
|  | 06/28/04 | 100 | $25.0900 |
|  | 06/28/04 | 100 | $25.4000 |
|  | 06/28/04 | 100 | $25.2000 |
|  | 06/28/04 | 100 | $25.2000 |
|  | 06/28/04 | 200 | $25.1500 |
|  | 06/28/04 | 100 | $25.1500 |
|  | 06/28/04 | 300 | $25.4900 |
|  | 06/28/04 | 25 | $25.6000 |
|  | 06/28/04 | 900 | $25.6000 |
|  | 06/28/04 | 2,000 | $25.6000 |
|  | 06/28/04 | 740 | $25.5000 |
|  | 06/28/04 | 100 | $25.5000 |
|  | 06/28/04 | 275 | $25.5000 |
|  | 06/28/04 | 4,800 | $25.4500 |
|  | 06/28/04 | 2,400 | $25.3000 |
|  | 06/28/04 | 2,000 | $25.3300 |
|  | 06/28/04 | 2,060 | $25.3500 |
|  | 06/28/04 | 2,300 | $25.4000 |
|  | 06/28/04 | 100 | $25.4100 |
|  | 06/28/04 | 4,000 | $25.2000 |
|  | 06/28/04 | 100 | $25.3000 |
|  | 06/28/04 | 200 | $25.3000 |
|  | 06/28/04 | 200 | $25.4400 |
|  | 06/28/04 | 200 | $25.2400 |
|  | 06/28/04 | 300 | $25.1500 |
|  | 06/28/04 | 200 | $25.2500 |
|  | 06/28/04 | 100 | $25.3200 |
|  | 06/28/04 | 200 | $25.3000 |
|  | 06/28/04 | 300 | $25.3000 |
|  | 06/28/04 | 100 | $25.1500 |
|  | 06/28/04 | 100 | $25.1000 |
|  | 06/28/04 | 200 | $25.1500 |
|  | 06/28/04 | 500 | $25.6000 |
|  | 06/28/04 | 400 | $25.6000 |
|  | 06/28/04 | 2,000 | $24.8400 |
|  | 06/29/04 | 500 | $24.4400 |
|  | 06/29/04 | 300 | $24.5000 |
|  | 06/30/04 | 400 | $24.5000 |
|  | 07/01/04 | 1,000 | $25.2500 |
|  | 07/01/04 | 500 | $25.3900 |
|  | 07/01/04 | 300 | $25.3900 |
|  | 07/01/04 | 200 | $25.4000 |
|  | 07/08/04 | 500 | $25.0000 |
|  | 07/12/04 | 2,000 | $24.5100 |
|  | 07/15/04 | 600 | $25.5400 |
|  | 07/15/04 | 200 | $25.5300 |
|  | 07/15/04 | 200 | $25.5200 |
|  | 07/19/04 | 300 | $25.6000 |
|  | 07/19/04 | 300 | $25.5600 |

**Schedule A**
**Electronic Trading Group, L.L.C. Transactions in**
**Elan Corp. plc  (NYSE: ELN)**

|  | DATE | SHARES | COST |
|---|---|---|---|
| Purchase(s) | 07/19/04 | 200 | $25.7000 |
| Continued: | 07/19/04 | 200 | $25.7500 |
|  | 07/22/04 | 2,500 | $21.0500 |
|  | 07/22/04 | 200 | $21.7900 |
|  | 07/22/04 | 100 | $21.5900 |
|  | 07/22/04 | 700 | $21.5900 |
|  | 07/22/04 | 100 | $21.5900 |
|  | 07/22/04 | 1,050 | $21.6000 |
|  | 07/22/04 | 1,932 | $21.8400 |
|  | 07/22/04 | 1,150 | $21.8600 |
|  | 07/22/04 | 1,500 | $22.6200 |
|  | 07/22/04 | 500 | $21.1000 |
|  | 07/22/04 | 100 | $21.5200 |
|  | 07/22/04 | 400 | $21.5000 |
|  | 07/22/04 | 500 | $22.5000 |
|  | 07/22/04 | 1,000 | $22.5000 |
|  | 07/23/04 | 1,500 | $21.8000 |
|  | 07/23/04 | 1,500 | $21.8000 |
|  | 07/23/04 | 300 | $21.8000 |
|  | 07/23/04 | 1,500 | $21.8000 |
|  | 07/23/04 | 1,300 | $21.5200 |
|  | 07/26/04 | 1,000 | $20.1700 |
|  | 07/26/04 | 400 | $19.9700 |
|  | 07/26/04 | 500 | $20.0000 |
|  | 07/26/04 | 600 | $19.9800 |
|  | 07/26/04 | 1,000 | $20.0200 |
|  | 07/26/04 | 500 | $19.5300 |
|  | 07/26/04 | 100 | $20.1300 |
|  | 07/26/04 | 400 | $20.1300 |
|  | 07/26/04 | 500 | $20.1300 |
|  | 07/26/04 | 500 | $19.7300 |
|  | 07/26/04 | 500 | $20.1500 |
|  | 07/26/04 | 500 | $22.0000 |
|  | 07/27/04 | 200 | $18.5300 |
|  | 07/27/04 | 100 | $18.5200 |
|  | 07/27/04 | 200 | $19.6800 |
|  | 07/27/04 | 200 | $19.6400 |
|  | 07/27/04 | 100 | $19.5600 |
|  | 07/27/04 | 200 | $19.1900 |
|  | 07/27/04 | 200 | $19.1600 |
|  | 07/27/04 | 300 | $19.0700 |
|  | 07/27/04 | 200 | $19.0600 |
|  | 07/27/04 | 100 | $18.8900 |
|  | 07/27/04 | 800 | $19.5500 |
|  | 07/27/04 | 500 | $19.5900 |
|  | 07/27/04 | 200 | $19.2000 |
|  | 07/27/04 | 500 | $19.2300 |
|  | 07/27/04 | 700 | $19.2600 |
|  | 07/27/04 | 700 | $19.3300 |
|  | 07/27/04 | 100 | $19.3400 |
|  | 07/27/04 | 200 | $19.4900 |
|  | 07/27/04 | 500 | $19.5900 |

## Schedule A
## Electronic Trading Group, L.L.C. Transactions in
## Elan Corp. plc  (NYSE: ELN)

|  | DATE | SHARES | COST |
|---|---|---|---|
| Purchase(s) | 07/27/04 | 200 | $19.5900 |
| Continued: | 07/27/04 | 200 | $19.4600 |
|  | 07/27/04 | 100 | $19.4600 |
|  | 07/27/04 | 200 | $19.4500 |
|  | 07/27/04 | 100 | $19.4500 |
|  | 07/27/04 | 100 | $19.4500 |
|  | 07/27/04 | 100 | $19.4700 |
|  | 07/27/04 | 600 | $19.4400 |
|  | 07/27/04 | 500 | $19.4000 |
|  | 07/27/04 | 1,500 | $19.3700 |
|  | 07/27/04 | 200 | $19.8500 |
|  | 07/27/04 | 600 | $19.8500 |
|  | 07/27/04 | 200 | $19.6000 |
|  | 07/27/04 | 200 | $19.7300 |
|  | 07/27/04 | 300 | $19.6000 |
|  | 07/27/04 | 100 | $19.6100 |
|  | 07/27/04 | 100 | $19.6300 |
|  | 07/27/04 | 200 | $19.7000 |
|  | 07/27/04 | 300 | $19.7400 |
|  | 07/27/04 | 200 | $19.7600 |
|  | 07/27/04 | 200 | $19.9000 |
|  | 07/27/04 | 100 | $19.6900 |
|  | 07/27/04 | 300 | $19.9900 |
|  | 07/27/04 | 200 | $19.9400 |
|  | 07/27/04 | 500 | $19.7500 |
|  | 07/27/04 | 900 | $19.2000 |
|  | 07/27/04 | 100 | $19.1900 |
|  | 07/27/04 | 1,000 | $19.1500 |
|  | 07/27/04 | 2,500 | $18.7500 |
|  | 07/27/04 | 400 | $19.1500 |
|  | 07/28/04 | 1,000 | $19.9800 |
|  | 07/28/04 | 100 | $20.0000 |
|  | 07/28/04 | 400 | $19.8700 |
|  | 07/28/04 | 100 | $20.1500 |
|  | 07/28/04 | 100 | $20.1900 |
|  | 07/28/04 | 300 | $20.2700 |
|  | 07/28/04 | 200 | $20.2600 |
|  | 07/28/04 | 100 | $20.2500 |
|  | 07/28/04 | 300 | $20.3200 |
|  | 07/28/04 | 200 | $20.1200 |
|  | 07/28/04 | 500 | $20.0700 |
|  | 07/28/04 | 100 | $20.0800 |
|  | 07/28/04 | 200 | $20.0800 |
|  | 07/28/04 | 100 | $20.0400 |
|  | 07/28/04 | 300 | $20.5000 |
|  | 07/28/04 | 300 | $20.4700 |
|  | 07/28/04 | 100 | $20.4600 |
|  | 07/28/04 | 100 | $20.3500 |
|  | 07/28/04 | 200 | $20.4300 |
|  | 07/28/04 | 100 | $20.4300 |
|  | 07/28/04 | 400 | $19.9700 |
|  | 07/28/04 | 100 | $20.1500 |

**Schedule A**
**Electronic Trading Group, L.L.C. Transactions in**
**Elan Corp. plc  (NYSE: ELN)**

|  | DATE | SHARES | COST |
|---|---|---|---|
| Purchase(s) | 07/29/04 | 1,100 | $19.7600 |
| Continued: | 07/29/04 | 100 | $19.2300 |
|  | 07/29/04 | 100 | $19.1900 |
|  | 07/29/04 | 200 | $19.2100 |
|  | 07/29/04 | 500 | $19.2500 |
|  | 07/29/04 | 500 | $19.2400 |
|  | 07/29/04 | 800 | $19.3300 |
|  | 07/29/04 | 100 | $19.7700 |
|  | 07/29/04 | 500 | $19.7700 |
|  | 07/29/04 | 100 | $19.9000 |
|  | 07/29/04 | 200 | $19.8900 |
|  | 07/29/04 | 200 | $20.0500 |
|  | 07/29/04 | 100 | $20.0900 |
|  | 07/29/04 | 2,800 | $19.5900 |
|  | 07/29/04 | 3,700 | $19.4800 |
|  | 07/29/04 | 200 | $19.4100 |
|  | 07/29/04 | 1,400 | $19.4500 |
|  | 07/29/04 | 100 | $19.8100 |
|  | 07/29/04 | 200 | $19.8300 |
|  | 07/29/04 | 200 | $19.8300 |
|  | 07/29/04 | 100 | $19.8500 |
|  | 07/29/04 | 500 | $19.8500 |
|  | 07/30/04 | 100 | $20.9400 |
|  | 07/30/04 | 100 | $20.9400 |
|  | 07/30/04 | 600 | $20.8700 |
|  | 07/30/04 | 200 | $20.8500 |
|  | 07/30/04 | 100 | $20.6300 |
|  | 07/30/04 | 400 | $20.6600 |
|  | 07/30/04 | 100 | $20.5900 |
|  | 07/30/04 | 200 | $20.5000 |
|  | 07/30/04 | 100 | $20.6000 |
|  | 07/30/04 | 100 | $20.8100 |
|  | 07/30/04 | 100 | $20.6900 |
|  | 07/30/04 | 100 | $20.9600 |
|  | 07/30/04 | 1,000 | $20.2000 |
|  | 07/30/04 | 2,000 | $20.2000 |
|  | 08/02/04 | 400 | $20.2000 |
|  | 08/02/04 | 700 | $20.2000 |
|  | 08/02/04 | 500 | $19.9000 |
|  | 08/04/04 | 600 | $19.8000 |
|  | 08/04/04 | 200 | $19.8000 |
|  | 08/04/04 | 500 | $19.3000 |
|  | 08/04/04 | 200 | $19.3200 |
|  | 08/04/04 | 600 | $19.3300 |
|  | 08/04/04 | 500 | $19.1700 |
|  | 08/04/04 | 1,500 | $19.0600 |
|  | 08/05/04 | 1,100 | $19.1700 |
|  | 08/05/04 | 700 | $19.1700 |
|  | 08/05/04 | 1,200 | $19.1700 |
|  | 08/05/04 | 500 | $19.1400 |
|  | 08/05/04 | 600 | $19.2000 |
|  | 08/05/04 | 800 | $19.1900 |

**Schedule A**
**Electronic Trading Group, L.L.C. Transactions in**
**Elan Corp. plc  (NYSE: ELN)**

|  | DATE | SHARES | COST |
|---|---|---|---|
| Purchase(s) | 08/05/04 | 800 | $19.2000 |
| Continued: | 08/05/04 | 200 | $18.9100 |
|  | 08/05/04 | 500 | $18.9300 |
|  | 08/05/04 | 600 | $18.8600 |
|  | 08/05/04 | 500 | $19.3000 |
|  | 08/05/04 | 100 | $19.1000 |
|  | 08/05/04 | 100 | $19.1000 |
|  | 08/05/04 | 100 | $19.1000 |
|  | 08/05/04 | 100 | $19.1000 |
|  | 08/05/04 | 200 | $19.0800 |
|  | 08/05/04 | 200 | $19.1300 |
|  | 08/05/04 | 600 | $19.1100 |
|  | 08/05/04 | 100 | $18.4000 |
|  | 08/05/04 | 500 | $18.4800 |
|  | 08/05/04 | 300 | $18.3700 |
|  | 08/05/04 | 100 | $18.3700 |
|  | 08/05/04 | 100 | $18.3700 |
|  | 08/05/04 | 2,500 | $18.6500 |
|  | 08/05/04 | 100 | $18.5100 |
|  | 08/05/04 | 200 | $18.5600 |
|  | 08/05/04 | 1,000 | $18.5600 |
|  | 08/05/04 | 900 | $19.1100 |
|  | 08/05/04 | 500 | $19.0200 |
|  | 08/05/04 | 100 | $19.0100 |
|  | 08/05/04 | 300 | $18.9900 |
|  | 08/05/04 | 300 | $19.1000 |
|  | 08/06/04 | 500 | $17.4000 |
|  | 08/06/04 | 100 | $17.7700 |
|  | 08/06/04 | 100 | $17.5200 |
|  | 08/06/04 | 200 | $17.5200 |
|  | 08/06/04 | 200 | $17.5200 |
|  | 08/06/04 | 200 | $17.5200 |
|  | 08/06/04 | 500 | $17.5500 |
|  | 08/06/04 | 100 | $17.5400 |
|  | 08/06/04 | 100 | $17.5100 |
|  | 08/06/04 | 100 | $17.5100 |
|  | 08/06/04 | 300 | $18.1600 |
|  | 08/06/04 | 100 | $18.1500 |
|  | 08/06/04 | 100 | $18.1500 |
|  | 08/06/04 | 100 | $18.1200 |
|  | 08/06/04 | 100 | $18.1000 |
|  | 08/06/04 | 800 | $17.3700 |
|  | 08/06/04 | 100 | $17.6100 |
|  | 08/06/04 | 300 | $17.3600 |
|  | 08/06/04 | 100 | $17.7500 |
|  | 08/06/04 | 100 | $17.7300 |
|  | 08/06/04 | 100 | $17.7600 |
|  | 08/06/04 | 500 | $17.6800 |
|  | 08/06/04 | 200 | $17.7000 |
|  | 08/06/04 | 1,200 | $17.7000 |
|  | 08/06/04 | 100 | $18.0000 |
|  | 08/06/04 | 700 | $17.6500 |

**Schedule A**
**Electronic Trading Group, L.L.C. Transactions in**
**Elan Corp. plc  (NYSE: ELN)**

|  | DATE | SHARES | COST |
|---|---|---|---|
| Purchase(s) | 08/06/04 | 100 | $17.6600 |
| Continued: | 08/06/04 | 1,000 | $17.6500 |
|  | 08/06/04 | 100 | $17.6300 |
|  | 08/06/04 | 200 | $17.6300 |
|  | 08/06/04 | 800 | $17.4100 |
|  | 08/06/04 | 100 | $17.6300 |
|  | 08/06/04 | 200 | $17.5900 |
|  | 08/06/04 | 100 | $17.5000 |
|  | 08/06/04 | 500 | $17.5000 |
|  | 08/06/04 | 400 | $17.5000 |
|  | 08/06/04 | 500 | $17.4700 |
|  | 08/06/04 | 700 | $18.1500 |
|  | 08/06/04 | 1,300 | $17.9000 |
|  | 08/10/04 | 600 | $16.8000 |
|  | 08/11/04 | 600 | $18.6800 |
|  | 08/11/04 | 600 | $18.6000 |
|  | 08/11/04 | 200 | $18.3000 |
|  | 08/12/04 | 100 | $20.2800 |
|  | 08/12/04 | 100 | $20.9100 |
|  | 08/12/04 | 300 | $20.9700 |
|  | 08/12/04 | 100 | $20.9200 |
|  | 08/12/04 | 200 | $20.9400 |
|  | 08/12/04 | 400 | $20.9900 |
|  | 08/12/04 | 600 | $20.8900 |
|  | 08/12/04 | 100 | $20.7900 |
|  | 08/12/04 | 300 | $20.9000 |
|  | 08/12/04 | 300 | $20.8600 |
|  | 08/12/04 | 300 | $20.5700 |
|  | 08/12/04 | 100 | $20.7300 |
|  | 08/12/04 | 200 | $20.5700 |
|  | 08/12/04 | 600 | $20.5500 |
|  | 08/12/04 | 500 | $20.5600 |
|  | 08/12/04 | 300 | $20.7100 |
|  | 08/12/04 | 1,500 | $20.7100 |
|  | 08/12/04 | 200 | $20.6800 |
|  | 08/12/04 | 500 | $20.7000 |
|  | 08/12/04 | 100 | $20.6100 |
|  | 08/12/04 | 400 | $20.6100 |
|  | 08/12/04 | 600 | $20.6100 |
|  | 08/12/04 | 100 | $20.6100 |
|  | 08/12/04 | 500 | $20.5900 |
|  | 08/12/04 | 400 | $20.6400 |
|  | 08/12/04 | 100 | $20.6300 |
|  | 08/12/04 | 100 | $20.5800 |
|  | 08/12/04 | 900 | $20.6000 |
|  | 08/12/04 | 500 | $20.6000 |
|  | 08/12/04 | 500 | $20.5700 |
|  | 08/12/04 | 200 | $20.5700 |
|  | 08/12/04 | 2,500 | $20.4300 |
|  | 08/12/04 | 200 | $20.4100 |
|  | 08/12/04 | 3,100 | $20.4900 |
|  | 08/12/04 | 100 | $20.4900 |

**Schedule A**
**Electronic Trading Group, L.L.C. Transactions in**
**Elan Corp. plc  (NYSE: ELN)**

| | DATE | SHARES | COST |
|---|---|---|---|
| Purchase(s) | 08/12/04 | 100 | $20.4900 |
| Continued: | 08/12/04 | 200 | $20.4900 |
| | 08/12/04 | 200 | $20.4900 |
| | 08/12/04 | 1,500 | $20.4900 |
| | 08/12/04 | 2,200 | $20.4900 |
| | 08/12/04 | 1,200 | $20.4200 |
| | 08/12/04 | 100 | $20.5400 |
| | 08/12/04 | 400 | $20.5400 |
| | 08/12/04 | 2,600 | $20.5400 |
| | 08/12/04 | 5,400 | $20.5100 |
| | 08/12/04 | 100 | $20.5100 |
| | 08/12/04 | 500 | $20.4900 |
| | 08/12/04 | 100 | $20.1300 |
| | 08/12/04 | 1,300 | $21.0000 |
| | 08/12/04 | 100 | $20.2600 |
| | 08/18/04 | 500 | $21.7100 |
| | 08/18/04 | 400 | $21.4500 |
| | 08/18/04 | 500 | $21.4500 |
| | 08/18/04 | 400 | $21.1100 |
| | 08/18/04 | 2,000 | $21.9600 |
| | 08/20/04 | 1,000 | $22.0000 |
| | 08/24/04 | 100 | $21.6300 |
| | 08/24/04 | 400 | $21.7300 |
| | 09/01/04 | 100 | $22.8300 |
| | 09/01/04 | 800 | $23.0000 |
| | 09/01/04 | 100 | $22.9700 |
| | 09/01/04 | 200 | $22.7100 |
| | 09/01/04 | 600 | $22.6800 |
| | 09/07/04 | 100 | $23.2200 |
| | 09/07/04 | 300 | $23.2500 |
| | 09/10/04 | 1,960 | $23.2500 |
| | 09/10/04 | 2,500 | $23.2200 |
| | 09/10/04 | 1,500 | $23.3500 |
| | 09/10/04 | 1,000 | $23.5200 |
| | 09/10/04 | 400 | $23.5300 |
| | 09/10/04 | 1,000 | $23.5300 |
| | 09/10/04 | 100 | $23.5300 |
| | 09/13/04 | 3,600 | $23.5100 |
| | 09/13/04 | 400 | $23.4500 |
| | 09/13/04 | 3,900 | $23.4500 |
| | 09/13/04 | 3,000 | $23.4500 |
| | 09/14/04 | 900 | $24.0000 |
| | 09/14/04 | 100 | $24.0100 |
| | 09/14/04 | 100 | $24.0300 |
| | 09/14/04 | 500 | $23.9600 |
| | 09/14/04 | 639 | $23.7800 |
| | 09/15/04 | 200 | $23.9500 |
| | 09/17/04 | 5,000 | $24.3090 |
| | 09/17/04 | 2,500 | $24.4300 |
| | 09/17/04 | 20,000 | $24.3200 |
| | 09/17/04 | 200 | $24.3200 |
| | 09/17/04 | 9,800 | $24.3200 |

**Schedule A**
**Electronic Trading Group, L.L.C. Transactions in**
**Elan Corp. plc  (NYSE: ELN)**

|  | DATE | SHARES | COST |
|---|---|---|---|
| Purchase(s) | 09/17/04 | 10,000 | $24.3200 |
| Continued: | 09/17/04 | 8,400 | $24.3200 |
|  | 09/17/04 | 1,000 | $24.4400 |
|  | 09/17/04 | 5,000 | $24.3000 |
|  | 09/17/04 | 5,000 | $24.3000 |
|  | 09/17/04 | 10,000 | $24.3000 |
|  | 09/17/04 | 1,200 | $24.3000 |
|  | 09/17/04 | 100 | $24.3000 |
|  | 09/17/04 | 100 | $24.3000 |
|  | 09/17/04 | 400 | $24.2900 |
|  | 09/20/04 | 600 | $24.2000 |
|  | 09/20/04 | 400 | $23.9500 |
|  | 09/21/04 | 200 | $24.2900 |
|  | 09/21/04 | 200 | $24.2400 |
|  | 09/21/04 | 200 | $24.1800 |
|  | 09/21/04 | 200 | $24.2200 |
|  | 09/21/04 | 500 | $24.1500 |
|  | 09/22/04 | 600 | $23.4800 |
|  | 09/22/04 | 100 | $23.3700 |
|  | 09/22/04 | 600 | $23.3700 |
|  | 09/22/04 | 100 | $23.4200 |
|  | 09/22/04 | 500 | $23.7600 |
|  | 09/22/04 | 100 | $23.9300 |
|  | 09/23/04 | 1,500 | $23.2200 |
|  | 09/23/04 | 1,000 | $23.2000 |
|  | 09/24/04 | 100 | $23.2000 |
|  | 09/24/04 | 100 | $23.2000 |
|  | 09/24/04 | 200 | $23.2500 |
|  | 09/24/04 | 500 | $23.2500 |
|  | 09/24/04 | 100 | $23.2500 |
|  | 09/24/04 | 800 | $23.2400 |
|  | 09/24/04 | 100 | $23.2500 |
|  | 09/24/04 | 400 | $23.2500 |
|  | 09/24/04 | 100 | $23.2600 |
|  | 09/24/04 | 100 | $23.2600 |
|  | 09/24/04 | 500 | $23.2600 |
|  | 09/24/04 | 100 | $23.2500 |
|  | 09/24/04 | 800 | $23.3200 |
|  | 09/27/04 | 200 | $23.2000 |
|  | 09/30/04 | 500 | $23.4100 |
|  | 09/30/04 | 500 | $23.3800 |
|  | 09/30/04 | 500 | $23.4000 |
|  | 09/30/04 | 500 | $23.3700 |
|  | 09/30/04 | 1,000 | $23.1900 |
|  | 09/30/04 | 300 | $23.3500 |
|  | 09/30/04 | 700 | $23.4000 |
|  | 09/30/04 | 500 | $23.3500 |
|  | 10/06/04 | 2,000 | $22.9000 |
|  | 10/07/04 | 2,500 | $23.0000 |
|  | 10/07/04 | 1,000 | $23.0000 |
|  | 10/07/04 | 200 | $23.0000 |
|  | 10/07/04 | 800 | $23.0000 |

**Schedule A**
**Electronic Trading Group, L.L.C. Transactions in**
**Elan Corp. plc  (NYSE: ELN)**

|  | DATE | SHARES | COST |
|---|---|---|---|
| Purchase(s) | 10/07/04 | 1,000 | $23.0000 |
| Continued: | 10/07/04 | 2,000 | $23.1000 |
|  | 10/08/04 | 100 | $21.7000 |
|  | 10/08/04 | 100 | $21.7000 |
|  | 10/08/04 | 200 | $21.5900 |
|  | 10/08/04 | 100 | $21.6200 |
|  | 10/08/04 | 300 | $21.8900 |
|  | 10/08/04 | 300 | $21.8900 |
|  | 10/08/04 | 600 | $21.8800 |
|  | 10/08/04 | 100 | $21.8700 |
|  | 10/08/04 | 900 | $21.8700 |
|  | 10/08/04 | 1,000 | $21.8500 |
|  | 10/08/04 | 100 | $21.8600 |
|  | 10/08/04 | 1,000 | $21.8600 |
|  | 10/08/04 | 1,000 | $21.7800 |
|  | 10/08/04 | 300 | $21.9000 |
|  | 10/08/04 | 200 | $21.9300 |
|  | 10/08/04 | 100 | $21.9300 |
|  | 10/08/04 | 400 | $21.9500 |
|  | 10/08/04 | 400 | $21.6700 |
|  | 10/08/04 | 500 | $21.6500 |
|  | 10/08/04 | 1,100 | $21.8800 |
|  | 10/08/04 | 900 | $21.8700 |
|  | 10/08/04 | 500 | $21.8500 |
|  | 10/08/04 | 500 | $21.7800 |
|  | 10/08/04 | 500 | $21.6500 |
|  | 10/08/04 | 400 | $22.4000 |
|  | 10/08/04 | 5,000 | $22.5000 |
|  | 10/08/04 | 500 | $22.4000 |
|  | 10/08/04 | 2,000 | $22.4000 |
|  | 10/08/04 | 500 | $22.4000 |
|  | 10/08/04 | 100 | $22.4000 |
|  | 10/08/04 | 5,000 | $22.0000 |
|  | 10/08/04 | 1,000 | $21.8500 |
|  | 10/08/04 | 1,000 | $21.8600 |
|  | 10/08/04 | 200 | $21.9300 |
|  | 10/08/04 | 300 | $21.9000 |
|  | 10/08/04 | 100 | $21.9300 |
|  | 10/08/04 | 300 | $21.8900 |
|  | 10/08/04 | 1,000 | $21.9100 |
|  | 10/08/04 | 200 | $21.8800 |
|  | 10/08/04 | 400 | $21.8900 |
|  | 10/08/04 | 400 | $21.8900 |
|  | 10/08/04 | 500 | $21.8900 |
|  | 10/08/04 | 500 | $21.8900 |
|  | 10/08/04 | 500 | $21.8900 |
|  | 10/08/04 | 500 | $21.8900 |
|  | 10/08/04 | 500 | $21.9000 |
|  | 10/08/04 | 500 | $21.8100 |
|  | 10/11/04 | 300 | $22.0700 |
|  | 10/11/04 | 700 | $22.1200 |
|  | 10/11/04 | 100 | $21.8500 |

**Schedule A**
**Electronic Trading Group, L.L.C. Transactions in**
**Elan Corp. plc  (NYSE: ELN)**

|  | DATE | SHARES | COST |
|---|---|---|---|
| Purchase(s) | 10/11/04 | 100 | $21.9200 |
| Continued: | 10/11/04 | 600 | $22.0000 |
|  | 10/11/04 | 100 | $21.9600 |
|  | 10/11/04 | 200 | $21.9500 |
|  | 10/11/04 | 600 | $21.7500 |
|  | 10/11/04 | 2,000 | $22.0100 |
|  | 10/11/04 | 260 | $22.0000 |
|  | 10/11/04 | 440 | $22.0000 |
|  | 10/11/04 | 400 | $22.0000 |
|  | 10/11/04 | 840 | $22.0000 |
|  | 10/11/04 | 1,500 | $22.0000 |
|  | 10/11/04 | 240 | $21.7500 |
|  | 10/11/04 | 800 | $21.7100 |
|  | 10/11/04 | 500 | $22.0500 |
|  | 10/11/04 | 1,000 | $22.1000 |
|  | 10/11/04 | 1,000 | $22.1800 |
|  | 10/12/04 | 100 | $21.9200 |
|  | 10/14/04 | 1,100 | $21.0000 |
|  | 10/14/04 | 2,000 | $20.9800 |
|  | 10/14/04 | 5,000 | $20.9000 |
|  | 10/14/04 | 750 | $20.8100 |
|  | 10/14/04 | 3,400 | $21.1000 |
|  | 10/15/04 | 12,800 | $20.6500 |
|  | 10/15/04 | 4,600 | $20.6500 |
|  | 10/15/04 | 2,900 | $21.0000 |
|  | 10/15/04 | 1,400 | $21.0000 |
|  | 10/15/04 | 3,600 | $21.0300 |
|  | 10/15/04 | 8,000 | $21.0400 |
|  | 10/15/04 | 3,000 | $21.0300 |
|  | 10/15/04 | 4,000 | $21.0000 |
|  | 10/15/04 | 100 | $20.9000 |
|  | 10/15/04 | 1,600 | $20.9000 |
|  | 10/15/04 | 10,000 | $20.8600 |
|  | 10/15/04 | 2,000 | $20.9800 |
|  | 10/15/04 | 400 | $20.9800 |
|  | 10/15/04 | 300 | $20.9700 |
|  | 10/15/04 | 4,500 | $20.9700 |
|  | 10/15/04 | 800 | $20.9700 |
|  | 10/18/04 | 2,000 | $22.3900 |
|  | 10/18/04 | 5,000 | $22.2500 |
|  | 10/18/04 | 4,700 | $22.2600 |
|  | 10/18/04 | 5,000 | $22.1800 |
|  | 10/18/04 | 200 | $22.5000 |
|  | 10/18/04 | 2,800 | $22.4300 |
|  | 10/18/04 | 400 | $22.6000 |
|  | 10/18/04 | 200 | $22.3100 |
|  | 10/18/04 | 300 | $22.5100 |
|  | 10/19/04 | 500 | $22.9200 |
|  | 10/19/04 | 200 | $22.9500 |
|  | 10/19/04 | 1,800 | $22.9500 |
|  | 10/19/04 | 1,000 | $22.9700 |
|  | 10/19/04 | 500 | $22.8500 |

**Schedule A**
**Electronic Trading Group, L.L.C. Transactions in**
**Elan Corp. plc  (NYSE: ELN)**

|  | DATE | SHARES | COST |
|---|---|---|---|
| Purchase(s) | 10/19/04 | 500 | $23.0000 |
| Continued: | 10/19/04 | 200 | $23.0300 |
|  | 10/19/04 | 300 | $23.0200 |
|  | 10/20/04 | 1,000 | $23.2600 |
|  | 10/20/04 | 1,000 | $23.2500 |
|  | 10/20/04 | 500 | $23.5500 |
|  | 10/20/04 | 1,000 | $23.5500 |
|  | 10/20/04 | 1,000 | $23.6100 |
|  | 10/20/04 | 1,500 | $23.5000 |
|  | 10/20/04 | 400 | $23.5000 |
|  | 10/20/04 | 600 | $23.4900 |
|  | 10/20/04 | 500 | $23.6000 |
|  | 10/20/04 | 1,000 | $23.5600 |
|  | 10/20/04 | 2,200 | $23.3000 |
|  | 10/20/04 | 1,900 | $23.2500 |
|  | 10/20/04 | 2,000 | $23.2000 |
|  | 10/20/04 | 2,000 | $23.2000 |
|  | 10/21/04 | 200 | $23.6900 |
|  | 10/21/04 | 1,000 | $23.7400 |
|  | 10/21/04 | 500 | $23.7100 |
|  | 10/21/04 | 600 | $23.6100 |
|  | 10/21/04 | 400 | $23.6100 |
|  | 10/21/04 | 200 | $23.6000 |
|  | 10/21/04 | 200 | $23.7000 |
|  | 10/21/04 | 24 | $23.5900 |
|  | 10/21/04 | 500 | $23.5500 |
|  | 10/21/04 | 200 | $23.6000 |
|  | 10/22/04 | 2,000 | $25.3200 |
| Sale(s): |  |  |  |
|  | 02/18/04 | 1,200 | $11.8600 |
|  | 02/18/04 | 100 | $11.8500 |
|  | 02/18/04 | 2,000 | $11.3300 |
|  | 02/18/04 | 2,000 | $11.4000 |
|  | 02/18/04 | 500 | $10.9610 |
|  | 02/18/04 | 500 | $10.9600 |
|  | 02/18/04 | 100 | $11.6200 |
|  | 02/18/04 | 100 | $11.7700 |
|  | 02/18/04 | 1,000 | $11.0000 |
|  | 02/18/04 | 100 | $11.0000 |
|  | 02/18/04 | 100 | $11.0000 |
|  | 02/18/04 | 100 | $11.0000 |
|  | 02/18/04 | 200 | $11.0000 |
|  | 02/18/04 | 500 | $11.0020 |
|  | 02/18/04 | 1,000 | $10.6900 |
|  | 02/18/04 | 100 | $10.7000 |
|  | 02/18/04 | 700 | $10.7000 |
|  | 02/18/04 | 200 | $10.8600 |
|  | 02/19/04 | 97 | $13.0200 |
|  | 02/19/04 | 103 | $13.0200 |
|  | 02/19/04 | 300 | $12.9300 |

**Schedule A**
**Electronic Trading Group, L.L.C. Transactions in**
**Elan Corp. plc  (NYSE: ELN)**

|  | DATE | SHARES | COST |
|---|---|---|---|
| Sale(s) | 02/19/04 | 200 | $12.9300 |
| Continued: | 02/19/04 | 500 | $13.1000 |
|  | 02/19/04 | 14 | $12.3400 |
|  | 02/20/04 | 1,000 | $12.8600 |
|  | 02/26/04 | 100 | $13.7600 |
|  | 02/27/04 | 1,000 | $14.3200 |
|  | 02/27/04 | 1,000 | $14.3000 |
|  | 02/27/04 | 200 | $14.1000 |
|  | 02/27/04 | 100 | $14.1700 |
|  | 02/27/04 | 200 | $14.1400 |
|  | 02/27/04 | 200 | $14.2500 |
|  | 02/27/04 | 200 | $14.1700 |
|  | 03/01/04 | 79 | $14.8700 |
|  | 03/01/04 | 100 | $14.8700 |
|  | 03/01/04 | 200 | $15.0000 |
|  | 03/01/04 | 200 | $14.8700 |
|  | 03/01/04 | 400 | $14.9800 |
|  | 03/01/04 | 921 | $14.8700 |
|  | 03/01/04 | 100 | $14.5000 |
|  | 03/01/04 | 1,000 | $14.6500 |
|  | 03/01/04 | 1,000 | $14.6500 |
|  | 03/01/04 | 1,000 | $14.6500 |
|  | 03/01/04 | 500 | $14.6500 |
|  | 03/01/04 | 1,000 | $14.8000 |
|  | 03/01/04 | 1,000 | $14.7900 |
|  | 03/01/04 | 1,000 | $14.9000 |
|  | 03/01/04 | 400 | $14.5000 |
|  | 03/02/04 | 300 | $16.2300 |
|  | 03/02/04 | 2,000 | $16.8000 |
|  | 03/02/04 | 2,000 | $15.3000 |
|  | 03/02/04 | 1,000 | $15.8300 |
|  | 03/02/04 | 1,000 | $15.8500 |
|  | 03/02/04 | 2,000 | $15.9000 |
|  | 03/02/04 | 2,000 | $16.4900 |
|  | 03/02/04 | 2,000 | $17.1000 |
|  | 03/02/04 | 1,000 | $17.3000 |
|  | 03/03/04 | 100 | $17.3500 |
|  | 03/03/04 | 1,500 | $16.0500 |
|  | 03/03/04 | 1,500 | $16.0500 |
|  | 03/03/04 | 300 | $16.0800 |
|  | 03/03/04 | 1,100 | $16.0800 |
|  | 03/03/04 | 2,000 | $17.7500 |
|  | 03/03/04 | 100 | $17.2000 |
|  | 03/03/04 | 38 | $17.2000 |
|  | 03/03/04 | 900 | $17.2000 |
|  | 03/03/04 | 100 | $17.2000 |
|  | 03/03/04 | 100 | $17.2000 |
|  | 03/03/04 | 100 | $16.1200 |
|  | 03/03/04 | 1,400 | $16.1300 |
|  | 03/04/04 | 2,000 | $16.7400 |
|  | 03/04/04 | 2,000 | $17.2400 |
|  | 03/05/04 | 1,000 | $16.8800 |

**Schedule A**
**Electronic Trading Group, L.L.C. Transactions in**
**Elan Corp. plc  (NYSE: ELN)**

|  | DATE | SHARES | COST |
|---|---|---|---|
| Sale(s) | 03/05/04 | 2,000 | $17.2000 |
| Continued: | 03/05/04 | 2,000 | $16.7500 |
|  | 03/08/04 | 10,000 | $16.9500 |
|  | 03/08/04 | 2,000 | $17.3500 |
|  | 03/10/04 | 300 | $16.8800 |
|  | 03/10/04 | 100 | $16.7500 |
|  | 03/10/04 | 100 | $16.7700 |
|  | 03/10/04 | 400 | $16.7700 |
|  | 03/10/04 | 100 | $17.0600 |
|  | 03/11/04 | 100 | $16.0000 |
|  | 03/11/04 | 88 | $16.0000 |
|  | 03/11/04 | 100 | $15.9900 |
|  | 03/11/04 | 100 | $15.9900 |
|  | 03/11/04 | 100 | $16.0200 |
|  | 03/11/04 | 100 | $16.0100 |
|  | 03/11/04 | 500 | $15.9900 |
|  | 03/11/04 | 500 | $16.0000 |
|  | 03/11/04 | 500 | $15.9900 |
|  | 03/18/04 | 200 | $19.5000 |
|  | 03/18/04 | 100 | $18.9000 |
|  | 03/19/04 | 100 | $20.1700 |
|  | 03/22/04 | 200 | $19.3400 |
|  | 03/23/04 | 500 | $20.4100 |
|  | 03/23/04 | 500 | $19.8100 |
|  | 03/26/04 | 800 | $20.1100 |
|  | 03/26/04 | 700 | $20.0900 |
|  | 03/26/04 | 500 | $20.0500 |
|  | 03/31/04 | 700 | $20.7600 |
|  | 03/31/04 | 300 | $20.7000 |
|  | 04/01/04 | 100 | $21.1000 |
|  | 04/01/04 | 100 | $20.4100 |
|  | 04/01/04 | 100 | $20.4200 |
|  | 04/01/04 | 100 | $20.4500 |
|  | 04/01/04 | 100 | $20.5500 |
|  | 04/01/04 | 100 | $20.4800 |
|  | 04/01/04 | 100 | $20.4700 |
|  | 04/01/04 | 100 | $20.4600 |
|  | 04/01/04 | 100 | $20.4600 |
|  | 04/01/04 | 100 | $20.4500 |
|  | 04/01/04 | 100 | $20.4200 |
|  | 04/01/04 | 200 | $20.4200 |
|  | 04/07/04 | 1,000 | $19.6700 |
|  | 04/15/04 | 5,000 | $20.4600 |
|  | 04/16/04 | 1,000 | $20.5500 |
|  | 04/16/04 | 2,000 | $20.4400 |
|  | 04/16/04 | 1,000 | $20.4400 |
|  | 04/16/04 | 1,000 | $20.4600 |
|  | 04/16/04 | 1,000 | $20.5700 |
|  | 04/16/04 | 1,000 | $20.5700 |
|  | 04/19/04 | 200 | $22.2000 |
|  | 04/19/04 | 200 | $22.4800 |
|  | 04/19/04 | 200 | $22.2200 |

## Schedule A
## Electronic Trading Group, L.L.C. Transactions in
## Elan Corp. plc  (NYSE: ELN)

|  | DATE | SHARES | COST |
|---|---|---|---|
| Sale(s) | 04/19/04 | 400 | $22.5700 |
| Continued: | 04/27/04 | 200 | $24.7100 |
|  | 05/05/04 | 300 | $22.1000 |
|  | 05/05/04 | 500 | $21.6000 |
|  | 05/05/04 | 200 | $21.6000 |
|  | 05/05/04 | 1,000 | $21.7500 |
|  | 05/07/04 | 900 | $21.6600 |
|  | 05/10/04 | 300 | $19.8400 |
|  | 05/10/04 | 500 | $19.9400 |
|  | 05/10/04 | 100 | $19.5300 |
|  | 05/10/04 | 300 | $19.6400 |
|  | 05/10/04 | 400 | $19.6600 |
|  | 05/10/04 | 400 | $19.6600 |
|  | 05/10/04 | 400 | $20.6600 |
|  | 05/11/04 | 600 | $20.7200 |
|  | 05/13/04 | 100 | $20.6000 |
|  | 05/13/04 | 100 | $20.6000 |
|  | 05/13/04 | 100 | $20.6000 |
|  | 05/13/04 | 100 | $20.6000 |
|  | 05/13/04 | 100 | $20.6000 |
|  | 05/13/04 | 500 | $20.6000 |
|  | 05/13/04 | 100 | $20.8000 |
|  | 05/13/04 | 500 | $21.0000 |
|  | 05/13/04 | 500 | $21.5000 |
|  | 05/13/04 | 1,000 | $20.8000 |
|  | 05/14/04 | 500 | $21.6600 |
|  | 05/14/04 | 1,000 | $21.5100 |
|  | 05/14/04 | 1,000 | $21.9000 |
|  | 05/17/04 | 600 | $22.0500 |
|  | 05/17/04 | 800 | $21.7000 |
|  | 05/17/04 | 400 | $21.7500 |
|  | 05/17/04 | 800 | $21.9000 |
|  | 05/18/04 | 200 | $22.4900 |
|  | 05/18/04 | 400 | $22.5000 |
|  | 05/18/04 | 500 | $22.5100 |
|  | 05/18/04 | 500 | $22.5000 |
|  | 05/19/04 | 300 | $23.6000 |
|  | 05/19/04 | 200 | $23.5500 |
|  | 05/19/04 | 300 | $23.2500 |
|  | 05/20/04 | 200 | $22.0700 |
|  | 05/21/04 | 200 | $22.2500 |
|  | 05/24/04 | 200 | $21.6000 |
|  | 05/24/04 | 1,870 | $21.5000 |
|  | 05/25/04 | 1,100 | $21.9000 |
|  | 05/26/04 | 200 | $22.9300 |
|  | 05/26/04 | 400 | $22.9400 |
|  | 05/27/04 | 1,000 | $22.9700 |
|  | 05/27/04 | 1,500 | $22.3900 |
|  | 05/27/04 | 500 | $23.1600 |
|  | 05/27/04 | 500 | $22.9700 |
|  | 05/27/04 | 500 | $22.9700 |
|  | 06/03/04 | 100 | $23.4200 |

**Schedule A**
**Electronic Trading Group, L.L.C. Transactions in**
**Elan Corp. plc  (NYSE: ELN)**

|  | DATE | SHARES | COST |
|---|---|---|---|
| Sale(s) | 06/03/04 | 1,000 | $23.4500 |
| Continued: | 06/03/04 | 900 | $23.4900 |
|  | 06/03/04 | 100 | $23.5000 |
|  | 06/03/04 | 200 | $23.3900 |
|  | 06/04/04 | 100 | $23.7200 |
|  | 06/04/04 | 500 | $23.7300 |
|  | 06/14/04 | 600 | $21.3500 |
|  | 06/16/04 | 400 | $21.5700 |
|  | 06/16/04 | 100 | $21.6000 |
|  | 06/25/04 | 600 | $23.7000 |
|  | 06/25/04 | 100 | $23.5000 |
|  | 06/28/04 | 500 | $25.0500 |
|  | 06/28/04 | 2,000 | $25.1200 |
|  | 06/28/04 | 1,700 | $25.0500 |
|  | 06/28/04 | 1,000 | $25.0500 |
|  | 06/28/04 | 1,000 | $25.0500 |
|  | 06/28/04 | 1,000 | $25.0500 |
|  | 06/28/04 | 1,300 | $25.3000 |
|  | 06/28/04 | 1,700 | $25.0000 |
|  | 06/28/04 | 2,000 | $25.1600 |
|  | 06/28/04 | 500 | $25.1300 |
|  | 06/28/04 | 500 | $25.1500 |
|  | 06/28/04 | 1,000 | $24.8400 |
|  | 06/28/04 | 2,000 | $25.2000 |
|  | 06/28/04 | 300 | $25.0100 |
|  | 06/28/04 | 100 | $25.0900 |
|  | 06/28/04 | 200 | $24.8200 |
|  | 06/28/04 | 300 | $24.7800 |
|  | 06/28/04 | 300 | $25.0000 |
|  | 06/28/04 | 400 | $24.8500 |
|  | 06/28/04 | 100 | $24.8400 |
|  | 06/28/04 | 100 | $25.6000 |
|  | 06/28/04 | 100 | $25.6000 |
|  | 06/28/04 | 400 | $25.6000 |
|  | 06/28/04 | 500 | $25.6000 |
|  | 06/28/04 | 100 | $25.1000 |
|  | 06/28/04 | 100 | $25.4000 |
|  | 06/28/04 | 200 | $25.2000 |
|  | 06/28/04 | 100 | $25.1500 |
|  | 06/28/04 | 200 | $25.1500 |
|  | 06/28/04 | 100 | $25.0500 |
|  | 06/28/04 | 100 | $25.0500 |
|  | 06/28/04 | 100 | $25.3500 |
|  | 06/28/04 | 100 | $25.2600 |
|  | 06/28/04 | 100 | $25.2600 |
|  | 06/28/04 | 200 | $25.0500 |
|  | 06/28/04 | 400 | $25.1000 |
|  | 06/28/04 | 400 | $25.0700 |
|  | 06/28/04 | 200 | $25.0500 |
|  | 06/28/04 | 200 | $25.0000 |
|  | 06/28/04 | 400 | $25.1500 |
|  | 06/28/04 | 100 | $25.4000 |

## Schedule A
### Electronic Trading Group, L.L.C. Transactions in
### Elan Corp. plc  (NYSE: ELN)

| | DATE | SHARES | COST |
|---|---|---|---|
| Sale(s) | 06/28/04 | 300 | $25.0000 |
| Continued: | 06/28/04 | 100 | $24.8200 |
| | 06/28/04 | 100 | $25.2000 |
| | 06/28/04 | 100 | $25.2000 |
| | 06/28/04 | 100 | $25.0500 |
| | 06/28/04 | 100 | $25.0500 |
| | 06/28/04 | 100 | $24.8200 |
| | 06/28/04 | 100 | $25.0900 |
| | 06/28/04 | 100 | $25.6000 |
| | 06/28/04 | 100 | $25.6000 |
| | 06/28/04 | 500 | $24.9800 |
| | 06/28/04 | 500 | $24.9800 |
| | 06/28/04 | 1,000 | $24.9700 |
| | 06/29/04 | 800 | $24.4625 |
| | 06/30/04 | 400 | $24.7200 |
| | 07/01/04 | 1,000 | $24.9900 |
| | 07/01/04 | 200 | $25.4000 |
| | 07/01/04 | 500 | $25.3900 |
| | 07/01/04 | 300 | $25.3900 |
| | 07/08/04 | 500 | $25.4700 |
| | 07/12/04 | 700 | $24.2100 |
| | 07/12/04 | 1,300 | $24.2000 |
| | 07/15/04 | 1,000 | $25.5100 |
| | 07/19/04 | 600 | $25.8300 |
| | 07/19/04 | 100 | $25.8300 |
| | 07/19/04 | 100 | $25.0100 |
| | 07/19/04 | 100 | $25.7400 |
| | 07/19/04 | 100 | $25.0100 |
| | 07/22/04 | 2,500 | $20.8900 |
| | 07/22/04 | 200 | $21.8000 |
| | 07/22/04 | 100 | $21.5900 |
| | 07/22/04 | 500 | $21.5200 |
| | 07/22/04 | 50 | $22.8000 |
| | 07/22/04 | 200 | $22.6500 |
| | 07/22/04 | 50 | $21.5500 |
| | 07/22/04 | 700 | $21.4000 |
| | 07/23/04 | 300 | $21.9000 |
| | 07/23/04 | 1,500 | $22.0000 |
| | 07/23/04 | 800 | $21.5000 |
| | 07/23/04 | 1,300 | $21.4800 |
| | 07/23/04 | 700 | $21.4700 |
| | 07/26/04 | 100 | $20.1300 |
| | 07/26/04 | 400 | $20.1300 |
| | 07/26/04 | 500 | $20.1300 |
| | 07/26/04 | 500 | $19.5300 |
| | 07/26/04 | 400 | $19.9700 |
| | 07/26/04 | 500 | $20.0000 |
| | 07/26/04 | 600 | $19.9800 |
| | 07/26/04 | 1,000 | $20.0200 |
| | 07/26/04 | 500 | $19.7300 |
| | 07/26/04 | 500 | $20.1500 |
| | 07/26/04 | 1,000 | $20.1700 |

## Schedule A
## Electronic Trading Group, L.L.C. Transactions in
## Elan Corp. plc  (NYSE: ELN)

|  | DATE | SHARES | COST |
|---|---|---|---|
| Sale(s) | 07/26/04 | 300 | $22.5000 |
| Continued: | 07/26/04 | 200 | $22.6500 |
|  | 07/27/04 | 100 | $18.6000 |
|  | 07/27/04 | 100 | $18.6000 |
|  | 07/27/04 | 100 | $18.6000 |
|  | 07/27/04 | 100 | $19.6900 |
|  | 07/27/04 | 200 | $19.6400 |
|  | 07/27/04 | 100 | $19.1600 |
|  | 07/27/04 | 100 | $19.1600 |
|  | 07/27/04 | 300 | $19.9900 |
|  | 07/27/04 | 200 | $19.0600 |
|  | 07/27/04 | 100 | $18.8900 |
|  | 07/27/04 | 100 | $19.5600 |
|  | 07/27/04 | 700 | $19.5500 |
|  | 07/27/04 | 100 | $19.5500 |
|  | 07/27/04 | 200 | $19.2000 |
|  | 07/27/04 | 300 | $19.0700 |
|  | 07/27/04 | 200 | $19.1900 |
|  | 07/27/04 | 700 | $19.3300 |
|  | 07/27/04 | 500 | $19.2300 |
|  | 07/27/04 | 500 | $19.2600 |
|  | 07/27/04 | 200 | $19.2600 |
|  | 07/27/04 | 100 | $19.3400 |
|  | 07/27/04 | 200 | $19.4900 |
|  | 07/27/04 | 400 | $19.5900 |
|  | 07/27/04 | 100 | $19.5900 |
|  | 07/27/04 | 700 | $19.5900 |
|  | 07/27/04 | 100 | $19.4700 |
|  | 07/27/04 | 500 | $19.4400 |
|  | 07/27/04 | 100 | $19.4400 |
|  | 07/27/04 | 400 | $19.4500 |
|  | 07/27/04 | 300 | $19.4600 |
|  | 07/27/04 | 500 | $19.4000 |
|  | 07/27/04 | 1,500 | $19.3700 |
|  | 07/27/04 | 200 | $19.9000 |
|  | 07/27/04 | 600 | $19.8500 |
|  | 07/27/04 | 200 | $19.8500 |
|  | 07/27/04 | 200 | $19.7300 |
|  | 07/27/04 | 300 | $19.6000 |
|  | 07/27/04 | 200 | $19.6000 |
|  | 07/27/04 | 100 | $19.6100 |
|  | 07/27/04 | 100 | $19.6300 |
|  | 07/27/04 | 300 | $19.7400 |
|  | 07/27/04 | 200 | $19.7000 |
|  | 07/27/04 | 200 | $19.7600 |
|  | 07/27/04 | 200 | $19.6800 |
|  | 07/27/04 | 200 | $19.9400 |
|  | 07/27/04 | 400 | $19.8800 |
|  | 07/28/04 | 200 | $19.9800 |
|  | 07/28/04 | 100 | $20.0000 |
|  | 07/28/04 | 300 | $19.8700 |
|  | 07/28/04 | 100 | $19.8700 |

**Schedule A**
**Electronic Trading Group, L.L.C. Transactions in**
**Elan Corp. plc  (NYSE: ELN)**

|  | DATE | SHARES | COST |
|---|---|---|---|
| Sale(s) | 07/28/04 | 100 | $20.1500 |
| Continued: | 07/28/04 | 100 | $20.1900 |
|  | 07/28/04 | 200 | $20.2600 |
|  | 07/28/04 | 100 | $20.2500 |
|  | 07/28/04 | 300 | $20.2700 |
|  | 07/28/04 | 300 | $20.3200 |
|  | 07/28/04 | 200 | $20.1200 |
|  | 07/28/04 | 300 | $20.0800 |
|  | 07/28/04 | 100 | $20.0400 |
|  | 07/28/04 | 500 | $20.0700 |
|  | 07/28/04 | 300 | $20.5000 |
|  | 07/28/04 | 300 | $20.4700 |
|  | 07/28/04 | 300 | $20.4300 |
|  | 07/28/04 | 100 | $20.4600 |
|  | 07/28/04 | 100 | $20.3500 |
|  | 07/28/04 | 400 | $19.9700 |
|  | 07/28/04 | 600 | $19.9800 |
|  | 07/28/04 | 200 | $19.9800 |
|  | 07/28/04 | 100 | $20.3500 |
|  | 07/29/04 | 100 | $19.1900 |
|  | 07/29/04 | 200 | $19.2100 |
|  | 07/29/04 | 500 | $19.2500 |
|  | 07/29/04 | 500 | $19.2400 |
|  | 07/29/04 | 800 | $19.3300 |
|  | 07/29/04 | 100 | $19.2300 |
|  | 07/29/04 | 600 | $19.8500 |
|  | 07/29/04 | 600 | $19.7700 |
|  | 07/29/04 | 1,100 | $19.7600 |
|  | 07/29/04 | 100 | $19.9000 |
|  | 07/29/04 | 200 | $20.0500 |
|  | 07/29/04 | 100 | $20.0900 |
|  | 07/29/04 | 2,500 | $19.4800 |
|  | 07/29/04 | 1,200 | $19.4800 |
|  | 07/29/04 | 2,800 | $19.5900 |
|  | 07/29/04 | 200 | $19.4100 |
|  | 07/29/04 | 1,400 | $19.4500 |
|  | 07/29/04 | 200 | $19.8900 |
|  | 07/29/04 | 100 | $19.8100 |
|  | 07/29/04 | 400 | $19.8300 |
|  | 07/30/04 | 200 | $20.9400 |
|  | 07/30/04 | 600 | $20.8700 |
|  | 07/30/04 | 200 | $20.8500 |
|  | 07/30/04 | 100 | $20.6300 |
|  | 07/30/04 | 200 | $20.6600 |
|  | 07/30/04 | 200 | $20.6600 |
|  | 07/30/04 | 100 | $20.5900 |
|  | 07/30/04 | 200 | $20.5000 |
|  | 07/30/04 | 100 | $20.6000 |
|  | 07/30/04 | 100 | $20.8100 |
|  | 07/30/04 | 100 | $20.6900 |
|  | 07/30/04 | 100 | $20.9600 |
|  | 07/30/04 | 3,000 | $20.1000 |

### Schedule A
### Electronic Trading Group, L.L.C. Transactions in
### Elan Corp. plc  (NYSE: ELN)

|  | DATE | SHARES | COST |
|---|---|---|---|
| Sale(s) | 08/02/04 | 600 | $20.4000 |
| Continued: | 08/04/04 | 800 | $19.8000 |
|  | 08/04/04 | 200 | $19.3200 |
|  | 08/04/04 | 500 | $19.3000 |
|  | 08/04/04 | 600 | $19.3300 |
|  | 08/04/04 | 100 | $19.0600 |
|  | 08/04/04 | 1,400 | $19.0600 |
|  | 08/04/04 | 500 | $19.1700 |
|  | 08/05/04 | 400 | $19.2000 |
|  | 08/05/04 | 300 | $19.1900 |
|  | 08/05/04 | 500 | $19.1900 |
|  | 08/05/04 | 1,200 | $19.1700 |
|  | 08/05/04 | 600 | $19.1700 |
|  | 08/05/04 | 1,100 | $19.1700 |
|  | 08/05/04 | 100 | $19.1700 |
|  | 08/05/04 | 200 | $19.1300 |
|  | 08/05/04 | 500 | $19.1400 |
|  | 08/05/04 | 800 | $19.2000 |
|  | 08/05/04 | 200 | $19.2000 |
|  | 08/05/04 | 300 | $18.9900 |
|  | 08/05/04 | 500 | $18.9300 |
|  | 08/05/04 | 200 | $18.9100 |
|  | 08/05/04 | 600 | $18.8600 |
|  | 08/05/04 | 500 | $19.3000 |
|  | 08/05/04 | 400 | $19.1000 |
|  | 08/05/04 | 200 | $19.0800 |
|  | 08/05/04 | 100 | $18.4000 |
|  | 08/05/04 | 500 | $18.4800 |
|  | 08/05/04 | 500 | $18.3700 |
|  | 08/05/04 | 500 | $18.6500 |
|  | 08/05/04 | 1,000 | $18.6500 |
|  | 08/05/04 | 1,000 | $18.6500 |
|  | 08/05/04 | 100 | $18.5100 |
|  | 08/05/04 | 1,200 | $18.5600 |
|  | 08/05/04 | 1,500 | $19.1100 |
|  | 08/05/04 | 200 | $19.0200 |
|  | 08/05/04 | 300 | $19.0200 |
|  | 08/05/04 | 100 | $19.0100 |
|  | 08/05/04 | 300 | $19.2000 |
|  | 08/06/04 | 500 | $17.4000 |
|  | 08/06/04 | 100 | $17.7700 |
|  | 08/06/04 | 100 | $17.5400 |
|  | 08/06/04 | 200 | $17.5100 |
|  | 08/06/04 | 300 | $17.6300 |
|  | 08/06/04 | 300 | $18.1600 |
|  | 08/06/04 | 200 | $18.1500 |
|  | 08/06/04 | 700 | $18.1500 |
|  | 08/06/04 | 100 | $18.1200 |
|  | 08/06/04 | 100 | $18.1000 |
|  | 08/06/04 | 200 | $17.5900 |
|  | 08/06/04 | 300 | $17.3700 |
|  | 08/06/04 | 500 | $17.3700 |

**Schedule A**
**Electronic Trading Group, L.L.C. Transactions in**
**Elan Corp. plc  (NYSE: ELN)**

| | DATE | SHARES | COST |
|---|---|---|---|
| Sale(s) | 08/06/04 | 100 | $17.6100 |
| Continued: | 08/06/04 | 500 | $17.5500 |
| | 08/06/04 | 300 | $17.3600 |
| | 08/06/04 | 200 | $17.7000 |
| | 08/06/04 | 100 | $17.7500 |
| | 08/06/04 | 100 | $17.7300 |
| | 08/06/04 | 100 | $17.7600 |
| | 08/06/04 | 500 | $17.6800 |
| | 08/06/04 | 1,200 | $17.7000 |
| | 08/06/04 | 100 | $18.0000 |
| | 08/06/04 | 1,000 | $17.6500 |
| | 08/06/04 | 100 | $17.6600 |
| | 08/06/04 | 100 | $17.6500 |
| | 08/06/04 | 600 | $17.6500 |
| | 08/06/04 | 100 | $17.6300 |
| | 08/06/04 | 400 | $17.4100 |
| | 08/06/04 | 400 | $17.4100 |
| | 08/06/04 | 700 | $17.5200 |
| | 08/06/04 | 200 | $17.5000 |
| | 08/06/04 | 200 | $17.5000 |
| | 08/06/04 | 600 | $17.5000 |
| | 08/06/04 | 500 | $17.4700 |
| | 08/06/04 | 1,300 | $18.2500 |
| | 08/10/04 | 500 | $17.1100 |
| | 08/10/04 | 100 | $17.1000 |
| | 08/11/04 | 600 | $18.6800 |
| | 08/11/04 | 600 | $18.6000 |
| | 08/11/04 | 200 | $18.4000 |
| | 08/12/04 | 100 | $20.9100 |
| | 08/12/04 | 100 | $20.9200 |
| | 08/12/04 | 300 | $20.9700 |
| | 08/12/04 | 200 | $20.9400 |
| | 08/12/04 | 400 | $20.9900 |
| | 08/12/04 | 400 | $20.6400 |
| | 08/12/04 | 100 | $20.7900 |
| | 08/12/04 | 300 | $20.8600 |
| | 08/12/04 | 300 | $20.9000 |
| | 08/12/04 | 100 | $20.7300 |
| | 08/12/04 | 600 | $20.5500 |
| | 08/12/04 | 500 | $20.7000 |
| | 08/12/04 | 1,800 | $20.7100 |
| | 08/12/04 | 200 | $20.6800 |
| | 08/12/04 | 1,400 | $20.6000 |
| | 08/12/04 | 500 | $20.5900 |
| | 08/12/04 | 2,000 | $20.5100 |
| | 08/12/04 | 600 | $20.8900 |
| | 08/12/04 | 100 | $20.6300 |
| | 08/12/04 | 1,200 | $20.6100 |
| | 08/12/04 | 100 | $20.5800 |
| | 08/12/04 | 1,200 | $20.5700 |
| | 08/12/04 | 500 | $20.5600 |
| | 08/12/04 | 2,200 | $20.4300 |

**Schedule A**
**Electronic Trading Group, L.L.C. Transactions in**
**Elan Corp. plc  (NYSE: ELN)**

|  | DATE | SHARES | COST |
|---|---|---|---|
| Sale(s) | 08/12/04 | 300 | $20.4300 |
| Continued: | 08/12/04 | 200 | $20.4200 |
|  | 08/12/04 | 500 | $20.4200 |
|  | 08/12/04 | 500 | $20.4200 |
|  | 08/12/04 | 4,200 | $20.4900 |
|  | 08/12/04 | 600 | $20.4900 |
|  | 08/12/04 | 300 | $20.4900 |
|  | 08/12/04 | 2,800 | $20.4900 |
|  | 08/12/04 | 100 | $20.5100 |
|  | 08/12/04 | 3,100 | $20.5400 |
|  | 08/12/04 | 200 | $20.5100 |
|  | 08/12/04 | 200 | $20.5100 |
|  | 08/12/04 | 200 | $20.5100 |
|  | 08/12/04 | 200 | $20.5100 |
|  | 08/12/04 | 200 | $20.5100 |
|  | 08/12/04 | 200 | $20.5100 |
|  | 08/12/04 | 300 | $20.5100 |
|  | 08/12/04 | 300 | $20.5100 |
|  | 08/12/04 | 400 | $20.5100 |
|  | 08/12/04 | 400 | $20.5100 |
|  | 08/12/04 | 400 | $20.5100 |
|  | 08/12/04 | 400 | $20.5100 |
|  | 08/12/04 | 100 | $20.2800 |
|  | 08/12/04 | 100 | $20.2600 |
|  | 08/12/04 | 100 | $20.1300 |
|  | 08/12/04 | 1,000 | $21.0000 |
|  | 08/12/04 | 300 | $21.0000 |
|  | 08/12/04 | 200 | $20.4100 |
|  | 08/18/04 | 500 | $21.7100 |
|  | 08/18/04 | 500 | $21.4500 |
|  | 08/18/04 | 400 | $21.4500 |
|  | 08/18/04 | 400 | $21.1100 |
|  | 08/18/04 | 900 | $21.5600 |
|  | 08/18/04 | 1,100 | $21.5600 |
|  | 08/20/04 | 1,000 | $21.7500 |
|  | 08/24/04 | 500 | $21.5100 |
|  | 09/01/04 | 100 | $22.8300 |
|  | 09/01/04 | 800 | $23.0000 |
|  | 09/01/04 | 100 | $22.9700 |
|  | 09/01/04 | 200 | $22.7100 |
|  | 09/01/04 | 300 | $22.6800 |
|  | 09/01/04 | 300 | $22.6800 |
|  | 09/02/04 | 200 | $22.8800 |
|  | 09/02/04 | 200 | $22.8500 |
|  | 09/14/04 | 500 | $24.0000 |
|  | 09/14/04 | 400 | $24.0000 |
|  | 09/14/04 | 100 | $24.0100 |
|  | 09/14/04 | 100 | $24.0300 |
|  | 09/14/04 | 500 | $23.9600 |
|  | 09/15/04 | 200 | $23.9500 |
|  | 09/16/04 | 639 | $24.0000 |
|  | 09/17/04 | 2,500 | $24.3000 |

**Schedule A**
**Electronic Trading Group, L.L.C. Transactions in**
**Elan Corp. plc  (NYSE: ELN)**

|  | DATE | SHARES | COST |
|---|---|---|---|
| Sale(s) | 09/17/04 | 2,000 | $24.3100 |
| Continued: | 09/17/04 | 500 | $24.3500 |
|  | 09/20/04 | 600 | $24.2000 |
|  | 09/20/04 | 400 | $23.9500 |
|  | 09/21/04 | 200 | $24.2900 |
|  | 09/21/04 | 200 | $24.2400 |
|  | 09/21/04 | 200 | $24.1800 |
|  | 09/21/04 | 200 | $24.2200 |
|  | 09/21/04 | 500 | $24.1500 |
|  | 09/22/04 | 600 | $23.4800 |
|  | 09/22/04 | 700 | $23.3700 |
|  | 09/22/04 | 100 | $23.4200 |
|  | 09/22/04 | 500 | $23.7600 |
|  | 09/22/04 | 100 | $23.9300 |
|  | 09/24/04 | 500 | $23.2500 |
|  | 09/24/04 | 100 | $23.2000 |
|  | 09/24/04 | 100 | $23.2000 |
|  | 09/24/04 | 200 | $23.2500 |
|  | 09/24/04 | 100 | $23.3900 |
|  | 09/24/04 | 2,900 | $23.3600 |
|  | 09/27/04 | 200 | $23.2000 |
|  | 09/30/04 | 500 | $23.4100 |
|  | 09/30/04 | 500 | $23.3800 |
|  | 09/30/04 | 500 | $23.4000 |
|  | 09/30/04 | 500 | $23.3700 |
|  | 09/30/04 | 1,000 | $23.1900 |
|  | 09/30/04 | 500 | $23.1300 |
|  | 09/30/04 | 500 | $23.3400 |
|  | 09/30/04 | 500 | $23.4000 |
|  | 10/06/04 | 2,000 | $23.0000 |
|  | 10/07/04 | 2,000 | $23.0000 |
|  | 10/08/04 | 400 | $21.6700 |
|  | 10/08/04 | 200 | $21.7000 |
|  | 10/08/04 | 200 | $21.5900 |
|  | 10/08/04 | 100 | $21.6200 |
|  | 10/08/04 | 300 | $21.8900 |
|  | 10/08/04 | 300 | $21.8900 |
|  | 10/08/04 | 600 | $21.8800 |
|  | 10/08/04 | 1,000 | $21.8700 |
|  | 10/08/04 | 1,000 | $21.8500 |
|  | 10/08/04 | 1,000 | $21.8600 |
|  | 10/08/04 | 100 | $21.8600 |
|  | 10/08/04 | 1,000 | $21.7800 |
|  | 10/08/04 | 300 | $21.9000 |
|  | 10/08/04 | 200 | $21.9300 |
|  | 10/08/04 | 100 | $21.9300 |
|  | 10/08/04 | 400 | $21.9500 |
|  | 10/08/04 | 200 | $21.6800 |
|  | 10/08/04 | 200 | $21.6600 |
|  | 10/08/04 | 700 | $21.6400 |
|  | 10/08/04 | 200 | $21.6500 |
|  | 10/08/04 | 300 | $21.6400 |

**Schedule A**
**Electronic Trading Group, L.L.C. Transactions in**
**Elan Corp. plc  (NYSE: ELN)**

| | DATE | SHARES | COST |
|---|---|---|---|
| Sale(s) | 10/08/04 | 500 | $21.6300 |
| Continued: | 10/08/04 | 500 | $21.6300 |
| | 10/08/04 | 500 | $21.6300 |
| | 10/08/04 | 500 | $21.6100 |
| | 10/08/04 | 400 | $21.6500 |
| | 10/08/04 | 1,000 | $21.7800 |
| | 10/08/04 | 900 | $21.8700 |
| | 10/08/04 | 100 | $21.8700 |
| | 10/08/04 | 600 | $21.8800 |
| | 10/08/04 | 300 | $21.8900 |
| | 10/08/04 | 2,000 | $21.5800 |
| | 10/08/04 | 2,000 | $21.7100 |
| | 10/08/04 | 700 | $21.8400 |
| | 10/08/04 | 300 | $21.8000 |
| | 10/11/04 | 200 | $22.1200 |
| | 10/11/04 | 300 | $22.0700 |
| | 10/11/04 | 500 | $22.1200 |
| | 10/11/04 | 100 | $21.8500 |
| | 10/11/04 | 100 | $21.9200 |
| | 10/11/04 | 600 | $22.0000 |
| | 10/11/04 | 200 | $21.9500 |
| | 10/11/04 | 100 | $21.9600 |
| | 10/11/04 | 40 | $22.0000 |
| | 10/11/04 | 500 | $22.1000 |
| | 10/11/04 | 2,000 | $21.8800 |
| | 10/12/04 | 100 | $21.9200 |
| | 10/18/04 | 1,000 | $22.3900 |
| | 10/18/04 | 1,000 | $22.3900 |
| | 10/18/04 | 400 | $22.8000 |
| | 10/18/04 | 100 | $22.3800 |
| | 10/18/04 | 100 | $22.2400 |
| | 10/18/04 | 300 | $22.3600 |
| | 10/19/04 | 500 | $22.9200 |
| | 10/19/04 | 1,000 | $22.9700 |
| | 10/19/04 | 1,800 | $22.9500 |
| | 10/19/04 | 200 | $22.9500 |
| | 10/19/04 | 500 | $22.8500 |
| | 10/19/04 | 500 | $23.0000 |
| | 10/19/04 | 200 | $23.0300 |
| | 10/19/04 | 300 | $23.0200 |
| | 10/20/04 | 1,000 | $23.2600 |
| | 10/20/04 | 1,000 | $23.2500 |
| | 10/20/04 | 1,000 | $23.5500 |
| | 10/20/04 | 300 | $23.5500 |
| | 10/20/04 | 200 | $23.5500 |
| | 10/20/04 | 800 | $23.6100 |
| | 10/20/04 | 200 | $23.6100 |
| | 10/20/04 | 600 | $23.4900 |
| | 10/20/04 | 1,900 | $23.5000 |
| | 10/20/04 | 500 | $23.6000 |
| | 10/20/04 | 1,000 | $23.5600 |
| | 10/21/04 | 200 | $23.6900 |

**Schedule A**
**Electronic Trading Group, L.L.C. Transactions in**
**Elan Corp. plc  (NYSE: ELN)**

|  | DATE | SHARES | COST |
|---|---|---|---|
| **Sale(s)** | 10/21/04 | 500 | $23.7400 |
| **Continued:** | 10/21/04 | 500 | $23.7400 |
|  | 10/21/04 | 500 | $23.7100 |
|  | 10/21/04 | 200 | $23.6000 |
|  | 10/21/04 | 1,000 | $23.6100 |
|  | 10/21/04 | 200 | $23.6900 |
|  | 10/22/04 | 2,000 | $24.6900 |

## CERTIFICATION

Jeffrey A. Wolfson declares the following as to the claims asserted, or to be asserted, under the federal securities laws:

1.    My name is Jeffrey A. Wolfson and I am a Principal Member of Horatio Capital, LLC ("Horatio").

2.    I have reviewed a copy of the complaint filed in the action, captioned *Williams v. Elan Corporation, plc, et. al.*, Civil Action No. 05-cv-10413 (U.S. Dist. Ct., D. Mass.).

3.    I am duly authorized to pursue appointment of Horatio as a representative party in this matter and to seek approval of Horatio's selection of lead and liaison counsel. Horatio is willing to serve as a representative party in this action and it recognizes its duties as such, including monitoring and directing the litigation, and providing testimony at deposition and trial, if necessary.

4.    Horatio did not acquire any of the relevant securities at the direction of plaintiff's counsel or in order to participate in any private action under the federal securities laws.

5.    Horatio will not accept any payment for serving as a representative party beyond its *pro rata* share of any recovery, except reasonable costs and expenses, such as lost wages and travel expenses, directly related to the class representation, as ordered or approved by the court pursuant to law.

6.    Horatio has not sought to serve or served as a representative party for a class in any action under the federal securities laws within the past three years, except *Brown v. Biogen Idec Inc.*, et. al., Civil Action No. 05-cv-10400 (U.S. Dist. Ct., D. Mass.).

7.    Horatio's transactions during the proposed class period in Elan Corporation, plc securities, that are the subject of this litigation, are described in the chart attached hereto as Schedule A.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed this _2nd_ day of May 2005

By: _____
Jeffrey A. Wolfson
Principal Member
Horatio Capital, LLC

**Schedule A**
**Horatio Capital, LLC Transactions in**
**Elan Corp. plc (NYSE: ELN)**

| | DATE | SHARES | COST |
|---|---|---|---|
| **Purchase(s):** | | | |
| | 11/19/04 | 30,000 | $22.5000 |
| | 11/19/04 | 30,000 | $20.0000 |
| | 12/13/04 | 100 | $27.5500 |
| | 12/13/04 | 100 | $27.5500 |
| | 12/13/04 | 100 | $27.9700 |
| | 12/13/04 | 100 | $27.5500 |
| | 12/13/04 | 200 | $27.9700 |
| | 12/13/04 | 200 | $27.9700 |
| | 12/13/04 | 500 | $27.9700 |
| | 12/13/04 | 700 | $27.5500 |
| | 01/10/05 | 100 | $28.3500 |
| | 01/10/05 | 100 | $28.3500 |
| | 01/10/05 | 400 | $28.3600 |
| | 01/10/05 | 400 | $28.3500 |
| | 01/11/05 | 1,500 | $28.4000 |
| | 02/07/05 | 700 | $28.3200 |
| | 02/07/05 | 800 | $28.3200 |
| | 02/18/05 | 500 | $30.0000 |
| | 02/18/05 | 1,000 | $30.0000 |
| | 02/18/05 | 50,000 | $25.0000 |
| **Sale(s):** | | | |
| | 12/16/04 | 2,500 | $25.0000 |
| | 12/17/04 | 12,500 | $25.0000 |
| | 01/19/05 | 2,500 | $25.0000 |
| | 01/21/05 | 1,000 | $25.0000 |
| | 01/21/05 | 3,000 | $25.0000 |
| | 01/21/05 | 5,000 | $25.0000 |
| | 01/21/05 | 7,500 | $25.0000 |
| | 01/21/05 | 30,000 | $25.0000 |
| | 02/17/05 | 100 | $20.0000 |
| | 02/17/05 | 300 | $20.0000 |
| | 02/17/05 | 300 | $20.0000 |
| | 02/18/05 | 200 | $20.0000 |
| | 02/18/05 | 300 | $20.0000 |
| | 02/18/05 | 500 | $20.0000 |
| | 02/18/05 | 500 | $20.0000 |
| | 02/18/05 | 600 | $20.0000 |
| | 02/18/05 | 700 | $20.0000 |

## CERTIFICATION

Michael J. Palumbo declares the following as to the claims asserted, or to be asserted, under the federal securities laws:

1.    My name is Michael J. Palumbo and I am the Managing Partner of Third Millennium Trading, LLP ("Third Millennium").

2.    I have reviewed a copy of the complaint filed in the action, captioned *Williams v. Elan Corporation, plc, et. al.*, Civil Action No. 05-cv-10413 (U.S. Dist. Ct., D. Mass.).

3.    I am duly authorized to pursue appointment of Third Millennium as a representative party in this matter and to seek approval of Third Millennium's selection of lead and liaison counsel. Third Millennium is willing to serve as a representative party in this action and it recognizes its duties as such, including monitoring and directing the litigation, and providing testimony at deposition and trial, if necessary.

4.    Third Millennium did not acquire any of the relevant securities at the direction of plaintiff's counsel or in order to participate in any private action under the federal securities laws.

5.    Third Millennium will not accept any payment for serving as a representative party beyond its *pro rata* share of any recovery, except reasonable costs and expenses, such as lost wages and travel expenses, directly related to the class representation, as ordered or approved by the court pursuant to law.

6.    Third Millennium has not sought to serve or served as a representative party for a class in any action under the federal securities laws within the past three years, except *Brown v. Biogen Idec Inc., et. al.*, Civil Action No. 05-cv-10400 (U.S. Dist. Ct., D. Mass.).

7.    Third Millennium's transactions during the proposed class period in Elan Corporation, plc securities, that are the subject of this litigation, are described in the chart attached hereto as Schedule A.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed this ⌒ day of May 2005

By: _____
Michael J. Palumbo
Managing Partner
Third Millennium Trading, LLP

**Schedule A**
**Third Millenium Trading LLP Transactions in**
**Elan Corp. plc  (NYSE: ELN)**

|  | DATE | SHARES | COST |
|---|---|---|---|
| Purchase(s): | | | |
| | 02/20/04 | 40,000 | $7.5000 |
| | 03/03/04 | 900 | $16.4000 |
| | 03/03/04 | 2,100 | $16.3900 |
| | 03/08/04 | 100 | $17.4600 |
| | 03/08/04 | 500 | $17.4600 |
| | 03/08/04 | 1,200 | $17.4800 |
| | 03/08/04 | 1,500 | $17.4600 |
| | 03/08/04 | 3,500 | $17.4600 |
| | 03/08/04 | 3,800 | $17.4900 |
| | 03/08/04 | 4,500 | $17.4600 |
| | 03/08/04 | 4,900 | $17.4900 |
| | 03/08/04 | 5,000 | $17.4700 |
| | 03/22/04 | 100,100 | $19.3000 |
| | 03/30/04 | 11,300 | $20.2000 |
| | 04/20/04 | 400 | $22.5400 |
| | 04/20/04 | 500 | $22.5900 |
| | 04/20/04 | 1,000 | $22.4200 |
| | 04/20/04 | 1,000 | $22.5800 |
| | 04/20/04 | 1,500 | $22.5800 |
| | 04/20/04 | 1,800 | $22.5900 |
| | 04/20/04 | 2,000 | $22.5200 |
| | 04/20/04 | 2,000 | $22.5000 |
| | 04/20/04 | 2,200 | $22.6000 |
| | 04/20/04 | 4,600 | $22.5500 |
| | 04/23/04 | 100 | $23.4800 |
| | 04/23/04 | 300 | $23.4600 |
| | 04/23/04 | 300 | $23.4700 |
| | 04/23/04 | 400 | $23.4900 |
| | 04/23/04 | 400 | $23.4800 |
| | 04/23/04 | 500 | $23.4500 |
| | 04/23/04 | 500 | $23.4300 |
| | 04/23/04 | 700 | $23.4600 |
| | 04/23/04 | 800 | $23.4300 |
| | 04/23/04 | 1,000 | $23.4600 |
| | 04/23/04 | 1,100 | $23.4800 |
| | 04/23/04 | 1,500 | $23.4500 |
| | 04/23/04 | 1,700 | $23.4300 |
| | 04/23/04 | 1,700 | $23.4700 |
| | 04/23/04 | 4,000 | $23.4900 |
| | 05/13/04 | 5,000 | $20.2300 |
| | 05/19/04 | 1,000 | $23.2500 |
| | 05/19/04 | 3,000 | $23.5400 |
| | 05/21/04 | 25,000 | $20.0000 |
| | 05/25/04 | 300 | $21.8800 |
| | 06/08/04 | 2,000 | $23.3800 |
| | 06/08/04 | 5,000 | $23.3900 |
| | 06/10/04 | 3,000 | $22.0000 |
| | 06/14/04 | 300 | $21.4100 |
| | 06/14/04 | 500 | $21.4300 |
| | 06/14/04 | 4,200 | $21.4000 |
| | 06/14/04 | 5,000 | $21.4000 |

**Schedule A**
**Third Millenium Trading LLP Transactions in**
**Elan Corp. plc  (NYSE: ELN)**

| | DATE | SHARES | COST |
|---|---|---|---|
| Purchase(s) | 06/14/04 | 27,000 | $21.4000 |
| Continued: | 06/18/04 | 100 | $21.8200 |
| | 06/18/04 | 100 | $21.8000 |
| | 06/18/04 | 100 | $21.8200 |
| | 06/18/04 | 100 | $21.8200 |
| | 06/18/04 | 500 | $21.8200 |
| | 06/18/04 | 600 | $22.0000 |
| | 06/18/04 | 700 | $21.9000 |
| | 06/18/04 | 700 | $21.9500 |
| | 06/18/04 | 800 | $22.0000 |
| | 06/18/04 | 800 | $21.7800 |
| | 06/18/04 | 1,000 | $21.8200 |
| | 06/18/04 | 1,000 | $21.8400 |
| | 06/18/04 | 1,000 | $21.8200 |
| | 06/18/04 | 1,100 | $21.9000 |
| | 06/18/04 | 1,200 | $21.9000 |
| | 06/18/04 | 1,300 | $21.9500 |
| | 06/18/04 | 1,300 | $21.8900 |
| | 06/18/04 | 1,600 | $22.0000 |
| | 06/18/04 | 1,700 | $21.8900 |
| | 06/18/04 | 2,000 | $21.8000 |
| | 06/18/04 | 2,000 | $21.8500 |
| | 06/18/04 | 2,200 | $21.8200 |
| | 06/18/04 | 2,400 | $21.8400 |
| | 06/18/04 | 2,600 | $21.8500 |
| | 06/18/04 | 2,900 | $21.7900 |
| | 06/29/04 | 7,500 | $24.5000 |
| | 07/16/04 | 7,500 | $22.5000 |
| | 07/26/04 | 200 | $19.8500 |
| | 07/26/04 | 200 | $19.9100 |
| | 07/26/04 | 200 | $19.9000 |
| | 07/26/04 | 300 | $19.9000 |
| | 07/26/04 | 700 | $19.8100 |
| | 07/26/04 | 700 | $19.9000 |
| | 07/26/04 | 1,000 | $19.9000 |
| | 07/26/04 | 2,000 | $19.8900 |
| | 07/26/04 | 4,000 | $19.9100 |
| | 07/26/04 | 4,800 | $19.8500 |
| | 07/27/04 | 600 | $19.5800 |
| | 07/27/04 | 800 | $19.4600 |
| | 07/27/04 | 1,000 | $19.4300 |
| | 07/27/04 | 1,200 | $19.4500 |
| | 07/27/04 | 1,200 | $18.6600 |
| | 07/27/04 | 1,500 | $18.6600 |
| | 07/27/04 | 2,000 | $18.7300 |
| | 07/27/04 | 2,000 | $18.1200 |
| | 07/27/04 | 2,000 | $19.5800 |
| | 07/27/04 | 2,400 | $19.5800 |
| | 07/27/04 | 2,800 | $18.9500 |
| | 07/27/04 | 3,000 | $18.6000 |
| | 07/27/04 | 3,000 | $18.6000 |
| | 07/27/04 | 5,000 | $19.6000 |

**Schedule A**
**Third Millenium Trading LLP Transactions in**
**Elan Corp. plc  (NYSE: ELN)**

|  | DATE | SHARES | COST |
|---|---|---|---|
| Purchase(s) | 07/27/04 | 8,000 | $18.9500 |
| Continued: | 07/27/04 | 13,500 | $18.6500 |
|  | 08/04/04 | 100 | $19.1200 |
|  | 08/04/04 | 300 | $19.1200 |
|  | 08/04/04 | 600 | $19.1700 |
|  | 08/04/04 | 1,000 | $19.1200 |
|  | 08/04/04 | 1,200 | $19.1100 |
|  | 08/04/04 | 1,400 | $19.1800 |
|  | 08/04/04 | 2,000 | $19.3800 |
|  | 08/04/04 | 2,400 | $19.1200 |
|  | 08/06/04 | 200 | $17.4300 |
|  | 08/06/04 | 1,600 | $17.4300 |
|  | 08/06/04 | 2,200 | $17.4100 |
|  | 08/06/04 | 3,000 | $17.5000 |
|  | 08/18/04 | 2,000 | $21.3000 |
|  | 08/18/04 | 2,000 | $21.2500 |
|  | 08/18/04 | 3,000 | $21.7000 |
|  | 08/18/04 | 3,000 | $21.0000 |
|  | 08/20/04 | 30,000 | $25.0000 |
|  | 09/17/04 | 30,000 | $20.0000 |
|  | 09/17/04 | 160,000 | $22.5000 |
|  | 10/11/04 | 100 | $22.2900 |
|  | 10/11/04 | 200 | $22.2700 |
|  | 10/11/04 | 300 | $22.2900 |
|  | 10/11/04 | 1,500 | $22.3800 |
|  | 10/11/04 | 1,500 | $22.3800 |
|  | 10/11/04 | 2,100 | $22.2900 |
|  | 10/11/04 | 2,300 | $22.2900 |
|  | 10/13/04 | 20,000 | $21.5000 |
|  | 10/13/04 | 35,000 | $21.6000 |
|  | 10/14/04 | 25,000 | $21.0500 |
|  | 10/14/04 | 25,200 | $20.9000 |
|  | 10/15/04 | 8,000 | $20.0000 |
|  | 10/15/04 | 32,000 | $20.0000 |
|  | 10/18/04 | 2,500 | $22.1900 |
|  | 10/18/04 | 5,000 | $22.2000 |
|  | 10/20/04 | 600 | $23.3900 |
|  | 10/20/04 | 700 | $23.3900 |
|  | 10/20/04 | 700 | $23.3900 |
|  | 10/20/04 | 1,000 | $23.3900 |
|  | 10/20/04 | 1,000 | $23.3900 |
|  | 10/20/04 | 1,000 | $23.3800 |
|  | 10/20/04 | 4,600 | $23.5900 |
|  | 10/20/04 | 5,400 | $23.5900 |
|  | 10/20/04 | 10,000 | $23.5700 |
|  | 10/21/04 | 100 | $23.4700 |
|  | 10/21/04 | 100 | $23.9600 |
|  | 10/21/04 | 200 | $23.4700 |
|  | 10/21/04 | 200 | $23.7600 |
|  | 10/21/04 | 400 | $23.7500 |
|  | 10/21/04 | 500 | $24.1800 |
|  | 10/21/04 | 500 | $24.1800 |

**Schedule A**
**Third Millenium Trading LLP Transactions in**
**Elan Corp. plc  (NYSE: ELN)**

|  | DATE | SHARES | COST |
|---|---|---|---|
| Purchase(s) | 10/21/04 | 700 | $24.1800 |
| Continued: | 10/21/04 | 900 | $23.9600 |
|  | 10/21/04 | 1,000 | $23.9600 |
|  | 10/21/04 | 1,000 | $23.9300 |
|  | 10/21/04 | 1,500 | $24.1300 |
|  | 10/21/04 | 1,600 | $23.6500 |
|  | 10/21/04 | 1,800 | $24.1800 |
|  | 10/21/04 | 1,900 | $23.4700 |
|  | 10/21/04 | 2,500 | $24.1900 |
|  | 10/21/04 | 2,800 | $23.4700 |
|  | 10/21/04 | 3,400 | $23.6500 |
|  | 10/21/04 | 4,000 | $23.9600 |
|  | 10/21/04 | 4,400 | $23.7600 |
|  | 10/21/04 | 5,000 | $23.6700 |
|  | 10/22/04 | 3,500 | $25.3000 |
|  | 10/22/04 | 3,500 | $25.3000 |
|  | 10/26/04 | 900 | $25.2400 |
|  | 10/26/04 | 1,000 | $25.2400 |
|  | 10/26/04 | 1,500 | $25.2800 |
|  | 10/26/04 | 1,900 | $25.2400 |
|  | 10/27/04 | 200 | $26.5400 |
|  | 10/27/04 | 200 | $26.5600 |
|  | 10/27/04 | 400 | $26.3000 |
|  | 10/27/04 | 400 | $26.5100 |
|  | 10/27/04 | 400 | $25.6800 |
|  | 10/27/04 | 400 | $25.7100 |
|  | 10/27/04 | 900 | $26.3200 |
|  | 10/27/04 | 1,000 | $26.5400 |
|  | 10/27/04 | 1,600 | $25.7100 |
|  | 10/27/04 | 1,700 | $26.5400 |
|  | 10/27/04 | 2,000 | $26.7500 |
|  | 10/27/04 | 2,000 | $26.7200 |
|  | 10/27/04 | 2,200 | $25.7000 |
|  | 10/27/04 | 2,400 | $26.3000 |
|  | 10/27/04 | 2,400 | $25.7000 |
|  | 10/27/04 | 3,000 | $25.7000 |
|  | 10/27/04 | 3,700 | $26.3300 |
|  | 10/27/04 | 4,400 | $26.5100 |
|  | 11/01/04 | 100 | $26.0500 |
|  | 11/01/04 | 100 | $26.0500 |
|  | 11/01/04 | 200 | $26.0500 |
|  | 11/01/04 | 400 | $26.0300 |
|  | 11/01/04 | 600 | $26.0500 |
|  | 11/01/04 | 900 | $26.0500 |
|  | 11/01/04 | 1,400 | $26.0500 |
|  | 11/01/04 | 2,900 | $26.0500 |
|  | 11/01/04 | 3,400 | $26.0500 |
|  | 11/03/04 | 800 | $26.9000 |
|  | 11/03/04 | 2,000 | $26.9000 |
|  | 11/03/04 | 2,200 | $26.9000 |
|  | 11/03/04 | 4,200 | $26.9000 |
|  | 11/03/04 | 5,000 | $26.9000 |

**Schedule A**
**Third Millenium Trading LLP Transactions in**
**Elan Corp. plc  (NYSE: ELN)**

|  | DATE | SHARES | COST |
|---|---|---|---|
| Purchase(s) | 11/05/04 | 100 | $27.8400 |
| Continued: | 11/05/04 | 100 | $27.8400 |
|  | 11/05/04 | 300 | $27.8400 |
|  | 11/05/04 | 700 | $27.8400 |
|  | 11/05/04 | 1,100 | $27.8500 |
|  | 11/05/04 | 1,200 | $27.8400 |
|  | 11/05/04 | 1,200 | $27.8400 |
|  | 11/05/04 | 1,400 | $27.8400 |
|  | 11/05/04 | 1,800 | $27.8500 |
|  | 11/05/04 | 2,100 | $27.8700 |
|  | 11/08/04 | 100 | $29.0500 |
|  | 11/08/04 | 100 | $29.0900 |
|  | 11/08/04 | 100 | $29.3000 |
|  | 11/08/04 | 200 | $29.3100 |
|  | 11/08/04 | 300 | $29.3000 |
|  | 11/08/04 | 300 | $29.4500 |
|  | 11/08/04 | 500 | $29.3000 |
|  | 11/08/04 | 500 | $29.3000 |
|  | 11/08/04 | 600 | $29.3000 |
|  | 11/08/04 | 700 | $29.3000 |
|  | 11/08/04 | 800 | $29.0900 |
|  | 11/08/04 | 900 | $29.0600 |
|  | 11/08/04 | 900 | $29.4800 |
|  | 11/08/04 | 1,000 | $29.3100 |
|  | 11/08/04 | 1,000 | $29.3000 |
|  | 11/08/04 | 1,000 | $29.3000 |
|  | 11/08/04 | 2,100 | $29.3100 |
|  | 11/08/04 | 4,000 | $29.0600 |
|  | 11/08/04 | 4,000 | $29.2700 |
|  | 11/08/04 | 4,100 | $29.0900 |
|  | 11/08/04 | 4,100 | $29.4800 |
|  | 11/08/04 | 4,700 | $29.4800 |
|  | 11/08/04 | 5,000 | $29.4500 |
|  | 11/08/04 | 5,000 | $29.1400 |
|  | 11/11/04 | 300 | $29.7100 |
|  | 11/11/04 | 1,700 | $29.7100 |
|  | 11/11/04 | 2,000 | $29.7200 |
|  | 11/15/04 | 100 | $30.2900 |
|  | 11/15/04 | 200 | $30.2900 |
|  | 11/15/04 | 200 | $30.2900 |
|  | 11/15/04 | 700 | $30.2500 |
|  | 11/15/04 | 1,200 | $30.3400 |
|  | 11/15/04 | 1,800 | $30.2500 |
|  | 11/15/04 | 1,800 | $30.3300 |
|  | 11/19/04 | 33,500 | $22.5000 |
|  | 11/19/04 | 65,000 | $20.0000 |
|  | 11/29/04 | 400 | $27.7900 |
|  | 11/29/04 | 2,600 | $27.8000 |
|  | 12/09/04 | 600 | $27.3800 |
|  | 12/09/04 | 900 | $28.2000 |
|  | 12/09/04 | 1,000 | $28.0700 |
|  | 12/09/04 | 1,000 | $28.1900 |

## Schedule A
## Third Millenium Trading LLP Transactions in
## Elan Corp. plc  (NYSE: ELN)

|  | DATE | SHARES | COST |
|---|---|---|---|
| Purchase(s) | 12/09/04 | 1,700 | $27.3800 |
| Continued: | 12/09/04 | 2,700 | $27.3300 |
|  | 12/09/04 | 3,100 | $28.1900 |
|  | 12/09/04 | 5,000 | $27.4000 |
|  | 12/09/04 | 5,000 | $27.3500 |
|  | 12/10/04 | 200 | $27.8800 |
|  | 12/10/04 | 2,000 | $27.8800 |
|  | 12/10/04 | 2,800 | $27.8800 |
|  | 12/13/04 | 100 | $27.5000 |
|  | 12/13/04 | 100 | $27.6000 |
|  | 12/13/04 | 200 | $27.5000 |
|  | 12/13/04 | 300 | $27.5000 |
|  | 12/13/04 | 600 | $27.6000 |
|  | 12/13/04 | 800 | $27.6000 |
|  | 12/13/04 | 1,000 | $27.5000 |
|  | 12/13/04 | 1,100 | $27.5000 |
|  | 12/13/04 | 1,400 | $27.6000 |
|  | 12/13/04 | 2,100 | $27.6000 |
|  | 12/13/04 | 2,300 | $27.5000 |
|  | 12/13/04 | 5,000 | $27.4700 |
|  | 12/28/04 | 400 | $26.6900 |
|  | 12/28/04 | 800 | $26.6900 |
|  | 12/28/04 | 3,800 | $26.9300 |
|  | 12/31/04 | 100 | $27.3500 |
|  | 12/31/04 | 2,900 | $27.3500 |
|  | 01/04/05 | 200 | $27.6700 |
|  | 01/04/05 | 600 | $27.6900 |
|  | 01/04/05 | 4,200 | $27.7200 |
|  | 01/06/05 | 100 | $27.4700 |
|  | 01/06/05 | 100 | $27.4800 |
|  | 01/06/05 | 100 | $27.4700 |
|  | 01/06/05 | 100 | $27.4700 |
|  | 01/06/05 | 200 | $27.4700 |
|  | 01/06/05 | 600 | $27.4700 |
|  | 01/06/05 | 900 | $27.4800 |
|  | 01/06/05 | 2,900 | $27.4800 |
|  | 01/06/05 | 3,100 | $27.4700 |
|  | 01/10/05 | 100 | $28.2800 |
|  | 01/10/05 | 100 | $28.2800 |
|  | 01/10/05 | 100 | $28.2800 |
|  | 01/10/05 | 300 | $28.2800 |
|  | 01/10/05 | 400 | $28.2800 |
|  | 01/10/05 | 500 | $28.2800 |
|  | 01/10/05 | 500 | $28.2800 |
|  | 01/10/05 | 500 | $28.2800 |
|  | 01/10/05 | 500 | $28.2800 |
|  | 01/10/05 | 1,000 | $28.2800 |
|  | 01/10/05 | 1,000 | $28.2800 |
|  | 01/19/05 | 3,000 | $28.7000 |
|  | 01/20/05 | 50,000 | $27.2500 |
|  | 01/21/05 | 120,000 | $25.0000 |
|  | 01/21/05 | 125,000 | $25.0000 |

**Schedule A**
**Third Millenium Trading LLP Transactions in**
**Elan Corp. plc  (NYSE: ELN)**

|  | DATE | SHARES | COST |
|---|---|---|---|
| Purchase(s) | 01/27/05 | 200 | $26.5500 |
| Continued: | 01/27/05 | 300 | $26.5500 |
|  | 01/27/05 | 500 | $26.5500 |
|  | 01/27/05 | 500 | $26.5500 |
|  | 01/27/05 | 500 | $26.5500 |
|  | 01/27/05 | 1,000 | $26.7000 |
|  | 01/27/05 | 1,000 | $26.7000 |
|  | 01/27/05 | 1,000 | $26.7000 |
|  | 01/27/05 | 1,500 | $26.5500 |
|  | 01/27/05 | 1,500 | $26.5500 |
|  | 01/27/05 | 3,000 | $26.4900 |
|  | 01/27/05 | 5,000 | $26.6000 |
|  | 01/27/05 | 5,000 | $26.5500 |
|  | 01/28/05 | 100 | $26.7100 |
|  | 01/28/05 | 4,900 | $26.7200 |
|  | 02/04/05 | 400 | $28.4400 |
|  | 02/04/05 | 900 | $28.4300 |
|  | 02/04/05 | 1,700 | $28.4500 |
|  | 02/04/05 | 3,000 | $28.4100 |
|  | 02/07/05 | 400 | $28.3500 |
|  | 02/07/05 | 800 | $28.3700 |
|  | 02/07/05 | 1,600 | $28.3600 |
|  | 02/07/05 | 1,600 | $28.3700 |
|  | 02/07/05 | 2,600 | $28.3600 |
|  | 02/08/05 | 200 | $27.6700 |
|  | 02/08/05 | 400 | $27.6700 |
|  | 02/08/05 | 500 | $27.6400 |
|  | 02/08/05 | 1,300 | $27.6800 |
|  | 02/08/05 | 1,400 | $27.6800 |
|  | 02/08/05 | 3,000 | $27.6800 |
|  | 02/08/05 | 3,200 | $27.6500 |
|  | 02/17/05 | 2,000 | $27.8300 |
|  | 02/18/05 | 35,000 | $22.5000 |
| Sale(s): |  |  |  |
|  | 02/25/04 | 1,000 | $12.9700 |
|  | 02/25/04 | 1,200 | $12.9700 |
|  | 02/25/04 | 2,800 | $12.9700 |
|  | 03/11/04 | 6,800 | $16.3000 |
|  | 03/12/04 | 4,000 | $16.5400 |
|  | 03/12/04 | 4,000 | $16.5700 |
|  | 03/12/04 | 5,200 | $16.5600 |
|  | 03/23/04 | 2,500 | $7.5000 |
|  | 03/30/04 | 2,500 | $7.5000 |
|  | 04/05/04 | 500 | $7.5000 |
|  | 04/06/04 | 2,500 | $7.5000 |
|  | 04/07/04 | 2,500 | $7.5000 |
|  | 04/12/04 | 1,000 | $20.5000 |
|  | 04/13/04 | 2,500 | $7.5000 |
|  | 04/15/04 | 3,000 | $7.5000 |
|  | 04/16/04 | 4,000 | $21.4100 |

## Schedule A
## Third Millenium Trading LLP Transactions in
## Elan Corp. plc  (NYSE: ELN)

|  | DATE | SHARES | COST |
|---|---|---|---|
| Sale(s) | 04/16/04 | 24,000 | $7.5000 |
| Continued: | 04/16/04 | 50,000 | $7.5000 |
|  | 04/16/04 | 50,100 | $7.5000 |
|  | 05/21/04 | 55,000 | $17.5000 |
|  | 05/24/04 | 7,000 | $21.3600 |
|  | 06/08/04 | 5,400 | $23.8500 |
|  | 06/14/04 | 3,000 | $21.3700 |
|  | 06/18/04 | 20,000 | $20.0000 |
|  | 06/18/04 | 50,000 | $20.0000 |
|  | 06/21/04 | 400 | $22.0000 |
|  | 06/21/04 | 600 | $22.0000 |
|  | 06/28/04 | 400 | $25.0600 |
|  | 06/28/04 | 1,200 | $25.0600 |
|  | 06/28/04 | 1,300 | $25.0600 |
|  | 06/28/04 | 1,300 | $25.0600 |
|  | 06/28/04 | 1,800 | $25.0600 |
|  | 06/28/04 | 2,000 | $25.1500 |
|  | 06/28/04 | 2,000 | $25.2200 |
|  | 06/28/04 | 4,000 | $24.9000 |
|  | 07/28/04 | 100 | $20.0700 |
|  | 07/28/04 | 500 | $20.0500 |
|  | 07/28/04 | 1,900 | $20.0400 |
|  | 08/18/04 | 200 | $21.9500 |
|  | 08/18/04 | 300 | $21.9500 |
|  | 08/18/04 | 500 | $21.9800 |
|  | 08/18/04 | 700 | $21.9600 |
|  | 08/18/04 | 700 | $21.9500 |
|  | 08/18/04 | 700 | $21.9700 |
|  | 08/18/04 | 800 | $21.9400 |
|  | 08/18/04 | 2,600 | $21.9500 |
|  | 08/18/04 | 4,500 | $21.9800 |
|  | 08/20/04 | 100 | $22.3500 |
|  | 08/20/04 | 400 | $22.3400 |
|  | 08/20/04 | 2,500 | $22.3400 |
|  | 08/23/04 | 1,000 | $21.7500 |
|  | 08/31/04 | 20,000 | $22.1000 |
|  | 09/08/04 | 3,000 | $23.4800 |
|  | 09/10/04 | 200 | $23.5500 |
|  | 09/10/04 | 1,000 | $23.5500 |
|  | 09/10/04 | 1,800 | $23.5500 |
|  | 09/17/04 | 100 | $24.2000 |
|  | 09/17/04 | 200 | $24.3200 |
|  | 09/17/04 | 300 | $24.2200 |
|  | 09/17/04 | 300 | $24.2200 |
|  | 09/17/04 | 400 | $24.2000 |
|  | 09/17/04 | 400 | $24.3300 |
|  | 09/17/04 | 500 | $24.3000 |
|  | 09/17/04 | 700 | $24.3200 |
|  | 09/17/04 | 1,100 | $24.3200 |
|  | 09/17/04 | 1,400 | $24.2200 |
|  | 09/17/04 | 2,000 | $24.3200 |
|  | 09/17/04 | 2,000 | $24.3100 |

**Schedule A**
**Third Millenium Trading LLP Transactions in**
**Elan Corp. plc  (NYSE: ELN)**

|  | DATE | SHARES | COST |
|---|---|---|---|
| Sale(s) | 09/17/04 | 2,200 | $24.2000 |
| Continued: | 09/17/04 | 4,000 | $24.3000 |
|  | 09/17/04 | 4,000 | $24.2700 |
|  | 09/17/04 | 4,000 | $24.3700 |
|  | 09/17/04 | 4,600 | $24.3200 |
|  | 09/22/04 | 100 | $23.4900 |
|  | 09/22/04 | 500 | $23.4900 |
|  | 09/22/04 | 800 | $23.4900 |
|  | 09/22/04 | 1,200 | $23.4300 |
|  | 09/22/04 | 2,400 | $23.4200 |
|  | 09/22/04 | 3,500 | $23.5600 |
|  | 09/22/04 | 3,500 | $23.5700 |
|  | 09/23/04 | 5,000 | $23.2500 |
|  | 09/27/04 | 5,000 | $22.9500 |
|  | 10/05/04 | 100 | $22.5500 |
|  | 10/05/04 | 100 | $22.4000 |
|  | 10/05/04 | 100 | $22.3300 |
|  | 10/05/04 | 200 | $22.5500 |
|  | 10/05/04 | 200 | $22.3900 |
|  | 10/05/04 | 300 | $22.6000 |
|  | 10/05/04 | 300 | $22.4000 |
|  | 10/05/04 | 400 | $22.5500 |
|  | 10/05/04 | 500 | $22.5500 |
|  | 10/05/04 | 500 | $22.3300 |
|  | 10/05/04 | 600 | $22.3700 |
|  | 10/05/04 | 600 | $22.3700 |
|  | 10/05/04 | 600 | $22.3300 |
|  | 10/05/04 | 700 | $22.3700 |
|  | 10/05/04 | 800 | $22.6700 |
|  | 10/05/04 | 1,000 | $22.3600 |
|  | 10/05/04 | 1,000 | $22.3600 |
|  | 10/05/04 | 1,000 | $22.3900 |
|  | 10/05/04 | 1,400 | $22.5500 |
|  | 10/05/04 | 1,400 | $22.5200 |
|  | 10/05/04 | 1,500 | $22.3700 |
|  | 10/05/04 | 1,700 | $22.4000 |
|  | 10/05/04 | 1,700 | $22.4000 |
|  | 10/05/04 | 2,200 | $22.5100 |
|  | 10/05/04 | 2,400 | $22.5500 |
|  | 10/05/04 | 2,800 | $22.5100 |
|  | 10/05/04 | 3,000 | $22.3600 |
|  | 10/05/04 | 3,400 | $22.4000 |
|  | 10/05/04 | 3,600 | $22.5200 |
|  | 10/05/04 | 5,000 | $22.4000 |
|  | 10/05/04 | 5,000 | $22.5000 |
|  | 10/05/04 | 5,000 | $22.5000 |
|  | 10/08/04 | 2,000 | $22.0000 |
|  | 10/08/04 | 2,000 | $22.0000 |
|  | 10/08/04 | 2,800 | $22.0000 |
|  | 10/08/04 | 3,000 | $22.0000 |
|  | 10/08/04 | 5,000 | $21.5000 |
|  | 10/08/04 | 5,000 | $21.6000 |

**Schedule A**
**Third Millenium Trading LLP Transactions in**
**Elan Corp. plc  (NYSE: ELN)**

|  | DATE | SHARES | COST |
|---|---|---|---|
| Sale(s) | 10/08/04 | 5,000 | $21.4100 |
| Continued: | 10/11/04 | 2,000 | $22.2100 |
|  | 10/11/04 | 3,000 | $22.2100 |
|  | 10/12/04 | 100 | $21.7600 |
|  | 10/12/04 | 300 | $21.7600 |
|  | 10/12/04 | 400 | $21.6100 |
|  | 10/12/04 | 700 | $21.6100 |
|  | 10/12/04 | 800 | $21.6100 |
|  | 10/12/04 | 800 | $21.7600 |
|  | 10/12/04 | 800 | $21.7600 |
|  | 10/12/04 | 1,000 | $21.7600 |
|  | 10/12/04 | 2,000 | $21.7600 |
|  | 10/12/04 | 3,100 | $21.6100 |
|  | 10/13/04 | 700 | $21.1700 |
|  | 10/13/04 | 900 | $21.5600 |
|  | 10/13/04 | 1,000 | $21.1200 |
|  | 10/13/04 | 2,100 | $21.1500 |
|  | 10/13/04 | 2,200 | $21.1500 |
|  | 10/13/04 | 4,100 | $21.5500 |
|  | 10/13/04 | 5,000 | $21.1100 |
|  | 10/13/04 | 5,000 | $21.2500 |
|  | 10/14/04 | 500 | $21.0300 |
|  | 10/14/04 | 600 | $21.0300 |
|  | 10/14/04 | 1,300 | $21.0300 |
|  | 10/14/04 | 2,600 | $21.0300 |
|  | 10/14/04 | 5,000 | $21.0400 |
|  | 10/15/04 | 100 | $21.0500 |
|  | 10/15/04 | 100 | $21.0500 |
|  | 10/15/04 | 100 | $22.5000 |
|  | 10/15/04 | 100 | $22.5000 |
|  | 10/15/04 | 200 | $21.1500 |
|  | 10/15/04 | 200 | $22.5000 |
|  | 10/15/04 | 300 | $21.1300 |
|  | 10/15/04 | 300 | $21.0500 |
|  | 10/15/04 | 500 | $22.5000 |
|  | 10/15/04 | 600 | $21.1300 |
|  | 10/15/04 | 1,000 | $21.1300 |
|  | 10/15/04 | 1,000 | $21.1400 |
|  | 10/15/04 | 1,000 | $22.5000 |
|  | 10/15/04 | 1,000 | $22.5000 |
|  | 10/15/04 | 1,100 | $21.1500 |
|  | 10/15/04 | 1,400 | $22.5000 |
|  | 10/15/04 | 1,500 | $22.5000 |
|  | 10/15/04 | 1,700 | $21.1400 |
|  | 10/15/04 | 1,700 | $21.0500 |
|  | 10/15/04 | 2,100 | $21.1300 |
|  | 10/15/04 | 2,500 | $22.5000 |
|  | 10/15/04 | 2,600 | $22.5000 |
|  | 10/15/04 | 2,700 | $22.5000 |
|  | 10/15/04 | 2,800 | $21.0500 |
|  | 10/15/04 | 3,000 | $22.5000 |
|  | 10/15/04 | 3,300 | $21.1400 |

**Schedule A**
**Third Millenium Trading LLP Transactions in**
**Elan Corp. plc  (NYSE: ELN)**

|  | DATE | SHARES | COST |
|---|---|---|---|
| Sale(s) | 10/15/04 | 3,400 | $22.5000 |
| Continued: | 10/15/04 | 3,700 | $21.1000 |
|  | 10/15/04 | 4,000 | $21.1000 |
|  | 10/15/04 | 5,000 | $21.0400 |
|  | 10/15/04 | 7,500 | $22.5000 |
|  | 10/15/04 | 30,000 | $25.0000 |
|  | 10/18/04 | 3,000 | $22.1800 |
|  | 10/20/04 | 33,500 | $23.5000 |
|  | 10/25/04 | 1,900 | $24.9600 |
|  | 10/25/04 | 3,100 | $24.9600 |
|  | 11/04/04 | 100 | $26.0000 |
|  | 11/04/04 | 300 | $25.9900 |
|  | 11/04/04 | 400 | $26.0000 |
|  | 11/04/04 | 2,500 | $26.0000 |
|  | 11/04/04 | 2,700 | $26.0000 |
|  | 11/08/04 | 15,000 | $25.0000 |
|  | 11/10/04 | 200 | $29.0000 |
|  | 11/10/04 | 400 | $28.9200 |
|  | 11/10/04 | 1,000 | $29.0000 |
|  | 11/10/04 | 1,800 | $29.0000 |
|  | 11/10/04 | 4,600 | $28.9000 |
|  | 11/10/04 | 5,000 | $28.9200 |
|  | 11/19/04 | 300 | $27.9100 |
|  | 11/19/04 | 1,000 | $27.9100 |
|  | 11/19/04 | 1,700 | $27.9100 |
|  | 11/19/04 | 2,000 | $27.9100 |
|  | 11/19/04 | 5,000 | $27.9000 |
|  | 11/19/04 | 5,000 | $28.2000 |
|  | 11/19/04 | 5,000 | $25.0000 |
|  | 11/23/04 | 200 | $27.1500 |
|  | 11/23/04 | 200 | $27.1600 |
|  | 11/23/04 | 1,100 | $27.1000 |
|  | 11/23/04 | 1,600 | $27.0900 |
|  | 11/23/04 | 2,400 | $27.0900 |
|  | 11/23/04 | 2,500 | $27.1500 |
|  | 11/24/04 | 1,500 | $26.9700 |
|  | 12/16/04 | 2,500 | $25.0000 |
|  | 12/17/04 | 100 | $26.6700 |
|  | 12/17/04 | 600 | $26.5600 |
|  | 12/17/04 | 800 | $26.6500 |
|  | 12/17/04 | 2,100 | $26.6500 |
|  | 12/17/04 | 2,400 | $26.5500 |
|  | 12/17/04 | 3,000 | $26.6500 |
|  | 12/17/04 | 32,500 | $25.0000 |
|  | 12/17/04 | 32,500 | $25.0000 |
|  | 12/17/04 | 147,500 | $25.0000 |
|  | 01/18/05 | 900 | $20.0000 |
|  | 01/19/05 | 100 | $28.6900 |
|  | 01/19/05 | 100 | $28.6900 |
|  | 01/19/05 | 200 | $28.6900 |
|  | 01/19/05 | 400 | $28.7200 |
|  | 01/19/05 | 400 | $28.6900 |

**Schedule A**
**Third Millenium Trading LLP Transactions in**
**Elan Corp. plc  (NYSE: ELN)**

|  | DATE | SHARES | COST |
|---|---|---|---|
| Sale(s) | 01/19/05 | 400 | $28.6900 |
| Continued: | 01/19/05 | 500 | $28.6900 |
|  | 01/19/05 | 1,000 | $28.6900 |
|  | 01/19/05 | 1,000 | $28.6900 |
|  | 01/19/05 | 1,000 | $28.6500 |
|  | 01/19/05 | 1,000 | $28.7000 |
|  | 01/19/05 | 1,400 | $28.5800 |
|  | 01/19/05 | 1,600 | $28.6900 |
|  | 01/19/05 | 1,700 | $28.6200 |
|  | 01/19/05 | 2,000 | $28.6900 |
|  | 01/19/05 | 2,300 | $28.6300 |
|  | 01/19/05 | 2,500 | $22.5000 |
|  | 01/19/05 | 2,900 | $28.6200 |
|  | 01/19/05 | 3,000 | $28.5800 |
|  | 01/19/05 | 3,400 | $28.5800 |
|  | 01/19/05 | 4,100 | $28.5800 |
|  | 01/19/05 | 5,200 | $28.6000 |
|  | 01/19/05 | 6,300 | $28.7900 |
|  | 01/20/05 | 100 | $27.4000 |
|  | 01/20/05 | 400 | $27.4200 |
|  | 01/20/05 | 500 | $27.4300 |
|  | 01/20/05 | 600 | $27.4000 |
|  | 01/20/05 | 700 | $27.4200 |
|  | 01/20/05 | 700 | $27.4100 |
|  | 01/20/05 | 700 | $27.4200 |
|  | 01/20/05 | 900 | $27.4200 |
|  | 01/20/05 | 1,000 | $27.4000 |
|  | 01/20/05 | 1,100 | $27.4000 |
|  | 01/20/05 | 1,600 | $27.4200 |
|  | 01/20/05 | 2,400 | $27.4000 |
|  | 01/21/05 | 2,700 | $20.0000 |
|  | 01/21/05 | 4,800 | $20.0000 |
|  | 01/21/05 | 5,000 | $22.5000 |
|  | 01/21/05 | 10,000 | $20.0000 |
|  | 01/21/05 | 12,500 | $22.5000 |
|  | 01/21/05 | 16,400 | $20.0000 |
|  | 01/21/05 | 17,500 | $22.5000 |
|  | 01/21/05 | 17,500 | $22.5000 |
|  | 01/21/05 | 20,000 | $22.5000 |
|  | 01/21/05 | 20,200 | $20.0000 |
|  | 01/21/05 | 25,000 | $22.5000 |
|  | 01/21/05 | 30,000 | $20.0000 |
|  | 01/21/05 | 35,000 | $22.5000 |
|  | 01/24/05 | 200 | $26.0700 |
|  | 01/24/05 | 200 | $26.0900 |
|  | 01/24/05 | 200 | $26.0900 |
|  | 01/24/05 | 2,100 | $26.0900 |
|  | 01/24/05 | 2,200 | $25.9500 |
|  | 01/24/05 | 2,500 | $26.0900 |
|  | 01/24/05 | 2,800 | $26.0800 |
|  | 01/24/05 | 4,800 | $26.0700 |
|  | 01/25/05 | 100 | $25.4900 |

## Schedule A
## Third Millenium Trading LLP Transactions in
## Elan Corp. plc  (NYSE: ELN)

|  | DATE | SHARES | COST |
|---|---|---|---|
| **Sale(s)** | 01/25/05 | 300 | $26.1900 |
| **Continued:** | 01/25/05 | 1,000 | $25.4900 |
|  | 01/25/05 | 2,500 | $25.4900 |
|  | 01/25/05 | 3,400 | $25.4900 |
|  | 01/25/05 | 4,700 | $26.1200 |
|  | 01/25/05 | 5,000 | $26.1800 |
|  | 02/03/05 | 5,000 | $27.9300 |
|  | 02/03/05 | 5,000 | $27.9400 |
|  | 02/09/05 | 900 | $27.0100 |
|  | 02/09/05 | 2,100 | $27.0100 |
|  | 02/11/05 | 3,000 | $27.2800 |
|  | 02/11/05 | 3,000 | $27.3200 |
|  | 02/17/05 | 2,500 | $25.0000 |
|  | 02/17/05 | 6,700 | $7.5000 |
|  | 02/18/05 | 100 | $25.0000 |
|  | 02/18/05 | 300 | $25.0000 |
|  | 02/18/05 | 97,500 | $25.0000 |

Class Period: 02/18/04 - 02/28/05     **Elan Corp. plc**

| | Elan Corp ADR Hold |
| --- | --- |
| price: | $5.6307 |

| PLAINTIFF | PURCHASE TRANSACTIONS | | | | SALES TRANSACTIONS (1)(4) | | | | ESTIMATED VALUE | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | DATE | SHARES | SHARE COST | PURCHASE AMOUNT | DATE (3) | SHARES | SHARE PRICE | SALES AMOUNT | SHARES HELD | (2) | **ESTIMATED LOSSES** |
| Electronic Trading Group, L.L.C. | 02/18/04 | 1,300 | 11.8900 | 15,457.00 | 02/18/04 | 1,200 | 11.8600 | 14,232.00 | 100 | 563.07 | (661.93) |
| | 02/18/04 | 4,000 | 11.0500 | 44,200.00 | 02/18/04 | 100 | 11.8500 | 1,185.00 | 3,900 | 21,959.73 | (21,055.27) |
| | 02/18/04 | 1,000 | 10.9605 | 10,960.50 | 02/18/04 | 2,000 | 11.3300 | 22,660.00 | (1,000) | (5,630.70) | 6,068.80 |
| | 02/18/04 | 4,600 | 10.5710 | 48,626.60 | 02/18/04 | 2,000 | 11.4000 | 22,800.00 | 2,600 | 14,639.82 | (11,186.78) |
| | 02/18/04 | 2,500 | 10.5710 | 26,427.50 | 02/18/04 | 500 | 10.9610 | 5,480.50 | 2,000 | 11,261.40 | (9,685.60) |
| | 02/18/04 | 2,400 | 10.5500 | 25,320.00 | 02/18/04 | 500 | 10.9600 | 5,480.00 | 1,900 | 10,698.33 | (9,141.67) |
| | 02/18/04 | 500 | 10.4310 | 5,215.50 | 02/18/04 | 100 | 11.6200 | 1,162.00 | 400 | 2,252.28 | (1,801.22) |
| | 02/18/04 | 2,000 | 10.6900 | 21,380.00 | 02/18/04 | 100 | 11.7700 | 1,177.00 | 1,900 | 10,698.33 | (9,504.67) |
| | 02/18/04 | 5,000 | 10.6100 | 53,050.00 | 02/18/04 | 1,000 | 11.0000 | 11,000.00 | 4,000 | 22,522.80 | (19,527.20) |
| | 02/18/04 | 10,000 | 10.7510 | 107,510.00 | 02/18/04 | 100 | 11.0000 | 1,100.00 | 9,900 | 55,743.93 | (50,666.07) |
| | 02/18/04 | 2,000 | 10.7000 | 21,400.00 | 02/18/04 | 100 | 11.0000 | 1,100.00 | 1,900 | 10,698.33 | (9,601.67) |
| | 02/18/04 | 100 | 11.6200 | 1,162.00 | 02/18/04 | 100 | 11.0000 | 1,100.00 | | | (62.00) |
| | 02/18/04 | 100 | 11.6700 | 1,167.00 | 02/18/04 | 200 | 11.0000 | 2,200.00 | (100) | (563.07) | 469.93 |
| | 02/18/04 | 1,000 | 11.1000 | 11,100.00 | 02/18/04 | 500 | 11.0020 | 5,501.00 | 500 | 2,815.35 | (2,783.65) |
| | 02/18/04 | 500 | 11.1000 | 5,550.00 | 02/18/04 | 1,000 | 10.6900 | 10,690.00 | (500) | (2,815.35) | 2,324.65 |
| | 02/18/04 | 500 | 11.1000 | 5,550.00 | 02/18/04 | 100 | 10.7000 | 1,070.00 | 400 | 2,252.28 | (2,227.72) |
| | 02/18/04 | 1,000 | 10.9700 | 10,970.00 | 02/18/04 | 700 | 10.7000 | 7,490.00 | 300 | 1,689.21 | (1,790.79) |
| | 02/18/04 | 1,000 | 11.0400 | 11,040.00 | 02/18/04 | 200 | 10.8600 | 2,172.00 | 800 | 4,504.56 | (4,363.44) |
| | 02/19/04 | 200 | 12.4300 | 2,486.00 | 02/19/04 | 97 | 13.0200 | 1,262.94 | 103 | 579.96 | (643.10) |
| | 02/19/04 | 500 | 13.5400 | 6,770.00 | 02/19/04 | 103 | 13.0200 | 1,341.06 | 397 | 2,235.39 | (3,193.55) |
| | 02/19/04 | 1,000 | 12.4500 | 12,450.00 | 02/19/04 | 300 | 12.9300 | 3,879.00 | 700 | 3,941.49 | (4,629.51) |
| | 02/19/04 | 14 | 12.1000 | 169.40 | 02/19/04 | 200 | 12.9300 | 2,586.00 | (186) | (1,047.31) | 1,369.29 |
| | 02/20/04 | 1,000 | 12.8800 | 12,880.00 | 02/19/04 | 500 | 13.1000 | 6,550.00 | 500 | 2,815.35 | (3,514.65) |
| | 02/24/04 | 2,000 | 13.4100 | 26,820.00 | 02/19/04 | 14 | 12.3400 | 172.76 | 1,986 | 11,182.57 | (15,464.67) |
| | 02/24/04 | 400 | 13.4100 | 5,364.00 | 02/20/04 | 1,000 | 12.8600 | 12,860.00 | (600) | (3,378.42) | 4,117.58 |
| | 02/24/04 | 400 | 13.3800 | 5,352.00 | 02/26/04 | 100 | 13.7600 | 1,376.00 | 300 | 1,689.21 | (2,286.79) |
| | 02/24/04 | 4,600 | 13.4000 | 61,640.00 | 02/27/04 | 1,000 | 14.3200 | 14,320.00 | 3,600 | 20,270.52 | (27,049.48) |
| | 02/24/04 | 2,000 | 13.4000 | 26,800.00 | 02/27/04 | 1,000 | 14.3000 | 14,300.00 | 1,000 | 5,630.70 | (6,869.30) |
| | 02/24/04 | 1,000 | 13.4000 | 13,400.00 | 02/27/04 | 200 | 14.1000 | 2,820.00 | 800 | 4,504.56 | (6,075.44) |
| | 02/24/04 | 1,700 | 13.3100 | 22,627.00 | 02/27/04 | 100 | 14.1700 | 1,417.00 | 1,600 | 9,009.12 | (12,200.88) |
| | 02/24/04 | 2,600 | 13.3000 | 34,580.00 | 02/27/04 | 200 | 14.1400 | 2,828.00 | 2,400 | 13,513.68 | (18,238.32) |
| | 02/24/04 | 3,000 | 13.3500 | 40,050.00 | 02/27/04 | 200 | 14.2500 | 2,850.00 | 2,800 | 15,765.96 | (21,434.04) |
| | 02/24/04 | 3,000 | 13.3500 | 40,050.00 | 02/27/04 | 200 | 14.1700 | 2,834.00 | 2,800 | 15,765.96 | (21,450.04) |
| | 02/24/04 | 900 | 13.3600 | 12,024.00 | 03/01/04 | 79 | 14.8700 | 1,174.73 | 821 | 4,622.80 | (6,226.47) |
| | 02/24/04 | 4,000 | 13.4200 | 53,680.00 | 03/01/04 | 100 | 14.8700 | 1,487.00 | 3,900 | 21,959.73 | (30,233.27) |
| | 02/24/04 | 2,000 | 13.5000 | 27,000.00 | 03/01/04 | 200 | 15.0000 | 3,000.00 | 1,800 | 10,135.26 | (13,864.74) |
| | 02/26/04 | 100 | 13.4500 | 1,345.00 | 03/01/04 | 200 | 14.8700 | 2,974.00 | (100) | (563.07) | 1,065.93 |
| | 02/26/04 | 11,900 | 13.2000 | 157,080.00 | 03/01/04 | 400 | 14.9800 | 5,992.00 | 11,500 | 64,753.05 | (86,334.95) |
| | 02/26/04 | 4,400 | 12.7400 | 56,056.00 | 03/01/04 | 921 | 14.8700 | 13,695.27 | 3,479 | 19,589.21 | (22,771.52) |
| | 02/26/04 | 1,700 | 12.7400 | 21,658.00 | 03/01/04 | 100 | 14.5000 | 1,450.00 | 1,600 | 9,009.12 | (11,198.88) |
| | 02/26/04 | 5,000 | 12.7400 | 63,700.00 | 03/01/04 | 1,000 | 14.6500 | 14,650.00 | 4,000 | 22,522.80 | (26,527.20) |
| | 02/26/04 | 400 | 12.7400 | 5,096.00 | 03/01/04 | 1,000 | 14.6500 | 14,650.00 | (600) | (3,378.42) | 6,175.58 |
| | 02/26/04 | 2,350 | 13.1800 | 30,973.00 | 03/01/04 | 1,000 | 14.6500 | 14,650.00 | 1,350 | 7,601.45 | (8,721.56) |
| | 02/26/04 | 128 | 13.1600 | 1,684.48 | 03/01/04 | 500 | 14.6500 | 7,325.00 | (372) | (2,094.62) | 3,545.90 |
| | 02/26/04 | 5,000 | 13.1000 | 65,500.00 | 03/01/04 | 1,000 | 14.8000 | 14,800.00 | 4,000 | 22,522.80 | (28,177.20) |
| | 02/26/04 | 4,796 | 12.8500 | 61,628.60 | 03/01/04 | 1,000 | 14.7900 | 14,790.00 | 3,796 | 21,374.14 | (25,464.46) |
| | 02/26/04 | 4,600 | 12.7500 | 58,650.00 | 03/01/04 | 1,000 | 14.9000 | 14,900.00 | 3,600 | 20,270.52 | (23,479.48) |
| | 02/26/04 | 4,600 | 12.7500 | 58,650.00 | 03/01/04 | 400 | 14.5000 | 5,800.00 | 4,200 | 23,648.94 | (29,201.06) |
| | 02/26/04 | 5,600 | 12.7500 | 71,400.00 | 03/01/04 | 300 | 16.2300 | 4,869.00 | 5,300 | 29,842.71 | (36,688.29) |
| | 02/26/04 | 400 | 12.7700 | 5,108.00 | 03/02/04 | 2,000 | 16.8000 | 33,600.00 | (1,600) | (9,009.12) | 19,482.88 |
| | 02/26/04 | 204 | 12.8000 | 2,611.20 | 03/02/04 | 2,000 | 15.3000 | 30,600.00 | (1,796) | (10,112.74) | 17,876.06 |
| | 02/26/04 | 7,500 | 13.0400 | 97,800.00 | 03/02/04 | 1,000 | 15.8300 | 15,830.00 | 6,500 | 36,599.55 | (45,370.45) |
| | 02/26/04 | 12,000 | 12.9400 | 155,280.00 | 03/02/04 | 1,000 | 15.8500 | 15,850.00 | 11,000 | 61,937.70 | (77,492.30) |

Class Period: 02/18/04 - 02/28/05

**Elan Corp. plc**

Elan Corp ADR Hold
price:                $5.6307

| PLAINTIFF | DATE | SHARES | SHARE COST | PURCHASE AMOUNT | DATE (3) | SHARES | SHARE PRICE | SALES AMOUNT | SHARES HELD | ESTIMATED VALUE (2) | **ESTIMATED LOSSES** |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 02/26/04 | 200 | 12.9800 | 2,596.00 | 03/02/04 | 2,000 | 15.9000 | 31,800.00 | (1,800) | (10,135.26) | 19,068.74 |
| | 02/26/04 | 300 | 12.9700 | 3,891.00 | 03/02/04 | 2,000 | 16.4900 | 32,980.00 | (1,700) | (9,572.19) | 19,516.81 |
| | 02/26/04 | 2,721 | 12.7300 | 34,638.33 | 03/02/04 | 2,000 | 17.1000 | 34,200.00 | 721 | 4,059.73 | 3,621.40 |
| | 02/26/04 | 279 | 12.7500 | 3,557.25 | 03/02/04 | 1,000 | 17.3000 | 17,300.00 | (721) | (4,059.73) | 9,683.02 |
| | 02/26/04 | 300 | 12.7390 | 3,821.70 | 03/03/04 | 100 | 17.3500 | 1,735.00 | 200 | 1,126.14 | (960.56) |
| | 02/27/04 | 3,000 | 14.0600 | 42,180.00 | 03/03/04 | 1,500 | 16.0500 | 24,075.00 | 1,500 | 8,446.05 | (9,658.95) |
| | 02/27/04 | 1,000 | 14.1700 | 14,170.00 | 03/03/04 | 1,500 | 16.0500 | 24,075.00 | (500) | (2,815.35) | 7,089.65 |
| | 02/27/04 | 1,000 | 14.1700 | 14,170.00 | 03/03/04 | 300 | 16.0800 | 4,824.00 | 700 | 3,941.49 | (5,404.51) |
| | 02/27/04 | 2,000 | 14.1400 | 28,280.00 | 03/03/04 | 1,100 | 16.0800 | 17,688.00 | 900 | 5,067.63 | (5,524.37) |
| | 02/27/04 | 500 | 14.3400 | 7,170.00 | 03/03/04 | 2,000 | 17.7500 | 35,500.00 | (1,500) | (8,446.05) | 19,883.95 |
| | 02/27/04 | 200 | 14.3200 | 2,864.00 | 03/03/04 | 100 | 17.2000 | 1,720.00 | 100 | 563.07 | (580.93) |
| | 02/27/04 | 200 | 14.2400 | 2,848.00 | 03/03/04 | 38 | 17.2000 | 653.60 | 162 | 912.17 | (1,282.23) |
| | 03/01/04 | 1,500 | 14.5700 | 21,855.00 | 03/03/04 | 900 | 17.2000 | 15,480.00 | 600 | 3,378.42 | (2,996.58) |
| | 03/01/04 | 3,000 | 14.6700 | 44,010.00 | 03/03/04 | 100 | 17.2000 | 1,720.00 | 2,900 | 16,329.03 | (25,960.97) |
| | 03/01/04 | 1,000 | 14.5700 | 14,570.00 | 03/03/04 | 100 | 17.2000 | 1,720.00 | 900 | 5,067.63 | (7,782.37) |
| | 03/02/04 | 300 | 15.6500 | 4,695.00 | 03/03/04 | 100 | 16.1200 | 1,612.00 | 200 | 1,126.14 | (1,956.86) |
| | 03/02/04 | 3,000 | 15.6300 | 46,890.00 | 03/03/04 | 1,400 | 16.1300 | 22,582.00 | 1,600 | 9,009.12 | (15,298.88) |
| | 03/02/04 | 1,000 | 15.6300 | 15,630.00 | 03/04/04 | 2,000 | 16.7400 | 33,480.00 | (1,000) | (5,630.70) | 12,219.30 |
| | 03/02/04 | 1,000 | 16.7700 | 16,770.00 | 03/04/04 | 2,000 | 17.2400 | 34,480.00 | (1,000) | (5,630.70) | 12,079.30 |
| | 03/02/04 | 1,000 | 16.7700 | 16,770.00 | 03/05/04 | 1,000 | 16.8800 | 16,880.00 | | | 110.00 |
| | 03/03/04 | 100 | 16.5600 | 1,656.00 | 03/05/04 | 2,000 | 17.2000 | 34,400.00 | (1,900) | (10,698.33) | 22,045.67 |
| | 03/03/04 | 2,000 | 16.0500 | 32,100.00 | 03/05/04 | 2,000 | 16.7500 | 33,500.00 | | | 1,400.00 |
| | 03/03/04 | 2,000 | 16.5500 | 33,100.00 | 03/08/04 | 10,000 | 16.9500 | 169,500.00 | (8,000) | (45,045.60) | 91,354.40 |
| | 03/03/04 | 2,000 | 16.0500 | 32,100.00 | 03/08/04 | 2,000 | 17.3500 | 34,700.00 | | | 2,600.00 |
| | 03/03/04 | 2,000 | 16.0500 | 32,100.00 | 03/10/04 | 300 | 16.8800 | 5,064.00 | 1,700 | 9,572.19 | (17,463.81) |
| | 03/03/04 | 2,000 | 16.5800 | 33,160.00 | 03/10/04 | 100 | 16.7500 | 1,675.00 | 1,900 | 10,698.33 | (20,786.67) |
| | 03/03/04 | 500 | 17.1700 | 8,585.00 | 03/10/04 | 100 | 16.7700 | 1,677.00 | 400 | 2,252.28 | (4,655.72) |
| | 03/03/04 | 2,500 | 16.8100 | 42,025.00 | 03/10/04 | 400 | 16.7700 | 6,708.00 | 2,100 | 11,824.47 | (23,492.53) |
| | 03/03/04 | 5,000 | 16.7500 | 83,750.00 | 03/10/04 | 100 | 17.0600 | 1,706.00 | 4,900 | 27,590.43 | (54,453.57) |
| | 03/03/04 | 750 | 16.6000 | 12,450.00 | 03/11/04 | 100 | 16.0000 | 1,600.00 | 650 | 3,659.96 | (7,190.05) |
| | 03/03/04 | 1,250 | 16.3300 | 20,412.50 | 03/11/04 | 88 | 16.0000 | 1,408.00 | 1,162 | 6,542.87 | (12,461.63) |
| | 03/03/04 | 6,250 | 16.9500 | 105,937.50 | 03/11/04 | 100 | 15.9900 | 1,599.00 | 6,150 | 34,628.81 | (69,709.70) |
| | 03/03/04 | 100 | 17.1800 | 1,718.00 | 03/11/04 | 100 | 15.9900 | 1,599.00 | | | (119.00) |
| | 03/03/04 | 100 | 17.1700 | 1,717.00 | 03/11/04 | 100 | 16.0200 | 1,602.00 | | | (115.00) |
| | 03/03/04 | 3,400 | 17.1700 | 58,378.00 | 03/11/04 | 100 | 16.0100 | 1,601.00 | 3,300 | 18,581.31 | (38,195.69) |
| | 03/03/04 | 1,000 | 17.1100 | 17,110.00 | 03/11/04 | 500 | 15.9900 | 7,995.00 | 500 | 2,815.35 | (6,299.65) |
| | 03/03/04 | 1,000 | 17.4500 | 17,450.00 | 03/11/04 | 500 | 16.0000 | 8,000.00 | 500 | 2,815.35 | (6,634.65) |
| | 03/03/04 | 2,000 | 16.5500 | 33,100.00 | 03/11/04 | 500 | 15.9900 | 7,995.00 | 1,500 | 8,446.05 | (16,658.95) |
| | 03/03/04 | 2,000 | 16.5500 | 33,100.00 | 03/18/04 | 200 | 19.5000 | 3,900.00 | 1,800 | 10,135.26 | (19,064.74) |
| | 03/03/04 | 2,000 | 16.0500 | 32,100.00 | 03/18/04 | 100 | 18.9000 | 1,890.00 | 1,900 | 10,698.33 | (19,511.67) |
| | 03/03/04 | 1,000 | 16.0500 | 16,050.00 | 03/19/04 | 100 | 20.1700 | 2,017.00 | 900 | 5,067.63 | (8,965.37) |
| | 03/04/04 | 1,500 | 16.1000 | 24,150.00 | 03/22/04 | 200 | 19.3400 | 3,868.00 | 1,300 | 7,319.91 | (12,962.09) |
| | 03/04/04 | 1,000 | 16.1100 | 16,110.00 | 03/23/04 | 500 | 20.4100 | 10,205.00 | 500 | 2,815.35 | (3,089.65) |
| | 03/04/04 | 500 | 16.1400 | 8,070.00 | 03/23/04 | 500 | 19.8100 | 9,905.00 | | | 1,835.00 |
| | 03/04/04 | 500 | 16.2000 | 8,100.00 | 03/26/04 | 800 | 20.1100 | 16,088.00 | (300) | (1,689.21) | 6,298.79 |
| | 03/04/04 | 900 | 16.0600 | 14,454.00 | 03/26/04 | 700 | 20.0900 | 14,063.00 | 200 | 1,126.14 | 735.14 |
| | 03/04/04 | 1,500 | 16.1800 | 24,270.00 | 03/26/04 | 500 | 20.0500 | 10,025.00 | 1,000 | 5,630.70 | (8,614.30) |
| | 03/05/04 | 1,000 | 17.0500 | 17,050.00 | 03/31/04 | 700 | 20.7600 | 14,532.00 | 300 | 1,689.21 | (828.79) |
| | 03/05/04 | 1,000 | 17.0500 | 17,050.00 | 03/31/04 | 300 | 20.7000 | 6,210.00 | 700 | 3,941.49 | (6,898.51) |
| | 03/05/04 | 1,000 | 17.0000 | 17,000.00 | 04/01/04 | 100 | 21.1000 | 2,110.00 | 900 | 5,067.63 | (9,822.37) |
| | 03/05/04 | 1,000 | 16.7400 | 16,740.00 | 04/01/04 | 100 | 20.4100 | 2,041.00 | 900 | 5,067.63 | (9,631.37) |
| | 03/05/04 | 2,000 | 16.7000 | 33,400.00 | 04/01/04 | 100 | 20.4200 | 2,042.00 | 1,900 | 10,698.33 | (20,659.67) |
| | 03/05/04 | 2,000 | 17.4000 | 34,800.00 | 04/01/04 | 100 | 20.4500 | 2,045.00 | 1,900 | 10,698.33 | (22,056.67) |

Class Period: 02/18/04 - 02/28/05

**Elan Corp. plc**

Elan Corp ADR Hold price: $5.6307

| PLAINTIFF | _____ PURCHASE TRANSACTIONS _____ | | | | _____ SALES TRANSACTIONS (1)(4) _____ | | | | | ESTIMATED VALUE | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | DATE | SHARES | SHARE COST | PURCHASE AMOUNT | DATE (3) | SHARES | SHARE PRICE | SALES AMOUNT | SHARES HELD | (2) | **ESTIMATED LOSSES** |
| | 03/05/04 | 2,000 | 17.2900 | 34,580.00 | 04/01/04 | 100 | 20.5500 | 2,055.00 | 1,900 | 10,698.33 | (21,826.67) |
| | 03/05/04 | 1,000 | 17.3400 | 17,340.00 | 04/01/04 | 100 | 20.4800 | 2,048.00 | 900 | 5,067.63 | (10,224.37) |
| | 03/08/04 | 10,000 | 16.9500 | 169,500.00 | 04/01/04 | 100 | 20.4700 | 2,047.00 | 9,900 | 55,743.93 | (111,709.07) |
| | 03/09/04 | 100 | 17.0200 | 1,702.00 | 04/01/04 | 100 | 20.4600 | 2,046.00 | | | 344.00 |
| | 03/09/04 | 900 | 17.0200 | 15,318.00 | 04/01/04 | 100 | 20.4600 | 2,046.00 | 800 | 4,504.56 | (8,767.44) |
| | 03/09/04 | 6,500 | 17.0300 | 110,695.00 | 04/01/04 | 100 | 20.4500 | 2,045.00 | 6,400 | 36,036.48 | (72,613.52) |
| | 03/09/04 | 3,400 | 17.0500 | 57,970.00 | 04/01/04 | 100 | 20.4200 | 2,042.00 | 3,300 | 18,581.31 | (37,346.69) |
| | 03/09/04 | 5,000 | 17.0200 | 85,100.00 | 04/01/04 | 200 | 20.4200 | 4,084.00 | 4,800 | 27,027.36 | (53,988.64) |
| | 03/09/04 | 9,100 | 17.0200 | 154,882.00 | 04/07/04 | 1,000 | 19.6700 | 19,670.00 | 8,100 | 45,608.67 | (89,603.33) |
| | 03/09/04 | 5,000 | 17.0100 | 85,050.00 | 04/15/04 | 5,000 | 20.4600 | 102,300.00 | | | 17,250.00 |
| | 03/09/04 | 8,000 | 17.1300 | 137,040.00 | 04/16/04 | 1,000 | 20.5500 | 20,550.00 | 7,000 | 39,414.90 | (77,075.10) |
| | 03/09/04 | 2,000 | 17.2000 | 34,400.00 | 04/16/04 | 2,000 | 20.4400 | 40,880.00 | | | 6,480.00 |
| | 03/09/04 | 3,000 | 17.2300 | 51,690.00 | 04/16/04 | 1,000 | 20.4400 | 20,440.00 | 2,000 | 11,261.40 | (19,988.60) |
| | 03/09/04 | 3,000 | 17.2300 | 51,690.00 | 04/16/04 | 1,000 | 20.4600 | 20,460.00 | 2,000 | 11,261.40 | (19,968.60) |
| | 03/09/04 | 1,000 | 17.4700 | 17,400.00 | 04/16/04 | 1,000 | 20.5700 | 20,570.00 | | | 3,170.00 |
| | 03/09/04 | 1,000 | 17.4700 | 17,400.00 | 04/16/04 | 1,000 | 20.5700 | 20,570.00 | | | 3,170.00 |
| | 03/09/04 | 2,000 | 17.2700 | 34,540.00 | 04/19/04 | 200 | 22.2000 | 4,440.00 | 1,800 | 10,135.26 | (19,964.74) |
| | 03/10/04 | 300 | 17.1200 | 5,136.00 | 04/19/04 | 200 | 22.4800 | 4,496.00 | 100 | 563.07 | (76.93) |
| | 03/10/04 | 500 | 17.0600 | 8,530.00 | 04/19/04 | 200 | 22.2200 | 4,444.00 | 300 | 1,689.21 | (2,396.79) |
| | 03/11/04 | 100 | 16.1400 | 1,614.00 | 04/19/04 | 400 | 22.5700 | 9,028.00 | (300) | (1,689.21) | 5,724.79 |
| | 03/11/04 | 188 | 15.9100 | 2,991.08 | 04/27/04 | 200 | 24.7100 | 4,942.00 | (12) | (67.57) | 1,883.35 |
| | 03/11/04 | 400 | 16.0600 | 6,424.00 | 05/05/04 | 300 | 22.1000 | 6,630.00 | 100 | 563.07 | 769.07 |
| | 03/11/04 | 1,500 | 16.1200 | 24,180.00 | 05/05/04 | 500 | 21.6000 | 10,800.00 | 1,000 | 5,630.70 | (7,749.30) |
| | 03/18/04 | 100 | 19.1000 | 1,910.00 | 05/05/04 | 200 | 21.6000 | 4,320.00 | (100) | (563.07) | 1,846.93 |
| | 03/18/04 | 100 | 19.0800 | 1,908.00 | 05/05/04 | 1,000 | 21.7500 | 21,750.00 | (900) | (5,067.63) | 14,774.37 |
| | 03/18/04 | 100 | 19.0300 | 1,903.00 | 05/07/04 | 900 | 21.6600 | 19,494.00 | (800) | (4,504.56) | 13,086.44 |
| | 03/19/04 | 100 | 19.8500 | 1,985.00 | 05/10/04 | 300 | 19.8400 | 5,952.00 | (200) | (1,126.14) | 2,840.86 |
| | 03/19/04 | 100 | 20.3500 | 2,035.00 | 05/10/04 | 500 | 19.9400 | 9,970.00 | (400) | (2,252.28) | 5,682.72 |
| | 03/19/04 | 100 | 20.3700 | 2,037.00 | 05/10/04 | 100 | 19.5300 | 1,953.00 | | | (84.00) |
| | 03/23/04 | 3,848 | 20.0300 | 77,075.44 | 05/10/04 | 300 | 19.6400 | 5,892.00 | 3,548 | 19,977.72 | (51,205.72) |
| | 03/23/04 | 1,200 | 20.0600 | 24,072.00 | 05/10/04 | 400 | 19.6600 | 7,864.00 | 800 | 4,504.56 | (11,703.44) |
| | 03/23/04 | 400 | 20.0200 | 8,008.00 | 05/10/04 | 400 | 19.6600 | 7,864.00 | | | (144.00) |
| | 03/23/04 | 1,000 | 19.8500 | 19,850.00 | 05/10/04 | 400 | 20.6600 | 8,264.00 | 600 | 3,378.42 | (8,207.58) |
| | 03/23/04 | 100 | 19.8100 | 1,981.00 | 05/11/04 | 600 | 20.7200 | 12,432.00 | (500) | (2,815.35) | 7,635.65 |
| | 03/23/04 | 85 | 19.8000 | 1,683.00 | 05/13/04 | 100 | 20.6000 | 2,060.00 | (15) | (84.46) | 292.54 |
| | 03/23/04 | 2,700 | 19.9500 | 53,865.00 | 05/13/04 | 100 | 20.6000 | 2,060.00 | 2,600 | 14,639.82 | (37,165.18) |
| | 03/23/04 | 900 | 19.9000 | 17,910.00 | 05/13/04 | 100 | 20.6000 | 2,060.00 | 800 | 4,504.56 | (11,345.44) |
| | 03/23/04 | 100 | 19.9000 | 1,990.00 | 05/13/04 | 100 | 20.6000 | 2,060.00 | | | 70.00 |
| | 03/23/04 | 1,050 | 19.9000 | 20,895.00 | 05/13/04 | 100 | 20.6000 | 2,060.00 | 950 | 5,349.17 | (13,485.84) |
| | 03/23/04 | 2,114 | 19.9000 | 42,068.60 | 05/13/04 | 500 | 20.6000 | 10,300.00 | 1,614 | 9,087.95 | (22,680.65) |
| | 03/23/04 | 50 | 19.8900 | 994.50 | 05/13/04 | 100 | 20.8000 | 2,080.00 | (50) | (281.54) | 803.97 |
| | 03/23/04 | 25 | 19.8700 | 496.75 | 05/13/04 | 500 | 21.0000 | 10,500.00 | (475) | (2,674.58) | 7,328.67 |
| | 03/23/04 | 2,000 | 20.0000 | 40,000.00 | 05/13/04 | 500 | 21.5000 | 10,750.00 | 1,500 | 8,446.05 | (20,803.95) |
| | 03/23/04 | 752 | 20.0100 | 15,047.52 | 05/13/04 | 1,000 | 20.8000 | 20,800.00 | (248) | (1,396.41) | 4,356.07 |
| | 03/23/04 | 1,000 | 20.0000 | 20,000.00 | 05/14/04 | 500 | 21.6600 | 10,830.00 | 500 | 2,815.35 | (6,354.65) |
| | 03/26/04 | 14,700 | 20.0000 | 294,000.00 | 05/14/04 | 1,000 | 21.5100 | 21,510.00 | 13,700 | 77,140.59 | (195,349.41) |
| | 03/26/04 | 197 | 19.9900 | 3,938.03 | 05/14/04 | 1,000 | 21.9000 | 21,900.00 | (803) | (4,521.45) | 13,440.52 |
| | 03/26/04 | 2,000 | 19.8900 | 39,780.00 | 05/17/04 | 600 | 22.0500 | 13,230.00 | 1,400 | 7,882.98 | (18,667.02) |
| | 03/31/04 | 500 | 20.8000 | 10,400.00 | 05/17/04 | 800 | 21.7000 | 17,360.00 | (300) | (1,689.21) | 5,270.79 |
| | 03/31/04 | 500 | 20.8000 | 10,400.00 | 05/17/04 | 400 | 21.7500 | 8,700.00 | 100 | 563.07 | (1,136.93) |
| | 03/31/04 | 100 | 20.9400 | 2,094.00 | 05/17/04 | 800 | 21.9000 | 17,520.00 | (700) | (3,941.49) | 11,484.51 |
| | 04/01/04 | 100 | 20.5200 | 2,052.00 | 05/18/04 | 200 | 22.4900 | 4,498.00 | (100) | (563.07) | 1,882.93 |
| | 04/01/04 | 100 | 20.6200 | 2,062.00 | 05/18/04 | 400 | 22.5000 | 9,000.00 | (300) | (1,689.21) | 5,248.79 |

Class Period: 02/18/04 - 02/28/05

**Elan Corp. plc**

Elan Corp ADR Hold price: $5.6307

| PLAINTIFF | DATE | SHARES | SHARE COST | PURCHASE AMOUNT | DATE (3) | SHARES | SHARE PRICE | SALES AMOUNT | SHARES HELD | ESTIMATED VALUE (2) | ESTIMATED LOSSES |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | PURCHASE TRANSACTIONS | | | | SALES TRANSACTIONS (1)(4) | | | | |
| | 04/01/04 | 300 | 20.6000 | 6,180.00 | 05/18/04 | 500 | 22.5100 | 11,255.00 | (200) | (1,126.14) | 3,948.86 |
| | 04/01/04 | 100 | 20.4600 | 2,046.00 | 05/18/04 | 500 | 22.5000 | 11,250.00 | (400) | (2,252.28) | 6,951.72 |
| | 04/01/04 | 100 | 20.4000 | 2,040.00 | 05/19/04 | 300 | 23.6000 | 7,080.00 | (200) | (1,126.14) | 3,913.86 |
| | 04/01/04 | 100 | 20.2500 | 2,025.00 | 05/19/04 | 200 | 23.5500 | 4,710.00 | (100) | (563.07) | 2,121.93 |
| | 04/01/04 | 200 | 20.6000 | 4,120.00 | 05/19/04 | 300 | 23.2500 | 6,975.00 | (100) | (563.07) | 2,291.93 |
| | 04/01/04 | 100 | 20.6100 | 2,061.00 | 05/20/04 | 200 | 22.0700 | 4,414.00 | (100) | (563.07) | 1,789.93 |
| | 04/01/04 | 100 | 20.5700 | 2,057.00 | 05/21/04 | 200 | 22.2500 | 4,450.00 | (100) | (563.07) | 1,829.93 |
| | 04/01/04 | 100 | 20.9000 | 2,090.00 | 05/24/04 | 200 | 21.6000 | 4,320.00 | (100) | (563.07) | 1,666.93 |
| | 04/01/04 | 200 | 20.7500 | 4,150.00 | 05/24/04 | 1,870 | 21.5000 | 40,205.00 | (1,670) | (9,403.27) | 26,651.73 |
| | 04/01/04 | 700 | 20.7500 | 14,525.00 | 05/25/04 | 1,100 | 21.9000 | 24,090.00 | (400) | (2,252.28) | 7,312.72 |
| | 04/07/04 | 1,000 | 19.9200 | 19,920.00 | 05/26/04 | 200 | 22.9300 | 4,586.00 | 800 | 4,504.56 | (10,829.44) |
| | 04/15/04 | 1,000 | 20.7300 | 20,730.00 | 05/26/04 | 400 | 22.9400 | 9,176.00 | 600 | 3,378.42 | (8,175.58) |
| | 04/15/04 | 2,500 | 20.4100 | 51,025.00 | 05/27/04 | 1,000 | 22.9700 | 22,970.00 | 1,500 | 8,446.05 | (19,608.95) |
| | 04/15/04 | 2,500 | 20.4100 | 51,025.00 | 05/27/04 | 1,500 | 22.3900 | 33,585.00 | 1,000 | 5,630.70 | (11,809.30) |
| | 04/15/04 | 2,000 | 20.8000 | 41,600.00 | 05/27/04 | 500 | 23.1600 | 11,580.00 | 1,500 | 8,446.05 | (21,573.95) |
| | 04/15/04 | 3,000 | 20.7500 | 62,250.00 | 05/27/04 | 500 | 22.9700 | 11,485.00 | 2,500 | 14,076.75 | (36,688.25) |
| | 04/15/04 | 1,000 | 20.7600 | 20,760.00 | 05/27/04 | 500 | 22.9700 | 11,485.00 | 500 | 2,815.35 | (6,459.65) |
| | 04/19/04 | 200 | 22.3800 | 4,476.00 | 06/03/04 | 100 | 23.4200 | 2,342.00 | 100 | 563.07 | (1,570.93) |
| | 04/19/04 | 400 | 22.6500 | 9,060.00 | 06/03/04 | 1,000 | 23.4500 | 23,450.00 | (600) | (3,378.42) | 11,011.58 |
| | 04/19/04 | 200 | 22.4000 | 4,480.00 | 06/03/04 | 900 | 23.4900 | 21,141.00 | (700) | (3,941.49) | 12,719.51 |
| | 04/19/04 | 200 | 22.3800 | 4,476.00 | 06/03/04 | 100 | 23.5000 | 2,350.00 | 100 | 563.07 | (1,562.93) |
| | 04/21/04 | 100 | 22.3800 | 2,238.00 | 06/03/04 | 200 | 23.3900 | 4,678.00 | (100) | (563.07) | 1,876.93 |
| | 04/26/04 | 100 | 23.9400 | 2,394.00 | 06/04/04 | 100 | 23.7200 | 2,372.00 | | | (22.00) |
| | 04/26/04 | 100 | 23.9400 | 2,394.00 | 06/04/04 | 500 | 23.7300 | 11,865.00 | (400) | (2,252.28) | 7,218.72 |
| | 04/27/04 | 200 | 24.2800 | 4,856.00 | 06/14/04 | 600 | 21.3500 | 12,810.00 | (400) | (2,252.28) | 5,701.72 |
| | 04/30/04 | 911 | 22.8500 | 20,816.35 | 06/16/04 | 400 | 21.5700 | 8,628.00 | 511 | 2,877.29 | (9,311.06) |
| | 04/30/04 | 1,300 | 22.8300 | 29,679.00 | 06/16/04 | 100 | 21.6000 | 2,160.00 | 1,200 | 6,756.84 | (20,762.16) |
| | 04/30/04 | 300 | 22.8000 | 6,840.00 | 06/25/04 | 600 | 23.7000 | 14,220.00 | (300) | (1,689.21) | 5,690.79 |
| | 04/30/04 | 789 | 22.8000 | 17,989.20 | 06/25/04 | 100 | 23.5000 | 2,350.00 | 689 | 3,879.55 | (11,759.65) |
| | 04/30/04 | 1,000 | 22.8000 | 22,800.00 | 06/28/04 | 500 | 25.0500 | 12,525.00 | 500 | 2,815.35 | (7,459.65) |
| | 04/30/04 | 100 | 22.9800 | 2,298.00 | 06/28/04 | 2,000 | 25.1200 | 50,240.00 | (1,900) | (10,698.33) | 37,243.67 |
| | 04/30/04 | 100 | 22.9800 | 2,298.00 | 06/28/04 | 1,700 | 25.0500 | 42,585.00 | (1,600) | (9,009.12) | 31,277.88 |
| | 04/30/04 | 100 | 22.9800 | 2,298.00 | 06/28/04 | 1,000 | 25.0500 | 25,050.00 | (900) | (5,067.63) | 17,684.37 |
| | 04/30/04 | 100 | 22.9800 | 2,298.00 | 06/28/04 | 1,000 | 25.0500 | 25,050.00 | (900) | (5,067.63) | 17,684.37 |
| | 04/30/04 | 400 | 22.9800 | 9,192.00 | 06/28/04 | 1,000 | 25.0500 | 25,050.00 | (600) | (3,378.42) | 12,479.58 |
| | 04/30/04 | 100 | 22.9800 | 2,298.00 | 06/28/04 | 1,300 | 25.3000 | 32,890.00 | (1,200) | (6,756.84) | 23,835.16 |
| | 04/30/04 | 100 | 22.9800 | 2,298.00 | 06/28/04 | 1,700 | 25.0000 | 42,500.00 | (1,600) | (9,009.12) | 31,192.88 |
| | 04/30/04 | 500 | 22.9800 | 11,490.00 | 06/28/04 | 2,000 | 25.1600 | 50,320.00 | (1,500) | (8,446.05) | 30,383.95 |
| | 04/30/04 | 500 | 22.9500 | 11,475.00 | 06/28/04 | 500 | 25.1300 | 12,565.00 | | | 1,090.00 |
| | 05/05/04 | 300 | 22.0900 | 6,627.00 | 06/28/04 | 500 | 25.1500 | 12,575.00 | (200) | (1,126.14) | 4,821.86 |
| | 05/05/04 | 200 | 21.4500 | 4,290.00 | 06/28/04 | 1,000 | 24.8400 | 24,840.00 | (800) | (4,504.56) | 16,045.44 |
| | 05/05/04 | 400 | 21.9900 | 8,796.00 | 06/28/04 | 2,000 | 25.2000 | 50,400.00 | (1,600) | (9,009.12) | 32,594.88 |
| | 05/05/04 | 1,100 | 22.0000 | 24,200.00 | 06/28/04 | 300 | 25.0100 | 7,503.00 | 800 | 4,504.56 | (12,192.44) |
| | 05/07/04 | 600 | 21.8000 | 13,080.00 | 06/28/04 | 100 | 25.0900 | 2,509.00 | 500 | 2,815.35 | (7,755.65) |
| | 05/07/04 | 200 | 21.8000 | 4,360.00 | 06/28/04 | 200 | 24.8200 | 4,964.00 | | | 604.00 |
| | 05/07/04 | 100 | 21.7400 | 2,174.00 | 06/28/04 | 300 | 24.7800 | 7,434.00 | (200) | (1,126.14) | 4,133.86 |
| | 05/10/04 | 300 | 20.0000 | 6,000.00 | 06/28/04 | 300 | 25.0000 | 7,500.00 | | | 1,500.00 |
| | 05/10/04 | 100 | 19.9900 | 1,999.00 | 06/28/04 | 400 | 24.8500 | 9,940.00 | (300) | (1,689.21) | 6,251.79 |
| | 05/10/04 | 400 | 19.9900 | 7,996.00 | 06/28/04 | 100 | 24.8400 | 2,484.00 | 300 | 1,689.21 | (3,822.79) |
| | 05/10/04 | 400 | 20.5500 | 8,220.00 | 06/28/04 | 100 | 25.6000 | 2,560.00 | 300 | 1,689.21 | (3,970.79) |
| | 05/11/04 | 500 | 20.9200 | 10,460.00 | 06/28/04 | 100 | 25.6000 | 2,560.00 | 400 | 2,252.28 | (5,647.72) |
| | 05/11/04 | 100 | 20.9000 | 2,090.00 | 06/28/04 | 400 | 25.6000 | 10,240.00 | (300) | (1,689.21) | 6,460.79 |
| | 05/11/04 | 600 | 20.6100 | 12,366.00 | 06/28/04 | 500 | 25.6000 | 12,800.00 | 100 | 563.07 | 997.07 |

Class Period: 02/18/04 - 02/28/05

**Elan Corp. plc**

Elan Corp ADR Hold price: $5.6307

| PLAINTIFF | PURCHASE TRANSACTIONS | | | | SALES TRANSACTIONS (1)(4) | | | | SHARES HELD | ESTIMATED VALUE (2) | ESTIMATED LOSSES |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | DATE | SHARES | SHARE COST | PURCHASE AMOUNT | DATE (3) | SHARES | SHARE PRICE | SALES AMOUNT | | | |
| | 05/11/04 | 100 | 20.7600 | 2,076.00 | 06/28/04 | 100 | 25.1000 | 2,510.00 | | | 434.00 |
| | 05/11/04 | 100 | 20.7600 | 2,076.00 | 06/28/04 | 100 | 25.4000 | 2,540.00 | | | 464.00 |
| | 05/12/04 | 100 | 20.3300 | 2,033.00 | 06/28/04 | 200 | 25.2000 | 5,040.00 | (100) | (563.07) | 2,443.93 |
| | 05/12/04 | 100 | 19.7300 | 1,973.00 | 06/28/04 | 100 | 25.1500 | 2,515.00 | | | 542.00 |
| | 05/12/04 | 100 | 20.3600 | 2,036.00 | 06/28/04 | 200 | 25.1500 | 5,030.00 | (100) | (563.07) | 2,430.93 |
| | 05/12/04 | 100 | 20.1200 | 2,012.00 | 06/28/04 | 100 | 25.0500 | 2,505.00 | | | 493.00 |
| | 05/13/04 | 300 | 20.3000 | 6,090.00 | 06/28/04 | 100 | 25.0500 | 2,505.00 | 200 | 1,126.14 | (2,458.86) |
| | 05/13/04 | 200 | 20.2200 | 4,044.00 | 06/28/04 | 100 | 25.3500 | 2,535.00 | 100 | 563.07 | (945.93) |
| | 05/13/04 | 100 | 21.0500 | 2,105.00 | 06/28/04 | 100 | 25.2600 | 2,526.00 | | | 421.00 |
| | 05/13/04 | 100 | 21.0500 | 2,105.00 | 06/28/04 | 100 | 25.2600 | 2,526.00 | | | 421.00 |
| | 05/13/04 | 100 | 21.0500 | 2,105.00 | 06/28/04 | 200 | 25.0500 | 5,010.00 | (100) | (563.07) | 2,341.93 |
| | 05/13/04 | 100 | 21.0500 | 2,105.00 | 06/28/04 | 400 | 25.1000 | 10,040.00 | (300) | (1,689.21) | 6,245.79 |
| | 05/13/04 | 100 | 21.0500 | 2,105.00 | 06/28/04 | 400 | 25.0700 | 10,028.00 | (300) | (1,689.21) | 6,233.79 |
| | 05/13/04 | 600 | 21.0000 | 12,600.00 | 06/28/04 | 200 | 25.0500 | 5,010.00 | 400 | 2,252.28 | (5,337.72) |
| | 05/13/04 | 1,500 | 20.9000 | 31,350.00 | 06/28/04 | 200 | 25.0000 | 5,000.00 | 1,300 | 7,319.91 | (19,030.09) |
| | 05/13/04 | 1,000 | 20.9000 | 20,900.00 | 06/28/04 | 400 | 25.1500 | 10,060.00 | 600 | 3,378.42 | (7,461.58) |
| | 05/13/04 | 500 | 20.9000 | 10,450.00 | 06/28/04 | 100 | 25.4000 | 2,540.00 | 400 | 2,252.28 | (5,657.72) |
| | 05/13/04 | 1,000 | 20.2100 | 20,210.00 | 06/28/04 | 300 | 25.0000 | 7,500.00 | 700 | 3,941.49 | (8,768.51) |
| | 05/13/04 | 500 | 21.3000 | 10,650.00 | 06/28/04 | 100 | 24.8200 | 2,482.00 | 400 | 2,252.28 | (5,915.72) |
| | 05/13/04 | 2,000 | 20.8700 | 41,740.00 | 06/28/04 | 100 | 25.2000 | 2,520.00 | 1,900 | 10,698.33 | (28,521.67) |
| | 05/13/04 | 1,000 | 20.2100 | 20,210.00 | 06/28/04 | 100 | 25.2000 | 2,520.00 | 900 | 5,067.63 | (12,622.37) |
| | 05/13/04 | 500 | 21.0000 | 10,500.00 | 06/28/04 | 100 | 25.0500 | 2,505.00 | 400 | 2,252.28 | (5,742.72) |
| | 05/13/04 | 500 | 21.0000 | 10,500.00 | 06/28/04 | 100 | 25.0500 | 2,505.00 | 400 | 2,252.28 | (5,742.72) |
| | 05/14/04 | 400 | 21.2500 | 8,500.00 | 06/28/04 | 100 | 24.8200 | 2,482.00 | 300 | 1,689.21 | (4,328.79) |
| | 05/14/04 | 100 | 21.0000 | 2,100.00 | 06/28/04 | 100 | 25.0900 | 2,509.00 | | | 409.00 |
| | 05/14/04 | 1,000 | 21.6200 | 21,620.00 | 06/28/04 | 100 | 25.6000 | 2,560.00 | 900 | 5,067.63 | (13,992.37) |
| | 05/14/04 | 1,000 | 21.9400 | 21,940.00 | 06/28/04 | 100 | 25.6000 | 2,560.00 | 900 | 5,067.63 | (14,312.37) |
| | 05/17/04 | 200 | 22.0000 | 4,400.00 | 06/28/04 | 500 | 24.9800 | 12,490.00 | (300) | (1,689.21) | 6,400.79 |
| | 05/17/04 | 400 | 21.9600 | 8,784.00 | 06/28/04 | 500 | 24.9800 | 12,490.00 | (100) | (563.07) | 3,142.93 |
| | 05/17/04 | 1,000 | 21.5000 | 21,500.00 | 06/28/04 | 1,000 | 24.9700 | 24,970.00 | | | 3,470.00 |
| | 05/17/04 | 1,000 | 21.5000 | 21,500.00 | 06/29/04 | 800 | 24.4625 | 19,570.00 | 200 | 1,126.14 | (803.86) |
| | 05/18/04 | 600 | 22.6100 | 13,566.00 | 06/30/04 | 400 | 24.7200 | 9,888.00 | 200 | 1,126.14 | (2,551.86) |
| | 05/18/04 | 600 | 22.5000 | 13,500.00 | 07/01/04 | 1,000 | 24.9900 | 24,990.00 | (400) | (2,252.28) | 9,237.72 |
| | 05/18/04 | 400 | 22.5300 | 9,012.00 | 07/01/04 | 200 | 25.4000 | 5,080.00 | 200 | 1,126.14 | (2,805.86) |
| | 05/19/04 | 300 | 23.7300 | 7,119.00 | 07/01/04 | 500 | 25.3900 | 12,695.00 | (200) | (1,126.14) | 4,449.86 |
| | 05/19/04 | 200 | 23.1500 | 4,630.00 | 07/01/04 | 300 | 25.3900 | 7,617.00 | (100) | (563.07) | 2,423.93 |
| | 05/19/04 | 300 | 23.5000 | 7,050.00 | 07/01/04 | 500 | 25.4700 | 12,735.00 | (200) | (1,126.14) | 4,558.86 |
| | 05/20/04 | 900 | 21.9000 | 19,710.00 | 07/12/04 | 700 | 24.2100 | 16,947.00 | 200 | 1,126.14 | (1,636.86) |
| | 05/20/04 | 200 | 22.3100 | 4,462.00 | 07/12/04 | 1,300 | 24.2000 | 31,460.00 | (1,100) | (6,193.77) | 20,804.23 |
| | 05/21/04 | 200 | 22.0000 | 4,400.00 | 07/15/04 | 1,000 | 25.5100 | 25,510.00 | (800) | (4,504.56) | 16,605.44 |
| | 05/24/04 | 100 | 21.4600 | 2,146.00 | 07/19/04 | 600 | 25.8300 | 15,498.00 | (500) | (2,815.35) | 10,536.65 |
| | 05/24/04 | 100 | 21.4500 | 2,145.00 | 07/19/04 | 100 | 25.8300 | 2,583.00 | | | 438.00 |
| | 05/24/04 | 1,870 | 21.4500 | 40,111.50 | 07/19/04 | 100 | 25.0100 | 2,501.00 | 1,770 | 9,966.34 | (27,644.16) |
| | 05/25/04 | 100 | 21.9000 | 2,190.00 | 07/19/04 | 100 | 25.7400 | 2,574.00 | | | 384.00 |
| | 05/25/04 | 500 | 21.9000 | 10,950.00 | 07/19/04 | 100 | 25.0100 | 2,501.00 | 400 | 2,252.28 | (6,196.72) |
| | 05/25/04 | 1,100 | 21.9000 | 24,090.00 | 07/22/04 | 2,500 | 20.8900 | 52,225.00 | (1,400) | (7,882.98) | 20,252.02 |
| | 05/25/04 | 100 | 21.9000 | 2,190.00 | 07/22/04 | 200 | 21.8000 | 4,360.00 | (100) | (563.07) | 1,606.93 |
| | 05/25/04 | 1,900 | 21.9000 | 41,610.00 | 07/22/04 | 100 | 21.5900 | 2,159.00 | 1,800 | 10,135.26 | (29,315.74) |
| | 05/25/04 | 800 | 21.9000 | 17,520.00 | 07/22/04 | 500 | 21.5200 | 10,760.00 | 300 | 1,689.21 | (5,070.79) |
| | 05/25/04 | 15 | 21.9000 | 328.50 | 07/22/04 | 50 | 22.8000 | 1,140.00 | (35) | (197.07) | 614.43 |
| | 05/25/04 | 800 | 21.9000 | 17,520.00 | 07/22/04 | 200 | 22.6500 | 4,530.00 | 600 | 3,378.42 | (9,611.58) |
| | 05/25/04 | 100 | 21.9000 | 2,190.00 | 07/22/04 | 50 | 21.5500 | 1,077.50 | 50 | 281.54 | (830.97) |
| | 05/25/04 | 400 | 21.9000 | 8,760.00 | 07/22/04 | 700 | 21.4000 | 14,980.00 | (300) | (1,689.21) | 4,530.79 |

Class Period: 02/18/04 - 02/28/05

**Elan Corp. plc**

Elan Corp ADR Hold price: $5.6307

| PLAINTIFF | PURCHASE TRANSACTIONS | | | | SALES TRANSACTIONS (1)(4) | | | | | ESTIMATED VALUE | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | DATE | SHARES | SHARE COST | PURCHASE AMOUNT | DATE (3) | SHARES | SHARE PRICE | SALES AMOUNT | SHARES HELD | (2) | **ESTIMATED LOSSES** |
| | 05/25/04 | 1,100 | 21.8000 | 23,980.00 | 07/23/04 | 300 | 21.9000 | 6,570.00 | 800 | 4,504.56 | (12,905.44) |
| | 05/26/04 | 600 | 22.9500 | 13,770.00 | 07/23/04 | 1,500 | 22.0000 | 33,000.00 | (900) | (5,067.63) | 14,162.37 |
| | 05/27/04 | 500 | 22.3500 | 11,175.00 | 07/23/04 | 800 | 21.5000 | 17,200.00 | (300) | (1,689.21) | 4,335.79 |
| | 05/27/04 | 1,000 | 22.4100 | 22,410.00 | 07/23/04 | 1,300 | 21.4800 | 27,924.00 | (300) | (1,689.21) | 3,824.79 |
| | 05/27/04 | 1,500 | 23.0333 | 34,549.95 | 07/23/04 | 700 | 21.4700 | 15,029.00 | 800 | 4,504.56 | (15,016.39) |
| | 05/27/04 | 1,000 | 22.6400 | 22,640.00 | 07/26/04 | 100 | 20.1300 | 2,013.00 | 900 | 5,067.63 | (15,559.37) |
| | 05/27/04 | 2,000 | 22.7500 | 45,500.00 | 07/26/04 | 400 | 20.1300 | 8,052.00 | 1,600 | 9,009.12 | (28,438.88) |
| | 05/27/04 | 1,000 | 23.1700 | 23,170.00 | 07/26/04 | 500 | 20.1300 | 10,065.00 | 500 | 2,815.35 | (10,289.65) |
| | 06/03/04 | 100 | 23.4400 | 2,344.00 | 07/26/04 | 500 | 19.5300 | 9,765.00 | (400) | (2,252.28) | 5,168.72 |
| | 06/03/04 | 600 | 23.5100 | 14,106.00 | 07/26/04 | 400 | 19.9700 | 7,988.00 | 200 | 1,126.14 | (4,991.86) |
| | 06/03/04 | 400 | 23.4600 | 9,384.00 | 07/26/04 | 500 | 20.0000 | 10,000.00 | (100) | (563.07) | 52.93 |
| | 06/03/04 | 500 | 23.5500 | 11,775.00 | 07/26/04 | 600 | 19.9800 | 11,988.00 | (100) | (563.07) | (350.07) |
| | 06/03/04 | 500 | 23.5500 | 11,775.00 | 07/26/04 | 1,000 | 20.0200 | 20,020.00 | (500) | (2,815.35) | 5,429.65 |
| | 06/03/04 | 200 | 23.4200 | 4,684.00 | 07/26/04 | 500 | 19.7300 | 9,865.00 | (300) | (1,689.21) | 3,491.79 |
| | 06/04/04 | 600 | 23.7500 | 14,250.00 | 07/26/04 | 500 | 20.1500 | 10,075.00 | 100 | 563.07 | (3,611.93) |
| | 06/14/04 | 600 | 21.3900 | 12,834.00 | 07/26/04 | 1,000 | 20.1700 | 20,170.00 | (400) | (2,252.28) | 5,083.72 |
| | 06/14/04 | 4,000 | 22.1000 | 88,400.00 | 07/26/04 | 300 | 22.5000 | 6,750.00 | 3,700 | 20,833.59 | (60,816.41) |
| | 06/14/04 | 100 | 22.0000 | 2,200.00 | 07/26/04 | 200 | 22.6500 | 4,530.00 | (100) | (563.07) | 1,766.93 |
| | 06/14/04 | 4,000 | 22.0000 | 88,000.00 | 07/27/04 | 100 | 18.6000 | 1,860.00 | 3,900 | 21,959.73 | (64,180.27) |
| | 06/14/04 | 100 | 22.1600 | 2,216.00 | 07/27/04 | 100 | 18.6000 | 1,860.00 | | | (356.00) |
| | 06/16/04 | 500 | 21.5700 | 10,785.00 | 07/27/04 | 100 | 18.6000 | 1,860.00 | 400 | 2,252.28 | (6,672.72) |
| | 06/25/04 | 600 | 23.7000 | 14,220.00 | 07/27/04 | 100 | 19.6900 | 1,969.00 | 500 | 2,815.35 | (9,435.65) |
| | 06/25/04 | 100 | 23.2500 | 2,325.00 | 07/27/04 | 200 | 19.6400 | 3,928.00 | (100) | (563.07) | 1,039.93 |
| | 06/28/04 | 300 | 25.2800 | 7,584.00 | 07/27/04 | 100 | 19.1600 | 1,916.00 | 200 | 1,126.14 | (4,541.86) |
| | 06/28/04 | 200 | 25.2800 | 5,056.00 | 07/27/04 | 100 | 19.1600 | 1,916.00 | 100 | 563.07 | (2,576.93) |
| | 06/28/04 | 900 | 24.9900 | 22,491.00 | 07/27/04 | 300 | 19.9900 | 5,997.00 | 600 | 3,378.42 | (13,115.58) |
| | 06/28/04 | 1,000 | 25.3300 | 25,330.00 | 07/27/04 | 200 | 19.0600 | 3,812.00 | 800 | 4,504.56 | (17,013.44) |
| | 06/28/04 | 2,000 | 25.4900 | 50,980.00 | 07/27/04 | 100 | 18.8900 | 1,889.00 | 1,900 | 10,698.33 | (38,392.67) |
| | 06/28/04 | 2,000 | 25.0000 | 50,000.00 | 07/27/04 | 100 | 19.5600 | 1,956.00 | 1,900 | 10,698.33 | (37,345.67) |
| | 06/28/04 | 2,000 | 24.9900 | 49,980.00 | 07/27/04 | 700 | 19.5500 | 13,685.00 | 1,300 | 7,319.91 | (28,975.09) |
| | 06/28/04 | 1,500 | 25.4400 | 38,160.00 | 07/27/04 | 100 | 19.5500 | 1,955.00 | 1,400 | 7,882.98 | (28,322.02) |
| | 06/28/04 | 1,100 | 25.4900 | 28,039.00 | 07/27/04 | 200 | 19.2000 | 3,840.00 | 900 | 5,067.63 | (19,131.37) |
| | 06/28/04 | 1,100 | 24.9900 | 27,489.00 | 07/27/04 | 300 | 19.0700 | 5,721.00 | 800 | 4,504.56 | (17,263.44) |
| | 06/28/04 | 1,000 | 25.2000 | 25,200.00 | 07/27/04 | 200 | 19.1900 | 3,838.00 | 800 | 4,504.56 | (16,857.44) |
| | 06/28/04 | 900 | 25.0000 | 22,500.00 | 07/27/04 | 700 | 19.3300 | 13,531.00 | 200 | 1,126.14 | (7,842.86) |
| | 06/28/04 | 500 | 25.4500 | 12,725.00 | 07/27/04 | 500 | 19.2300 | 9,615.00 | | | (3,110.00) |
| | 06/28/04 | 1,100 | 24.9900 | 27,489.00 | 07/27/04 | 500 | 19.2600 | 9,630.00 | 600 | 3,378.42 | (14,480.58) |
| | 06/28/04 | 900 | 25.0000 | 22,950.00 | 07/27/04 | 200 | 19.2600 | 3,852.00 | 700 | 3,941.49 | (15,156.51) |
| | 06/28/04 | 100 | 24.8200 | 2,482.00 | 07/27/04 | 100 | 19.3400 | 1,934.00 | | | (548.00) |
| | 06/28/04 | 100 | 24.8200 | 2,482.00 | 07/27/04 | 200 | 19.4900 | 3,898.00 | (100) | (563.07) | 852.93 |
| | 06/28/04 | 800 | 24.8225 | 19,858.00 | 07/27/04 | 400 | 19.5900 | 7,836.00 | 400 | 2,252.28 | (9,769.72) |
| | 06/28/04 | 100 | 25.0500 | 2,505.00 | 07/27/04 | 100 | 19.5900 | 1,959.00 | | | (546.00) |
| | 06/28/04 | 300 | 25.0000 | 7,500.00 | 07/27/04 | 700 | 19.5900 | 13,713.00 | (400) | (2,252.28) | 3,960.72 |
| | 06/28/04 | 100 | 25.0500 | 2,505.00 | 07/27/04 | 100 | 19.4700 | 1,947.00 | | | (558.00) |
| | 06/28/04 | 500 | 25.6000 | 12,800.00 | 07/27/04 | 500 | 19.4400 | 9,720.00 | | | (3,080.00) |
| | 06/28/04 | 400 | 25.6000 | 10,240.00 | 07/27/04 | 100 | 19.4400 | 1,944.00 | 300 | 1,689.21 | (6,606.79) |
| | 06/28/04 | 100 | 25.6000 | 2,560.00 | 07/27/04 | 400 | 19.4500 | 7,780.00 | (300) | (1,689.21) | 3,530.79 |
| | 06/28/04 | 100 | 25.6000 | 2,560.00 | 07/27/04 | 300 | 19.4600 | 5,838.00 | (200) | (1,126.14) | 2,151.86 |
| | 06/28/04 | 100 | 25.1000 | 2,510.00 | 07/27/04 | 500 | 19.4000 | 9,700.00 | (400) | (2,252.28) | 4,937.72 |
| | 06/28/04 | 100 | 25.0900 | 2,509.00 | 07/27/04 | 1,500 | 19.3700 | 29,055.00 | (1,400) | (7,882.98) | 18,663.02 |
| | 06/28/04 | 100 | 25.4000 | 2,540.00 | 07/27/04 | 200 | 19.9000 | 3,980.00 | (100) | (563.07) | 876.93 |
| | 06/28/04 | 100 | 25.2000 | 2,520.00 | 07/27/04 | 600 | 19.8500 | 11,910.00 | (500) | (2,815.35) | 6,574.65 |
| | 06/28/04 | 100 | 25.2000 | 2,520.00 | 07/27/04 | 200 | 19.8500 | 3,970.00 | (100) | (563.07) | 886.93 |

Class Period: 02/18/04 - 02/28/05    **Elan Corp. plc**    Elan Corp ADR Hold price:   $5.6307

| PLAINTIFF | DATE | SHARES | SHARE COST | PURCHASE AMOUNT | DATE (3) | SHARES | SHARE PRICE | SALES AMOUNT | SHARES HELD | ESTIMATED VALUE (2) | ESTIMATED LOSSES |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 06/28/04 | 200 | 25.1500 | 5,030.00 | 07/27/04 | 200 | 19.7300 | 3,946.00 | | | (1,084.00) |
| | 06/28/04 | 100 | 25.1500 | 2,515.00 | 07/27/04 | 300 | 19.6000 | 5,880.00 | (200) | (1,126.14) | 2,238.86 |
| | 06/28/04 | 300 | 25.4900 | 7,647.00 | 07/27/04 | 200 | 19.6000 | 3,920.00 | 100 | 563.07 | (3,163.93) |
| | 06/28/04 | 25 | 25.6000 | 640.00 | 07/27/04 | 100 | 19.6100 | 1,961.00 | (75) | (422.30) | 898.70 |
| | 06/28/04 | 900 | 25.6000 | 23,040.00 | 07/27/04 | 100 | 19.6300 | 1,963.00 | 800 | 4,504.56 | (16,572.44) |
| | 06/28/04 | 2,000 | 25.6000 | 51,200.00 | 07/27/04 | 300 | 19.7400 | 5,922.00 | 1,700 | 9,572.19 | (35,705.81) |
| | 06/28/04 | 740 | 25.5000 | 18,870.00 | 07/27/04 | 200 | 19.7000 | 3,940.00 | 540 | 3,040.58 | (11,889.42) |
| | 06/28/04 | 100 | 25.5000 | 2,550.00 | 07/27/04 | 200 | 19.7600 | 3,952.00 | (100) | (563.07) | 838.93 |
| | 06/28/04 | 275 | 25.5000 | 7,012.50 | 07/27/04 | 200 | 19.6800 | 3,936.00 | 75 | 422.30 | (2,654.20) |
| | 06/28/04 | 4,800 | 25.4500 | 122,160.00 | 07/27/04 | 200 | 19.9400 | 3,988.00 | 4,600 | 25,901.22 | (92,270.78) |
| | 06/28/04 | 2,400 | 25.3000 | 60,720.00 | 07/27/04 | 400 | 19.8800 | 7,952.00 | 2,000 | 11,261.40 | (41,506.60) |
| | 06/28/04 | 2,000 | 25.3300 | 50,660.00 | 07/28/04 | 200 | 19.9800 | 3,996.00 | 1,800 | 10,135.26 | (36,528.74) |
| | 06/28/04 | 2,060 | 25.3500 | 52,221.00 | 07/28/04 | 100 | 20.0000 | 2,000.00 | 1,960 | 11,036.17 | (39,184.83) |
| | 06/28/04 | 2,300 | 25.4000 | 58,420.00 | 07/28/04 | 300 | 19.8700 | 5,961.00 | 2,000 | 11,261.40 | (41,197.60) |
| | 06/28/04 | 100 | 25.4100 | 2,541.00 | 07/28/04 | 100 | 19.8700 | 1,987.00 | | | (554.00) |
| | 06/28/04 | 4,000 | 25.2000 | 100,800.00 | 07/28/04 | 100 | 20.1500 | 2,015.00 | 3,900 | 21,959.73 | (76,825.27) |
| | 06/28/04 | 100 | 25.3000 | 2,530.00 | 07/28/04 | 100 | 20.1900 | 2,019.00 | | | (511.00) |
| | 06/28/04 | 200 | 25.3000 | 5,060.00 | 07/28/04 | 200 | 20.2600 | 4,052.00 | | | (1,008.00) |
| | 06/28/04 | 200 | 25.4400 | 5,088.00 | 07/28/04 | 100 | 20.2500 | 2,025.00 | 100 | 563.07 | (2,499.93) |
| | 06/28/04 | 200 | 25.2400 | 5,048.00 | 07/28/04 | 300 | 20.2700 | 6,081.00 | (100) | (563.07) | 469.93 |
| | 06/28/04 | 300 | 25.1500 | 7,545.00 | 07/28/04 | 300 | 20.3200 | 6,096.00 | | | (1,449.00) |
| | 06/28/04 | 200 | 25.2500 | 5,050.00 | 07/28/04 | 200 | 20.1200 | 4,024.00 | | | (1,026.00) |
| | 06/28/04 | 100 | 25.3200 | 2,532.00 | 07/28/04 | 300 | 20.0800 | 6,024.00 | (200) | (1,126.14) | 2,365.86 |
| | 06/28/04 | 200 | 25.3000 | 5,060.00 | 07/28/04 | 100 | 20.0400 | 2,004.00 | 100 | 563.07 | (2,492.93) |
| | 06/28/04 | 300 | 25.3000 | 7,590.00 | 07/28/04 | 500 | 20.0700 | 10,035.00 | (200) | (1,126.14) | 1,318.86 |
| | 06/28/04 | 100 | 25.1500 | 2,515.00 | 07/28/04 | 300 | 20.5000 | 6,150.00 | (200) | (1,126.14) | 2,508.86 |
| | 06/28/04 | 100 | 25.1000 | 2,510.00 | 07/28/04 | 300 | 20.4700 | 6,141.00 | (200) | (1,126.14) | 2,504.86 |
| | 06/28/04 | 200 | 25.1500 | 5,030.00 | 07/28/04 | 300 | 20.4300 | 6,129.00 | (100) | (563.07) | 535.93 |
| | 06/28/04 | 500 | 25.6000 | 12,800.00 | 07/28/04 | 100 | 20.4600 | 2,046.00 | 400 | 2,252.28 | (8,501.72) |
| | 06/28/04 | 400 | 25.6000 | 10,240.00 | 07/28/04 | 100 | 20.3500 | 2,035.00 | 300 | 1,689.21 | (6,515.79) |
| | 06/28/04 | 2,000 | 24.8400 | 49,680.00 | 07/28/04 | 400 | 19.9700 | 7,988.00 | 1,600 | 9,009.12 | (32,682.88) |
| | 06/29/04 | 500 | 24.4400 | 12,220.00 | 07/28/04 | 600 | 19.9800 | 11,988.00 | (100) | (563.07) | (795.07) |
| | 06/29/04 | 300 | 24.5000 | 7,350.00 | 07/28/04 | 200 | 19.9800 | 3,996.00 | 100 | 563.07 | (2,790.93) |
| | 06/30/04 | 400 | 24.5000 | 9,800.00 | 07/28/04 | 100 | 20.3500 | 2,035.00 | 300 | 1,689.21 | (6,075.79) |
| | 07/01/04 | 1,000 | 25.2500 | 25,250.00 | 07/29/04 | 100 | 19.1900 | 1,919.00 | 900 | 5,067.63 | (18,263.37) |
| | 07/01/04 | 500 | 25.3900 | 12,695.00 | 07/29/04 | 200 | 19.2100 | 3,842.00 | 300 | 1,689.21 | (7,163.79) |
| | 07/01/04 | 300 | 25.3900 | 7,617.00 | 07/29/04 | 500 | 19.2500 | 9,625.00 | (200) | (1,126.14) | 881.86 |
| | 07/01/04 | 200 | 25.4000 | 5,080.00 | 07/29/04 | 500 | 19.2400 | 9,620.00 | (300) | (1,689.21) | 2,850.79 |
| | 07/08/04 | 500 | 25.0000 | 12,500.00 | 07/29/04 | 800 | 19.3300 | 15,464.00 | (300) | (1,689.21) | 1,274.79 |
| | 07/12/04 | 2,000 | 24.5100 | 49,020.00 | 07/29/04 | 100 | 19.2300 | 1,923.00 | 1,900 | 10,698.33 | (36,398.67) |
| | 07/15/04 | 600 | 25.5400 | 15,324.00 | 07/29/04 | 600 | 19.8500 | 11,910.00 | | | (3,414.00) |
| | 07/15/04 | 200 | 25.5300 | 5,106.00 | 07/29/04 | 600 | 19.7700 | 11,862.00 | (400) | (2,252.28) | 4,503.72 |
| | 07/15/04 | 200 | 25.5200 | 5,104.00 | 07/29/04 | 1,100 | 19.7600 | 21,736.00 | (900) | (5,067.63) | 11,564.37 |
| | 07/19/04 | 300 | 25.6000 | 7,680.00 | 07/29/04 | 100 | 19.9000 | 1,990.00 | 200 | 1,126.14 | (4,563.86) |
| | 07/19/04 | 300 | 25.5600 | 7,668.00 | 07/29/04 | 200 | 20.0500 | 4,010.00 | 100 | 563.07 | (3,094.93) |
| | 07/19/04 | 200 | 25.7000 | 5,140.00 | 07/29/04 | 100 | 20.0900 | 2,009.00 | 100 | 563.07 | (2,567.93) |
| | 07/19/04 | 200 | 25.7500 | 5,150.00 | 07/29/04 | 2,500 | 19.4800 | 48,700.00 | (2,300) | (12,950.61) | 30,599.39 |
| | 07/22/04 | 2,500 | 21.0500 | 52,625.00 | 07/29/04 | 1,200 | 19.4800 | 23,376.00 | 1,300 | 7,319.91 | (21,929.09) |
| | 07/22/04 | 200 | 21.7900 | 4,358.00 | 07/29/04 | 2,800 | 19.5900 | 54,852.00 | (2,600) | (14,639.82) | 35,854.18 |
| | 07/22/04 | 100 | 21.5900 | 2,159.00 | 07/29/04 | 200 | 19.4100 | 3,882.00 | (100) | (563.07) | 1,159.93 |
| | 07/22/04 | 700 | 21.5900 | 15,113.00 | 07/29/04 | 1,400 | 19.4500 | 27,230.00 | (700) | (3,941.49) | 8,175.51 |
| | 07/22/04 | 100 | 21.5900 | 2,159.00 | 07/29/04 | 200 | 19.8900 | 3,978.00 | (100) | (563.07) | 1,255.93 |
| | 07/22/04 | 1,050 | 21.6000 | 22,680.00 | 07/29/04 | 100 | 19.8100 | 1,981.00 | 950 | 5,349.17 | (15,349.84) |

Class Period: 02/18/04 - 02/28/05     **Elan Corp. plc**

Elan Corp ADR Hold price:     $5.6307

| | PURCHASE TRANSACTIONS | | | SALES TRANSACTIONS (1)(4) | | | | | ESTIMATED VALUE | |
|---|---|---|---|---|---|---|---|---|---|---|
| PLAINTIFF | DATE | SHARES | SHARE COST | PURCHASE AMOUNT | DATE (3) | SHARES | SHARE PRICE | SALES AMOUNT | SHARES HELD | (2) | **ESTIMATED LOSSES** |
| | 07/22/04 | **1,932** | 21.8400 | 42,194.88 | 07/29/04 | 400 | 19.8300 | 7,932.00 | 1,532 | 8,626.23 | (25,636.65) |
| | 07/22/04 | **1,150** | 21.8600 | 25,139.00 | 07/30/04 | 200 | 20.9400 | 4,188.00 | 950 | 5,349.17 | (15,601.84) |
| | 07/22/04 | **1,500** | 22.6200 | 33,930.00 | 07/30/04 | 600 | 20.8700 | 12,522.00 | 900 | 5,067.63 | (16,340.37) |
| | 07/22/04 | **500** | 21.1000 | 10,550.00 | 07/30/04 | 200 | 20.8500 | 4,170.00 | 300 | 1,689.21 | (4,690.79) |
| | 07/22/04 | **100** | 21.5200 | 2,152.00 | 07/30/04 | 100 | 20.6300 | 2,063.00 | | | (89.00) |
| | 07/22/04 | **400** | 21.5000 | 8,600.00 | 07/30/04 | 200 | 20.6600 | 4,132.00 | 200 | 1,126.14 | (3,341.86) |
| | 07/22/04 | **500** | 22.5000 | 11,250.00 | 07/30/04 | 200 | 20.6600 | 4,132.00 | 300 | 1,689.21 | (5,428.79) |
| | 07/22/04 | **1,000** | 22.5000 | 22,500.00 | 07/30/04 | 100 | 20.5900 | 2,059.00 | 900 | 5,067.63 | (15,373.37) |
| | 07/23/04 | **1,500** | 21.8000 | 32,700.00 | 07/30/04 | 200 | 20.5000 | 4,100.00 | 1,300 | 7,319.91 | (21,280.09) |
| | 07/23/04 | **1,500** | 21.8000 | 32,700.00 | 07/30/04 | 100 | 20.6000 | 2,060.00 | 1,400 | 7,882.98 | (22,757.02) |
| | 07/23/04 | **300** | 21.8000 | 6,540.00 | 07/30/04 | 100 | 20.8100 | 2,081.00 | 200 | 1,126.14 | (3,332.86) |
| | 07/23/04 | **1,500** | 21.8000 | 32,700.00 | 07/30/04 | 100 | 20.6900 | 2,069.00 | 1,400 | 7,882.98 | (22,748.02) |
| | 07/23/04 | **1,300** | 21.5200 | 27,976.00 | 07/30/04 | 100 | 20.9600 | 2,096.00 | 1,200 | 6,756.84 | (19,123.16) |
| | 07/26/04 | **1,000** | 20.1700 | 20,170.00 | 07/30/04 | 3,000 | 20.1000 | 60,300.00 | (2,000) | (11,261.40) | 28,868.60 |
| | 07/26/04 | **400** | 19.9700 | 7,988.00 | 08/02/04 | 600 | 20.4000 | 12,240.00 | (200) | (1,126.14) | 3,125.86 |
| | 07/26/04 | **500** | 20.0000 | 10,000.00 | 08/04/04 | 800 | 19.8000 | 15,840.00 | (300) | (1,689.21) | 4,150.79 |
| | 07/26/04 | **600** | 19.9800 | 11,988.00 | 08/04/04 | 200 | 19.3200 | 3,864.00 | 400 | 2,252.28 | (5,871.72) |
| | 07/26/04 | **1,000** | 20.0200 | 20,020.00 | 08/04/04 | 500 | 19.3000 | 9,650.00 | 500 | 2,815.35 | (7,554.65) |
| | 07/26/04 | **500** | 19.5300 | 9,765.00 | 08/04/04 | 600 | 19.3300 | 11,598.00 | (100) | (563.07) | 1,269.93 |
| | 07/26/04 | **100** | 20.1300 | 2,013.00 | 08/04/04 | 100 | 19.0600 | 1,906.00 | | | (107.00) |
| | 07/26/04 | **400** | 20.1300 | 8,052.00 | 08/04/04 | 1,400 | 19.0600 | 26,684.00 | (1,000) | (5,630.70) | 13,001.30 |
| | 07/26/04 | **500** | 20.1300 | 10,065.00 | 08/04/04 | 500 | 19.1700 | 9,585.00 | | | (480.00) |
| | 07/26/04 | **500** | 19.7300 | 9,865.00 | 08/05/04 | 400 | 19.2000 | 7,680.00 | 100 | 563.07 | (1,621.93) |
| | 07/26/04 | **500** | 20.1500 | 10,075.00 | 08/05/04 | 300 | 19.1900 | 5,757.00 | 200 | 1,126.14 | (3,191.86) |
| | 07/26/04 | **500** | 22.0000 | 11,000.00 | 08/05/04 | 500 | 19.1900 | 9,595.00 | | | (1,405.00) |
| | 07/27/04 | **200** | 18.5300 | 3,706.00 | 08/05/04 | 1,200 | 19.1700 | 23,004.00 | (1,000) | (5,630.70) | 13,667.30 |
| | 07/27/04 | **100** | 18.5200 | 1,852.00 | 08/05/04 | 600 | 19.1700 | 11,502.00 | (500) | (2,815.35) | 6,834.65 |
| | 07/27/04 | **200** | 19.6800 | 3,936.00 | 08/05/04 | 1,100 | 19.1700 | 21,087.00 | (900) | (5,067.63) | 12,083.37 |
| | 07/27/04 | **200** | 19.6400 | 3,928.00 | 08/05/04 | 100 | 19.1700 | 1,917.00 | 100 | 563.07 | (1,447.93) |
| | 07/27/04 | **100** | 19.5600 | 1,956.00 | 08/05/04 | 200 | 19.1300 | 3,826.00 | (100) | (563.07) | 1,306.93 |
| | 07/27/04 | **200** | 19.1900 | 3,838.00 | 08/05/04 | 500 | 19.1400 | 9,570.00 | (300) | (1,689.21) | 4,042.79 |
| | 07/27/04 | **200** | 19.1600 | 3,832.00 | 08/05/04 | 800 | 19.2000 | 15,360.00 | (600) | (3,378.42) | 8,149.58 |
| | 07/27/04 | **300** | 19.0700 | 5,721.00 | 08/05/04 | 200 | 19.2000 | 3,840.00 | 100 | 563.07 | (1,317.93) |
| | 07/27/04 | **200** | 19.0600 | 3,812.00 | 08/05/04 | 300 | 18.9900 | 5,697.00 | (100) | (563.07) | 1,321.93 |
| | 07/27/04 | **100** | 18.8900 | 1,889.00 | 08/05/04 | 500 | 18.9300 | 9,465.00 | (400) | (2,252.28) | 5,323.72 |
| | 07/27/04 | **800** | 19.5500 | 15,640.00 | 08/05/04 | 200 | 18.9100 | 3,782.00 | 600 | 3,378.42 | (8,479.58) |
| | 07/27/04 | **500** | 19.5900 | 9,795.00 | 08/05/04 | 600 | 18.8600 | 11,316.00 | (100) | (563.07) | 957.93 |
| | 07/27/04 | **200** | 19.2000 | 3,840.00 | 08/05/04 | 500 | 19.3000 | 9,650.00 | (300) | (1,689.21) | 4,120.79 |
| | 07/27/04 | **500** | 19.2300 | 9,615.00 | 08/05/04 | 400 | 19.1000 | 7,640.00 | 100 | 563.07 | (1,411.93) |
| | 07/27/04 | **700** | 19.2600 | 13,482.00 | 08/05/04 | 200 | 19.0800 | 3,816.00 | 500 | 2,815.35 | (6,850.65) |
| | 07/27/04 | **700** | 19.3300 | 13,531.00 | 08/05/04 | 100 | 18.4000 | 1,840.00 | 600 | 3,378.42 | (8,312.58) |
| | 07/27/04 | **100** | 19.3400 | 1,934.00 | 08/05/04 | 500 | 18.4800 | 9,240.00 | (400) | (2,252.28) | 5,053.72 |
| | 07/27/04 | **200** | 19.4900 | 3,898.00 | 08/05/04 | 500 | 18.3700 | 9,185.00 | (300) | (1,689.21) | 3,597.79 |
| | 07/27/04 | **500** | 19.5900 | 9,795.00 | 08/05/04 | 500 | 18.6500 | 9,325.00 | | | (470.00) |
| | 07/27/04 | **200** | 19.5900 | 3,918.00 | 08/05/04 | 1,000 | 18.6500 | 18,650.00 | (800) | (4,504.56) | 10,227.44 |
| | 07/27/04 | **200** | 19.4600 | 3,892.00 | 08/05/04 | 1,000 | 18.6500 | 18,650.00 | (800) | (4,504.56) | 10,253.44 |
| | 07/27/04 | **100** | 19.4600 | 1,946.00 | 08/05/04 | 100 | 18.5100 | 1,851.00 | | | (95.00) |
| | 07/27/04 | **200** | 19.4500 | 3,890.00 | 08/05/04 | 1,200 | 18.5600 | 22,272.00 | (1,000) | (5,630.70) | 12,751.30 |
| | 07/27/04 | **100** | 19.4500 | 1,945.00 | 08/05/04 | 1,500 | 19.1100 | 28,665.00 | (1,400) | (7,882.98) | 18,837.02 |
| | 07/27/04 | **100** | 19.4500 | 1,945.00 | 08/05/04 | 200 | 19.0200 | 3,804.00 | (100) | (563.07) | 1,295.93 |
| | 07/27/04 | **100** | 19.4700 | 1,947.00 | 08/05/04 | 300 | 19.0200 | 5,706.00 | (200) | (1,126.14) | 2,632.86 |
| | 07/27/04 | **600** | 19.4400 | 11,664.00 | 08/05/04 | 100 | 19.0100 | 1,901.00 | 500 | 2,815.35 | (6,947.65) |
| | 07/27/04 | **500** | 19.4000 | 9,700.00 | 08/05/04 | 300 | 19.2000 | 5,760.00 | 200 | 1,126.14 | (2,813.86) |

Class Period: 02/18/04 - 02/28/05

**Elan Corp. plc**

Elan Corp ADR Hold price: $5.6307

| PLAINTIFF | PURCHASE TRANSACTIONS | | | | SALES TRANSACTIONS (1)(4) | | | | SHARES HELD | ESTIMATED VALUE (2) | ESTIMATED LOSSES |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | DATE | SHARES | SHARE COST | PURCHASE AMOUNT | DATE (3) | SHARES | SHARE PRICE | SALES AMOUNT | | | |
| | 07/27/04 | 1,500 | 19.3700 | 29,055.00 | 08/06/04 | 500 | 17.4000 | 8,700.00 | 1,000 | 5,630.70 | (14,724.30) |
| | 07/27/04 | 200 | 19.8500 | 3,970.00 | 08/06/04 | 100 | 17.7700 | 1,777.00 | 100 | 563.07 | (1,629.93) |
| | 07/27/04 | 600 | 19.8500 | 11,910.00 | 08/06/04 | 100 | 17.5400 | 1,754.00 | 500 | 2,815.35 | (7,340.65) |
| | 07/27/04 | 200 | 19.6000 | 3,920.00 | 08/06/04 | 200 | 17.5100 | 3,502.00 | | | (418.00) |
| | 07/27/04 | 200 | 19.7300 | 3,946.00 | 08/06/04 | 300 | 17.6300 | 5,289.00 | (100) | (563.07) | 779.93 |
| | 07/27/04 | 300 | 19.6000 | 5,880.00 | 08/06/04 | 300 | 18.1600 | 5,448.00 | | | (432.00) |
| | 07/27/04 | 100 | 19.6100 | 1,961.00 | 08/06/04 | 200 | 18.1500 | 3,630.00 | (100) | (563.07) | 1,105.93 |
| | 07/27/04 | 100 | 19.6300 | 1,963.00 | 08/06/04 | 700 | 18.1500 | 12,705.00 | (600) | (3,378.42) | 7,363.58 |
| | 07/27/04 | 200 | 19.7000 | 3,940.00 | 08/06/04 | 100 | 18.1200 | 1,812.00 | 100 | 563.07 | (1,564.93) |
| | 07/27/04 | 300 | 19.7400 | 5,922.00 | 08/06/04 | 100 | 18.1000 | 1,810.00 | 200 | 1,126.14 | (2,985.86) |
| | 07/27/04 | 200 | 19.7600 | 3,952.00 | 08/06/04 | 200 | 17.5900 | 3,518.00 | | | (434.00) |
| | 07/27/04 | 200 | 19.9000 | 3,980.00 | 08/06/04 | 300 | 17.3700 | 5,211.00 | (100) | (563.07) | 667.93 |
| | 07/27/04 | 100 | 19.6900 | 1,969.00 | 08/06/04 | 500 | 17.3700 | 8,685.00 | (400) | (2,252.28) | 4,463.72 |
| | 07/27/04 | 300 | 19.9900 | 5,997.00 | 08/06/04 | 100 | 17.6100 | 1,761.00 | 200 | 1,126.14 | (3,109.86) |
| | 07/27/04 | 200 | 19.9400 | 3,988.00 | 08/06/04 | 500 | 17.5500 | 8,775.00 | (300) | (1,689.21) | 3,097.79 |
| | 07/27/04 | 500 | 19.7500 | 9,875.00 | 08/06/04 | 300 | 17.3600 | 5,208.00 | 200 | 1,126.14 | (3,540.86) |
| | 07/27/04 | 900 | 19.2000 | 17,280.00 | 08/06/04 | 200 | 17.7000 | 3,540.00 | 700 | 3,941.49 | (9,798.51) |
| | 07/27/04 | 100 | 19.1900 | 1,919.00 | 08/06/04 | 100 | 17.7500 | 1,775.00 | | | (144.00) |
| | 07/27/04 | 1,000 | 19.1500 | 19,150.00 | 08/06/04 | 100 | 17.7300 | 1,773.00 | 900 | 5,067.63 | (12,309.37) |
| | 07/27/04 | 2,500 | 18.7500 | 46,875.00 | 08/06/04 | 100 | 17.7600 | 1,776.00 | 2,400 | 13,513.68 | (31,585.32) |
| | 07/27/04 | 400 | 19.1500 | 7,660.00 | 08/06/04 | 500 | 17.6800 | 8,840.00 | (100) | (563.07) | 616.93 |
| | 07/28/04 | 1,000 | 19.9800 | 19,980.00 | 08/06/04 | 1,200 | 17.7000 | 21,240.00 | (200) | (1,126.14) | 133.86 |
| | 07/28/04 | 100 | 20.0000 | 2,000.00 | 08/06/04 | 100 | 18.0000 | 1,800.00 | | | (200.00) |
| | 07/28/04 | 400 | 19.8700 | 7,948.00 | 08/06/04 | 1,000 | 17.6500 | 17,650.00 | (600) | (3,378.42) | 6,323.58 |
| | 07/28/04 | 100 | 20.1500 | 2,015.00 | 08/06/04 | 100 | 17.6600 | 1,766.00 | | | (249.00) |
| | 07/28/04 | 100 | 20.1900 | 2,019.00 | 08/06/04 | 100 | 17.6500 | 1,765.00 | | | (254.00) |
| | 07/28/04 | 300 | 20.2700 | 6,081.00 | 08/06/04 | 600 | 17.6500 | 10,590.00 | (300) | (1,689.21) | 2,819.79 |
| | 07/28/04 | 200 | 20.2600 | 4,052.00 | 08/06/04 | 100 | 17.6300 | 1,763.00 | 100 | 563.07 | (1,725.93) |
| | 07/28/04 | 100 | 20.2500 | 2,025.00 | 08/06/04 | 400 | 17.4100 | 6,964.00 | (300) | (1,689.21) | 3,249.79 |
| | 07/28/04 | 300 | 20.3200 | 6,096.00 | 08/06/04 | 400 | 17.4100 | 6,964.00 | (100) | (563.07) | 304.93 |
| | 07/28/04 | 200 | 20.1200 | 4,024.00 | 08/06/04 | 700 | 17.5200 | 12,264.00 | (500) | (2,815.35) | 5,424.65 |
| | 07/28/04 | 500 | 20.0700 | 10,035.00 | 08/06/04 | 200 | 17.5000 | 3,500.00 | 300 | 1,689.21 | (4,845.79) |
| | 07/28/04 | 100 | 20.0800 | 2,008.00 | 08/06/04 | 200 | 17.5000 | 3,500.00 | (100) | (563.07) | 928.93 |
| | 07/28/04 | 200 | 20.0800 | 4,016.00 | 08/06/04 | 600 | 17.5000 | 10,500.00 | (400) | (2,252.28) | 4,231.72 |
| | 07/28/04 | 100 | 20.0400 | 2,004.00 | 08/06/04 | 500 | 17.4700 | 8,735.00 | (400) | (2,252.28) | 4,478.72 |
| | 07/28/04 | 300 | 20.5000 | 6,150.00 | 08/06/04 | 1,300 | 18.2500 | 23,725.00 | (1,000) | (5,630.70) | 11,944.30 |
| | 07/28/04 | 300 | 20.4700 | 6,141.00 | 08/10/04 | 500 | 17.1100 | 8,555.00 | (200) | (1,126.14) | 1,287.86 |
| | 07/28/04 | 100 | 20.4600 | 2,046.00 | 08/10/04 | 100 | 17.1000 | 1,710.00 | | | (336.00) |
| | 07/28/04 | 100 | 20.3500 | 2,035.00 | 08/11/04 | 600 | 18.6800 | 11,208.00 | (500) | (2,815.35) | 6,357.65 |
| | 07/28/04 | 200 | 20.4300 | 4,086.00 | 08/11/04 | 600 | 18.6000 | 11,160.00 | (400) | (2,252.28) | 4,821.72 |
| | 07/28/04 | 100 | 20.4300 | 2,043.00 | 08/11/04 | 200 | 18.4000 | 3,680.00 | (100) | (563.07) | 1,073.93 |
| | 07/28/04 | 400 | 19.9700 | 7,988.00 | 08/12/04 | 100 | 20.9100 | 2,091.00 | 300 | 1,689.21 | (4,207.79) |
| | 07/28/04 | 100 | 20.1500 | 2,015.00 | 08/12/04 | 100 | 20.9200 | 2,092.00 | | | 77.00 |
| | 07/29/04 | 1,100 | 19.7600 | 21,736.00 | 08/12/04 | 300 | 20.9700 | 6,291.00 | 800 | 4,504.56 | (10,940.44) |
| | 07/29/04 | 100 | 19.2300 | 1,923.00 | 08/12/04 | 200 | 20.9400 | 4,188.00 | (100) | (563.07) | 1,701.93 |
| | 07/29/04 | 100 | 19.1900 | 1,919.00 | 08/12/04 | 400 | 20.9900 | 8,396.00 | (300) | (1,689.21) | 4,787.79 |
| | 07/29/04 | 200 | 19.2100 | 3,842.00 | 08/12/04 | 400 | 20.6400 | 8,256.00 | (200) | (1,126.14) | 3,287.86 |
| | 07/29/04 | 500 | 19.2500 | 9,625.00 | 08/12/04 | 100 | 20.7900 | 2,079.00 | 400 | 2,252.28 | (5,293.72) |
| | 07/29/04 | 500 | 19.2400 | 9,620.00 | 08/12/04 | 300 | 20.8600 | 6,258.00 | 200 | 1,126.14 | (2,235.86) |
| | 07/29/04 | 800 | 19.3300 | 15,464.00 | 08/12/04 | 300 | 20.9000 | 6,270.00 | 500 | 2,815.35 | (6,378.65) |
| | 07/29/04 | 100 | 19.7700 | 1,977.00 | 08/12/04 | 100 | 20.7300 | 2,073.00 | | | 96.00 |
| | 07/29/04 | 500 | 19.7700 | 9,885.00 | 08/12/04 | 600 | 20.5500 | 12,330.00 | (100) | (563.07) | 1,881.93 |
| | 07/29/04 | 100 | 19.9000 | 1,990.00 | 08/12/04 | 500 | 20.7000 | 10,350.00 | (400) | (2,252.28) | 6,107.72 |

Class Period: 02/18/04 - 02/28/05

**Elan Corp. plc**

Elan Corp ADR Hold price: $5.6307

| PLAINTIFF | DATE | SHARES | SHARE COST | PURCHASE AMOUNT | DATE (3) | SHARES | SHARE PRICE | SALES AMOUNT | SHARES HELD | ESTIMATED VALUE (2) | ESTIMATED LOSSES |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | PURCHASE TRANSACTIONS | | | SALES TRANSACTIONS (1)(4) | | | | | |
| | 07/29/04 | 200 | 19.8900 | 3,978.00 | 08/12/04 | 1,800 | 20.7100 | 37,278.00 | (1,600) | (9,009.12) | 24,290.88 |
| | 07/29/04 | 200 | 20.0500 | 4,010.00 | 08/12/04 | 200 | 20.6800 | 4,136.00 | | | 126.00 |
| | 07/29/04 | 100 | 20.0900 | 2,009.00 | 08/12/04 | 1,400 | 20.6000 | 28,840.00 | (1,300) | (7,319.91) | 19,511.09 |
| | 07/29/04 | 2,800 | 19.5900 | 54,852.00 | 08/12/04 | 500 | 20.5900 | 10,295.00 | 2,300 | 12,950.61 | (31,606.39) |
| | 07/29/04 | 3,700 | 19.4800 | 72,076.00 | 08/12/04 | 2,000 | 20.5100 | 41,020.00 | 1,700 | 9,572.19 | (21,483.81) |
| | 07/29/04 | 200 | 19.4100 | 3,882.00 | 08/12/04 | 600 | 20.8900 | 12,534.00 | (400) | (2,252.28) | 6,399.72 |
| | 07/29/04 | 1,400 | 19.4500 | 27,230.00 | 08/12/04 | 100 | 20.6300 | 2,063.00 | 1,300 | 7,319.91 | (17,847.09) |
| | 07/29/04 | 100 | 19.8100 | 1,981.00 | 08/12/04 | 1,200 | 20.6100 | 24,732.00 | (1,100) | (6,193.77) | 16,557.23 |
| | 07/29/04 | 200 | 19.8300 | 3,966.00 | 08/12/04 | 100 | 20.5800 | 2,058.00 | 100 | 563.07 | (1,344.93) |
| | 07/29/04 | 200 | 19.8300 | 3,966.00 | 08/12/04 | 1,200 | 20.5700 | 24,684.00 | (1,000) | (5,630.70) | 15,087.30 |
| | 07/29/04 | 100 | 19.8500 | 1,985.00 | 08/12/04 | 500 | 20.5600 | 10,280.00 | (400) | (2,252.28) | 6,042.72 |
| | 07/29/04 | 500 | 19.8500 | 9,925.00 | 08/12/04 | 2,200 | 20.4300 | 44,946.00 | (1,700) | (9,572.19) | 25,448.81 |
| | 07/30/04 | 100 | 20.9400 | 2,094.00 | 08/12/04 | 300 | 20.4300 | 6,129.00 | (200) | (1,126.14) | 2,908.86 |
| | 07/30/04 | 100 | 20.9400 | 2,094.00 | 08/12/04 | 200 | 20.4200 | 4,084.00 | (100) | (563.07) | 1,426.93 |
| | 07/30/04 | 600 | 20.8700 | 12,522.00 | 08/12/04 | 500 | 20.4200 | 10,210.00 | 100 | 563.07 | (1,748.93) |
| | 07/30/04 | 200 | 20.8500 | 4,170.00 | 08/12/04 | 500 | 20.4200 | 10,210.00 | (300) | (1,689.21) | 4,350.79 |
| | 07/30/04 | 100 | 20.6300 | 2,063.00 | 08/12/04 | 4,200 | 20.4900 | 86,058.00 | (4,100) | (23,085.87) | 60,909.13 |
| | 07/30/04 | 400 | 20.6600 | 8,264.00 | 08/12/04 | 600 | 20.4900 | 12,294.00 | (200) | (1,126.14) | 2,903.86 |
| | 07/30/04 | 100 | 20.5900 | 2,059.00 | 08/12/04 | 300 | 20.4900 | 6,147.00 | (200) | (1,126.14) | 2,961.86 |
| | 07/30/04 | 200 | 20.5000 | 4,100.00 | 08/12/04 | 2,800 | 20.4900 | 57,372.00 | (2,600) | (14,639.82) | 38,632.18 |
| | 07/30/04 | 100 | 20.6000 | 2,060.00 | 08/12/04 | 100 | 20.5100 | 2,051.00 | | | (9.00) |
| | 07/30/04 | 100 | 20.8100 | 2,081.00 | 08/12/04 | 3,100 | 20.5400 | 63,674.00 | (3,000) | (16,892.10) | 44,700.90 |
| | 07/30/04 | 100 | 20.6900 | 2,069.00 | 08/12/04 | 200 | 20.5100 | 4,102.00 | (100) | (563.07) | 1,469.93 |
| | 07/30/04 | 100 | 20.9600 | 2,096.00 | 08/12/04 | 200 | 20.5100 | 4,102.00 | (100) | (563.07) | 1,442.93 |
| | 07/30/04 | 1,000 | 20.2000 | 20,200.00 | 08/12/04 | 200 | 20.5100 | 4,102.00 | 800 | 4,504.56 | (11,593.44) |
| | 07/30/04 | 2,000 | 20.2000 | 40,400.00 | 08/12/04 | 200 | 20.5100 | 4,102.00 | 1,800 | 10,135.26 | (26,162.74) |
| | 08/02/04 | 400 | 20.2000 | 8,080.00 | 08/12/04 | 200 | 20.5100 | 4,102.00 | 200 | 1,126.14 | (2,851.86) |
| | 08/02/04 | 700 | 20.2000 | 14,140.00 | 08/12/04 | 200 | 20.5100 | 4,102.00 | 500 | 2,815.35 | (7,222.65) |
| | 08/02/04 | 500 | 19.9000 | 9,950.00 | 08/12/04 | 300 | 20.5100 | 6,153.00 | 200 | 1,126.14 | (2,670.86) |
| | 08/04/04 | 600 | 19.8000 | 11,880.00 | 08/12/04 | 300 | 20.5100 | 6,153.00 | 300 | 1,689.21 | (4,037.79) |
| | 08/04/04 | 200 | 19.8000 | 3,960.00 | 08/12/04 | 400 | 20.5100 | 8,204.00 | (200) | (1,126.14) | 3,117.86 |
| | 08/04/04 | 500 | 19.3000 | 9,650.00 | 08/12/04 | 400 | 20.5100 | 8,204.00 | 100 | 563.07 | (882.93) |
| | 08/04/04 | 200 | 19.3200 | 3,864.00 | 08/12/04 | 400 | 20.5100 | 8,204.00 | (200) | (1,126.14) | 3,213.86 |
| | 08/04/04 | 600 | 19.3300 | 11,598.00 | 08/12/04 | 400 | 20.5100 | 8,204.00 | 200 | 1,126.14 | (2,267.86) |
| | 08/04/04 | 500 | 19.1700 | 9,585.00 | 08/12/04 | 100 | 20.2800 | 2,028.00 | 400 | 2,252.28 | (5,304.72) |
| | 08/04/04 | 1,500 | 19.0600 | 28,590.00 | 08/12/04 | 100 | 20.2600 | 2,026.00 | 1,400 | 7,882.98 | (18,681.02) |
| | 08/05/04 | 1,100 | 19.1700 | 21,087.00 | 08/12/04 | 100 | 20.1300 | 2,013.00 | 1,000 | 5,630.70 | (13,443.30) |
| | 08/05/04 | 700 | 19.1700 | 13,419.00 | 08/12/04 | 1,000 | 21.0000 | 21,000.00 | (300) | (1,689.21) | 5,891.79 |
| | 08/05/04 | 1,200 | 19.1700 | 23,004.00 | 08/12/04 | 300 | 21.0000 | 6,300.00 | 900 | 5,067.63 | (11,636.37) |
| | 08/05/04 | 500 | 19.1400 | 9,570.00 | 08/12/04 | 200 | 20.4100 | 4,082.00 | 300 | 1,689.21 | (3,798.79) |
| | 08/05/04 | 600 | 19.2000 | 11,520.00 | 08/18/04 | 500 | 21.7100 | 10,855.00 | 100 | 563.07 | (101.93) |
| | 08/05/04 | 800 | 19.1900 | 15,352.00 | 08/18/04 | 500 | 21.4500 | 10,725.00 | 300 | 1,689.21 | (2,937.79) |
| | 08/05/04 | 800 | 19.2000 | 15,360.00 | 08/18/04 | 400 | 21.4500 | 8,580.00 | 400 | 2,252.28 | (4,527.72) |
| | 08/05/04 | 200 | 18.9100 | 3,782.00 | 08/18/04 | 400 | 21.1100 | 8,444.00 | (200) | (1,126.14) | 3,535.86 |
| | 08/05/04 | 500 | 18.9300 | 9,465.00 | 08/18/04 | 900 | 21.5600 | 19,404.00 | (400) | (2,252.28) | 7,686.72 |
| | 08/05/04 | 600 | 18.8600 | 11,316.00 | 08/18/04 | 1,100 | 21.5600 | 23,716.00 | (500) | (2,815.35) | 9,584.65 |
| | 08/05/04 | 500 | 19.3000 | 9,650.00 | 08/20/04 | 1,000 | 21.7500 | 21,750.00 | (500) | (2,815.35) | 9,284.65 |
| | 08/05/04 | 100 | 19.1000 | 1,910.00 | 08/24/04 | 500 | 21.5100 | 10,755.00 | (400) | (2,252.28) | 6,592.72 |
| | 08/05/04 | 100 | 19.1000 | 1,910.00 | 09/01/04 | 100 | 22.8300 | 2,283.00 | | | 373.00 |
| | 08/05/04 | 100 | 19.1000 | 1,910.00 | 09/01/04 | 800 | 23.0000 | 18,400.00 | (700) | (3,941.49) | 12,548.51 |
| | 08/05/04 | 100 | 19.1000 | 1,910.00 | 09/01/04 | 100 | 22.9700 | 2,297.00 | | | 387.00 |
| | 08/05/04 | 200 | 19.0800 | 3,816.00 | 09/01/04 | 200 | 22.7100 | 4,542.00 | | | 726.00 |
| | 08/05/04 | 200 | 19.1300 | 3,826.00 | 09/01/04 | 300 | 22.6800 | 6,804.00 | (100) | (563.07) | 2,414.93 |

Class Period: 02/18/04 - 02/28/05

**Elan Corp. plc**

Elan Corp ADR Hold price: $5.6307

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | PURCHASE TRANSACTIONS | | | SALES TRANSACTIONS (1)(4) | | | | ESTIMATED VALUE | |
| PLAINTIFF | DATE | SHARES | SHARE COST | PURCHASE AMOUNT | DATE (3) | SHARES | SHARE PRICE | SALES AMOUNT | SHARES HELD | (2) | **ESTIMATED LOSSES** |
| | 08/05/04 | 600 | 19.1100 | 11,466.00 | 09/01/04 | 300 | 22.6800 | 6,804.00 | 300 | 1,689.21 | (2,972.79) |
| | 08/05/04 | 100 | 18.4000 | 1,840.00 | 09/02/04 | 200 | 22.8800 | 4,576.00 | (100) | (563.07) | 2,172.93 |
| | 08/05/04 | 500 | 18.4800 | 9,240.00 | 09/02/04 | 200 | 22.8500 | 4,570.00 | 300 | 1,689.21 | (2,980.79) |
| | 08/05/04 | 300 | 18.3700 | 5,511.00 | 09/14/04 | 500 | 24.0000 | 12,000.00 | (200) | (1,126.14) | 5,362.86 |
| | 08/05/04 | 100 | 18.3700 | 1,837.00 | 09/14/04 | 400 | 24.0000 | 9,600.00 | (300) | (1,689.21) | 6,073.79 |
| | 08/05/04 | 100 | 18.3700 | 1,837.00 | 09/14/04 | 100 | 24.0100 | 2,401.00 | | | 564.00 |
| | 08/05/04 | 2,500 | 18.6500 | 46,625.00 | 09/14/04 | 100 | 24.0300 | 2,403.00 | 2,400 | 13,513.68 | (30,708.32) |
| | 08/05/04 | 100 | 18.5100 | 1,851.00 | 09/14/04 | 500 | 23.9600 | 11,980.00 | (400) | (2,252.28) | 7,876.72 |
| | 08/05/04 | 200 | 18.5600 | 3,712.00 | 09/15/04 | 200 | 23.9500 | 4,790.00 | | | 1,078.00 |
| | 08/05/04 | 1,000 | 18.5600 | 18,560.00 | 09/16/04 | 639 | 24.0000 | 15,336.00 | 361 | 2,032.68 | (1,191.32) |
| | 08/05/04 | 900 | 19.1100 | 17,199.00 | 09/17/04 | 2,500 | 24.3000 | 60,750.00 | (1,600) | (9,009.12) | 34,541.88 |
| | 08/05/04 | 500 | 19.0200 | 9,510.00 | 09/17/04 | 2,000 | 24.3100 | 48,620.00 | (1,500) | (8,446.05) | 30,663.95 |
| | 08/05/04 | 100 | 19.0100 | 1,901.00 | 09/17/04 | 500 | 24.3500 | 12,175.00 | (400) | (2,252.28) | 8,021.72 |
| | 08/05/04 | 300 | 18.9900 | 5,697.00 | 09/20/04 | 600 | 24.2000 | 14,520.00 | (300) | (1,689.21) | 7,133.79 |
| | 08/05/04 | 300 | 19.1000 | 5,730.00 | 09/20/04 | 400 | 23.9500 | 9,580.00 | (100) | (563.07) | 3,286.93 |
| | 08/06/04 | 500 | 17.4000 | 8,700.00 | 09/21/04 | 200 | 24.2900 | 4,858.00 | 300 | 1,689.21 | (2,152.79) |
| | 08/06/04 | 100 | 17.7700 | 1,777.00 | 09/21/04 | 200 | 24.2400 | 4,848.00 | (100) | (563.07) | 2,507.93 |
| | 08/06/04 | 100 | 17.5200 | 1,752.00 | 09/21/04 | 200 | 24.1800 | 4,836.00 | (100) | (563.07) | 2,520.93 |
| | 08/06/04 | 200 | 17.5200 | 3,504.00 | 09/21/04 | 200 | 24.2200 | 4,844.00 | | | 1,340.00 |
| | 08/06/04 | 200 | 17.5200 | 3,504.00 | 09/21/04 | 500 | 24.1500 | 12,075.00 | (300) | (1,689.21) | 6,881.79 |
| | 08/06/04 | 200 | 17.5200 | 3,504.00 | 09/21/04 | 600 | 23.4800 | 14,088.00 | (400) | (2,252.28) | 8,331.72 |
| | 08/06/04 | 500 | 17.5500 | 8,775.00 | 09/22/04 | 700 | 23.3700 | 16,359.00 | (200) | (1,126.14) | 6,457.86 |
| | 08/06/04 | 100 | 17.5400 | 1,754.00 | 09/22/04 | 100 | 23.4200 | 2,342.00 | | | 588.00 |
| | 08/06/04 | 100 | 17.5100 | 1,751.00 | 09/22/04 | 500 | 23.7600 | 11,880.00 | (400) | (2,252.28) | 7,876.72 |
| | 08/06/04 | 100 | 17.5100 | 1,751.00 | 09/22/04 | 100 | 23.9300 | 2,393.00 | | | 642.00 |
| | 08/06/04 | 300 | 18.1600 | 5,448.00 | 09/24/04 | 500 | 23.2500 | 11,625.00 | (200) | (1,126.14) | 5,050.86 |
| | 08/06/04 | 100 | 18.1500 | 1,815.00 | 09/24/04 | 100 | 23.2000 | 2,320.00 | | | 505.00 |
| | 08/06/04 | 100 | 18.1500 | 1,815.00 | 09/24/04 | 100 | 23.2000 | 2,320.00 | | | 505.00 |
| | 08/06/04 | 100 | 18.1200 | 1,812.00 | 09/24/04 | 200 | 23.2500 | 4,650.00 | (100) | (563.07) | 2,274.93 |
| | 08/06/04 | 100 | 18.1000 | 1,810.00 | 09/24/04 | 100 | 23.3900 | 2,339.00 | | | 529.00 |
| | 08/06/04 | 800 | 17.3700 | 13,896.00 | 09/24/04 | 2,900 | 23.3600 | 67,744.00 | (2,100) | (11,824.47) | 42,023.53 |
| | 08/06/04 | 100 | 17.6100 | 1,761.00 | 09/27/04 | 200 | 23.2000 | 4,640.00 | (100) | (563.07) | 2,315.93 |
| | 08/06/04 | 300 | 17.3600 | 5,208.00 | 09/30/04 | 500 | 23.4100 | 11,705.00 | (200) | (1,126.14) | 5,370.86 |
| | 08/06/04 | 100 | 17.7500 | 1,775.00 | 09/30/04 | 500 | 23.3800 | 11,690.00 | (400) | (2,252.28) | 7,662.72 |
| | 08/06/04 | 100 | 17.7300 | 1,773.00 | 09/30/04 | 500 | 23.4000 | 11,700.00 | (400) | (2,252.28) | 7,674.72 |
| | 08/06/04 | 100 | 17.7600 | 1,776.00 | 09/30/04 | 500 | 23.3700 | 11,685.00 | (400) | (2,252.28) | 7,656.72 |
| | 08/06/04 | 500 | 17.6800 | 8,840.00 | 09/30/04 | 1,000 | 23.1900 | 23,190.00 | (500) | (2,815.35) | 11,534.65 |
| | 08/06/04 | 200 | 17.7000 | 3,540.00 | 09/30/04 | 500 | 23.1300 | 11,565.00 | (300) | (1,689.21) | 6,335.79 |
| | 08/06/04 | 1,200 | 17.7000 | 21,240.00 | 09/30/04 | 500 | 23.3400 | 11,670.00 | 700 | 3,941.49 | (5,628.51) |
| | 08/06/04 | 100 | 18.0000 | 1,800.00 | 09/30/04 | 500 | 23.4000 | 11,700.00 | (400) | (2,252.28) | 7,647.72 |
| | 08/06/04 | 700 | 17.6500 | 12,355.00 | 10/06/04 | 2,000 | 23.0000 | 46,000.00 | (1,300) | (7,319.91) | 26,325.09 |
| | 08/06/04 | 100 | 17.6600 | 1,766.00 | 10/07/04 | 2,000 | 23.0000 | 46,000.00 | (1,900) | (10,698.33) | 33,535.67 |
| | 08/06/04 | 1,000 | 17.6500 | 17,650.00 | 10/08/04 | 400 | 21.6700 | 8,668.00 | 600 | 3,378.42 | (5,603.58) |
| | 08/06/04 | 100 | 17.6300 | 1,763.00 | 10/08/04 | 200 | 21.7000 | 4,340.00 | (100) | (563.07) | 2,013.93 |
| | 08/06/04 | 200 | 17.6300 | 3,526.00 | 10/08/04 | 200 | 21.5900 | 4,318.00 | | | 792.00 |
| | 08/06/04 | 800 | 17.4100 | 13,928.00 | 10/08/04 | 100 | 21.6200 | 2,162.00 | 700 | 3,941.49 | (7,824.51) |
| | 08/06/04 | 100 | 17.6300 | 1,763.00 | 10/08/04 | 300 | 21.8900 | 6,567.00 | (200) | (1,126.14) | 3,677.86 |
| | 08/06/04 | 200 | 17.5900 | 3,518.00 | 10/08/04 | 300 | 21.8900 | 6,567.00 | (100) | (563.07) | 2,485.93 |
| | 08/06/04 | 100 | 17.5000 | 1,750.00 | 10/08/04 | 600 | 21.8800 | 13,128.00 | (500) | (2,815.35) | 8,562.65 |
| | 08/06/04 | 500 | 17.5000 | 8,750.00 | 10/08/04 | 1,000 | 21.8700 | 21,870.00 | (500) | (2,815.35) | 10,304.65 |
| | 08/06/04 | 400 | 17.5000 | 7,000.00 | 10/08/04 | 1,000 | 21.8500 | 21,850.00 | (600) | (3,378.42) | 11,471.58 |
| | 08/06/04 | 500 | 17.4700 | 8,735.00 | 10/08/04 | 1,000 | 21.8600 | 21,860.00 | (500) | (2,815.35) | 10,309.65 |
| | 08/06/04 | 700 | 18.1500 | 12,705.00 | 10/08/04 | 100 | 21.8600 | 2,186.00 | 600 | 3,378.42 | (7,140.58) |

Class Period: 02/18/04 - 02/28/05        **Elan Corp. plc**        Elan Corp ADR Hold price:    $5.6307

| | PURCHASE TRANSACTIONS | | | SALES TRANSACTIONS (1)(4) | | | | | ESTIMATED VALUE | |
| PLAINTIFF | DATE | SHARES | SHARE COST | PURCHASE AMOUNT | DATE (3) | SHARES | SHARE PRICE | SALES AMOUNT | SHARES HELD | (2) | **ESTIMATED LOSSES** |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 08/06/04 | 1,300 | 17.9000 | 23,270.00 | 10/08/04 | 1,000 | 21.7800 | 21,780.00 | 300 | 1,689.21 | 199.21 |
| | 08/10/04 | 600 | 16.8000 | 10,080.00 | 10/08/04 | 300 | 21.9000 | 6,570.00 | 300 | 1,689.21 | (1,820.79) |
| | 08/11/04 | 600 | 18.6800 | 11,208.00 | 10/08/04 | 200 | 21.9300 | 4,386.00 | 400 | 2,252.28 | (4,569.72) |
| | 08/11/04 | 600 | 18.6000 | 11,160.00 | 10/08/04 | 100 | 21.9300 | 2,193.00 | 500 | 2,815.35 | (6,151.65) |
| | 08/11/04 | 200 | 18.3000 | 3,660.00 | 10/08/04 | 400 | 21.9500 | 8,780.00 | (200) | (1,126.14) | 3,993.86 |
| | 08/12/04 | 100 | 20.2800 | 2,028.00 | 10/08/04 | 200 | 21.6800 | 4,336.00 | (100) | (563.07) | 1,744.93 |
| | 08/12/04 | 100 | 20.9100 | 2,091.00 | 10/08/04 | 200 | 21.6600 | 4,332.00 | (100) | (563.07) | 1,677.93 |
| | 08/12/04 | 300 | 20.9700 | 6,291.00 | 10/08/04 | 700 | 21.6400 | 15,148.00 | (400) | (2,252.28) | 6,604.72 |
| | 08/12/04 | 100 | 20.9200 | 2,092.00 | 10/08/04 | 200 | 21.6500 | 4,330.00 | (100) | (563.07) | 1,674.93 |
| | 08/12/04 | 200 | 20.9400 | 4,188.00 | 10/08/04 | 300 | 21.6400 | 6,492.00 | (100) | (563.07) | 1,740.93 |
| | 08/12/04 | 400 | 20.9900 | 8,396.00 | 10/08/04 | 500 | 21.6300 | 10,815.00 | (100) | (563.07) | 1,855.93 |
| | 08/12/04 | 600 | 20.8900 | 12,534.00 | 10/08/04 | 500 | 21.6300 | 10,815.00 | 100 | 563.07 | (1,155.93) |
| | 08/12/04 | 100 | 20.7900 | 2,079.00 | 10/08/04 | 500 | 21.6300 | 10,815.00 | (400) | (2,252.28) | 6,483.72 |
| | 08/12/04 | 300 | 20.9000 | 6,270.00 | 10/08/04 | 500 | 21.6100 | 10,805.00 | (200) | (1,126.14) | 3,408.86 |
| | 08/12/04 | 300 | 20.8600 | 6,258.00 | 10/08/04 | 400 | 21.6500 | 8,660.00 | (100) | (563.07) | 1,838.93 |
| | 08/12/04 | 300 | 20.5700 | 6,171.00 | 10/08/04 | 1,000 | 21.7800 | 21,780.00 | (700) | (3,941.49) | 11,667.51 |
| | 08/12/04 | 100 | 20.7300 | 2,073.00 | 10/08/04 | 900 | 21.8700 | 19,683.00 | (800) | (4,504.56) | 13,105.44 |
| | 08/12/04 | 200 | 20.5700 | 4,114.00 | 10/08/04 | 100 | 21.8700 | 2,187.00 | 100 | 563.07 | (1,363.93) |
| | 08/12/04 | 600 | 20.5500 | 12,330.00 | 10/08/04 | 600 | 21.8800 | 13,128.00 | | | 798.00 |
| | 08/12/04 | 500 | 20.5600 | 10,280.00 | 10/08/04 | 300 | 21.8900 | 6,567.00 | 200 | 1,126.14 | (2,586.86) |
| | 08/12/04 | 300 | 20.7100 | 6,213.00 | 10/08/04 | 2,000 | 21.5800 | 43,160.00 | (1,700) | (9,572.19) | 27,374.81 |
| | 08/12/04 | 1,500 | 20.7100 | 31,065.00 | 10/08/04 | 2,000 | 21.7100 | 43,420.00 | (500) | (2,815.35) | 9,539.65 |
| | 08/12/04 | 200 | 20.6800 | 4,136.00 | 10/08/04 | 700 | 21.8400 | 15,288.00 | (500) | (2,815.35) | 8,336.65 |
| | 08/12/04 | 500 | 20.7000 | 10,350.00 | 10/08/04 | 300 | 21.8000 | 6,540.00 | 200 | 1,126.14 | (2,683.86) |
| | 08/12/04 | 100 | 20.6100 | 2,061.00 | 10/11/04 | 200 | 22.1200 | 4,424.00 | (100) | (563.07) | 1,799.93 |
| | 08/12/04 | 400 | 20.6100 | 8,244.00 | 10/11/04 | 300 | 22.0700 | 6,621.00 | 100 | 563.07 | (1,059.93) |
| | 08/12/04 | 600 | 20.6100 | 12,366.00 | 10/11/04 | 500 | 22.1200 | 11,060.00 | 100 | 563.07 | (742.93) |
| | 08/12/04 | 100 | 20.6100 | 2,061.00 | 10/11/04 | 100 | 21.8500 | 2,185.00 | | | 124.00 |
| | 08/12/04 | 500 | 20.5900 | 10,295.00 | 10/11/04 | 100 | 21.9200 | 2,192.00 | 400 | 2,252.28 | (5,850.72) |
| | 08/12/04 | 400 | 20.6400 | 8,256.00 | 10/11/04 | 600 | 22.0000 | 13,200.00 | (200) | (1,126.14) | 3,817.86 |
| | 08/12/04 | 100 | 20.6300 | 2,063.00 | 10/11/04 | 200 | 21.9500 | 4,390.00 | (100) | (563.07) | 1,763.93 |
| | 08/12/04 | 100 | 20.5800 | 2,058.00 | 10/11/04 | 100 | 21.9600 | 2,196.00 | | | 138.00 |
| | 08/12/04 | 900 | 20.6000 | 18,540.00 | 10/11/04 | 40 | 22.0000 | 880.00 | 860 | 4,842.40 | (12,817.60) |
| | 08/12/04 | 500 | 20.6000 | 10,300.00 | 10/11/04 | 500 | 22.1000 | 11,050.00 | | | 750.00 |
| | 08/12/04 | 500 | 20.5700 | 10,285.00 | 10/11/04 | 2,000 | 21.8800 | 43,760.00 | (1,500) | (8,446.05) | 25,028.95 |
| | 08/12/04 | 200 | 20.5700 | 4,114.00 | 10/12/04 | 100 | 21.9200 | 2,192.00 | 100 | 563.07 | (1,358.93) |
| | 08/12/04 | 2,500 | 20.4300 | 51,075.00 | 10/18/04 | 1,000 | 22.3900 | 22,390.00 | 1,500 | 8,446.05 | (20,238.95) |
| | 08/12/04 | 200 | 20.4100 | 4,082.00 | 10/18/04 | 1,000 | 22.3900 | 22,390.00 | (800) | (4,504.56) | 13,803.44 |
| | 08/12/04 | 3,100 | 20.4900 | 63,519.00 | 10/18/04 | 400 | 22.8000 | 9,120.00 | 2,700 | 15,202.89 | (39,196.11) |
| | 08/12/04 | 100 | 20.4900 | 2,049.00 | 10/18/04 | 100 | 22.3800 | 2,238.00 | | | 189.00 |
| | 08/12/04 | 100 | 20.4900 | 2,049.00 | 10/18/04 | 100 | 22.2400 | 2,224.00 | | | 175.00 |
| | 08/12/04 | 200 | 20.4900 | 4,098.00 | 10/18/04 | 300 | 22.3600 | 6,708.00 | (100) | (563.07) | 2,046.93 |
| | 08/12/04 | 200 | 20.4900 | 4,098.00 | 10/19/04 | 500 | 22.9200 | 11,460.00 | (300) | (1,689.21) | 5,672.79 |
| | 08/12/04 | 1,500 | 20.4900 | 30,735.00 | 10/19/04 | 1,000 | 22.9700 | 22,970.00 | 500 | 2,815.35 | (4,949.65) |
| | 08/12/04 | 2,200 | 20.4900 | 45,078.00 | 10/19/04 | 1,800 | 22.9500 | 41,310.00 | 400 | 2,252.28 | (1,515.72) |
| | 08/12/04 | 1,200 | 20.4200 | 24,504.00 | 10/19/04 | 200 | 22.9500 | 4,590.00 | 1,000 | 5,630.70 | (14,283.30) |
| | 08/12/04 | 100 | 20.5400 | 2,054.00 | 10/19/04 | 500 | 22.8500 | 11,425.00 | (400) | (2,252.28) | 7,118.72 |
| | 08/12/04 | 400 | 20.5400 | 8,216.00 | 10/19/04 | 500 | 23.0000 | 11,500.00 | (100) | (563.07) | 2,720.93 |
| | 08/12/04 | 2,600 | 20.5400 | 53,404.00 | 10/19/04 | 200 | 23.0300 | 4,606.00 | 2,400 | 13,513.68 | (35,284.32) |
| | 08/12/04 | 5,400 | 20.5100 | 110,754.00 | 10/19/04 | 300 | 23.0200 | 6,906.00 | 5,100 | 28,716.57 | (75,131.43) |
| | 08/12/04 | 100 | 20.5100 | 2,051.00 | 10/20/04 | 1,000 | 23.2600 | 23,260.00 | (900) | (5,067.63) | 16,141.37 |
| | 08/12/04 | 500 | 20.4900 | 10,245.00 | 10/20/04 | 1,000 | 23.2500 | 23,250.00 | (500) | (2,815.35) | 10,189.65 |
| | 08/12/04 | 100 | 20.1300 | 2,013.00 | 10/20/04 | 1,000 | 23.5500 | 23,550.00 | (900) | (5,067.63) | 16,469.37 |

Class Period: 02/18/04 - 02/28/05

**Elan Corp. plc**

Elan Corp ADR Hold
price:                    $5.6307

| PLAINTIFF | PURCHASE TRANSACTIONS | | | | SALES TRANSACTIONS (1)(4) | | | | | ESTIMATED VALUE | |
| | DATE | SHARES | SHARE COST | PURCHASE AMOUNT | DATE (3) | SHARES | SHARE PRICE | SALES AMOUNT | SHARES HELD | (2) | **ESTIMATED LOSSES** |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 08/12/04 | 1,300 | 21.0000 | 27,300.00 | 10/20/04 | 300 | 23.5500 | 7,065.00 | 1,000 | 5,630.70 | (14,604.30) |
| | 08/12/04 | 100 | 20.2600 | 2,026.00 | 10/20/04 | 200 | 23.5500 | 4,710.00 | (100) | (563.07) | 2,120.93 |
| | 08/18/04 | 500 | 21.7100 | 10,855.00 | 10/20/04 | 800 | 23.6100 | 18,888.00 | (300) | (1,689.21) | 6,343.79 |
| | 08/18/04 | 400 | 21.4500 | 8,580.00 | 10/20/04 | 200 | 23.6100 | 4,722.00 | 200 | 1,126.14 | (2,731.86) |
| | 08/18/04 | 500 | 21.4500 | 10,725.00 | 10/20/04 | 600 | 23.4900 | 14,094.00 | (100) | (563.07) | 2,805.93 |
| | 08/18/04 | 400 | 21.1100 | 8,444.00 | 10/20/04 | 1,900 | 23.5000 | 44,650.00 | (1,500) | (8,446.05) | 27,759.95 |
| | 08/18/04 | 2,000 | 21.9600 | 43,920.00 | 10/20/04 | 500 | 23.6000 | 11,800.00 | 1,500 | 8,446.05 | (23,673.95) |
| | 08/20/04 | 1,000 | 22.0000 | 22,000.00 | 10/20/04 | 1,000 | 23.5600 | 23,560.00 | | | 1,560.00 |
| | 08/24/04 | 100 | 21.6300 | 2,163.00 | 10/21/04 | 200 | 23.6900 | 4,738.00 | (100) | (563.07) | 2,011.93 |
| | 08/24/04 | 400 | 21.7300 | 8,692.00 | 10/21/04 | 500 | 23.7400 | 11,870.00 | (100) | (563.07) | 2,614.93 |
| | 09/01/04 | 100 | 22.8300 | 2,283.00 | 10/21/04 | 500 | 23.7400 | 11,870.00 | (400) | (2,252.28) | 7,334.72 |
| | 09/01/04 | 800 | 23.0000 | 18,400.00 | 10/21/04 | 500 | 23.7100 | 11,855.00 | 300 | 1,689.21 | (4,855.79) |
| | 09/01/04 | 100 | 22.9700 | 2,297.00 | 10/21/04 | 200 | 23.6000 | 4,720.00 | (100) | (563.07) | 1,859.93 |
| | 09/01/04 | 200 | 22.7100 | 4,542.00 | 10/21/04 | 1,000 | 23.6100 | 23,610.00 | (800) | (4,504.56) | 14,563.44 |
| | 09/01/04 | 600 | 22.6800 | 13,608.00 | 10/21/04 | 200 | 23.6900 | 4,738.00 | 400 | 2,252.28 | (6,617.72) |
| | 09/07/04 | 100 | 23.2200 | 2,322.00 | 10/22/04 | 2,000 | 24.6900 | 49,380.00 | (1,900) | (10,698.33) | 36,359.67 |
| | 09/07/04 | 300 | 23.2500 | 6,975.00 | | | | | 300 | 1,689.21 | (5,285.79) |
| | 09/10/04 | 1,960 | 23.2500 | 45,570.00 | | | | | 1,960 | 11,036.17 | (34,533.83) |
| | 09/10/04 | 2,500 | 23.2200 | 58,050.00 | | | | | 2,500 | 14,076.75 | (43,973.25) |
| | 09/10/04 | 1,500 | 23.3500 | 35,025.00 | | | | | 1,500 | 8,446.05 | (26,578.95) |
| | 09/10/04 | 1,000 | 23.5200 | 23,520.00 | | | | | 1,000 | 5,630.70 | (17,889.30) |
| | 09/10/04 | 400 | 23.5300 | 9,412.00 | | | | | 400 | 2,252.28 | (7,159.72) |
| | 09/10/04 | 1,000 | 23.5300 | 23,530.00 | | | | | 1,000 | 5,630.70 | (17,899.30) |
| | 09/10/04 | 100 | 23.5300 | 2,353.00 | | | | | 100 | 563.07 | (1,789.93) |
| | 09/13/04 | 3,600 | 23.5100 | 84,636.00 | | | | | 3,600 | 20,270.52 | (64,365.48) |
| | 09/13/04 | 400 | 23.4500 | 9,380.00 | | | | | 400 | 2,252.28 | (7,127.72) |
| | 09/13/04 | 3,900 | 23.4500 | 91,455.00 | | | | | 3,900 | 21,959.73 | (69,495.27) |
| | 09/13/04 | 3,000 | 23.4500 | 70,350.00 | | | | | 3,000 | 16,892.10 | (53,457.90) |
| | 09/14/04 | 900 | 24.0000 | 21,600.00 | | | | | 900 | 5,067.63 | (16,532.37) |
| | 09/14/04 | 100 | 24.0100 | 2,401.00 | | | | | 100 | 563.07 | (1,837.93) |
| | 09/14/04 | 100 | 24.0300 | 2,403.00 | | | | | 100 | 563.07 | (1,839.93) |
| | 09/14/04 | 500 | 23.9600 | 11,980.00 | | | | | 500 | 2,815.35 | (9,164.65) |
| | 09/14/04 | 639 | 23.7800 | 15,195.42 | | | | | 639 | 3,598.02 | (11,597.40) |
| | 09/15/04 | 200 | 23.9500 | 4,790.00 | | | | | 200 | 1,126.14 | (3,663.86) |
| | 09/17/04 | 5,000 | 24.3090 | 121,545.00 | | | | | 5,000 | 28,153.50 | (93,391.50) |
| | 09/17/04 | 2,500 | 24.4300 | 61,075.00 | | | | | 2,500 | 14,076.75 | (46,998.25) |
| | 09/17/04 | 20,000 | 24.3200 | 486,400.00 | | | | | 20,000 | 112,614.00 | (373,786.00) |
| | 09/17/04 | 200 | 24.3200 | 4,864.00 | | | | | 200 | 1,126.14 | (3,737.86) |
| | 09/17/04 | 9,800 | 24.3200 | 238,336.00 | | | | | 9,800 | 55,180.86 | (183,155.14) |
| | 09/17/04 | 10,000 | 24.3200 | 243,200.00 | | | | | 10,000 | 56,307.00 | (186,893.00) |
| | 09/17/04 | 8,400 | 24.3200 | 204,288.00 | | | | | 8,400 | 47,297.88 | (156,990.12) |
| | 09/17/04 | 1,000 | 24.4400 | 24,440.00 | | | | | 1,000 | 5,630.70 | (18,809.30) |
| | 09/17/04 | 5,000 | 24.3000 | 121,500.00 | | | | | 5,000 | 28,153.50 | (93,346.50) |
| | 09/17/04 | 5,000 | 24.3000 | 121,500.00 | | | | | 5,000 | 28,153.50 | (93,346.50) |
| | 09/17/04 | 10,000 | 24.3000 | 243,000.00 | | | | | 10,000 | 56,307.00 | (186,693.00) |
| | 09/17/04 | 1,200 | 24.3000 | 29,160.00 | | | | | 1,200 | 6,756.84 | (22,403.16) |
| | 09/17/04 | 100 | 24.3000 | 2,430.00 | | | | | 100 | 563.07 | (1,866.93) |
| | 09/17/04 | 100 | 24.3000 | 2,430.00 | | | | | 100 | 563.07 | (1,866.93) |
| | 09/17/04 | 400 | 24.2900 | 9,716.00 | | | | | 400 | 2,252.28 | (7,463.72) |
| | 09/20/04 | 600 | 24.2000 | 14,520.00 | | | | | 600 | 3,378.42 | (11,141.58) |
| | 09/20/04 | 400 | 23.9500 | 9,580.00 | | | | | 400 | 2,252.28 | (7,327.72) |
| | 09/21/04 | 200 | 24.2900 | 4,858.00 | | | | | 200 | 1,126.14 | (3,731.86) |
| | 09/21/04 | 200 | 24.2400 | 4,848.00 | | | | | 200 | 1,126.14 | (3,721.86) |

Class Period: 02/18/04 - 02/28/05      **Elan Corp. plc**

Elan Corp ADR Hold price:     $5.6307

| PLAINTIFF | PURCHASE TRANSACTIONS | | | | SALES TRANSACTIONS (1)(4) | | | | | ESTIMATED VALUE | |
| | DATE | SHARES | SHARE COST | PURCHASE AMOUNT | DATE (3) | SHARES | SHARE PRICE | SALES AMOUNT | SHARES HELD | (2) | **ESTIMATED LOSSES** |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 09/21/04 | 200 | 24.1800 | 4,836.00 | | | | | 200 | 1,126.14 | (3,709.86) |
| | 09/21/04 | 200 | 24.2200 | 4,844.00 | | | | | 200 | 1,126.14 | (3,717.86) |
| | 09/21/04 | 500 | 24.1500 | 12,075.00 | | | | | 500 | 2,815.35 | (9,259.65) |
| | 09/22/04 | 600 | 23.4800 | 14,088.00 | | | | | 600 | 3,378.42 | (10,709.58) |
| | 09/22/04 | 100 | 23.3700 | 2,337.00 | | | | | 100 | 563.07 | (1,773.93) |
| | 09/22/04 | 600 | 23.3700 | 14,022.00 | | | | | 600 | 3,378.42 | (10,643.58) |
| | 09/22/04 | 100 | 23.4200 | 2,342.00 | | | | | 100 | 563.07 | (1,778.93) |
| | 09/22/04 | 500 | 23.7600 | 11,880.00 | | | | | 500 | 2,815.35 | (9,064.65) |
| | 09/22/04 | 100 | 23.9300 | 2,393.00 | | | | | 100 | 563.07 | (1,829.93) |
| | 09/23/04 | 1,500 | 23.2200 | 34,830.00 | | | | | 1,500 | 8,446.05 | (26,383.95) |
| | 09/23/04 | 1,000 | 23.2000 | 23,200.00 | | | | | 1,000 | 5,630.70 | (17,569.30) |
| | 09/24/04 | 100 | 23.2000 | 2,320.00 | | | | | 100 | 563.07 | (1,756.93) |
| | 09/24/04 | 100 | 23.2000 | 2,320.00 | | | | | 100 | 563.07 | (1,756.93) |
| | 09/24/04 | 200 | 23.2500 | 4,650.00 | | | | | 200 | 1,126.14 | (3,523.86) |
| | 09/24/04 | 500 | 23.2500 | 11,625.00 | | | | | 500 | 2,815.35 | (8,809.65) |
| | 09/24/04 | 100 | 23.2500 | 2,325.00 | | | | | 100 | 563.07 | (1,761.93) |
| | 09/24/04 | 800 | 23.2400 | 18,592.00 | | | | | 800 | 4,504.56 | (14,087.44) |
| | 09/24/04 | 100 | 23.2500 | 2,325.00 | | | | | 100 | 563.07 | (1,761.93) |
| | 09/24/04 | 400 | 23.2500 | 9,300.00 | | | | | 400 | 2,252.28 | (7,047.72) |
| | 09/24/04 | 100 | 23.2600 | 2,326.00 | | | | | 100 | 563.07 | (1,762.93) |
| | 09/24/04 | 100 | 23.2600 | 2,326.00 | | | | | 100 | 563.07 | (1,762.93) |
| | 09/24/04 | 500 | 23.2600 | 11,630.00 | | | | | 500 | 2,815.35 | (8,814.65) |
| | 09/24/04 | 100 | 23.2500 | 2,325.00 | | | | | 100 | 563.07 | (1,761.93) |
| | 09/24/04 | 800 | 23.3200 | 18,656.00 | | | | | 800 | 4,504.56 | (14,151.44) |
| | 09/27/04 | 200 | 23.2000 | 4,640.00 | | | | | 200 | 1,126.14 | (3,513.86) |
| | 09/30/04 | 500 | 23.4100 | 11,705.00 | | | | | 500 | 2,815.35 | (8,889.65) |
| | 09/30/04 | 500 | 23.3800 | 11,690.00 | | | | | 500 | 2,815.35 | (8,874.65) |
| | 09/30/04 | 500 | 23.4000 | 11,700.00 | | | | | 500 | 2,815.35 | (8,884.65) |
| | 09/30/04 | 500 | 23.3700 | 11,685.00 | | | | | 500 | 2,815.35 | (8,869.65) |
| | 09/30/04 | 1,000 | 23.1900 | 23,190.00 | | | | | 1,000 | 5,630.70 | (17,559.30) |
| | 09/30/04 | 300 | 23.3500 | 7,005.00 | | | | | 300 | 1,689.21 | (5,315.79) |
| | 09/30/04 | 700 | 23.4000 | 16,380.00 | | | | | 700 | 3,941.49 | (12,438.51) |
| | 09/30/04 | 500 | 23.3500 | 11,675.00 | | | | | 500 | 2,815.35 | (8,859.65) |
| | 10/06/04 | 2,000 | 22.9000 | 45,800.00 | | | | | 2,000 | 11,261.40 | (34,538.60) |
| | 10/07/04 | 2,500 | 23.0000 | 57,500.00 | | | | | 2,500 | 14,076.75 | (43,423.25) |
| | 10/07/04 | 1,000 | 23.0000 | 23,000.00 | | | | | 1,000 | 5,630.70 | (17,369.30) |
| | 10/07/04 | 200 | 23.0000 | 4,600.00 | | | | | 200 | 1,126.14 | (3,473.86) |
| | 10/07/04 | 800 | 23.0000 | 18,400.00 | | | | | 800 | 4,504.56 | (13,895.44) |
| | 10/07/04 | 1,000 | 23.0000 | 23,000.00 | | | | | 1,000 | 5,630.70 | (17,369.30) |
| | 10/07/04 | 2,000 | 23.1000 | 46,200.00 | | | | | 2,000 | 11,261.40 | (34,938.60) |
| | 10/08/04 | 100 | 21.7000 | 2,170.00 | | | | | 100 | 563.07 | (1,606.93) |
| | 10/08/04 | 100 | 21.7000 | 2,170.00 | | | | | 100 | 563.07 | (1,606.93) |
| | 10/08/04 | 200 | 21.5900 | 4,318.00 | | | | | 200 | 1,126.14 | (3,191.86) |
| | 10/08/04 | 100 | 21.6200 | 2,162.00 | | | | | 100 | 563.07 | (1,598.93) |
| | 10/08/04 | 300 | 21.8900 | 6,567.00 | | | | | 300 | 1,689.21 | (4,877.79) |
| | 10/08/04 | 300 | 21.8900 | 6,567.00 | | | | | 300 | 1,689.21 | (4,877.79) |
| | 10/08/04 | 600 | 21.8800 | 13,128.00 | | | | | 600 | 3,378.42 | (9,749.58) |
| | 10/08/04 | 100 | 21.8700 | 2,187.00 | | | | | 100 | 563.07 | (1,623.93) |
| | 10/08/04 | 900 | 21.8700 | 19,683.00 | | | | | 900 | 5,067.63 | (14,615.37) |
| | 10/08/04 | 1,000 | 21.8500 | 21,850.00 | | | | | 1,000 | 5,630.70 | (16,219.30) |
| | 10/08/04 | 100 | 21.8600 | 2,186.00 | | | | | 100 | 563.07 | (1,622.93) |
| | 10/08/04 | 1,000 | 21.8600 | 21,860.00 | | | | | 1,000 | 5,630.70 | (16,229.30) |
| | 10/08/04 | 1,000 | 21.7800 | 21,780.00 | | | | | 1,000 | 5,630.70 | (16,149.30) |

Class Period: 02/18/04 - 02/28/05

**Elan Corp. plc**

Elan Corp ADR Hold
price:                                    $5.6307

| PLAINTIFF | PURCHASE TRANSACTIONS | | | SALES TRANSACTIONS (1)(4) | | | | | ESTIMATED VALUE | |
|---|---|---|---|---|---|---|---|---|---|---|
| | DATE | SHARES | SHARE COST | PURCHASE AMOUNT | DATE (3) | SHARES | SHARE PRICE | SALES AMOUNT | SHARES HELD | (2) | ESTIMATED LOSSES |
| | 10/08/04 | 300 | 21.9000 | 6,570.00 | | | | | 300 | 1,689.21 | (4,880.79) |
| | 10/08/04 | 200 | 21.9300 | 4,386.00 | | | | | 200 | 1,126.14 | (3,259.86) |
| | 10/08/04 | 100 | 21.9300 | 2,193.00 | | | | | 100 | 563.07 | (1,629.93) |
| | 10/08/04 | 400 | 21.9500 | 8,780.00 | | | | | 400 | 2,252.28 | (6,527.72) |
| | 10/08/04 | 400 | 21.6700 | 8,668.00 | | | | | 400 | 2,252.28 | (6,415.72) |
| | 10/08/04 | 500 | 21.6500 | 10,825.00 | | | | | 500 | 2,815.35 | (8,009.65) |
| | 10/08/04 | 1,100 | 21.8800 | 24,068.00 | | | | | 1,100 | 6,193.77 | (17,874.23) |
| | 10/08/04 | 900 | 21.8700 | 19,683.00 | | | | | 900 | 5,067.63 | (14,615.37) |
| | 10/08/04 | 500 | 21.8500 | 10,925.00 | | | | | 500 | 2,815.35 | (8,109.65) |
| | 10/08/04 | 500 | 21.7800 | 10,890.00 | | | | | 500 | 2,815.35 | (8,074.65) |
| | 10/08/04 | 500 | 21.6500 | 10,825.00 | | | | | 500 | 2,815.35 | (8,009.65) |
| | 10/08/04 | 400 | 22.4000 | 8,960.00 | | | | | 400 | 2,252.28 | (6,707.72) |
| | 10/08/04 | 5,000 | 22.5000 | 112,500.00 | | | | | 5,000 | 28,153.50 | (84,346.50) |
| | 10/08/04 | 500 | 22.4000 | 11,200.00 | | | | | 500 | 2,815.35 | (8,384.65) |
| | 10/08/04 | 2,000 | 22.4000 | 44,800.00 | | | | | 2,000 | 11,261.40 | (33,538.60) |
| | 10/08/04 | 500 | 22.4000 | 11,200.00 | | | | | 500 | 2,815.35 | (8,384.65) |
| | 10/08/04 | 100 | 22.4000 | 2,240.00 | | | | | 100 | 563.07 | (1,676.93) |
| | 10/08/04 | 5,000 | 22.0000 | 110,000.00 | | | | | 5,000 | 28,153.50 | (81,846.50) |
| | 10/08/04 | 1,000 | 21.8500 | 21,850.00 | | | | | 1,000 | 5,630.70 | (16,219.30) |
| | 10/08/04 | 1,000 | 21.8600 | 21,860.00 | | | | | 1,000 | 5,630.70 | (16,229.30) |
| | 10/08/04 | 200 | 21.9300 | 4,386.00 | | | | | 200 | 1,126.14 | (3,259.86) |
| | 10/08/04 | 300 | 21.9000 | 6,570.00 | | | | | 300 | 1,689.21 | (4,880.79) |
| | 10/08/04 | 100 | 21.9300 | 2,193.00 | | | | | 100 | 563.07 | (1,629.93) |
| | 10/08/04 | 300 | 21.8900 | 6,567.00 | | | | | 300 | 1,689.21 | (4,877.79) |
| | 10/08/04 | 1,000 | 21.9100 | 21,910.00 | | | | | 1,000 | 5,630.70 | (16,279.30) |
| | 10/08/04 | 200 | 21.8800 | 4,376.00 | | | | | 200 | 1,126.14 | (3,249.86) |
| | 10/08/04 | 400 | 21.8900 | 8,756.00 | | | | | 400 | 2,252.28 | (6,503.72) |
| | 10/08/04 | 400 | 21.8900 | 8,756.00 | | | | | 400 | 2,252.28 | (6,503.72) |
| | 10/08/04 | 500 | 21.8900 | 10,945.00 | | | | | 500 | 2,815.35 | (8,129.65) |
| | 10/08/04 | 500 | 21.8900 | 10,945.00 | | | | | 500 | 2,815.35 | (8,129.65) |
| | 10/08/04 | 500 | 21.8900 | 10,945.00 | | | | | 500 | 2,815.35 | (8,129.65) |
| | 10/08/04 | 500 | 21.8900 | 10,945.00 | | | | | 500 | 2,815.35 | (8,129.65) |
| | 10/08/04 | 500 | 21.9000 | 10,950.00 | | | | | 500 | 2,815.35 | (8,134.65) |
| | 10/08/04 | 500 | 21.8100 | 10,905.00 | | | | | 500 | 2,815.35 | (8,089.65) |
| | 10/11/04 | 300 | 22.0700 | 6,621.00 | | | | | 300 | 1,689.21 | (4,931.79) |
| | 10/11/04 | 700 | 22.1200 | 15,484.00 | | | | | 700 | 3,941.49 | (11,542.51) |
| | 10/11/04 | 100 | 21.8500 | 2,185.00 | | | | | 100 | 563.07 | (1,621.93) |
| | 10/11/04 | 100 | 21.9200 | 2,192.00 | | | | | 100 | 563.07 | (1,628.93) |
| | 10/11/04 | 600 | 22.0000 | 13,200.00 | | | | | 600 | 3,378.42 | (9,821.58) |
| | 10/11/04 | 100 | 21.9600 | 2,196.00 | | | | | 100 | 563.07 | (1,632.93) |
| | 10/11/04 | 200 | 21.9500 | 4,390.00 | | | | | 200 | 1,126.14 | (3,263.86) |
| | 10/11/04 | 600 | 21.7500 | 13,050.00 | | | | | 600 | 3,378.42 | (9,671.58) |
| | 10/11/04 | 2,000 | 22.0100 | 44,020.00 | | | | | 2,000 | 11,261.40 | (32,758.60) |
| | 10/11/04 | 260 | 22.0000 | 5,720.00 | | | | | 260 | 1,463.98 | (4,256.02) |
| | 10/11/04 | 440 | 22.0000 | 9,680.00 | | | | | 440 | 2,477.51 | (7,202.49) |
| | 10/11/04 | 400 | 22.0000 | 8,800.00 | | | | | 400 | 2,252.28 | (6,547.72) |
| | 10/11/04 | 840 | 22.0000 | 18,480.00 | | | | | 840 | 4,729.79 | (13,750.21) |
| | 10/11/04 | 1,500 | 22.0000 | 33,000.00 | | | | | 1,500 | 8,446.05 | (24,553.95) |
| | 10/11/04 | 240 | 21.7500 | 5,220.00 | | | | | 240 | 1,351.37 | (3,868.63) |
| | 10/11/04 | 800 | 21.7100 | 17,368.00 | | | | | 800 | 4,504.56 | (12,863.44) |
| | 10/11/04 | 500 | 22.0500 | 11,025.00 | | | | | 500 | 2,815.35 | (8,209.65) |
| | 10/11/04 | 1,000 | 22.1000 | 22,100.00 | | | | | 1,000 | 5,630.70 | (16,469.30) |
| | 10/11/04 | 1,000 | 22.1800 | 22,180.00 | | | | | 1,000 | 5,630.70 | (16,549.30) |

Class Period: 02/18/04 - 02/28/05

**Elan Corp. plc**

Elan Corp ADR Hold
price: $5.6307

| PLAINTIFF | DATE | SHARES | SHARE COST | PURCHASE AMOUNT | DATE (3) | SHARES | SHARE PRICE | SALES AMOUNT | SHARES HELD | ESTIMATED VALUE (2) | ESTIMATED LOSSES |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | PURCHASE TRANSACTIONS | | SALES TRANSACTIONS (1)(4) | | | |
| | 10/12/04 | 100 | 21.9200 | 2,192.00 | | | | | 100 | 563.07 | (1,628.93) |
| | 10/14/04 | 1,100 | 21.0000 | 23,100.00 | | | | | 1,100 | 6,193.77 | (16,906.23) |
| | 10/14/04 | 2,000 | 20.9800 | 41,960.00 | | | | | 2,000 | 11,261.40 | (30,698.60) |
| | 10/14/04 | 5,000 | 20.9000 | 104,500.00 | | | | | 5,000 | 28,153.50 | (76,346.50) |
| | 10/14/04 | 750 | 20.8100 | 15,607.50 | | | | | 750 | 4,223.03 | (11,384.48) |
| | 10/14/04 | 3,400 | 21.1000 | 71,740.00 | | | | | 3,400 | 19,144.38 | (52,595.62) |
| | 10/15/04 | 12,800 | 20.6500 | 264,320.00 | | | | | 12,800 | 72,072.96 | (192,247.04) |
| | 10/15/04 | 4,600 | 20.6500 | 94,990.00 | | | | | 4,600 | 25,901.22 | (69,088.78) |
| | 10/15/04 | 2,900 | 21.0000 | 60,900.00 | | | | | 2,900 | 16,329.03 | (44,570.97) |
| | 10/15/04 | 1,400 | 21.0000 | 29,400.00 | | | | | 1,400 | 7,882.98 | (21,517.02) |
| | 10/15/04 | 3,600 | 21.0300 | 75,708.00 | | | | | 3,600 | 20,270.52 | (55,437.48) |
| | 10/15/04 | 8,000 | 21.0400 | 168,320.00 | | | | | 8,000 | 45,045.60 | (123,274.40) |
| | 10/15/04 | 3,000 | 21.0300 | 63,090.00 | | | | | 3,000 | 16,892.10 | (46,197.90) |
| | 10/15/04 | 4,000 | 21.0000 | 84,000.00 | | | | | 4,000 | 22,522.80 | (61,477.20) |
| | 10/15/04 | 100 | 20.9000 | 2,090.00 | | | | | 100 | 563.07 | (1,526.93) |
| | 10/15/04 | 1,600 | 20.9000 | 33,440.00 | | | | | 1,600 | 9,009.12 | (24,430.88) |
| | 10/15/04 | 10,000 | 20.8600 | 208,600.00 | | | | | 10,000 | 56,307.00 | (152,293.00) |
| | 10/15/04 | 2,000 | 20.9800 | 41,960.00 | | | | | 2,000 | 11,261.40 | (30,698.60) |
| | 10/15/04 | 400 | 20.9800 | 8,392.00 | | | | | 400 | 2,252.28 | (6,139.72) |
| | 10/15/04 | 300 | 20.9700 | 6,291.00 | | | | | 300 | 1,689.21 | (4,601.79) |
| | 10/15/04 | 4,500 | 20.9700 | 94,365.00 | | | | | 4,500 | 25,338.15 | (69,026.85) |
| | 10/15/04 | 800 | 20.9700 | 16,776.00 | | | | | 800 | 4,504.56 | (12,271.44) |
| | 10/18/04 | 2,000 | 22.3900 | 44,780.00 | | | | | 2,000 | 11,261.40 | (33,518.60) |
| | 10/18/04 | 5,000 | 22.2500 | 111,250.00 | | | | | 5,000 | 28,153.50 | (83,096.50) |
| | 10/18/04 | 4,700 | 22.2600 | 104,622.00 | | | | | 4,700 | 26,464.29 | (78,157.71) |
| | 10/18/04 | 5,000 | 22.1800 | 110,900.00 | | | | | 5,000 | 28,153.50 | (82,746.50) |
| | 10/18/04 | 200 | 22.5000 | 4,500.00 | | | | | 200 | 1,126.14 | (3,373.86) |
| | 10/18/04 | 2,800 | 22.4300 | 62,804.00 | | | | | 2,800 | 15,765.96 | (47,038.04) |
| | 10/18/04 | 400 | 22.6000 | 9,040.00 | | | | | 400 | 2,252.28 | (6,787.72) |
| | 10/18/04 | 200 | 22.3100 | 4,462.00 | | | | | 200 | 1,126.14 | (3,335.86) |
| | 10/18/04 | 300 | 22.5100 | 6,753.00 | | | | | 300 | 1,689.21 | (5,063.79) |
| | 10/19/04 | 500 | 22.9200 | 11,460.00 | | | | | 500 | 2,815.35 | (8,644.65) |
| | 10/19/04 | 200 | 22.9500 | 4,590.00 | | | | | 200 | 1,126.14 | (3,463.86) |
| | 10/19/04 | 1,800 | 22.9500 | 41,310.00 | | | | | 1,800 | 10,135.26 | (31,174.74) |
| | 10/19/04 | 1,000 | 22.9700 | 22,970.00 | | | | | 1,000 | 5,630.70 | (17,339.30) |
| | 10/19/04 | 500 | 22.8500 | 11,425.00 | | | | | 500 | 2,815.35 | (8,609.65) |
| | 10/19/04 | 500 | 23.0000 | 11,500.00 | | | | | 500 | 2,815.35 | (8,684.65) |
| | 10/19/04 | 200 | 23.0300 | 4,606.00 | | | | | 200 | 1,126.14 | (3,479.86) |
| | 10/19/04 | 300 | 23.0200 | 6,906.00 | | | | | 300 | 1,689.21 | (5,216.79) |
| | 10/20/04 | 1,000 | 23.2600 | 23,260.00 | | | | | 1,000 | 5,630.70 | (17,629.30) |
| | 10/20/04 | 1,000 | 23.2500 | 23,250.00 | | | | | 1,000 | 5,630.70 | (17,619.30) |
| | 10/20/04 | 500 | 23.5500 | 11,775.00 | | | | | 500 | 2,815.35 | (8,959.65) |
| | 10/20/04 | 1,000 | 23.5500 | 23,550.00 | | | | | 1,000 | 5,630.70 | (17,919.30) |
| | 10/20/04 | 1,000 | 23.6100 | 23,610.00 | | | | | 1,000 | 5,630.70 | (17,979.30) |
| | 10/20/04 | 1,500 | 23.5000 | 35,250.00 | | | | | 1,500 | 8,446.05 | (26,803.95) |
| | 10/20/04 | 400 | 23.5000 | 9,400.00 | | | | | 400 | 2,252.28 | (7,147.72) |
| | 10/20/04 | 600 | 23.4900 | 14,094.00 | | | | | 600 | 3,378.42 | (10,715.58) |
| | 10/20/04 | 500 | 23.6000 | 11,800.00 | | | | | 500 | 2,815.35 | (8,984.65) |
| | 10/20/04 | 1,000 | 23.5600 | 23,560.00 | | | | | 1,000 | 5,630.70 | (17,929.30) |
| | 10/20/04 | 2,200 | 23.3000 | 51,260.00 | | | | | 2,200 | 12,387.54 | (38,872.46) |
| | 10/20/04 | 1,900 | 23.2500 | 44,175.00 | | | | | 1,900 | 10,698.33 | (33,476.67) |
| | 10/20/04 | 2,000 | 23.2000 | 46,400.00 | | | | | 2,000 | 11,261.40 | (35,138.60) |
| | 10/20/04 | 2,000 | 23.2000 | 46,400.00 | | | | | 2,000 | 11,261.40 | (35,138.60) |

Class Period: 02/18/04 - 02/28/05     **Elan Corp. plc**     Elan Corp ADR Hold price:   $5.6307

| PLAINTIFF | DATE | SHARES | SHARE COST | PURCHASE AMOUNT | DATE (3) | SHARES | SHARE PRICE | SALES AMOUNT | SHARES HELD | ESTIMATED VALUE (2) | ESTIMATED LOSSES |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 10/21/04 | 200 | 23.6900 | 4,738.00 | | | | | 200 | 1,126.14 | (3,611.86) |
| | 10/21/04 | 1,000 | 23.7400 | 23,740.00 | | | | | 1,000 | 5,630.70 | (18,109.30) |
| | 10/21/04 | 500 | 23.7100 | 11,855.00 | | | | | 500 | 2,815.35 | (9,039.65) |
| | 10/21/04 | 600 | 23.6100 | 14,166.00 | | | | | 600 | 3,378.42 | (10,787.58) |
| | 10/21/04 | 400 | 23.6100 | 9,444.00 | | | | | 400 | 2,252.28 | (7,191.72) |
| | 10/21/04 | 200 | 23.6000 | 4,720.00 | | | | | 200 | 1,126.14 | (3,593.86) |
| | 10/21/04 | 200 | 23.7000 | 4,740.00 | | | | | 200 | 1,126.14 | (3,613.86) |
| | 10/21/04 | 24 | 23.5900 | 566.16 | | | | | 24 | 135.14 | (431.02) |
| | 10/21/04 | 500 | 23.5500 | 11,775.00 | | | | | 500 | 2,815.35 | (8,959.65) |
| | 10/21/04 | 200 | 23.6000 | 4,720.00 | | | | | 200 | 1,126.14 | (3,593.86) |
| | 10/22/04 | 2,000 | 25.3200 | 50,640.00 | | | | | 2,000 | 11,261.40 | (39,378.60) |
| **Electronic Trading Group, L.L.C. Totals** | | 884,621 | | 17,337,168.94 | 0 | 352,289 | | 7,141,370.36 | 0 532,332 | 2,997,402 | (7,198,396.79) |
| Third Millennium | 02/20/04 | 40,000 | 7.5000 | 300,000.00 | 02/25/04 | 1,000 | 12.9700 | 12,970.00 | 39,000 | 219,597.30 | (67,432.70) |
| | 03/03/04 | 900 | 16.4000 | 14,760.00 | 02/25/04 | 1,200 | 12.9700 | 15,564.00 | (300) | (1,689.21) | (885.21) |
| | 03/03/04 | 2,100 | 16.3900 | 34,419.00 | 02/25/04 | 2,800 | 12.9700 | 36,316.00 | (700) | (3,941.49) | (2,044.49) |
| | 03/08/04 | 100 | 17.4600 | 1,746.00 | 03/11/04 | 6,800 | 16.3000 | 110,840.00 | (6,700) | (37,725.69) | 71,368.31 |
| | 03/08/04 | 500 | 17.4600 | 8,730.00 | 03/12/04 | 4,000 | 16.5400 | 66,160.00 | (3,500) | (19,707.45) | 37,722.55 |
| | 03/08/04 | 1,200 | 17.4800 | 20,976.00 | 03/12/04 | 4,000 | 16.5700 | 66,280.00 | (2,800) | (15,765.96) | 29,538.04 |
| | 03/08/04 | 1,500 | 17.4600 | 26,190.00 | 03/12/04 | 5,200 | 16.5600 | 86,112.00 | (3,700) | (20,833.59) | 39,088.41 |
| | 03/08/04 | 3,500 | 17.4600 | 61,110.00 | 03/23/04 | 2,500 | 7.5000 | 18,750.00 | 1,000 | 5,630.70 | (36,729.30) |
| | 03/08/04 | 3,800 | 17.4900 | 66,462.00 | 03/30/04 | 2,500 | 7.5000 | 18,750.00 | 1,300 | 7,319.91 | (40,392.09) |
| | 03/08/04 | 4,500 | 17.4900 | 78,570.00 | 04/05/04 | 500 | 7.5000 | 3,750.00 | 4,000 | 22,522.80 | (52,297.20) |
| | 03/08/04 | 4,900 | 17.4900 | 85,701.00 | 04/06/04 | 2,500 | 7.5000 | 18,750.00 | 2,400 | 13,513.68 | (53,437.32) |
| | 03/08/04 | 5,000 | 17.4700 | 87,350.00 | 04/07/04 | 2,500 | 7.5000 | 18,750.00 | 2,500 | 14,076.75 | (54,523.25) |
| | 03/22/04 | 100,100 | 19.3000 | 1,931,930.00 | 04/12/04 | 1,000 | 20.5000 | 20,500.00 | 99,100 | 558,002.37 | (1,353,427.63) |
| | 03/30/04 | 11,300 | 20.2000 | 228,260.00 | 04/13/04 | 2,500 | 7.5000 | 18,750.00 | 8,800 | 49,550.16 | (159,959.84) |
| | 04/20/04 | 400 | 22.5400 | 9,016.00 | 04/15/04 | 3,000 | 7.5000 | 22,500.00 | (2,600) | (14,639.82) | (1,155.82) |
| | 04/20/04 | 500 | 22.5900 | 11,295.00 | 04/16/04 | 4,000 | 21.4100 | 85,640.00 | (3,500) | (19,707.45) | 54,637.55 |
| | 04/20/04 | 1,000 | 22.4200 | 22,420.00 | 04/16/04 | 24,000 | 7.5000 | 180,000.00 | (23,000) | (129,506.10) | 28,073.90 |
| | 04/20/04 | 1,000 | 22.5800 | 22,580.00 | 04/16/04 | 50,000 | 7.5000 | 375,000.00 | (49,000) | (275,904.30) | 76,515.70 |
| | 04/20/04 | 1,500 | 22.5800 | 33,870.00 | 04/16/04 | 50,100 | 7.5000 | 375,750.00 | (48,600) | (273,652.02) | 68,227.98 |
| | 04/20/04 | 1,800 | 22.5900 | 40,662.00 | 05/21/04 | 55,000 | 17.5000 | 962,500.00 | (53,200) | (299,553.24) | 622,284.76 |
| | 04/20/04 | 2,000 | 22.5200 | 45,040.00 | 05/24/04 | 7,000 | 21.3600 | 149,520.00 | (5,000) | (28,153.50) | 76,326.50 |
| | 04/20/04 | 2,000 | 22.5000 | 45,000.00 | 06/08/04 | 5,400 | 23.8500 | 128,790.00 | (3,400) | (19,144.38) | 64,645.62 |
| | 04/20/04 | 2,200 | 22.6000 | 49,720.00 | 06/14/04 | 3,000 | 21.3700 | 64,110.00 | (800) | (4,504.56) | 9,885.44 |
| | 04/20/04 | 4,600 | 22.5500 | 103,730.00 | 06/18/04 | 20,000 | 20.0000 | 400,000.00 | (15,400) | (86,712.78) | 209,557.22 |
| | 04/23/04 | 100 | 23.4800 | 2,348.00 | 06/18/04 | 50,000 | 20.0000 | 1,000,000.00 | (49,900) | (280,971.93) | 716,680.07 |
| | 04/23/04 | 300 | 23.4600 | 7,038.00 | 06/21/04 | 400 | 22.0000 | 8,800.00 | (300) | (563.07) | 1,198.93 |
| | 04/23/04 | 300 | 23.4700 | 7,041.00 | 06/21/04 | 600 | 22.0000 | 13,200.00 | (300) | (1,689.21) | 4,469.79 |
| | 04/23/04 | 400 | 23.4900 | 9,396.00 | 06/28/04 | 400 | 25.0600 | 10,024.00 | | | 628.00 |
| | 04/23/04 | 400 | 23.4800 | 9,392.00 | 06/28/04 | 1,200 | 25.0600 | 30,072.00 | (800) | (4,504.56) | 16,175.44 |
| | 04/23/04 | 500 | 23.4500 | 11,725.00 | 06/28/04 | 1,300 | 25.0600 | 32,578.00 | (800) | (4,504.56) | 16,348.44 |
| | 04/23/04 | 500 | 23.4300 | 11,715.00 | 06/28/04 | 1,300 | 25.0600 | 32,578.00 | (800) | (4,504.56) | 16,358.44 |
| | 04/23/04 | 700 | 23.4600 | 16,422.00 | 06/28/04 | 1,800 | 25.0600 | 45,108.00 | (1,100) | (6,193.77) | 22,492.23 |
| | 04/23/04 | 800 | 23.4300 | 18,744.00 | 06/28/04 | 2,000 | 25.1500 | 50,300.00 | (1,200) | (6,756.84) | 24,799.16 |
| | 04/23/04 | 1,000 | 23.4600 | 23,460.00 | 06/28/04 | 2,000 | 25.2200 | 50,440.00 | (1,000) | (5,630.70) | 21,349.30 |
| | 04/23/04 | 1,100 | 23.4800 | 25,828.00 | 06/28/04 | 4,000 | 24.9000 | 99,600.00 | (2,900) | (16,329.03) | 57,442.97 |
| | 04/23/04 | 1,500 | 23.4500 | 35,175.00 | 07/28/04 | 100 | 20.0700 | 2,007.00 | 1,400 | 7,882.98 | (25,285.02) |
| | 04/23/04 | 1,700 | 23.4300 | 39,831.00 | 07/28/04 | 500 | 20.0500 | 10,025.00 | 1,200 | 6,756.84 | (23,049.16) |
| | 04/23/04 | 1,700 | 23.4700 | 39,899.00 | 07/28/04 | 1,900 | 20.0400 | 38,076.00 | (200) | (1,126.14) | (2,949.14) |
| | 04/23/04 | 4,000 | 23.4900 | 93,960.00 | 08/18/04 | 200 | 21.9500 | 4,390.00 | 3,800 | 21,396.66 | (68,173.34) |

Class Period: 02/18/04 - 02/28/05                                    **Elan Corp. plc**

|  |  |  |  |  |  |  |  | Elan Corp ADR Hold |  |
|  |  |  |  |  |  |  |  | price: | $5.6307 |

| | PURCHASE TRANSACTIONS | | | SALES TRANSACTIONS (1)(4) | | | | | ESTIMATED VALUE | |
| PLAINTIFF | DATE | SHARES | SHARE COST | PURCHASE AMOUNT | DATE (3) | SHARES | SHARE PRICE | SALES AMOUNT | SHARES HELD | (2) | **ESTIMATED LOSSES** |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 05/13/04 | 5,000 | 20.2300 | 101,150.00 | 08/18/04 | 300 | 21.9500 | 6,585.00 | 4,700 | 26,464.29 | (68,100.71) |
| | 05/19/04 | 1,000 | 23.2500 | 23,250.00 | 08/18/04 | 500 | 21.9800 | 10,990.00 | 500 | 2,815.35 | (9,444.65) |
| | 05/19/04 | 3,000 | 23.5400 | 70,620.00 | 08/18/04 | 700 | 21.9600 | 15,372.00 | 2,300 | 12,950.61 | (42,297.39) |
| | 05/21/04 | 25,000 | 20.0000 | 500,000.00 | 08/18/04 | 700 | 21.9500 | 15,365.00 | 24,300 | 136,826.01 | (347,808.99) |
| | 05/25/04 | 300 | 21.8800 | 6,564.00 | 08/18/04 | 700 | 21.9700 | 15,379.00 | (400) | (2,252.28) | 6,562.72 |
| | 06/08/04 | 2,000 | 23.3800 | 46,760.00 | 08/18/04 | 800 | 21.9400 | 17,552.00 | 1,200 | 6,756.84 | (22,451.16) |
| | 06/08/04 | 5,000 | 23.3900 | 116,950.00 | 08/18/04 | 2,600 | 21.9500 | 57,070.00 | 2,400 | 13,513.68 | (46,366.32) |
| | 06/10/04 | 3,000 | 22.0000 | 66,000.00 | 08/18/04 | 4,500 | 21.9800 | 98,910.00 | (1,500) | (8,446.05) | 24,463.95 |
| | 06/14/04 | 300 | 21.4100 | 6,423.00 | 08/20/04 | 100 | 22.3500 | 2,235.00 | 200 | 1,126.14 | (3,061.86) |
| | 06/14/04 | 500 | 21.4300 | 10,715.00 | 08/20/04 | 400 | 22.3400 | 8,936.00 | 100 | 563.07 | (1,215.93) |
| | 06/14/04 | 4,200 | 21.4000 | 89,880.00 | 08/20/04 | 2,500 | 22.3400 | 55,850.00 | 1,700 | 9,572.19 | (24,457.81) |
| | 06/14/04 | 5,000 | 21.4000 | 107,000.00 | 08/23/04 | 1,000 | 21.7500 | 21,750.00 | 4,000 | 22,522.80 | (62,727.20) |
| | 06/14/04 | 27,000 | 21.4000 | 577,800.00 | 08/31/04 | 20,000 | 22.1000 | 442,000.00 | 7,000 | 39,414.90 | (96,385.10) |
| | 06/18/04 | 100 | 21.8200 | 2,182.00 | 09/08/04 | 3,000 | 23.4800 | 70,440.00 | (2,900) | (16,329.03) | 51,928.97 |
| | 06/18/04 | 100 | 21.8000 | 2,180.00 | 09/10/04 | 200 | 23.5500 | 4,710.00 | (100) | (563.07) | 1,966.93 |
| | 06/18/04 | 100 | 21.8200 | 2,182.00 | 09/10/04 | 1,000 | 23.5500 | 23,550.00 | (900) | (5,067.63) | 16,300.37 |
| | 06/18/04 | 100 | 21.8200 | 2,182.00 | 09/10/04 | 1,800 | 23.5500 | 42,390.00 | (1,700) | (9,572.19) | 30,635.81 |
| | 06/18/04 | 500 | 21.8200 | 10,910.00 | 09/17/04 | 100 | 24.2000 | 2,420.00 | 400 | 2,252.28 | (6,237.72) |
| | 06/18/04 | 600 | 22.0000 | 13,200.00 | 09/17/04 | 200 | 24.3200 | 4,864.00 | 400 | 2,252.28 | (6,083.72) |
| | 06/18/04 | 700 | 21.9000 | 15,330.00 | 09/17/04 | 300 | 24.2200 | 7,266.00 | 400 | 2,252.28 | (5,811.72) |
| | 06/18/04 | 700 | 21.9500 | 15,365.00 | 09/17/04 | 300 | 24.2200 | 7,266.00 | 400 | 2,252.28 | (5,846.72) |
| | 06/18/04 | 800 | 22.0000 | 17,600.00 | 09/17/04 | 400 | 24.2000 | 9,680.00 | 400 | 2,252.28 | (5,667.72) |
| | 06/18/04 | 800 | 21.7800 | 17,424.00 | 09/17/04 | 400 | 24.3300 | 9,732.00 | 400 | 2,252.28 | (5,439.72) |
| | 06/18/04 | 1,000 | 21.8200 | 21,820.00 | 09/17/04 | 500 | 24.3000 | 12,150.00 | 500 | 2,815.35 | (6,854.65) |
| | 06/18/04 | 1,000 | 21.8400 | 21,840.00 | 09/17/04 | 700 | 24.3200 | 17,024.00 | 300 | 1,689.21 | (3,126.79) |
| | 06/18/04 | 1,000 | 21.8200 | 21,820.00 | 09/17/04 | 1,100 | 24.3200 | 26,752.00 | (100) | (563.07) | 4,368.93 |
| | 06/18/04 | 1,100 | 21.9000 | 24,090.00 | 09/17/04 | 1,400 | 24.2200 | 33,908.00 | (300) | (1,689.21) | 8,128.79 |
| | 06/18/04 | 1,200 | 21.9000 | 26,280.00 | 09/17/04 | 2,000 | 24.3200 | 48,640.00 | (800) | (4,504.56) | 17,855.44 |
| | 06/18/04 | 1,300 | 21.9500 | 28,535.00 | 09/17/04 | 2,000 | 24.3100 | 48,620.00 | (700) | (3,941.49) | 16,143.51 |
| | 06/18/04 | 1,300 | 21.8900 | 28,457.00 | 09/17/04 | 2,200 | 24.2000 | 53,240.00 | (900) | (5,067.63) | 19,715.37 |
| | 06/18/04 | 1,600 | 22.0000 | 35,200.00 | 09/17/04 | 4,000 | 24.3000 | 97,200.00 | (2,400) | (13,513.68) | 48,486.32 |
| | 06/18/04 | 1,700 | 21.8900 | 37,213.00 | 09/17/04 | 4,000 | 24.2700 | 97,080.00 | (2,300) | (12,950.61) | 46,916.39 |
| | 06/18/04 | 2,000 | 21.8000 | 43,600.00 | 09/17/04 | 4,000 | 24.3700 | 97,480.00 | (2,000) | (11,261.40) | 42,618.60 |
| | 06/18/04 | 2,000 | 21.8500 | 43,700.00 | 09/17/04 | 4,600 | 24.3200 | 111,872.00 | (2,600) | (14,639.82) | 53,532.18 |
| | 06/18/04 | 2,200 | 21.8200 | 48,004.00 | 09/22/04 | 100 | 23.4900 | 2,349.00 | 2,100 | 11,824.47 | (33,830.53) |
| | 06/18/04 | 2,400 | 21.8400 | 52,416.00 | 09/22/04 | 500 | 23.4900 | 11,745.00 | 1,900 | 10,698.33 | (29,972.67) |
| | 06/18/04 | 2,600 | 21.8500 | 56,810.00 | 09/22/04 | 800 | 23.4900 | 18,792.00 | 1,800 | 10,135.26 | (27,882.74) |
| | 06/18/04 | 2,900 | 21.7900 | 63,191.00 | 09/22/04 | 1,200 | 23.4300 | 28,116.00 | 1,700 | 9,572.19 | (25,502.81) |
| | 06/29/04 | 7,500 | 24.5000 | 183,750.00 | 09/22/04 | 2,400 | 23.4200 | 56,208.00 | 5,100 | 28,716.57 | (98,825.43) |
| | 07/16/04 | 7,500 | 22.5000 | 168,750.00 | 09/22/04 | 3,500 | 23.5600 | 82,460.00 | 4,000 | 22,522.80 | (63,767.20) |
| | 07/26/04 | 200 | 19.8500 | 3,970.00 | 09/22/04 | 3,500 | 23.5700 | 82,495.00 | (3,300) | (18,581.31) | 59,943.69 |
| | 07/26/04 | 200 | 19.9100 | 3,982.00 | 09/23/04 | 5,000 | 23.2500 | 116,250.00 | (4,800) | (27,027.36) | 85,240.64 |
| | 07/26/04 | 200 | 19.9000 | 3,980.00 | 09/27/04 | 5,000 | 22.9500 | 114,750.00 | (4,800) | (27,027.36) | 83,742.64 |
| | 07/26/04 | 300 | 19.9000 | 5,970.00 | 10/05/04 | 100 | 22.5500 | 2,255.00 | 200 | 1,126.14 | (2,588.86) |
| | 07/26/04 | 700 | 19.8100 | 13,867.00 | 10/05/04 | 100 | 22.4000 | 2,240.00 | 600 | 3,378.42 | (8,248.58) |
| | 07/26/04 | 700 | 19.9000 | 13,930.00 | 10/05/04 | 100 | 22.3300 | 2,233.00 | 600 | 3,378.42 | (8,318.58) |
| | 07/26/04 | 1,000 | 19.9000 | 19,900.00 | 10/05/04 | 200 | 22.5500 | 4,510.00 | 800 | 4,504.56 | (10,885.44) |
| | 07/26/04 | 2,000 | 19.8900 | 39,780.00 | 10/05/04 | 200 | 22.3900 | 4,478.00 | 1,800 | 10,135.26 | (25,166.74) |
| | 07/26/04 | 4,000 | 19.9100 | 79,640.00 | 10/05/04 | 300 | 22.6000 | 6,780.00 | 3,700 | 20,833.59 | (52,026.41) |
| | 07/26/04 | 4,800 | 19.8500 | 95,280.00 | 10/05/04 | 300 | 22.4000 | 6,720.00 | 4,500 | 25,338.15 | (63,221.85) |
| | 07/27/04 | 600 | 19.5800 | 11,748.00 | 10/05/04 | 400 | 22.5500 | 9,020.00 | 200 | 1,126.14 | (1,601.86) |
| | 07/27/04 | 800 | 19.4600 | 15,568.00 | 10/05/04 | 500 | 22.5500 | 11,275.00 | 300 | 1,689.21 | (2,603.79) |
| | 07/27/04 | 1,000 | 19.4300 | 19,430.00 | 10/05/04 | 500 | 22.3300 | 11,165.00 | 500 | 2,815.35 | (5,449.65) |

Class Period: 02/18/04 - 02/28/05                                    **Elan Corp. plc**

| | | | | | | | | Elan Corp ADR Hold | |
| | | | | | | | | price: | $5.6307 |

| | PURCHASE TRANSACTIONS | | | SALES TRANSACTIONS (1)(4) | | | | | ESTIMATED VALUE | |
|---|---|---|---|---|---|---|---|---|---|---|
| PLAINTIFF | DATE | SHARES | SHARE COST | PURCHASE AMOUNT | DATE (3) | SHARES | SHARE PRICE | SALES AMOUNT | SHARES HELD | (2) | **ESTIMATED LOSSES** |
| | 07/27/04 | 1,200 | 19.4500 | 23,340.00 | 10/05/04 | 600 | 22.3700 | 13,422.00 | 600 | 3,378.42 | (6,539.58) |
| | 07/27/04 | 1,200 | 18.6600 | 22,392.00 | 10/05/04 | 600 | 22.3700 | 13,422.00 | 600 | 3,378.42 | (5,591.58) |
| | 07/27/04 | 1,500 | 18.6600 | 27,990.00 | 10/05/04 | 600 | 22.3300 | 13,398.00 | 900 | 5,067.63 | (9,524.37) |
| | 07/27/04 | 2,000 | 18.7300 | 37,460.00 | 10/05/04 | 700 | 22.3700 | 15,659.00 | 1,300 | 7,319.91 | (14,481.09) |
| | 07/27/04 | 2,000 | 18.1200 | 36,240.00 | 10/05/04 | 800 | 22.6700 | 18,136.00 | 1,200 | 6,756.84 | (11,347.16) |
| | 07/27/04 | 2,000 | 19.5800 | 39,160.00 | 10/05/04 | 1,000 | 22.3600 | 22,360.00 | 1,000 | 5,630.70 | (11,169.30) |
| | 07/27/04 | 2,400 | 19.5800 | 46,992.00 | 10/05/04 | 1,000 | 22.3600 | 22,360.00 | 1,400 | 7,882.98 | (16,749.02) |
| | 07/27/04 | 2,800 | 18.9500 | 53,060.00 | 10/05/04 | 1,000 | 22.3900 | 22,390.00 | 1,800 | 10,135.26 | (20,534.74) |
| | 07/27/04 | 3,000 | 18.6000 | 55,800.00 | 10/05/04 | 1,400 | 22.5500 | 31,570.00 | 1,600 | 9,009.12 | (15,220.88) |
| | 07/27/04 | 3,000 | 18.6000 | 55,800.00 | 10/05/04 | 1,400 | 22.5200 | 31,528.00 | 1,600 | 9,009.12 | (15,262.88) |
| | 07/27/04 | 5,000 | 19.6000 | 98,000.00 | 10/05/04 | 1,500 | 22.3700 | 33,555.00 | 3,500 | 19,707.45 | (44,737.55) |
| | 07/27/04 | 8,000 | 18.9500 | 151,600.00 | 10/05/04 | 1,700 | 22.4000 | 38,080.00 | 6,300 | 35,473.41 | (78,046.59) |
| | 07/27/04 | 13,500 | 18.6500 | 251,775.00 | 10/05/04 | 1,700 | 22.4000 | 38,080.00 | 11,800 | 66,442.26 | (147,252.74) |
| | 08/04/04 | 100 | 19.1200 | 1,912.00 | 10/05/04 | 2,200 | 22.5100 | 49,522.00 | (2,100) | (11,824.47) | 35,785.53 |
| | 08/04/04 | 300 | 19.1200 | 5,736.00 | 10/05/04 | 2,400 | 22.5500 | 54,120.00 | (2,100) | (11,824.47) | 36,559.53 |
| | 08/04/04 | 600 | 19.1700 | 11,502.00 | 10/05/04 | 2,800 | 22.5100 | 63,028.00 | (2,200) | (12,387.54) | 39,138.46 |
| | 08/04/04 | 1,000 | 19.1200 | 19,120.00 | 10/05/04 | 3,000 | 22.3600 | 67,080.00 | (2,000) | (11,261.40) | 36,698.60 |
| | 08/04/04 | 1,200 | 19.1100 | 22,932.00 | 10/05/04 | 3,400 | 22.4000 | 76,160.00 | (2,200) | (12,387.54) | 40,840.46 |
| | 08/04/04 | 1,400 | 19.1800 | 26,852.00 | 10/05/04 | 3,600 | 22.5200 | 81,072.00 | (2,200) | (12,387.54) | 41,832.46 |
| | 08/04/04 | 2,000 | 19.3800 | 38,760.00 | 10/05/04 | 5,000 | 22.4000 | 112,000.00 | (3,000) | (16,892.10) | 56,347.90 |
| | 08/04/04 | 2,400 | 19.1200 | 45,888.00 | 10/05/04 | 5,000 | 22.5000 | 112,500.00 | (2,600) | (14,639.82) | 51,972.18 |
| | 08/06/04 | 200 | 17.4300 | 3,486.00 | 10/05/04 | 5,000 | 22.5000 | 112,500.00 | (4,800) | (27,027.36) | 81,986.64 |
| | 08/06/04 | 1,600 | 17.4300 | 27,888.00 | 10/08/04 | 2,000 | 22.0000 | 44,000.00 | (400) | (2,252.28) | 13,859.72 |
| | 08/06/04 | 2,200 | 17.4100 | 38,302.00 | 10/08/04 | 2,000 | 22.0000 | 44,000.00 | 200 | 1,126.14 | 6,824.14 |
| | 08/06/04 | 3,000 | 17.5000 | 52,500.00 | 10/08/04 | 2,800 | 22.0000 | 61,600.00 | 200 | 1,126.14 | 10,226.14 |
| | 08/18/04 | 2,000 | 21.3000 | 42,600.00 | 10/08/04 | 3,000 | 22.0000 | 66,000.00 | (1,000) | (5,630.70) | 17,769.30 |
| | 08/18/04 | 2,000 | 21.2500 | 42,500.00 | 10/08/04 | 5,000 | 21.5000 | 107,500.00 | (3,000) | (16,892.10) | 48,107.90 |
| | 08/18/04 | 3,000 | 21.7000 | 65,100.00 | 10/08/04 | 5,000 | 21.6000 | 108,000.00 | (2,000) | (11,261.40) | 31,638.60 |
| | 08/18/04 | 3,000 | 21.0000 | 63,000.00 | 10/08/04 | 5,000 | 21.4100 | 107,050.00 | (2,000) | (11,261.40) | 32,788.60 |
| | 08/20/04 | 30,000 | 25.0000 | 750,000.00 | 10/11/04 | 2,000 | 22.2100 | 44,420.00 | 28,000 | 157,659.60 | (547,920.40) |
| | 09/17/04 | 30,000 | 20.0000 | 600,000.00 | 10/11/04 | 3,000 | 22.2100 | 66,630.00 | 27,000 | 152,028.90 | (381,341.10) |
| | 09/17/04 | 160,000 | 22.5000 | 3,600,000.00 | 10/12/04 | 100 | 21.7600 | 2,176.00 | 159,900 | 900,348.93 | (2,697,475.07) |
| | 10/11/04 | 100 | 22.2900 | 2,229.00 | 10/12/04 | 300 | 21.7600 | 6,528.00 | (200) | (1,126.14) | 3,172.86 |
| | 10/11/04 | 200 | 22.2700 | 4,454.00 | 10/12/04 | 400 | 21.6100 | 8,644.00 | (200) | (1,126.14) | 3,063.86 |
| | 10/11/04 | 300 | 22.2900 | 6,687.00 | 10/12/04 | 700 | 21.6100 | 15,127.00 | (400) | (2,252.28) | 6,187.72 |
| | 10/11/04 | 1,500 | 22.3800 | 33,570.00 | 10/12/04 | 800 | 21.6100 | 17,288.00 | 700 | 3,941.49 | (12,340.51) |
| | 10/11/04 | 1,500 | 22.3800 | 33,570.00 | 10/12/04 | 800 | 21.7600 | 17,408.00 | 700 | 3,941.49 | (12,220.51) |
| | 10/11/04 | 2,100 | 22.2900 | 46,809.00 | 10/12/04 | 800 | 21.7600 | 17,408.00 | 1,300 | 7,319.91 | (22,081.09) |
| | 10/11/04 | 2,300 | 22.2900 | 51,267.00 | 10/12/04 | 1,000 | 21.7600 | 21,760.00 | 1,300 | 7,319.91 | (22,187.09) |
| | 10/13/04 | 20,000 | 21.5000 | 430,000.00 | 10/12/04 | 2,000 | 21.7600 | 43,520.00 | 18,000 | 101,352.60 | (285,127.40) |
| | 10/13/04 | 35,000 | 21.6000 | 756,000.00 | 10/12/04 | 3,100 | 21.6100 | 66,991.00 | 31,900 | 179,619.33 | (509,389.67) |
| | 10/14/04 | 25,000 | 21.0500 | 526,250.00 | 10/13/04 | 700 | 21.1700 | 14,819.00 | 24,300 | 136,826.01 | (374,604.99) |
| | 10/14/04 | 25,200 | 20.9000 | 526,680.00 | 10/13/04 | 900 | 21.5600 | 19,404.00 | 24,300 | 136,826.01 | (370,449.99) |
| | 10/15/04 | 8,000 | 20.0000 | 160,000.00 | 10/13/04 | 1,000 | 21.1200 | 21,120.00 | 7,000 | 39,414.90 | (99,465.10) |
| | 10/15/04 | 32,000 | 20.0000 | 640,000.00 | 10/13/04 | 2,100 | 21.1500 | 44,415.00 | 29,900 | 168,357.93 | (427,227.07) |
| | 10/18/04 | 2,500 | 22.1900 | 55,475.00 | 10/13/04 | 2,200 | 21.1500 | 46,530.00 | 300 | 1,689.21 | (7,255.79) |
| | 10/18/04 | 5,000 | 22.2000 | 111,000.00 | 10/13/04 | 4,100 | 21.5500 | 88,355.00 | 900 | 5,067.63 | (17,577.37) |
| | 10/20/04 | 600 | 23.3900 | 14,034.00 | 10/13/04 | 5,000 | 21.1100 | 105,550.00 | (4,400) | (24,775.08) | 66,740.92 |
| | 10/20/04 | 700 | 23.3900 | 16,373.00 | 10/13/04 | 5,000 | 21.2500 | 106,250.00 | (4,300) | (24,212.01) | 65,664.99 |
| | 10/20/04 | 700 | 23.3900 | 16,373.00 | 10/14/04 | 500 | 21.0300 | 10,515.00 | 200 | 1,126.14 | (4,731.86) |
| | 10/20/04 | 1,000 | 23.3900 | 23,390.00 | 10/14/04 | 600 | 21.0300 | 12,618.00 | 400 | 2,252.28 | (8,519.72) |
| | 10/20/04 | 1,000 | 23.3900 | 23,390.00 | 10/14/04 | 1,300 | 21.0300 | 27,339.00 | (300) | (1,689.21) | 2,259.79 |
| | 10/20/04 | 1,000 | 23.3800 | 23,380.00 | 10/14/04 | 2,600 | 21.0300 | 54,678.00 | (1,600) | (9,009.12) | 22,288.88 |

Class Period: 02/18/04 - 02/28/05

**Elan Corp. plc**

Elan Corp ADR Hold
price: $5.6307

| PLAINTIFF | PURCHASE TRANSACTIONS | | | | SALES TRANSACTIONS (1)(4) | | | | | ESTIMATED VALUE | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | DATE | SHARES | SHARE COST | PURCHASE AMOUNT | DATE (3) | SHARES | SHARE PRICE | SALES AMOUNT | SHARES HELD | (2) | **ESTIMATED LOSSES** |
| | 10/20/04 | 4,600 | 23.5900 | 108,514.00 | 10/14/04 | 5,000 | 21.0400 | 105,200.00 | (400) | (2,252.28) | (5,566.28) |
| | 10/20/04 | 5,400 | 23.5900 | 127,386.00 | 10/15/04 | 100 | 21.0500 | 2,105.00 | 5,300 | 29,842.71 | (95,438.29) |
| | 10/20/04 | 10,000 | 23.5700 | 235,700.00 | 10/15/04 | 100 | 21.0500 | 2,105.00 | 9,900 | 55,743.93 | (177,851.07) |
| | 10/21/04 | 100 | 23.4700 | 2,347.00 | 10/15/04 | 100 | 22.5000 | 2,250.00 | | | (97.00) |
| | 10/21/04 | 100 | 23.9600 | 2,396.00 | 10/15/04 | 100 | 22.5000 | 2,250.00 | | | (146.00) |
| | 10/21/04 | 200 | 23.4700 | 4,694.00 | 10/15/04 | 200 | 21.1500 | 4,230.00 | | | (464.00) |
| | 10/21/04 | 200 | 23.7600 | 4,752.00 | 10/15/04 | 200 | 22.5000 | 4,500.00 | | | (252.00) |
| | 10/21/04 | 400 | 23.7500 | 9,500.00 | 10/15/04 | 300 | 21.1300 | 6,339.00 | 100 | 563.07 | (2,597.93) |
| | 10/21/04 | 500 | 24.1800 | 12,090.00 | 10/15/04 | 300 | 21.0500 | 6,315.00 | 200 | 1,126.14 | (4,648.86) |
| | 10/21/04 | 500 | 24.1800 | 12,090.00 | 10/15/04 | 500 | 22.5000 | 11,250.00 | | | (840.00) |
| | 10/21/04 | 700 | 24.1800 | 16,926.00 | 10/15/04 | 600 | 21.1300 | 12,678.00 | 100 | 563.07 | (3,684.93) |
| | 10/21/04 | 900 | 23.9600 | 21,564.00 | 10/15/04 | 1,000 | 21.1300 | 21,130.00 | (100) | (563.07) | (997.07) |
| | 10/21/04 | 1,000 | 23.9600 | 23,960.00 | 10/15/04 | 1,000 | 21.1400 | 21,140.00 | | | (2,820.00) |
| | 10/21/04 | 1,000 | 23.9300 | 23,930.00 | 10/15/04 | 1,000 | 22.5000 | 22,500.00 | | | (1,430.00) |
| | 10/21/04 | 1,500 | 24.1300 | 36,195.00 | 10/15/04 | 1,000 | 22.5000 | 22,500.00 | 500 | 2,815.35 | (10,879.65) |
| | 10/21/04 | 1,600 | 23.6500 | 37,840.00 | 10/15/04 | 1,100 | 21.1500 | 23,265.00 | 500 | 2,815.35 | (11,759.65) |
| | 10/21/04 | 1,800 | 24.1800 | 43,524.00 | 10/15/04 | 1,400 | 22.5000 | 31,500.00 | 400 | 2,252.28 | (9,771.72) |
| | 10/21/04 | 1,900 | 23.4700 | 44,593.00 | 10/15/04 | 1,500 | 22.5000 | 33,750.00 | 400 | 2,252.28 | (8,590.72) |
| | 10/21/04 | 2,500 | 24.1900 | 60,475.00 | 10/15/04 | 1,700 | 21.1400 | 35,938.00 | 800 | 4,504.56 | (20,032.44) |
| | 10/21/04 | 2,800 | 23.4700 | 65,716.00 | 10/15/04 | 1,700 | 21.0500 | 35,785.00 | 1,100 | 6,193.77 | (23,737.23) |
| | 10/21/04 | 3,400 | 23.6500 | 80,410.00 | 10/15/04 | 2,100 | 21.1300 | 44,373.00 | 1,300 | 7,319.91 | (28,717.09) |
| | 10/21/04 | 4,000 | 23.9600 | 95,840.00 | 10/15/04 | 2,500 | 22.5000 | 56,250.00 | 1,500 | 8,446.05 | (31,143.95) |
| | 10/21/04 | 4,400 | 23.7600 | 104,544.00 | 10/15/04 | 2,600 | 22.5000 | 58,500.00 | 1,800 | 10,135.26 | (35,908.74) |
| | 10/21/04 | 5,000 | 23.6700 | 118,350.00 | 10/15/04 | 2,700 | 22.5000 | 60,750.00 | 2,300 | 12,950.61 | (44,649.39) |
| | 10/22/04 | 3,500 | 25.3000 | 88,550.00 | 10/15/04 | 2,800 | 21.0500 | 58,940.00 | 700 | 3,941.49 | (25,668.51) |
| | 10/22/04 | 3,500 | 25.3000 | 88,550.00 | 10/15/04 | 3,000 | 22.5000 | 67,500.00 | 500 | 2,815.35 | (18,234.65) |
| | 10/26/04 | 900 | 25.2400 | 22,716.00 | 10/15/04 | 3,300 | 21.1400 | 69,762.00 | (2,400) | (13,513.68) | 33,532.32 |
| | 10/26/04 | 1,000 | 25.2400 | 25,240.00 | 10/15/04 | 3,400 | 22.5000 | 76,500.00 | (2,400) | (13,513.68) | 37,746.32 |
| | 10/26/04 | 1,500 | 25.2800 | 37,920.00 | 10/15/04 | 3,700 | 21.1000 | 78,070.00 | (2,200) | (12,387.54) | 27,762.46 |
| | 10/26/04 | 1,900 | 25.2400 | 47,956.00 | 10/15/04 | 4,000 | 21.1000 | 84,400.00 | (2,100) | (11,824.47) | 24,619.53 |
| | 10/27/04 | 200 | 26.5400 | 5,308.00 | 10/15/04 | 5,000 | 21.0400 | 105,200.00 | (4,800) | (27,027.36) | 72,864.64 |
| | 10/27/04 | 200 | 26.5600 | 5,312.00 | 10/15/04 | 7,500 | 22.5000 | 168,750.00 | (7,300) | (41,104.11) | 122,333.89 |
| | 10/27/04 | 400 | 26.3000 | 10,520.00 | 10/15/04 | 30,000 | 25.0000 | 750,000.00 | (29,600) | (166,668.72) | 572,811.28 |
| | 10/27/04 | 400 | 26.5100 | 10,604.00 | 10/18/04 | 3,000 | 22.1800 | 66,540.00 | (2,600) | (14,639.82) | 41,296.18 |
| | 10/27/04 | 400 | 25.6800 | 10,272.00 | 10/20/04 | 33,500 | 23.5000 | 787,250.00 | (33,100) | (186,376.17) | 590,601.83 |
| | 10/27/04 | 400 | 25.7100 | 10,284.00 | 10/25/04 | 1,900 | 24.9600 | 47,424.00 | (1,500) | (8,446.05) | 28,693.95 |
| | 10/27/04 | 900 | 26.3200 | 23,688.00 | 10/25/04 | 3,100 | 24.9600 | 77,376.00 | (2,200) | (12,387.54) | 41,300.46 |
| | 10/27/04 | 1,000 | 26.5400 | 26,540.00 | 11/04/04 | 100 | 26.0000 | 2,600.00 | 900 | 5,067.63 | (18,872.37) |
| | 10/27/04 | 1,600 | 25.7100 | 41,136.00 | 11/04/04 | 300 | 25.9900 | 7,797.00 | 1,300 | 7,319.91 | (26,019.09) |
| | 10/27/04 | 1,700 | 26.5400 | 45,118.00 | 11/04/04 | 400 | 26.0000 | 10,400.00 | 1,300 | 7,319.91 | (27,398.09) |
| | 10/27/04 | 2,000 | 26.7500 | 53,500.00 | 11/04/04 | 2,500 | 26.0000 | 65,000.00 | (500) | (2,815.35) | 8,684.65 |
| | 10/27/04 | 2,000 | 26.7200 | 53,440.00 | 11/04/04 | 2,700 | 26.0000 | 70,200.00 | (700) | (3,941.49) | 12,818.51 |
| | 10/27/04 | 2,200 | 25.7000 | 56,540.00 | 11/08/04 | 15,000 | 25.0000 | 375,000.00 | (12,800) | (72,072.96) | 246,387.04 |
| | 10/27/04 | 2,400 | 26.3000 | 63,120.00 | 11/10/04 | 200 | 29.0000 | 5,800.00 | 2,200 | 12,387.54 | (44,932.46) |
| | 10/27/04 | 2,400 | 25.7000 | 61,680.00 | 11/10/04 | 400 | 28.9200 | 11,568.00 | 2,000 | 11,261.40 | (38,850.60) |
| | 10/27/04 | 3,000 | 25.7000 | 77,100.00 | 11/10/04 | 1,000 | 29.0000 | 29,000.00 | 2,000 | 11,261.40 | (36,838.60) |
| | 10/27/04 | 3,700 | 26.3300 | 97,421.00 | 11/10/04 | 1,800 | 29.0000 | 52,200.00 | 1,900 | 10,698.33 | (34,522.67) |
| | 10/27/04 | 4,400 | 26.5100 | 116,644.00 | 11/10/04 | 4,600 | 28.9000 | 132,940.00 | (200) | (1,126.14) | 15,169.86 |
| | 11/01/04 | 100 | 26.0500 | 2,605.00 | 11/10/04 | 5,000 | 28.9200 | 144,600.00 | (4,900) | (27,590.43) | 114,404.57 |
| | 11/01/04 | 100 | 26.0500 | 2,605.00 | 11/19/04 | 300 | 27.9100 | 8,373.00 | (200) | (1,126.14) | 4,641.86 |
| | 11/01/04 | 200 | 26.0500 | 5,210.00 | 11/19/04 | 1,000 | 27.9100 | 27,910.00 | (800) | (4,504.56) | 18,195.44 |
| | 11/01/04 | 400 | 26.0300 | 10,412.00 | 11/19/04 | 1,700 | 27.9100 | 47,447.00 | (1,300) | (7,319.91) | 29,715.09 |
| | 11/01/04 | 600 | 26.0500 | 15,630.00 | 11/19/04 | 2,000 | 27.9100 | 55,820.00 | (1,400) | (7,882.98) | 32,307.02 |

Class Period: 02/18/04 - 02/28/05

**Elan Corp. plc**

Elan Corp ADR Hold
price:                    $5.6307

| PLAINTIFF | PURCHASE TRANSACTIONS | | | | SALES TRANSACTIONS (1)(4) | | | | ESTIMATED VALUE | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | DATE | SHARES | SHARE COST | PURCHASE AMOUNT | DATE (3) | SHARES | SHARE PRICE | SALES AMOUNT | SHARES HELD | (2) | **ESTIMATED LOSSES** |
| | 11/01/04 | 900 | 26.0500 | 23,445.00 | 11/19/04 | 5,000 | 27.9000 | 139,500.00 | (4,100) | (23,085.87) | 92,969.13 |
| | 11/01/04 | 1,400 | 26.0500 | 36,470.00 | 11/19/04 | 5,000 | 28.2000 | 141,000.00 | (3,600) | (20,270.52) | 84,259.48 |
| | 11/01/04 | 2,900 | 26.0500 | 75,545.00 | 11/19/04 | 5,000 | 25.0000 | 125,000.00 | (2,100) | (11,824.47) | 37,630.53 |
| | 11/01/04 | 3,400 | 26.0500 | 88,570.00 | 11/23/04 | 200 | 27.1500 | 5,430.00 | 3,200 | 18,018.24 | (65,121.76) |
| | 11/03/04 | 800 | 26.9000 | 21,520.00 | 11/23/04 | 200 | 27.1600 | 5,432.00 | 600 | 3,378.42 | (12,709.58) |
| | 11/03/04 | 2,000 | 26.9000 | 53,800.00 | 11/23/04 | 1,100 | 27.1000 | 29,810.00 | 900 | 5,067.63 | (18,922.37) |
| | 11/03/04 | 2,200 | 26.9000 | 59,180.00 | 11/23/04 | 1,600 | 27.0900 | 43,344.00 | 600 | 3,378.42 | (12,457.58) |
| | 11/03/04 | 4,200 | 26.9000 | 112,980.00 | 11/23/04 | 2,400 | 27.0900 | 65,016.00 | 1,800 | 10,135.26 | (37,828.74) |
| | 11/03/04 | 5,000 | 26.9000 | 134,500.00 | 11/23/04 | 2,500 | 27.1500 | 67,875.00 | 2,500 | 14,076.75 | (52,548.25) |
| | 11/05/04 | 100 | 27.8400 | 2,784.00 | 11/24/04 | 1,500 | 26.9700 | 40,455.00 | (1,400) | (7,882.98) | 29,788.02 |
| | 11/05/04 | 100 | 27.8400 | 2,784.00 | 12/16/04 | 2,500 | 25.0000 | 62,500.00 | (2,400) | (13,513.68) | 46,202.32 |
| | 11/05/04 | 300 | 27.8400 | 8,352.00 | 12/17/04 | 100 | 26.6700 | 2,667.00 | 200 | 1,126.14 | (4,558.86) |
| | 11/05/04 | 700 | 27.8400 | 19,488.00 | 12/17/04 | 600 | 26.5600 | 15,936.00 | 100 | 563.07 | (2,988.93) |
| | 11/05/04 | 1,100 | 27.8500 | 30,635.00 | 12/17/04 | 800 | 26.6500 | 21,320.00 | 300 | 1,689.21 | (7,625.79) |
| | 11/05/04 | 1,200 | 27.8400 | 33,408.00 | 12/17/04 | 2,100 | 26.6500 | 55,965.00 | (900) | (5,067.63) | 17,489.37 |
| | 11/05/04 | 1,200 | 27.8400 | 33,408.00 | 12/17/04 | 2,400 | 26.5500 | 63,720.00 | (1,200) | (6,756.84) | 23,555.16 |
| | 11/05/04 | 1,400 | 27.8400 | 38,976.00 | 12/17/04 | 3,000 | 26.6500 | 79,950.00 | (1,600) | (9,009.12) | 31,964.88 |
| | 11/05/04 | 1,800 | 27.8500 | 50,130.00 | 12/17/04 | 32,500 | 25.0000 | 812,500.00 | (30,700) | (172,862.49) | 589,507.51 |
| | 11/05/04 | 2,100 | 27.8700 | 58,527.00 | 12/17/04 | 32,500 | 25.0000 | 812,500.00 | (30,400) | (171,173.28) | 582,799.72 |
| | 11/08/04 | 100 | 29.0500 | 2,905.00 | 12/17/04 | 147,500 | 25.0000 | 3,687,500.00 | (147,400) | (829,965.18) | 2,854,629.82 |
| | 11/08/04 | 100 | 29.0900 | 2,909.00 | 01/18/05 | 900 | 20.0000 | 18,000.00 | (800) | (4,504.56) | 10,586.44 |
| | 11/08/04 | 100 | 29.3000 | 2,930.00 | 01/19/05 | 100 | 28.6900 | 2,869.00 | | | (61.00) |
| | 11/08/04 | 200 | 29.3100 | 5,862.00 | 01/19/05 | 100 | 28.6900 | 2,869.00 | 100 | 563.07 | (2,429.93) |
| | 11/08/04 | 300 | 29.3000 | 8,790.00 | 01/19/05 | 200 | 28.6900 | 5,738.00 | 100 | 563.07 | (2,488.93) |
| | 11/08/04 | 300 | 29.4500 | 8,835.00 | 01/19/05 | 400 | 28.7200 | 11,488.00 | (100) | (563.07) | 2,089.93 |
| | 11/08/04 | 500 | 29.3000 | 14,650.00 | 01/19/05 | 400 | 28.6900 | 11,476.00 | 100 | 563.07 | (2,610.93) |
| | 11/08/04 | 500 | 29.3000 | 14,650.00 | 01/19/05 | 400 | 28.6900 | 11,476.00 | 100 | 563.07 | (2,610.93) |
| | 11/08/04 | 600 | 29.3000 | 17,580.00 | 01/19/05 | 500 | 28.6900 | 14,345.00 | 100 | 563.07 | (2,671.93) |
| | 11/08/04 | 700 | 29.3000 | 20,510.00 | 01/19/05 | 1,000 | 28.6900 | 28,690.00 | (300) | (1,689.21) | 6,490.79 |
| | 11/08/04 | 800 | 29.0900 | 23,272.00 | 01/19/05 | 1,000 | 28.6900 | 28,690.00 | (200) | (1,126.14) | 4,291.86 |
| | 11/08/04 | 900 | 29.0600 | 26,154.00 | 01/19/05 | 1,000 | 28.6500 | 28,650.00 | (100) | (563.07) | 1,932.93 |
| | 11/08/04 | 900 | 29.4800 | 26,532.00 | 01/19/05 | 1,000 | 28.7000 | 28,700.00 | (100) | (563.07) | 1,604.93 |
| | 11/08/04 | 1,000 | 29.3100 | 29,310.00 | 01/19/05 | 1,400 | 28.5800 | 40,012.00 | (400) | (2,252.28) | 8,449.72 |
| | 11/08/04 | 1,000 | 29.3000 | 29,300.00 | 01/19/05 | 1,600 | 28.6900 | 45,904.00 | (600) | (3,378.42) | 13,225.58 |
| | 11/08/04 | 1,000 | 29.3000 | 29,300.00 | 01/19/05 | 1,700 | 28.6200 | 48,654.00 | (700) | (3,941.49) | 15,412.51 |
| | 11/08/04 | 2,100 | 29.3100 | 61,551.00 | 01/19/05 | 2,000 | 28.6900 | 57,380.00 | 100 | 563.07 | (3,607.93) |
| | 11/08/04 | 4,000 | 29.0600 | 116,240.00 | 01/19/05 | 2,300 | 28.6300 | 65,849.00 | 1,700 | 9,572.19 | (40,818.81) |
| | 11/08/04 | 4,000 | 29.2700 | 117,080.00 | 01/19/05 | 2,500 | 22.5000 | 56,250.00 | 1,500 | 8,446.05 | (52,383.95) |
| | 11/08/04 | 4,100 | 29.0900 | 119,269.00 | 01/19/05 | 2,900 | 28.6200 | 82,998.00 | 1,200 | 6,756.84 | (29,514.16) |
| | 11/08/04 | 4,100 | 29.4800 | 120,868.00 | 01/19/05 | 3,000 | 28.5800 | 85,740.00 | 1,100 | 6,193.77 | (28,934.23) |
| | 11/08/04 | 4,700 | 29.4800 | 138,556.00 | 01/19/05 | 3,400 | 28.5800 | 97,172.00 | 1,300 | 7,319.91 | (34,064.09) |
| | 11/08/04 | 5,000 | 29.4500 | 147,250.00 | 01/19/05 | 4,100 | 28.5800 | 117,178.00 | 900 | 5,067.63 | (25,004.37) |
| | 11/08/04 | 5,000 | 29.1400 | 145,700.00 | 01/19/05 | 5,200 | 28.6000 | 148,720.00 | (200) | (1,126.14) | 1,893.86 |
| | 11/11/04 | 300 | 29.7100 | 8,913.00 | 01/19/05 | 6,300 | 28.7900 | 181,377.00 | (6,000) | (33,784.20) | 138,679.80 |
| | 11/11/04 | 1,700 | 29.7100 | 50,507.00 | 01/20/05 | 100 | 27.4000 | 2,740.00 | 1,600 | 9,009.12 | (38,757.88) |
| | 11/11/04 | 2,000 | 29.7200 | 59,440.00 | 01/20/05 | 400 | 27.4200 | 10,968.00 | 1,600 | 9,009.12 | (39,462.88) |
| | 11/15/04 | 100 | 30.2900 | 3,029.00 | 01/20/05 | 500 | 27.4300 | 13,715.00 | (400) | (2,252.28) | 8,433.72 |
| | 11/15/04 | 200 | 30.2900 | 6,058.00 | 01/20/05 | 600 | 27.4000 | 16,440.00 | (400) | (2,252.28) | 8,129.72 |
| | 11/15/04 | 200 | 30.2900 | 6,058.00 | 01/20/05 | 700 | 27.4200 | 19,194.00 | (500) | (2,815.35) | 10,320.65 |
| | 11/15/04 | 700 | 30.2500 | 21,175.00 | 01/20/05 | 700 | 27.4100 | 19,187.00 | | | (1,988.00) |
| | 11/15/04 | 1,200 | 30.3400 | 36,408.00 | 01/20/05 | 700 | 27.4200 | 19,194.00 | 500 | 2,815.35 | (14,398.65) |
| | 11/15/04 | 1,800 | 30.2500 | 54,450.00 | 01/20/05 | 900 | 27.4200 | 24,678.00 | 900 | 5,067.63 | (24,704.37) |
| | 11/15/04 | 1,800 | 30.3300 | 54,594.00 | 01/20/05 | 1,000 | 27.4000 | 27,400.00 | 800 | 4,504.56 | (22,689.44) |

Class Period: 02/18/04 - 02/28/05

**Elan Corp. plc**

Elan Corp ADR Hold price: $5.6307

| PLAINTIFF | PURCHASE TRANSACTIONS | | | | SALES TRANSACTIONS (1)(4) | | | | | ESTIMATED VALUE | |
| | DATE | SHARES | SHARE COST | PURCHASE AMOUNT | DATE (3) | SHARES | SHARE PRICE | SALES AMOUNT | SHARES HELD | (2) | ESTIMATED LOSSES |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 11/19/04 | 33,500 | 22.5000 | 753,750.00 | 01/20/05 | 1,100 | 27.4000 | 30,140.00 | 32,400 | 182,434.68 | (541,175.32) |
| | 11/19/04 | 65,000 | 20.0000 | 1,300,000.00 | 01/20/05 | 1,600 | 27.4200 | 43,872.00 | 63,400 | 356,986.38 | (899,141.62) |
| | 11/29/04 | 400 | 27.7900 | 11,116.00 | 01/20/05 | 2,400 | 27.4000 | 65,760.00 | (2,000) | (11,261.40) | 43,382.60 |
| | 11/29/04 | 2,600 | 27.8000 | 72,280.00 | 01/21/05 | 2,700 | 20.0000 | 54,000.00 | (100) | (563.07) | (18,843.07) |
| | 12/09/04 | 600 | 27.3800 | 16,428.00 | 01/21/05 | 4,800 | 20.0000 | 96,000.00 | (4,200) | (23,648.94) | 55,923.06 |
| | 12/09/04 | 900 | 28.2000 | 25,380.00 | 01/21/05 | 5,000 | 22.5000 | 112,500.00 | (4,100) | (23,085.87) | 64,034.13 |
| | 12/09/04 | 1,000 | 28.0700 | 28,070.00 | 01/21/05 | 10,000 | 20.0000 | 200,000.00 | (9,000) | (50,676.30) | 121,253.70 |
| | 12/09/04 | 1,000 | 28.1900 | 28,190.00 | 01/21/05 | 12,500 | 22.5000 | 281,250.00 | (11,500) | (64,753.05) | 188,306.95 |
| | 12/09/04 | 1,700 | 27.3800 | 46,546.00 | 01/21/05 | 16,400 | 20.0000 | 328,000.00 | (14,700) | (82,771.29) | 198,682.71 |
| | 12/09/04 | 2,700 | 27.3300 | 73,791.00 | 01/21/05 | 17,500 | 22.5000 | 393,750.00 | (14,800) | (83,334.36) | 236,624.64 |
| | 12/09/04 | 3,100 | 28.1900 | 87,389.00 | 01/21/05 | 17,500 | 22.5000 | 393,750.00 | (14,400) | (81,082.08) | 225,278.92 |
| | 12/09/04 | 5,000 | 27.4000 | 137,000.00 | 01/21/05 | 20,000 | 22.5000 | 450,000.00 | (15,000) | (84,460.50) | 228,539.50 |
| | 12/09/04 | 5,000 | 27.3500 | 136,750.00 | 01/21/05 | 20,200 | 20.0000 | 404,000.00 | (15,200) | (85,586.64) | 181,663.36 |
| | 12/10/04 | 200 | 27.8800 | 5,576.00 | 01/21/05 | 25,000 | 22.5000 | 562,500.00 | (24,800) | (139,641.36) | 417,282.64 |
| | 12/10/04 | 2,000 | 27.8800 | 55,760.00 | 01/21/05 | 30,000 | 20.0000 | 600,000.00 | (28,000) | (157,659.60) | 386,580.40 |
| | 12/10/04 | 2,800 | 27.8800 | 78,064.00 | 01/21/05 | 35,000 | 22.5000 | 787,500.00 | (32,200) | (181,308.54) | 528,127.46 |
| | 12/13/04 | 100 | 27.5000 | 2,750.00 | 01/24/05 | 200 | 26.0700 | 5,214.00 | (100) | (563.07) | 1,900.93 |
| | 12/13/04 | 100 | 27.6000 | 2,760.00 | 01/24/05 | 200 | 26.0900 | 5,218.00 | (100) | (563.07) | 1,894.93 |
| | 12/13/04 | 200 | 27.5000 | 5,500.00 | 01/24/05 | 200 | | 5,218.00 | | | (282.00) |
| | 12/13/04 | 300 | 27.5000 | 8,250.00 | 01/24/05 | 2,100 | 26.0900 | 54,789.00 | (1,800) | (10,135.26) | 36,403.74 |
| | 12/13/04 | 600 | 27.6000 | 16,560.00 | 01/24/05 | 2,200 | 25.9500 | 57,090.00 | (1,600) | (9,009.12) | 31,520.88 |
| | 12/13/04 | 800 | 27.6000 | 22,080.00 | 01/24/05 | 2,500 | 26.0900 | 65,225.00 | (1,700) | (9,572.19) | 33,572.81 |
| | 12/13/04 | 1,000 | 27.5000 | 27,500.00 | 01/24/05 | 2,800 | 26.0800 | 73,024.00 | (1,800) | (10,135.26) | 35,388.74 |
| | 12/13/04 | 1,100 | 27.5000 | 30,250.00 | 01/24/05 | 4,800 | 26.0700 | 125,136.00 | (3,700) | (20,833.59) | 74,052.41 |
| | 12/13/04 | 1,400 | 27.6000 | 38,640.00 | 01/25/05 | 100 | 25.4900 | 2,549.00 | 1,300 | 7,319.91 | (28,771.09) |
| | 12/13/04 | 2,100 | 27.6000 | 57,960.00 | 01/25/05 | 300 | 26.1900 | 7,857.00 | 1,800 | 10,135.26 | (39,967.74) |
| | 12/13/04 | 2,300 | 27.5000 | 63,250.00 | 01/25/05 | 1,000 | 25.4900 | 25,490.00 | 1,300 | 7,319.91 | (30,440.09) |
| | 12/13/04 | 5,000 | 27.4700 | 137,350.00 | 01/25/05 | 2,500 | 25.4900 | 63,725.00 | 2,500 | 14,076.75 | (59,548.25) |
| | 12/28/04 | 400 | 26.6900 | 10,676.00 | 01/25/05 | 3,400 | 25.4900 | 86,666.00 | (3,000) | (16,892.10) | 59,097.90 |
| | 12/28/04 | 800 | 26.6900 | 21,352.00 | 01/25/05 | 4,700 | 26.1200 | 122,764.00 | (3,900) | (21,959.73) | 79,452.27 |
| | 12/28/04 | 3,800 | 26.9300 | 102,334.00 | 01/25/05 | 5,000 | 26.1800 | 130,900.00 | (1,200) | (6,756.84) | 21,809.16 |
| | 12/31/04 | 100 | 27.3500 | 2,735.00 | 02/03/05 | 5,000 | 27.9300 | 139,650.00 | (4,900) | (27,590.43) | 109,324.57 |
| | 12/31/04 | 2,900 | 27.3500 | 79,315.00 | 02/03/05 | 5,000 | 27.9400 | 139,700.00 | (2,100) | (11,824.47) | 48,560.53 |
| | 01/04/05 | 200 | 27.6700 | 5,534.00 | 02/09/05 | 900 | 27.0100 | 24,309.00 | (700) | (3,941.49) | 14,833.51 |
| | 01/04/05 | 600 | 27.6900 | 16,614.00 | 02/09/05 | 2,100 | 27.0100 | 56,721.00 | (1,500) | (8,446.05) | 31,660.95 |
| | 01/04/05 | 4,200 | 27.7200 | 116,424.00 | 02/11/05 | 3,000 | 27.2800 | 81,840.00 | 1,200 | 6,756.84 | (27,827.16) |
| | 01/06/05 | 100 | 27.4700 | 2,747.00 | 02/17/05 | 3,000 | 27.3200 | 81,960.00 | (2,900) | (16,329.03) | 62,883.97 |
| | 01/06/05 | 100 | 27.4800 | 2,748.00 | 02/17/05 | 2,500 | 25.0000 | 62,500.00 | (2,400) | (13,513.68) | 46,238.32 |
| | 01/06/05 | 100 | 27.4700 | 2,747.00 | 02/17/05 | 6,700 | 7.5000 | 50,250.00 | (6,600) | (37,162.62) | 10,340.38 |
| | 01/06/05 | 100 | 27.4700 | 2,747.00 | 02/18/05 | 100 | 25.0000 | 2,500.00 | | | (247.00) |
| | 01/06/05 | 200 | 27.4700 | 5,494.00 | 02/18/05 | 300 | 25.0000 | 7,500.00 | (100) | (563.07) | 1,442.93 |
| | 01/06/05 | 600 | 27.4700 | 16,482.00 | 02/18/05 | 97,500 | 25.0000 | 2,437,500.00 | (96,900) | (545,614.83) | 1,875,403.17 |
| | 01/06/05 | 900 | 27.4800 | 24,732.00 | | | | | 900 | 5,067.63 | (19,664.37) |
| | 01/06/05 | 2,900 | 27.4800 | 79,692.00 | | | | | 2,900 | 16,329.03 | (63,362.97) |
| | 01/06/05 | 3,100 | 27.4700 | 85,157.00 | | | | | 3,100 | 17,455.17 | (67,701.83) |
| | 01/10/05 | 100 | 28.2800 | 2,828.00 | | | | | 100 | 563.07 | (2,264.93) |
| | 01/10/05 | 100 | 28.2800 | 2,828.00 | | | | | 100 | 563.07 | (2,264.93) |
| | 01/10/05 | 100 | 28.2800 | 2,828.00 | | | | | 100 | 563.07 | (2,264.93) |
| | 01/10/05 | 300 | 28.2800 | 8,484.00 | | | | | 300 | 1,689.21 | (6,794.79) |
| | 01/10/05 | 400 | 28.2800 | 11,312.00 | | | | | 400 | 2,252.28 | (9,059.72) |
| | 01/10/05 | 500 | 28.2800 | 14,140.00 | | | | | 500 | 2,815.35 | (11,324.65) |
| | 01/10/05 | 500 | 28.2800 | 14,140.00 | | | | | 500 | 2,815.35 | (11,324.65) |
| | 01/10/05 | 500 | 28.2800 | 14,140.00 | | | | | 500 | 2,815.35 | (11,324.65) |

Class Period: 02/18/04 - 02/28/05

**Elan Corp. plc**

Elan Corp ADR Hold
price:                                $5.6307

| PLAINTIFF | PURCHASE TRANSACTIONS | | | | SALES TRANSACTIONS (1)(4) | | | | ESTIMATED VALUE | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | DATE | SHARES | SHARE COST | PURCHASE AMOUNT | DATE (3) | SHARES | SHARE PRICE | SALES AMOUNT | SHARES HELD | (2) | **ESTIMATED LOSSES** |
| | 01/10/05 | 500 | 28.2800 | 14,140.00 | | | | | 500 | 2,815.35 | (11,324.65) |
| | 01/10/05 | 1,000 | 28.2800 | 28,280.00 | | | | | 1,000 | 5,630.70 | (22,649.30) |
| | 01/10/05 | 1,000 | 28.2800 | 28,280.00 | | | | | 1,000 | 5,630.70 | (22,649.30) |
| | 01/19/05 | 3,000 | 28.7000 | 86,100.00 | | | | | 3,000 | 16,892.10 | (69,207.90) |
| | 01/20/05 | 50,000 | 27.2500 | 1,362,500.00 | | | | | 50,000 | 281,535.00 | (1,080,965.00) |
| | 01/21/05 | 120,000 | 25.0000 | 3,000,000.00 | | | | | 120,000 | 675,684.00 | (2,324,316.00) |
| | 01/21/05 | 125,000 | 25.0000 | 3,125,000.00 | | | | | 125,000 | 703,837.50 | (2,421,162.50) |
| | 01/27/05 | 200 | 26.5500 | 5,310.00 | | | | | 200 | 1,126.14 | (4,183.86) |
| | 01/27/05 | 300 | 26.5500 | 7,965.00 | | | | | 300 | 1,689.21 | (6,275.79) |
| | 01/27/05 | 500 | 26.5500 | 13,275.00 | | | | | 500 | 2,815.35 | (10,459.65) |
| | 01/27/05 | 500 | 26.5500 | 13,275.00 | | | | | 500 | 2,815.35 | (10,459.65) |
| | 01/27/05 | 500 | 26.5500 | 13,275.00 | | | | | 500 | 2,815.35 | (10,459.65) |
| | 01/27/05 | 1,000 | 26.7000 | 26,700.00 | | | | | 1,000 | 5,630.70 | (21,069.30) |
| | 01/27/05 | 1,000 | 26.7000 | 26,700.00 | | | | | 1,000 | 5,630.70 | (21,069.30) |
| | 01/27/05 | 1,000 | 26.7000 | 26,700.00 | | | | | 1,000 | 5,630.70 | (21,069.30) |
| | 01/27/05 | 1,500 | 26.5500 | 39,825.00 | | | | | 1,500 | 8,446.05 | (31,378.95) |
| | 01/27/05 | 1,500 | 26.5500 | 39,825.00 | | | | | 1,500 | 8,446.05 | (31,378.95) |
| | 01/27/05 | 3,000 | 26.4900 | 79,470.00 | | | | | 3,000 | 16,892.10 | (62,577.90) |
| | 01/27/05 | 5,000 | 26.6000 | 133,000.00 | | | | | 5,000 | 28,153.50 | (104,846.50) |
| | 01/27/05 | 5,000 | 26.5500 | 132,750.00 | | | | | 5,000 | 28,153.50 | (104,596.50) |
| | 01/28/05 | 100 | 26.7100 | 2,671.00 | | | | | 100 | 563.07 | (2,107.93) |
| | 01/28/05 | 4,900 | 26.7200 | 130,928.00 | | | | | 4,900 | 27,590.43 | (103,337.57) |
| | 02/04/05 | 400 | 28.4400 | 11,376.00 | | | | | 400 | 2,252.28 | (9,123.72) |
| | 02/04/05 | 900 | 28.4300 | 25,587.00 | | | | | 900 | 5,067.63 | (20,519.37) |
| | 02/04/05 | 1,700 | 28.4500 | 48,365.00 | | | | | 1,700 | 9,572.19 | (38,792.81) |
| | 02/04/05 | 3,000 | 28.4100 | 85,230.00 | | | | | 3,000 | 16,892.10 | (68,337.90) |
| | 02/07/05 | 400 | 28.3500 | 11,340.00 | | | | | 400 | 2,252.28 | (9,087.72) |
| | 02/07/05 | 800 | 28.3700 | 22,696.00 | | | | | 800 | 4,504.56 | (18,191.44) |
| | 02/07/05 | 1,600 | 28.3600 | 45,376.00 | | | | | 1,600 | 9,009.12 | (36,366.88) |
| | 02/07/05 | 1,600 | 28.3700 | 45,392.00 | | | | | 1,600 | 9,009.12 | (36,382.88) |
| | 02/07/05 | 2,600 | 28.3600 | 73,736.00 | | | | | 2,600 | 14,639.82 | (59,096.18) |
| | 02/08/05 | 200 | 27.6700 | 5,534.00 | | | | | 200 | 1,126.14 | (4,407.86) |
| | 02/08/05 | 400 | 27.6700 | 11,068.00 | | | | | 400 | 2,252.28 | (8,815.72) |
| | 02/08/05 | 500 | 27.6400 | 13,820.00 | | | | | 500 | 2,815.35 | (11,004.65) |
| | 02/08/05 | 1,300 | 27.6800 | 35,984.00 | | | | | 1,300 | 7,319.91 | (28,664.09) |
| | 02/08/05 | 1,400 | 27.6800 | 38,752.00 | | | | | 1,400 | 7,882.98 | (30,869.02) |
| | 02/08/05 | 3,000 | 27.6800 | 83,040.00 | | | | | 3,000 | 16,892.10 | (66,147.90) |
| | 02/08/05 | 3,200 | 27.6500 | 88,480.00 | | | | | 3,200 | 18,018.24 | (70,461.76) |
| | 02/17/05 | 2,000 | 27.8300 | 55,660.00 | | | | | 2,000 | 11,261.40 | (44,398.60) |
| | 02/18/05 | 35,000 | 22.5000 | 787,500.00 | | | | | 35,000 | 197,074.50 | (590,425.50) |
| **Third Millennium Totals** | | 1,548,200 | | 35,160,486.00 | | 1,383,400 | | 29,791,402.00 | 164,800 | 927,939.36 | (4,441,144.64) |
| MN Services | 08/23/04 | 98,358 | 21.6753 | 2,131,934.73 | 11/30/04 | 1,549 | 26.2924 | 40,726.96 | 96,809 | 545,102.44 | (1,546,105.34) |
| | 08/31/04 | 4,239 | 22.5386 | 95,540.91 | | | | | 4,239 | 23,868.54 | (71,672.38) |
| | 08/31/04 | 2,488 | 22.5386 | 56,075.91 | | | | | 2,488 | 14,009.18 | (42,066.73) |
| | 09/30/04 | 1,215 | 23.4294 | 28,466.75 | | | | | 1,215 | 6,841.30 | (21,625.45) |
| | 10/18/04 | 60,000 | 22.5642 | 1,353,849.84 | | | | | 60,000 | 337,842.00 | (1,016,007.84) |
| | 10/29/04 | 4,063 | 25.8856 | 105,173.19 | | | | | 4,063 | 22,877.53 | (82,295.65) |
| | 10/29/04 | 1,893 | 25.8392 | 48,913.53 | | | | | 1,893 | 10,658.92 | (38,254.62) |
| | 11/30/04 | 3,322 | 26.2924 | 87,343.42 | | | | | 3,322 | 18,705.19 | (68,638.23) |
| **MN Services Totals** | | 175,578 | | 3,907,298.29 | | 1,549 | | 40,726.96 | 174,029 | 979,905.09 | (2,886,666.24) |

Class Period: 02/18/04 - 02/28/05 — **Elan Corp. plc**

Elan Corp ADR Hold price: $5.6307

| PLAINTIFF | DATE | SHARES | SHARE COST | PURCHASE AMOUNT | DATE (3) | SHARES | SHARE PRICE | SALES AMOUNT | SHARES HELD | ESTIMATED VALUE (2) | ESTIMATED LOSSES |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | PURCHASE TRANSACTIONS | | SALES TRANSACTIONS (1)(4) | | | | ESTIMATED VALUE | |
| ACTIVEST | 02/27/04 | 18,000 | 14.1866 | 255,358.66 | 10/21/04 | 2,200 | 22.7932 | 50,145.14 | 15,800 | 88,965.06 | (116,248.46) |
| | 03/01/04 | 2,000 | 14.3421 | 28,684.24 | 01/28/05 | 14,000 | 26.5768 | 372,075.05 | (12,000) | (67,568.40) | 275,822.42 |
| | 03/16/04 | 5,000 | 16.6077 | 83,038.49 | 02/28/05 | 300 | 8.4667 | 2,540.01 | 4,700 | 26,464.29 | (54,034.18) |
| | 06/02/04 | 8,950 | 23.2945 | 208,485.72 | 02/28/05 | 5,900 | 8.4667 | 49,953.61 | 3,050 | 17,173.64 | (141,358.47) |
| | 08/04/04 | 8,000 | 19.7359 | 157,886.81 | | | | | 8,000 | 45,045.60 | (112,841.21) |
| | 08/20/04 | 13,100 | 21.1904 | 277,594.24 | | | | | 13,100 | 73,762.17 | (203,832.07) |
| | 08/20/04 | 28,700 | 21.1904 | 608,164.48 | | | | | 28,700 | 161,601.09 | (446,563.39) |
| | 08/20/04 | 900 | 21.1904 | 19,071.36 | | | | | 900 | 5,067.63 | (14,003.73) |
| | 08/20/04 | 1,900 | 21.1904 | 40,261.76 | | | | | 1,900 | 10,698.33 | (29,563.43) |
| | 08/25/04 | 779 | 21.8044 | 16,985.63 | | | | | 779 | 4,386.32 | (12,599.31) |
| | 09/27/04 | 2,200 | 23.4059 | 51,492.92 | | | | | 2,200 | 12,387.54 | (39,105.38) |
| | 11/10/04 | 14,000 | 28.8340 | 403,675.75 | | | | | 14,000 | 78,829.80 | (324,845.95) |
| | 12/01/04 | 2,168 | 26.8255 | 58,157.60 | | | | | 2,168 | 12,207.36 | (45,950.24) |
| | 01/18/05 | 5,890 | 28.3836 | 167,179.40 | | | | | 5,890 | 33,164.82 | (134,014.58) |
| | 02/09/05 | 3,997 | 27.3269 | 109,225.60 | | | | | 3,997 | 22,505.91 | (86,719.69) |
| | 02/09/05 | 3,644 | 25.7904 | 93,980.06 | | | | | 3,644 | 20,518.27 | (73,461.79) |
| | 02/22/05 | 9,300 | 27.8467 | 258,974.16 | | | | | 9,300 | 52,365.51 | (206,608.65) |
| **ACTIVEST Totals** | | **128,528** | | **2,838,216.87** | | **22,400** | | **474,713.82** | **106,128** | **597,574.93** | **(1,765,928.12)** |
| Frank, Donald S. | Pre-class | 4,886 | | | 08/10/04 | 1,000 | 16.6340 | | | | |
| | | | | | 08/10/04 | 3,886 | 16.6000 | | | | |
| | | | | | | 4,886 | | | | | |
| | 03/01/04 | 900 | 14.9600 | 13,464.00 | 08/10/04 | 2,614 | 16.6000 | 43,392.40 | (1,714) | (9,651.02) | 20,277.38 |
| | 03/02/04 | 2,114 | 15.6900 | 33,168.66 | 08/13/04 | 600 | 16.5000 | 9,900.00 | 1,514 | 8,524.88 | (14,743.78) |
| | 03/03/04 | 2,000 | 17.1500 | 34,300.00 | 08/13/04 | 400 | 16.5200 | 6,608.00 | 1,600 | 9,009.12 | (18,682.88) |
| | 03/04/04 | 2,000 | 16.2000 | 32,400.00 | 11/09/04 | 5,000 | 29.3300 | 146,650.00 | (3,000) | (16,892.10) | 97,357.90 |
| | 03/05/04 | 1,000 | 16.7000 | 16,700.00 | 11/09/04 | 1,000 | 29.3000 | 29,300.00 | 0 | 0.00 | 12,600.00 |
| | 03/09/04 | 1,000 | 16.1100 | 16,110.00 | 11/09/04 | 800 | 29.3300 | 23,464.00 | 200 | 1,126.14 | 8,480.14 |
| | 03/09/04 | 1,000 | 17.1400 | 17,140.00 | 11/09/04 | 200 | 29.3400 | 5,868.00 | 800 | 4,504.56 | (6,767.44) |
| | 03/19/04 | 1,100 | 19.8200 | 21,802.00 | 11/09/04 | 3,000 | 29.2500 | 87,750.00 | (1,900) | (10,698.33) | 55,249.67 |
| | 03/22/04 | 2,000 | 19.1000 | 38,200.00 | 11/09/04 | 2,500 | 29.2970 | 73,242.50 | (500) | (2,815.35) | 32,227.15 |
| | 03/22/04 | 2,000 | 19.8300 | 39,660.00 | 11/09/04 | 300 | 29.2800 | 8,784.00 | 1,700 | 9,572.19 | (21,303.81) |
| | 03/23/04 | 1,000 | 19.9200 | 19,920.00 | 11/09/04 | 200 | 29.2600 | 5,852.00 | 800 | 4,504.56 | (9,563.44) |
| | 03/24/04 | 1,900 | 19.9000 | 37,810.00 | 11/15/04 | 1,200 | 29.3400 | 35,208.00 | 700 | 3,941.49 | 1,339.49 |
| | 03/24/04 | 100 | 19.9100 | 1,991.00 | 11/15/04 | 800 | 29.3300 | 23,464.00 | (700) | (3,941.49) | 17,531.51 |
| | 03/31/04 | 10,000 | 20.7500 | 207,500.00 | 03/02/05 | 1,000 | 7.9997 | 7,999.73 | 9,000 | 50,676.30 | (148,823.97) |
| | 03/31/04 | 5,000 | 20.7700 | 103,850.00 | 03/02/05 | 1,900 | 7.9997 | 15,199.50 | 3,100 | 17,455.17 | (71,195.33) |
| | 04/22/04 | 500 | 22.7500 | 11,375.00 | 03/02/05 | 100 | 7.9997 | 799.97 | 400 | 2,252.28 | (8,322.75) |
| | 04/22/04 | 2,000 | 22.7100 | 45,420.00 | 03/02/05 | 1,000 | 7.9997 | 7,999.73 | 1,000 | 5,630.70 | (31,789.57) |
| | 04/26/04 | 750 | 24.0000 | 18,000.00 | 03/02/05 | 2,000 | 7.9997 | 15,999.47 | (1,250) | (7,038.38) | (9,038.91) |
| | 05/06/04 | 5,000 | 21.4800 | 107,400.00 | 03/02/05 | 2,000 | 7.9997 | 15,999.48 | 3,000 | 16,892.10 | (74,508.42) |
| | 05/27/04 | 3,750 | 23.0900 | 86,587.50 | 03/02/05 | 500 | 7.9998 | 3,999.88 | 3,250 | 18,299.78 | (64,287.85) |
| | 07/02/04 | 500 | 25.2500 | 12,625.00 | 03/02/05 | 10,000 | 7.9700 | 79,700.00 | (9,500) | (53,491.65) | 13,583.35 |
| | 07/02/04 | 1,800 | 25.2200 | 45,396.00 | 03/02/05 | 8,100 | 7.9900 | 64,719.00 | (6,300) | (35,473.41) | (16,150.41) |
| | 07/02/04 | 200 | 25.2500 | 5,050.00 | 03/02/05 | 1,900 | 8.0000 | 15,200.00 | (1,700) | (9,572.19) | 577.81 |
| | 07/22/04 | 1,000 | 21.1500 | 21,150.00 | 03/02/05 | 10,500 | 7.9900 | 83,895.00 | (9,500) | (53,491.65) | 9,253.35 |
| | 07/22/04 | 1,500 | 21.1800 | 31,770.00 | 03/07/05 | 100 | 7.1183 | 711.83 | 1,400 | 7,882.98 | (23,175.19) |
| | 09/08/04 | 500 | 23.3900 | 11,695.00 | 03/07/05 | 1,900 | 7.1183 | 13,524.83 | (1,400) | (7,882.98) | (6,053.15) |
| | 09/08/04 | 200 | 23.3900 | 4,678.00 | 03/07/05 | 1,000 | 7.1183 | 7,118.33 | (800) | (4,504.56) | (2,064.23) |
| | 09/08/04 | 200 | 23.3900 | 4,678.00 | 03/07/05 | 5,000 | 7.1183 | 35,591.67 | (4,800) | (27,027.36) | 3,886.31 |

Class Period: 02/18/04 - 02/28/05         **Elan Corp. plc**

Elan Corp ADR Hold
price:     $5.6307

| PLAINTIFF | PURCHASE TRANSACTIONS | | | | SALES TRANSACTIONS (1)(4) | | | | | ESTIMATED VALUE | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | DATE | SHARES | SHARE COST | PURCHASE AMOUNT | DATE (3) | SHARES | SHARE PRICE | SALES AMOUNT | SHARES HELD | (2) | **ESTIMATED LOSSES** |
| | 09/08/04 | 100 | 23.3900 | 2,339.00 | 03/07/05 | 100 | 7.1183 | 711.83 | 0 | 0.00 | (1,627.17) |
| | 09/08/04 | 2,500 | 23.2500 | 58,125.00 | 03/07/05 | 1,000 | 7.1183 | 7,118.33 | 1,500 | 8,446.05 | (42,560.62) |
| | 11/19/04 | 2,000 | 28.0000 | 56,000.00 | 03/07/05 | 5,000 | 7.1183 | 35,591.67 | (3,000) | (16,892.10) | (37,300.43) |
| | 11/19/04 | 400 | 27.9400 | 11,176.00 | 03/07/05 | 2,900 | 7.1183 | 20,643.17 | (2,500) | (14,076.75) | (4,609.58) |
| | 11/19/04 | 200 | 27.9400 | 5,588.00 | 03/07/05 | 1,000 | 7.1183 | 7,118.33 | (800) | (4,504.56) | (2,974.23) |
| | 11/19/04 | 100 | 27.9400 | 2,794.00 | 03/07/05 | 1,000 | 7.1183 | 7,118.33 | (900) | (5,067.63) | (743.30) |
| | 11/19/04 | 1,100 | 27.9400 | 30,734.00 | | | | 0.00 | 1,100 | 6,193.77 | (24,540.23) |
| | 11/19/04 | 400 | 27.9400 | 11,176.00 | | | | 0.00 | 400 | 2,252.28 | (8,923.72) |
| | 11/19/04 | 1,000 | 27.3000 | 27,300.00 | | | | 0.00 | 1,000 | 5,630.70 | (21,669.30) |
| | 11/19/04 | 1,000 | 27.3000 | 27,300.00 | | | | 0.00 | 1,000 | 5,630.70 | (21,669.30) |
| | 11/19/04 | 100 | 27.9500 | 2,795.00 | | | | 0.00 | 100 | 563.07 | (2,231.93) |
| | 11/19/04 | 1,800 | 27.9200 | 50,256.00 | | | | 0.00 | 1,800 | 10,135.26 | (40,120.74) |
| | 11/19/04 | 1,200 | 27.9300 | 33,516.00 | | | | 0.00 | 1,200 | 6,756.84 | (26,759.16) |
| | 11/19/04 | 200 | 27.9500 | 5,590.00 | | | | 0.00 | 200 | 1,126.14 | (4,463.86) |
| | 11/19/04 | 4,000 | 27.7200 | 110,880.00 | | | | 0.00 | 4,000 | 22,522.80 | (88,357.20) |
| | 11/19/04 | 3,000 | 27.9900 | 83,970.00 | | | | 0.00 | 3,000 | 16,892.10 | (67,077.90) |
| | 11/19/04 | 1,000 | 27.9100 | 27,910.00 | | | | 0.00 | 1,000 | 5,630.70 | (22,279.30) |
| | 11/19/04 | 800 | 27.9500 | 22,360.00 | | | | 0.00 | 800 | 4,504.56 | (17,855.44) |
| | 11/19/04 | 100 | 27.9400 | 2,794.00 | | | | 0.00 | 100 | 563.07 | (2,230.93) |
| | 11/19/04 | 100 | 27.9600 | 2,796.00 | | | | 0.00 | 100 | 563.07 | (2,232.93) |
| | 11/24/04 | 2,000 | 27.5000 | 55,000.00 | | | | 0.00 | 2,000 | 11,261.40 | (43,738.60) |
| | 11/24/04 | 500 | 27.9900 | 13,995.00 | | | | 0.00 | 500 | 2,815.35 | (11,179.65) |
| | 11/24/04 | 2,000 | 27.4600 | 54,920.00 | | | | 0.00 | 2,000 | 11,261.40 | (43,658.60) |
| | 11/24/04 | 5,000 | 27.3800 | 136,900.00 | | | | 0.00 | 5,000 | 28,153.50 | (108,746.50) |
| **Frank, Donald S. Totals** | | 81,614 | | 1,876,054.16 | | 76,614 | | 946,242.99 | 5,000 | 28,153.50 | (901,657.67) |

Class Period: 02/18/04 - 02/28/05

**Elan Corp. plc**

Elan Corp ADR Hold price:    $5.6307

| PLAINTIFF | PURCHASE TRANSACTIONS | | | | SALES TRANSACTIONS (1)(4) | | | | | ESTIMATED VALUE | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | DATE | SHARES | SHARE COST | PURCHASE AMOUNT | DATE (3) | SHARES | SHARE PRICE | SALES AMOUNT | SHARES HELD | (2) | **ESTIMATED LOSSES** |
| Horatio Capital, LLC | Pre class | **2,200** | | | 11/17/04 | 2,000 | 29.2500 | | | | |
| | | | | | 12/16/04 | 200 | 25.0000 | | | | |
| | 11/19/04 | **30,000** | 22.5000 | 675,000.00 | 12/16/04 | 2,300 | 25.0000 | 57,500.00 | 27,700 | 155,970.39 | (461,529.61) |
| | 11/19/04 | **30,000** | 20.0000 | 600,000.00 | 12/17/04 | 12,500 | 25.0000 | 312,500.00 | 17,500 | 98,537.25 | (188,962.75) |
| | 12/13/04 | **100** | 27.5500 | 2,755.00 | 01/19/05 | 2,500 | 25.0000 | 62,500.00 | (2,400) | (13,513.68) | 46,231.32 |
| | 12/13/04 | **100** | 27.5500 | 2,755.00 | 01/21/05 | 1,000 | 25.0000 | 25,000.00 | (900) | (5,067.63) | 17,177.37 |
| | 12/13/04 | **100** | 27.9700 | 2,797.00 | 01/21/05 | 3,000 | 25.0000 | 75,000.00 | (2,900) | (16,329.03) | 55,873.97 |
| | 12/13/04 | **100** | 27.5500 | 2,755.00 | 01/21/05 | 5,000 | 25.0000 | 125,000.00 | (4,900) | (27,590.43) | 94,654.57 |
| | 12/13/04 | **200** | 27.9700 | 5,594.00 | 01/21/05 | 7,500 | 25.0000 | 187,500.00 | (7,300) | (41,104.11) | 140,801.89 |
| | 12/13/04 | **200** | 27.9700 | 5,594.00 | 01/21/05 | 30,000 | 25.0000 | 750,000.00 | (29,800) | (167,794.86) | 576,611.14 |
| | 12/13/04 | **500** | 27.9700 | 13,985.00 | 02/17/05 | 100 | 20.0000 | 2,000.00 | 400 | 2,252.28 | (9,732.72) |
| | 12/13/04 | **700** | 27.5500 | 19,285.00 | 02/17/05 | 300 | 20.0000 | 6,000.00 | 400 | 2,252.28 | (11,032.72) |
| | 01/10/05 | **100** | 28.3500 | 2,835.00 | 02/17/05 | 300 | 20.0000 | 6,000.00 | (200) | (1,126.14) | 2,038.86 |
| | 01/10/05 | **100** | 28.3500 | 2,835.00 | 02/18/05 | 200 | 20.0000 | 4,000.00 | (100) | (563.07) | 601.93 |
| | 01/10/05 | **400** | 28.3600 | 11,344.00 | 02/18/05 | 300 | 20.0000 | 6,000.00 | 100 | 563.07 | (4,780.93) |
| | 01/10/05 | **400** | 28.3500 | 11,340.00 | 02/18/05 | 500 | 20.0000 | 10,000.00 | (100) | (563.07) | (1,903.07) |
| | 01/11/05 | **1,500** | 28.4000 | 42,600.00 | 02/18/05 | 500 | 20.0000 | 10,000.00 | 1,000 | 5,630.70 | (26,969.30) |
| | 02/07/05 | **700** | 28.3200 | 19,824.00 | 02/18/05 | 600 | 20.0000 | 12,000.00 | 100 | 563.07 | (7,260.93) |
| | 02/07/05 | **800** | 28.3200 | 22,656.00 | 02/18/05 | 700 | 20.0000 | 14,000.00 | 100 | 563.07 | (8,092.93) |
| | 02/18/05 | **500** | 30.0000 | 15,000.00 | | | | | 500 | 2,815.35 | (12,184.65) |
| | 02/18/05 | **1,000** | 30.0000 | 30,000.00 | | | | | 1,000 | 5,630.70 | (24,369.30) |
| | 02/18/05 | **50,000** | 25.0000 | 1,250,000.00 | | | | | 50,000 | 281,535.00 | (968,465.00) |
| **Horatio Capital, LLC Totals** | | **117,500** | | **2,738,954.00  0** | | **67,300** | | **1,665,000.00  0** | **50,200** | **282,661** | **(791,292.86)** |
| **Total Losses** | | **2,936,041** | | **63,858,178.25** | | **1,903,552** | | **40,059,456.13** | **1,032,489** | | **(17,985,086.31)** |

(1) Sales have been applied to purchases on a FIFO basis.
(2) Held shares have been valued using an average closing price of $5.6307
(3) Sales within 90 days from the end of the class period were valued at the higher of the actual sale price and the average hold price from the end of the class period until the date of sale.
(4) Share data refers to ADR's traded on NYSE.

# EXHIBIT D

# Milberg Weiss Bershad & Schulman LLP

## The Firm's Practice, Achievements and Attorney Biographies

Milberg Weiss Bershad & Schulman LLP is the most respected and effective plaintiff law firm in the United States. Founded in 1965, the Firm now has more than 120 lawyers, with principal offices in New York City and additional offices in Boca Raton, Florida; Wilmington, Delaware; Washington, D.C.; Seattle, Washington; and Los Angeles, California. The Firm's practice focuses on the prosecution of class and complex actions in many fields of commercial litigation, emphasizing securities, corporate fiduciary, consumer, insurance, healthcare, antitrust, mass tort, human rights, and related areas of litigation.

In the Firm's early years, its founding partners, Lawrence Milberg and Melvyn I. Weiss, built a new area of legal practice in representing shareholders' interests under the then recently amended federal procedure Rule 23, which allowed securities fraud cases, among others, to proceed as class actions. In the following decades, the Firm's lawyers obtained decisions that established important legal precedents in many of their areas of practice, and prosecuted cases that set benchmarks in terms of case theories, organization, discovery, trial results, methods of settlement, and amounts recovered and distributed to clients and class members.

Important milestones included the Firm's involvement in the *U.S. Financial* litigation in the early 1970s, one of the earliest large class actions, which resulted in the recovery of over $50 million by purchasers of the securities of a failed real estate development company; the Ninth Circuit decision in *Blackie v. Barrack* in 1975, which established the fraud-on-the-market doctrine for securities fraud actions; co-lead counsel position in the *In re Washington Public Power Supply System (WPPSS) Securities Litigation*, a seminal securities fraud action in the 1980s in terms of complexity and amounts recovered; representation of the Federal Deposit Insurance Corp. in a year-long trial to recover banking losses from a major accounting firm, leading to a precedent-setting global settlement; attacking the Drexel-Milken "daisy chain" of illicit junk-bond financing arrangements with numerous cases that resulted in substantial recoveries for investors; representing life insurance policyholders defrauded by "vanishing premium" and other improper sales tactics and obtaining large recoveries from industry participants; and ground-breaking roles in the multi-front attack on deception and other improper activities in the tobacco industry.

Milberg Weiss remains at the forefront in its areas of practice. Recently, it has obtained eve-of-trial settlements totaling $460 million in the *Raytheon* securities fraud litigation, representing the lead plaintiff New York State Common Retirement Fund; settled lawsuits by physician and medical association clients against CIGNA Healthcare and Aetna, which brought benefits in excess of $900 million and sweeping changes to the industry; and continued its work as a lead counsel in broad-based multi-defendant actions concerning misconduct in connection with IPOs and mutual funds.

The Firm also has a general corporate and securities practice representing privately and publicly held corporations in the areas of capital formation, mergers and acquisitions, and other commercial transactions.

The Firm is consistently active in pro bono litigation, highlighted by its leadership role in cases leading to recoveries of some $6 billion from Swiss and German banks and companies to benefit victims of the Holocaust and its recent efforts representing claimants of the September 11 Victim Compensation Fund.

The Firm's lawyers come from many different professional backgrounds. They include former federal or state prosecutors, private defense attorneys, and government lawyers. The Firm's ability to pursue all types of fraud is augmented by its 16-person team of investigators, headed by a former agent for the Federal Bureau of Investigation, and its four full-time forensic accountants.

In 2003, the partners of Milberg Weiss Bershad Hynes & Lerach LLP decided to separate into two groups, with Milberg Weiss Bershad & Schulman LLP serving as the continuing Firm.

Milberg Weiss has been responsible for more than $45 billion in recoveries during the life of the Firm. Examples of cases in which the Firm has taken lead roles include the *WPPSS* litigation, which resulted in settlements totaling $775 million; the *Lincoln Savings and Loan Litigation*, with total recoveries of $240 million out of $288 million in estimated total losses; the *NASDAQ Market-Makers Antitrust Litigation*, which resulted in a $1.027 billion settlement; and actions against major life insurers, including Prudential and MetLife, where the Firm has recovered billions of dollars on behalf of policyholders who were the victims of alleged churning and other improper practices. In the securities fraud arena, the Firm's recent successes

include *Raytheon*, *Oxford Health Plans* (settlements totaling $300 million), and *Lucent Technologies* ($600 million settlement). In addition, the Firm currently plays major roles in the litigation arising from the two largest scandals in the financial community -- the *IPO Securities Litigation*, in which the Firm serves as Chair of Plaintiffs' Executive Committee, and the *Mutual Funds Litigation*, in which the Firm is Co-Chair of Plaintiffs' Counsel's Steering Committee.

The Firm also has leadership positions in many important non-securities cases throughout the country, including its representation of physician groups in the *Managed Care Litigation* discussed above, and its lead counsel role in a major derivative action on behalf of shareholders of the Walt Disney Company challenging employment and severance matters concerning former Disney president Michael Ovitz, which is currently being tried in Delaware Chancery Court. For more information, please visit www.milbergweiss.com.

# JUDICIAL COMMENDATIONS

In *In re September 11 Victim Compensation Fund*, Preliminary Hearing, Claim No. 212-003658 (Dec. 9 2003), Special Master Kenneth R. Feinberg stated the following regarding the Firm's commitment to the public interest:

> Let me say one more thing on the record before we adjourn, and please convey this to Mr. Weiss and to David Bershad. Once again, as I have learned over the years here in New York, the Milberg Weiss firm steps up to the plate in the public interest time and time again. The social conscience of the Milberg Weiss firm, acting through its excellent associates and partners, help deal with crises that confront the American people and others, and I am personally in the debt of Milberg Weiss for the work that it is doing, even under the gun with the December 22 deadline looming. I am once again in Milberg Weiss' debt for their extraordinary willingness to help out in the public interest, and I hope you'll relay that message back to the firm... they are second among none in terms of the public interest, and I'm very, very grateful, not only to you guys for doing this, but... for the firm's willingness to help out. I wanted to let everybody know that.

Mr. Feinberg echoed this sentiment in a subsequent hearing (September 11th Victim Compensation Fund Hearing before Special Master Kenneth R. Feinberg, May 11, 2004):

> I also note on the record that the pro bono service of the Milberg Weiss firm is well-known to lawyers and the public throughout the nation, and I'm grateful that this is one more example of how Milberg Weiss serves the nation.
>
> I want to note on the record the extraordinary professionalism and skill of counsel in the preparation of this claim. They have exhibited the finest character of the Bar, and I thank them for a job well done.

Milberg Weiss has been commended by countless judges all over the country for the quality of its representation in class action lawsuits. In *In re Rite Aid Corp. Securities Litigation*, 269 F. Supp. 2d 603, 611 (E.D. Pa. 2003), Judge Dalzell commented on the skill and efficiency of Milberg Weiss attorneys in litigating the complex case:

> At the risk of belaboring the obvious, we pause to say a specific word about… the skill and efficiency of the attorneys involved…Milberg Weiss [was] extraordinarily deft and efficient in handling this most complex matter… they were at least eighteen months ahead of the United States Department of Justice in ferreting out the conduct that ultimately resulted in the write-down of over $1.6 billion in previously reported Rite Aid earnings… In short, it would be hard to equal the skill class counsel demonstrated here.

In *In re Lucent Technologies, Inc. Securities Litigation*, No. 00 CV-621, slip op. at 14-15, 26 (D.N.J. Feb. 24, 2004), Judge Joel A. Pisano of the United States District Court for the District of New Jersey recently issued an Opinion approving the Settlement of the Lucent Technologies Securities Litigation, in which he complimented Milberg Weiss (Co-Lead Counsel for the Plaintiff Class) saying:

> [T]he attorneys representing the Plaintiffs are highly experienced in securities class action litigation and have successfully prosecuted numerous class actions throughout the United States. They are more than competent to conduct this action. Co-Lead Counsel diligently and aggressively represented Plaintiffs before this Court and in the negotiations that resulted in the Settlement . . . the efforts and ingenuity of Lead Plaintiffs and Lead Counsel resulted in an extremely valuable Settlement for the Benefit of the Class.

In *In re IKON Office Solutions, Inc. Securities Litigation*, 194 F.R.D. 166, 195 (E.D. Pa. 2000), where Milberg Weiss served as co-lead counsel, Judge Marvin Katz of the United States District Court for the

Eastern District of Pennsylvania commented on the skill and professionalism of plaintiffs' co-lead counsel:

> First, class counsel is of high caliber and has extensive experience in similar class action litigation…Each of the co-lead counsel firms has a national reputation for advocacy in securities class actions, and there is no doubt that this standing enhanced their ability both to prosecute the case effectively and to negotiate credibly. Similarly, defense counsel has a fine reputation and has displayed great skill in defending this complex class action. Their opposition to plaintiffs has been anything but token, and many of the battles on crucial issues were hard fought.

> Of particular note in assessing the quality of representation is the professionalism with which all parties comported themselves. The submissions were of consistently high quality, and class counsel has been notably diligent in preparing filings in a timely manner even when under tight deadlines. This professionalism was also displayed in class counsel's willingness to cooperate with other counsel when appropriate… This cooperation enabled the parties to focus their disputes on the issues that mattered most and to avoid pointless bickering over more minor matters.

In *In re NASDAQ Market-Makers Antitrust Litigation*, 187 F.R.D. 465, 474 (S.D.N.Y. 1998), in an opinion dated November 9, 1998, approving settlements totaling over $1.027 billion, Judge Sweet commented:

> Counsel for the Plaintiffs [Milberg Weiss] are preeminent in the field of class action litigation, and the roster of counsel for Defendants includes some of the largest, most successful and well regarded law firms in the country. It is difficult to conceive of better representation than the parties in this action achieved.

In *In re Prudential Insurance Co. of America Sales Practices Litigation*, 962 F. Supp. 572, 585-86 (D.N.J. 1997), vacated on other grounds, in approving the settlement of a nationwide class action against a life insurer for deceptive sales practices, where Milberg Weiss was co-lead counsel, Judge Wolin observed:

> [T]he results achieved by plaintiffs' counsel in this case in the face of significant legal, factual and logistical obstacles and formidable opposing counsel, are nothing short of remarkable.

> \* \* \*

> Finally, the standing and professional skill of plaintiffs' counsel, in particular Co-Lead Counsel, is high and undoubtedly furthered their ability to negotiate a valuable settlement and argue its merits before this Court. Several members of plaintiffs' counsel are leading attorneys in the area of class action litigation.

At the Fairness Hearing, Judge Wolin stated that "there is no doubt that Class Counsel have prosecuted the interests of the class members with the utmost vigor and expertise." *In re Prudential Ins. Co. of Am. Sales Practices Litigation*, 962 F. Supp. 450, 519 (D.N.J. 1997) (emphasis added).

In approving a $100 million settlement in *In re Prudential Securities Inc. Partnership Litigation*, 912 F. Supp. 97, 101 (S.D.N.Y. 1996), in which Milberg Weiss was one of the lead counsel, Judge Pollack noted that he had "had the opportunity at first hand to observe the quality of plaintiffs' class counsel's representation, both here and in prior complex litigation, and is impressed with the quality of Plaintiffs' Class Counsel."

In *Roy v. The Independent Order of Foresters*, Civ. No. 97-6225 (SKC) at 32 (D.N.J. Aug. 3, 1999), in his opinion on class certification, Judge Chesler noted:

> The firm of Milberg Weiss, which is co-lead counsel for the plaintiff, was also counsel for the plaintiff class in the Prudential case. Thus, the adequacy of the plaintiff's representation is beyond reproach. Furthermore, the tremendous and unprecedented settlements which the Milberg firm has helped to secure for the plaintiff classes in both this case and the Prudential case are a testament to counsel's vigorous pursuit of the class interests.

In *In re Buspirone Patent Litigation*, MDL Docket No. 1413 at 34:2-3 (S.D.N.Y. Nov. 6, 2003) (Final Approval Hearing Transcript), Judge Koeltl commented on plaintiffs' counsel:

> Let me say that the lawyers in this case have done a stupendous job.

In *Kruman v. Christie's International*, PLC, 00 Civ. 6322 (LAK) at 36:13-16 (S.D.N.Y. June 2, 2003) (Final Approval Hearing Transcript), Judge Kaplan commented on class counsel's representation:

> I have satisfied myself in examining these papers that counsel involved in this case pursued this very difficult matter tenaciously, with skill, and got what I view to be an excellent result.

# NOTEWORTHY CLIENTS

Countless individual investors, funds and institutions are represented by Milberg Weiss including:
• The New York State and Local Retirement System. Milberg Weiss was selected by former New York State Comptroller H. Carl McCall and current comptroller Alex G. Hevesi to serve as one of the firms acting as special counsel for securities class action and derivative litigation. Milberg Weiss is currently representing the N.Y. State Common Retirement Fund in substantial securities fraud actions against Bayer AG, the Raytheon Corp. and Chubb.
• The State of New Jersey Pension Fund. Milberg Weiss was competitively selected by the Treasurer of the State of New Jersey to represent the state's $86 billion pension fund in its securities litigation against Sears Roebuck & Co. New Jersey was appointed lead plaintiff and Milberg Weiss lead counsel, after hard-fought motion practice.
• State of Ohio. In October 2003, the Firm was appointed special securities litigation counsel for the State of Ohio by the Attorney General. Currently, the Firm is representing the Ohio Tuition Trust Authority in the Putnam Mutual Fund litigation currently pending in the District of Maryland.
• Commonwealth of Pennsylvania. Milberg Weiss was competitively selected as panel counsel by the Commonwealth of Pennsylvania's State Employees' Retirement System, a $28 billion dollar fund.
• The Teachers' Retirement System of The State of Illinois. This $22 billion dollar pension fund appointed Milberg Weiss to serve as monitoring and securities litigation counsel.
• Ontario Public Service Employees Union Pension Trust Fund ("OPTrust"). Milberg Weiss is representing OPTrust as Lead Plaintiff in a securities fraud action against Nortel involving accounting fraud and other related misrepresentations.
• SEIU Local 144 Nursing Home Pension Fund and Hotel Front Insurance Fund. Milberg Weiss has represented these combined funds in several securities class actions, including actions against Procter & Gamble Company and Microstrategy, Inc., which settled for $48 million and $155 million, respectively.
• The Federal Deposit Insurance Corporation. Milberg Weiss represented the FDIC in claims arising out of the failure of the Butcher brothers' Tennessee banking empire. The case ultimately settled for $425 million after a full jury trial as part of a massive global settlement among the FDIC, RTC and Ernst & Whinney.
• The West Virginia Employer - Teamsters Joint Counsel No. 84 Pension Trust and Locals 175 and 505 Pension Trust. Milberg Weiss has recently represented these Taft-Hartley pension funds as Lead Plaintiff in the Lucent Technologies Corp. Securities Litigation, which settled for $600 million.
• The Firm represented IBM Corporation with Cravath, Swaine & Moore in class and derivative suits asserted against IBM in New York courts. The derivative litigation has been dismissed and the class litigation was defeated on a motion for summary judgment, thereafter sustained on appeal.
• In addition, the Firm has represented individuals, governmental entities and major corporations including CBS Corporation; T.V. Azteca, Mexico's second largest television network; Phar-Mor, Inc., formerly a nationwide discount pharmacy chain, and others in complex financial litigation.

# PROMINENT CASES

• *In re Lucent Technologies, Inc. Securities Litigation*, No. 00cv621 (AJL) (D.N.J.). This settlement provides compensation of $600 million to aggrieved shareholders who purchased Lucent stock between October 1999 and December 2000.
• *In re Raytheon Securities Litigation*, 99 CV 12142 (E.D. Mass.). This case concerned claims that a major defense contractor failed to write down assets adequately on long term construction contracts. In May 2004, Raytheon and its auditor PricewaterhouseCoopers LLP settled for a total of $460 million.
• Milberg Weiss served as co-lead counsel in *In re Oxford Health Plans, Inc. Securities Litigation*, MDL Dkt. No. 1222 (CLB)

(S.D.N.Y.), in which settlements totaling $300 million in cash were approved by the Court in June 2003. Plaintiffs alleged that Oxford Health Plans, Inc. issued fraudulent financial statements that misstated its premium revenues and medical claims expense. KPMG LLP, Oxford's outside auditor, was also named as a defendant and was alleged to have issued a materially false and misleading audit opinion on Oxford's financial statements for the year ended December 31, 1996.

• In *In re Rite Aid Securities Litigation*, Master File No. 99-1349 (E.D. Pa.), Judge Stewart Dalzell approved class action settlements totaling $334 million against Rite Aid ($207 million), KPMG ($125 million -- the second largest amount ever recovered from an accounting firm in a federal securities class action, and the largest ever against an auditor in a case where the securities claims were limited to claims under section 10(b), which requires proof of knowing or reckless misconduct), and certain former executives of Rite Aid ($1.6 million).

• *In re Scheiner v. i2 Technologies, Inc.*, Civ. No. 3:01-CV-418-H (N.D. Tex.). May 2004 settlement of $84.85 million with i2 Technologies and certain individual defendants. Case alleged securities fraud against defendants relating to company's software product descriptions and alleged violations of Generally Accepted Accounting Principles.

• *In re Initial Public Offering Securities Litigation*, 21 MC 92 (S.D.N.Y.). The Initial Public Offering Securities Litigation consists of 309 separate class actions involving more than 300 IPOs marketed between 1998 and 2000. The actions are coordinated for pre-trial purposes before U.S. District Court Judge Shira A. Scheindlin in the Southern District of New York. The defendants consist of the companies brought public, certain of their officers and directors and 55 of the investment banks that brought them public and underwrote various follow-on offerings. The lawsuits generally allege that the IPOs of these companies were manipulated by the investment banks to artificially inflate the market price of those securities and to conceal the amounts of compensation actually received by the underwriters and that these efforts were not disclosed to the investing public. A proposed settlement between the issuer defendants and their directors and officers and the plaintiffs has been preliminarily presented to the Court for review. The settlement would guarantee at least (or the first) $1 billion dollars to investors who are class members from the insurers of the issuers. The $1 billion guarantee is subject to reduction by potential recoveries from the 55 Underwriter Defendants against whom the cases will continue. A preliminary hearing has yet to be scheduled by the Court. Recently, Judge Scheindlin granted plaintiffs' motions for class certification in six class actions against the Underwriter Defendants, which were selected to serve as test cases.

• In *In re Mutual Funds*, Milberg Weiss has been appointed as the co-chair of the plaintiffs' counsel's steering committee, which is responsible for prosecuting this ground-breaking litigation involving timing and late trading allegations against (and on behalf of) more than 16 mutual fund families and affiliated entities. Pursuant to an order by the Panel for Multidistrict Litigation, these cases are proceeding before four judges in the District of Maryland. As co-chair, Milberg Weiss is responsible for overseeing a steering committee comprised of approximately 10 firms which are working together to prosecute this highly complex litigation.

• The Firm was lead counsel in *In re Prudential Insurance Co. Sales Practice Litigation*, Civ. No. 95-4707 (AMW) (D.N.J.), a landmark case which concerned securities claims as well as common law claims and which resulted in a recovery exceeding $4 billion for Prudential policyholders. The settlement was approved in a comprehensive decision handed down by the Third Circuit. Milberg Weiss has led the litigation of numerous other class actions involving alleged churning practices by other insurance companies and their agents, recovering billions of dollars in actions against major insurers, including MetLife, American Express/IDS, New York Life, ManuLife and John Hancock.

• In *In re NASDAQ Market-Makers Antitrust Litigation*, MDL 1023 (S.D.N.Y.), Milberg Weiss served as court-appointed co-lead counsel for a class of investors. The class alleged that the NASDAQ market-makers set and maintained

wide spreads pursuant to an industry-wide conspiracy in one of the largest and most important antitrust cases in recent history. After three and one half years of intense litigation, the case was settled for a total of $1.027 billion, the largest antitrust settlement ever.

• *In re Washington Public Power Supply System Securities Litigation*, MDL 551 (D. Ariz.). A massive litigation in which Milberg Weiss served as co-lead counsel for a class that obtained settlements totaling $775 million after several months of trial.

• In *In re American Continental Corp./Lincoln Savings & Loan Securities Litigation*, MDL 834 (D. Ariz.), Milberg Weiss served as the court-appointed co-lead counsel for a class of persons who purchased debentures and/or stock in American Continental Corp., the parent company of the now-infamous Lincoln Savings & Loan. The suit charged Charles Keating, other insiders, three major accounting firms, three major law firms, Drexel Burnham, Michael Milken and others with racketeering and violations of securities laws. Recoveries totaled $240 million on $288 million in losses. A jury also rendered verdicts of more than $1 billion against Keating and others.

• *In re Exxon Valdez*, No. A89-095 Civ. (D. Alaska) and *In re Exxon Valdez Oil Spill Litigation*, 3 AN-89-2533 (Alaska Super. Ct. 3d Jud. Dist.). Milberg Weiss is a member of the Plaintiffs' Coordinating Committee and co-chair of Plaintiffs' Law Committee in the massive litigation resulting from the Exxon Valdez oil spill in Alaska in March 1989. A jury verdict of $5 billion was obtained and is currently on appeal.

• In *In re Managed Care Litigation*, MDL 1334 (S.D. Fla.). Final approval of a settlement between a nationwide class of physicians and defendant CIGNA Healthcare valued in excess of $500 million dollars was granted on April 22, 2004. A similar settlement valued in excess of $400 million involving a nationwide class of physicians and Aetna was approved by the Court on November 6, 2003. The settlements stem from a series of lawsuits filed in both state and federal court by physicians and medical associations currently pending against many of the nation's largest for-profit health insurers

arising from conduct involving issues dating back to 1990. These settlements bring sweeping changes to the health care industry and involve improvements to physician-related business practices and provide for the establishment of an independent foundation dedicated to improving the quality of health care in America.

• *In re Baldwin United Annuity Litigation*, No. M-21-35 (S.D.N.Y.). Milberg Weiss served as co-lead counsel in this consolidated proceeding on behalf of purchasers of annuities that was settled for over $160 million.

• *In re MicroStrategy, Inc. Securities Litigation*, No. 00-473-A (E.D. Va.). Milberg Weiss served as co-lead counsel in this action, which alleged securities fraud based on a massive restatement. Settlements with the defendants totaled in excess of $150 million.

• *In re Sunbeam Securities Litigation* (No. 98-8258) (S.D. Fla) Milberg Weiss acted as co-lead counsel for the class. Plaintiffs alleged that Sunbeam, its auditor, and its management engaged in a massive accounting fraud which led to a restatement of over three years of previously reported financial results. The Court approved a combined settlement of over $140 million. The settlement amount included a $110 million settlement with Arthur Andersen, LLP, Sunbeam's auditor. The Andersen settlement is one of the largest amounts ever paid by a public accounting firm to settle claims brought under the federal securities laws. The settlement with the individuals was achieved on the eve of trial, and ended almost four years of litigation against Andersen and Sunbeam's insiders, including Albert Dunlap, Sunbeam's former Chairman and CEO. The settlement included a personal contribution from Dunlap of $15 million.

• In *In re Computer Associates Securities Litigation*, Nos. 98-CV-4839, 02-CV-1226 (TCP) (E.D.N.Y.), Milberg Weiss served as co-lead counsel and obtained a pretrial settlement valued at over $134 million in these securities fraud class actions.

• In *In re IKON Office Solutions, Inc. Securities Litigation*, MDL 1318, Docket No. 98-4286 (E.D. Pa.), Milberg Weiss served as co-lead counsel and obtained a pretrial settlement of $111 million in this securities fraud class action.

• In *In re W.R. Grace & Co. (Official Committee of Asbestos Personal Injury Claimants v. Sealed Air. Corp. and Official Committee of Asbestos Personal Injury Claimants v. Fresenius Medical Care Holdings, Inc.)*, Nos. 02-2210 and 02-2211 (D. Del.), Milberg Weiss acted as lead counsel for the asbestos personal injury and property damage committees in two separate fraudulent conveyance actions within the W.R Grace bankruptcy. The actions sought to return the assets of Sealed Air Corporation and Fresenius Medical Care Holdings (each of which had been Grace subsidiaries pre-bankruptcy) to the W.R. Grace bankruptcy estate. Complaints in both cases were filed in mid-March 2002, and agreements in principle in both cases were reached on November 27, 2002, the last business day before trial was set to begin in the Sealed Air matter. The total of the two settlements, which consisted of both cash and stock, was approximately $1 billion.

• In re *Kruman v. Christie's International, PLC*, 284 No. 01-7309 (S.D.N.Y.), resulted in the first U.S. Court of Appeals holding that antitrust class actions on behalf of all purchasers injured worldwide can be brought in U.S. courts under U.S. law when an antitrust conspiracy has sufficient effects in the U.S. Decided in March 2002; led to successful settlement in 2003 of claims against Christie's and Sotheby's on behalf of purchasers and sellers at auctions outside the U.S.

• In re *Tyco International Ltd., Securities Litigation*, MDL Docket No. 02-1335-B (D.N.H.). Milberg Weiss is co-lead counsel in this litigation, which involves claims under the Securities Act of 1933 and the Securities Exchange Act of 1934 against Tyco and its former CEO, CFO, general counsel and certain former directors that arise out of Tyco's $5.8 billion overstatement of income and $900 million in insider trading, plus hundreds of millions of dollars looted by insiders motivated to commit the fraud. Claims are also made under the 1933 and 1934 Acts against PricewaterhouseCoopers, LLP, which is alleged to have published false audit opinions on Tyco's financial statements during the Class Period and to have failed to audit Tyco properly, despite knowledge of the fraud. In October 2004, the Court sustained the vast majority of plaintiffs' claims against Tyco and its former senior officers (Dennis Kozlowski, Mark Swartz, Mark Belnick and Frank Walsh), with the exception of one director, as well as Tyco's auditor, PwC.

• In re *Nortel Networks Corp. Securities Litigation*, Civ. No. 01-CV-1855-RMB (S.D.N.Y.). This federal securities fraud class action was commenced in February 2001 against Nortel Networks Corp. and certain of its officers and directors. In February 2002, Milberg Weiss was appointed to serve as sole Lead Counsel for the Class and for the Court-appointed Lead Plaintiff, the Trustees of the Ontario Public Service Employees' Union Pension Plan Trust Fund. In January 2003, the Court sustained the Complaint in its entirety, denying defendants' motion to dismiss and, in September 2003, certified a Class. In certifying the Class, the Court specifically rejected defendants' argument that those who traded in Nortel securities on the Toronto Stock Exchange (and not the New York Stock Exchange) should be excluded from the Class. The Second Circuit denied defendants' attempted appeal.

• In re *Xerox Securities Litigation*, No. 3:99-CV-2374 (AWT) (D. Conn.) and *Carlson v. Xerox Corp.*, No. 3:00-CV-1621 (AWT) (D. Conn.). Milberg Weiss was appointed co-lead counsel in both of these cases. The first case was brought on behalf of a class of purchasers of Xerox common stock from October 22, 1998 (when Xerox first claimed that it was benefiting from a restructuring) through October 7, 1999 (when Xerox finally disclosed the massive problems with the restructuring that affected its operations and the impact of these problems on its revenues) and alleged misrepresentations regarding Xerox's restructuring. The second case was brought on behalf of a class of purchasers of Xerox common stock from February 17, 1998 through June 28, 2002 and alleged misrepresentations and failure to disclose massive accounting improprieties. As a result of these alleged accounting improprieties, on June 28, 2002 (the last day of the Class Period), Xerox issued a $6.4 billion restatement of equipment sales revenues booked over a five year period.

• *In re The Walt Disney Company Derivative Litigation*, C.A. No. 15452 (Del. Ch., New Castle County). Challenge to Employment Agreement which Board of Directors never reviewed or approved and to payment of severance package without Board oversight. This action is currently being tried in the Delaware Chancery Court.

• Milberg Weiss is prosecuting numerous class actions involving a major area of investment abuse: deceptive sales of deferred annuity tax shelters to investors for placement in retirement plans that are already tax-qualified. In *Nelson v. Pacific Life Ins. Co.*, No. CV203-131 (S.D. Ga.) the district court denied defendants' motion to dismiss and discovery is underway. In *American United Life Insurance Co. v. Douglas*, No. 29A02-0304-CV-350 (Ind. Ct. App.), denial of defendant's summary judgment motion was sustained on interlocutory appeal. The SEC and NASD have begun regulatory programs to address these problems.

• Milberg Weiss is co-lead counsel in *In re Vivendi Universal, S.A. Securities Litigation*, 02 Civ. 5571 (RJH), a securities fraud class action on behalf of U.S. and foreign investors who purchased Vivendi ordinary shares or American Depository Shares. Plaintiffs allege that Vivendi embarked on a $77 billion acquisition spree in order to transform itself into a huge international conglomerate. Throughout the Class Period (October 30, 2000 through August 14, 2002), defendants (and in particular, Vivendi's former CEO and Chairman, Jean-Marie Messier, and Vivendi's former CFO, Guillaume Hannezo) reported strong revenue and earnings, and portrayed Vivendi as a company that was generating sufficient cash flow to satisfy its debt obligations on approximately $21 billion in debt that it had amassed in connection with financing its acquisition binge. However, plaintiffs allege that Vivendi's operations and financial condition were much weaker than what their public statements portrayed. Plaintiffs have already defeated defendants' motions to dismiss the complaint, and are in the midst of discovery that will take place in the U.S. and France (where French regulators are conducting their own formal investigations).

• *Rabi Abdullahi v. Pfizer, Inc.*, 01 Civ. 8118 (WHP), (S.D.N.Y.). This is a case in which the Firm has brought claims under the Alien Tort Claims act on behalf of Nigerian children and their families who were enrolled in a clinical trial of a drug by Pfizer without their knowledge. Plaintiff alleges that Pfizer's conduct violated the international prohibition on medical experimentation without informed consent when children suffering from meningitis, whose families had brought them to a local hospital for treatment, were secretly enrolled in a clinical trial of the Pfizer drug, Trovan. Plaintiff survived a motion to dismiss for failure to state a claim. The action was then dismissed on forum non-conveniens grounds but the Second Circuit vacated that decision. The case is now back before the trial court.

• In *In re General Instrument Corp. Securities Litigation*, No. 01-3051 (LR) (E.D. Pa.), Milberg Weiss served as co-lead counsel and obtained a pretrial settlement of $48 million in this securities fraud class action.

• *In re Triton Energy Limited Securities Litigation*, Civil Action No. 5-98-CV-256 (E.D. Tex. Texarkana Division), settled for $42 million. Plaintiffs alleged that defendant's misrepresented, among other things, the nature, quality, classification and quantity of Triton's Southeast Asia oil and gas reserves during the period March 30, 1998 through July 17, 1998.

• In *Andrews v. AT&T,* No. CV 191-175 (S.D. Ga.). The Firm represented a class of persons who paid for premium-billed "900-number" calls that involved allegedly deceptive games of chance, starting in 1993. Defendants included major long-distance companies, which approved the call programs and billed for the calls. Defendant MCI settled for $60 million in benefits; the class against AT&T was decertified on appeal and the Firm prosecuted the individual plaintiffs' claims, obtaining a jury verdict in 2003 for compensatory and punitive damages.

# PRECEDENT-SETTING DECISIONS

Milberg Weiss has consistently been a leader in developing the law for investors and consumers under the federal securities, antitrust and consumer protection laws. The Firm has represented individual and institutional plaintiffs in hundreds of class action litigations in federal and state courts throughout the country. In most of those cases, Milberg Weiss has served as lead or co-lead counsel for the class. The Firm has also been responsible for establishing many important precedents, including:

• *Blackie v. Barrack*, 524 F.2d 891 (9th Cir. 1975), cert. denied, 429 U.S. 816 (1976). This is the seminal appellate decision on the use of the "fraud-on-the-market" theory, allowing investors who purchase stock at artificially inflated prices to recover even if they were personally unaware of the false and misleading statements reflected in the stock's price. The court stated that class actions are necessary to protect the rights of defrauded purchasers of securities.

• *Novak v. Kasaks*, 216 F.3d 300 (2d Cir. 2000). The Firm was lead counsel in this seminal securities fraud case in which the Second Circuit undertook an extensive analysis of the statutory text and the legislative history of the PSLRA and pre-existing Second Circuit case law. Among other things, the Second Circuit held that the PSLRA's pleading standard for scienter was largely equivalent to the pre-existing Second Circuit standard and vacated the district court's dismissal which sought to impose a higher standard for pleading scienter under the PSLRA. The Second Circuit also rejected any general requirement that plaintiffs' confidential sources must be disclosed to satisfy the PSLRA's newly-enacted particularity requirements.

• *In re Cabletron Systems, Inc.*, 311 F.3d 11 (1st Cir. 2002). The First Circuit joined the Second Circuit in allowing a complaint to be based on confidential sources. The Court also accepted the argument made by Milberg Weiss that courts should consider the amount of discovery that has taken place in deciding a motion to dismiss and that the lack of discovery will result in a less stringent standard for pleading securities fraud claims with particularity.

• *Gebhardt v. ConAgra Foods, Inc.*, 335 F.3d 824 (8th Cir. 2003). This important decision upheld plaintiffs' claim that loss causation was properly alleged because "[p]aying more for something than it is worth is damaging." In so ruling, the Eighth Circuit reaffirmed a split on the issue of loss causation between circuits that measure loss as the difference between purchase price and the stock's true value at the date of purchase, and circuits that require that the alleged fraud cause a subsequent decline in value of the original investment. The issue is currently the subject of a case pending before the Supreme Court.

• *In re Advanta Corp. Securities Litigation*, 180 F.3d 525 (3d Cir. 1999). Here, the Firm successfully argued that, under the PSLRA, the requisite scienter is pled by making an adequate showing that the defendants acted knowingly or with reckless disregard for the consequences of their actions. As urged by this Firm, the Third Circuit specifically adopted the Second Circuit's scienter pleading standard for pleading fraud under the PSLRA.

• *In re NASDAQ Market-Makers Antitrust Litigation*, 169 F.R.D. 493 (S.D.N.Y. 1996). The court certified a class of millions of investors, who were harmed by an industry-wide conspiracy where NASDAQ market-makers set and maintained wide spreads, over defendants' strenuous objections.

• *In re Initial Public Offering Securities Litigation*, 241 F. Supp. 2d 281 (S.D.N.Y. 2003). The Court sustained, in large part, the plaintiffs' complaints against more than 50 underwriters of high-tech stocks in one of the most comprehensive decisions issued under the securities laws. Milberg Weiss serves as the Chair of Plaintiffs' Executive Committee in this landmark litigation.

• *Asher v. Baxter International, Inc.*, 377 F.3d 727 (7th Cir. 2004). In reversing and remanding the dismissal by the District Court, the Seventh Circuit resolved an important issue involving the PSLRA "safe harbor" for forward-looking

statements in plaintiffs' favor. The Court held that whether a cautionary statement is meaningful is an issue of fact, because whether a statement is meaningful or not depends in part on what the defendant knew as well as other issues of fact. Thus, this issue is not appropriately resolved on a motion to dismiss.

• In *In re Vivendi Universal, S.A. Securities Litigation*, 2003 U.S. Dist. LEXIS 19431 (S.D.N.Y. Nov. 3, 2003), Judge Harold Baer upheld plaintiffs' claims under Section 10(b) of the Securities Exchange Act of 1934, which alleged that Vivendi and two of its former executives (CEO Jean-Marie Messier and CFO Guillaume Hannezo) did not disclose to investors that: (1) Vivendi's corporate acquisition programs had brought Vivendi to the brink of a potentially catastrophic liquidity crisis; (2) although it consolidated the financial results of several majority owned subsidiaries, Vivendi did not have access to the cash flows of these entities; (3) Vivendi failed to write down billions of dollars of impaired goodwill from prior acquisitions; and (4) one of Vivendi's U.S. subsidiaries improperly recognized revenue "up front" on the full value of long term contracts. The case is particularly notable because the court held that because of defendants' activities in New York promoting Vivendi stock, defendants' conduct was more than "merely prepatory" to the alleged fraudulent scheme, and thus the court had jurisdiction not only over purchasers of Vivendi ADRs on the NYSE, but also over the claims of foreign purchasers who purchased Vivendi ordinary shares on foreign exchanges.

• In *Hunt v. Alliance North American Government Income Trust, Inc.*, 159 F.3d 723 (2d Cir. 1998), the Second Circuit reversed the district court's ruling, which denied plaintiffs a cause of action against defendants for failing to disclose that the Trust was unable to utilize proper "hedging" techniques to insure against risk of loss. In the Court's view, taken together and in context, the Trust's representations would have misled a reasonable investor.

• In *Shaw v. Digital Equip. Corp.*, 82 F.3d 1194 (1st Cir. 1996), the First Circuit remanded plaintiffs' action after affirming, in part, Milberg Weiss' position that in association with the filing of a prospectus related to the issuance of

securities, a corporate-issuer must disclose intra-quarter, materially adverse changes in its business, if such adverse changes constitute "material changes" the disclosure of which is required pursuant to the Securities Act of 1933.

• *In re Salomon, Inc. Shareholders Derivative Litigation*, 68 F.3d 554 (2d Cir. 1995). The Second Circuit affirmed the district court's holding that derivative federal securities claims against defendants would not be referred to arbitration pursuant to the arbitration provisions of the Rules of the New York Stock Exchange, but would be tried in district court. Shortly thereafter, the case settled for $40 million, which is among the largest cash recoveries ever recorded in a derivative action.

• *Kamen v. Kemper Financial Services*, 500 U.S. 90 (1991). The Supreme Court upheld the right of a stockholder of a mutual fund to bring a derivative suit without first making a pre-suit demand.

• *Goldman v. Belden*, 754 F.2d 1059 (2d Cir. 1985). The Second Circuit reversed the district court's dismissal of a securities fraud complaint, in an important opinion clarifying the "fraud" pleading requirements of Federal Rules of Civil Procedure, Rule 9(b).

• *Mosesian v. Peat, Marwick, Mitchell & Co.*, 727 F.2d 873 (9th Cir.), cert. denied, 469 U.S. 932 (1984). The Ninth Circuit upheld an investor's right to pursue a class action against an accounting firm, adopting statute of limitation rules for §10(b) suits that are favorable to investors.

• *Hasan v. CleveTrust Realty Investors*, 729 F.2d 372 (6th Cir. 1984). The Sixth Circuit very strictly construed, and thus narrowed, the ability of a "special litigation committee" of the board of a public company to terminate a derivative action brought by a shareholder.

• *Cowin v. Bresler*, 741 F.2d 410 (D.C. Cir. 1984). The Court of Appeals reversed the lower court's dismissal of the complaint. The Firm had sought the extraordinary remedy of the appointment of a receiver over the affairs of a public company due to the highly specific allegations of fraud, dishonesty and gross mismanagement by the corporation's controlling shareholders.

• *Fox v. Reich & Tang, Inc.*, 692 F.2d 250 (2d Cir. 1982), aff'd sub nom, *Daily Income Fund, Inc. v. Fox*, 464 U.S. 523 (1984). The court held that a derivative action to recover excessive advisory fees may be brought on behalf of an investment company without any prior demand on the board.

• *Rifkin v. Crow*, 574 F.2d 256 (5th Cir. 1978). The Fifth Circuit reversed an order granting summary judgment for defendants in a §10(b) case, paving the way for future acceptance of the "fraud-on-the-market" rationale in the Fifth Circuit.

• *Bershad v. McDonough*, 300 F. Supp. 1051 (N.D. Ill. 1969), aff'd, 428 F.2d 693 (7th Cir. 1970). The plaintiff obtained summary judgment for a violation of §16(b) of the Securities Exchange Act in which the transaction was structured by the defendants to look like a lawful option. The decision has been cited frequently in discussions as to the scope and purpose of §16(b).

• *Heit v. Weitzen*, 402 F.2d 909 (2d Cir. 1968), rev'g, 260 F. Supp. 598 (S.D.N.Y. 1966). The court held that liability under §10(b) of the Securities Exchange Act extends to defendants who were not in privity with the named plaintiffs or the class represented by the named plaintiffs.

• *In re Cox v. Microsoft*, No. 03-2922 (App. Div. 1st Dep't, June 2004). First appellate ruling in New York state courts that class actions may be pursued in the New York state courts for some antitrust violations on behalf of indirect purchasers under New York deceptive practices laws as well as common law claims for unjust enrichment. May open the door to class action recovery of damages on behalf of New York purchasers of Microsoft software comparable to settlements reached in various other states such as California, where Microsoft settled for approximately $1 billion.

• *In re JLM Industries, Inc. v. Stolt-Nielsen SA*, No. 3:03CV348 (D. Conn. June 24, 2003). Milberg Weiss succeeded in establishing that arbitration of horizontal conspiracy claims, arising under Section 1 of the Sherman Act, cannot be compelled on grounds that such claims do not "arise from" the injured person's purchase contract. (Currently on appeal and awaiting decision from the Second Circuit.)

• In *Puckett v. Sony Music Entertainment*, No. 108802/98 (New York Co. 2002), Milberg Weiss achieved a precedent-setting decision in which a class action was certified against Sony Music Entertainment on behalf of a class of recording artists who were parties to standard Sony recording or production agreements entered into at any time during the period of January 1, 1965 to the date of the filing of the complaint in 1998. The complaint alleged that Sony had a policy of treating the value added tax on foreign sales of recordings improperly thereby impermissibly reducing the royalties paid or credited to the class members. Justice DeGrasse of the New York State Supreme Court determined that class certification was appropriate and that Gary Puckett (of Gary Puckett & the Union Gap) and jazz musician and composer Robert Watson were appropriate class representatives to represent the class of artists and producers to whom Sony accounts for foreign record royalties.

Additionally, in the context of shareholder derivative actions, Milberg Weiss has been at the forefront of protecting shareholders' investments by causing important changes in corporate governance as part of the global settlement of such cases. Cases in which such changes were made include:

• *In re Marketspan Corporate Shareholder Litigation*, CV No. 98-15884 (N.Y. Sup. Ct.) (settlement agreement required modifications of corporate governance structure, changes to the audit committee and changes in compensation awards and the nominating committee);

• *Abramsky v. Computer Sciences Corp.*, CV No. 98-00306-JBR (RLH) (D. Nev. 1998) (significant changes to the company's by-laws and governance procedures to enhance shareholder voting rights and the role of outside directors).

# Milberg Weiss Bershad & Schulman LLP

## THE FIRM'S PARTNERS

**MELVYN I. WEISS**, Senior and Founding Partner of Milberg Weiss Bershad & Schulman LLP, is a leading practitioner in the fields of securities, insurance, environmental, antitrust, and consumer litigation.

Mr. Weiss's expertise has been recognized on numerous occasions by courts appointing him to leadership positions in prosecuting complex litigations. Among the more prominent of the outstanding recoveries in cases where he has represented defrauded investors or consumers are the *Drexel/Milken* litigations (recoveries of over $1 billion for investors in, among others, *Columbia Savings & Loan* and *Executive Life Insurance Company of America)*; *In re Washington Public Power Supply System Securities Litigation* ($775 million recovered after the country's largest municipal bond default); *Butcher Bank Litigation* (leading to $400 million recovery on behalf of the FDIC against Ernst & Young); *Oxford Healthcare Securities Litigation* ($300 million); *Prudential Limited Partnership Litigation* ($200 million); *Mercedes Brake Defect Litigation* ($100 million in settlement benefits); life insurance policy holder cases against *Prudential Life Insurance* ($4 billion), *John Hancock* ($400 million), *New York Life* ($300 million), *ManuLife* ($500 million) and *Metropolitan Life* ($1.7 billion). He was a pro bono lead counsel in the *Swiss Bank Litigation* involving Holocaust confiscations, which settled for $1.25 billion, and was a lead counsel in recovering $5 billion for Holocaust victims from German banks and companies. He is presently Chair of the Plaintiff's Executive Committee prosecuting over 300 cases involving misconduct in connection with initial public offerings, in which a partial settlement with some defendants of $1 billion has been announced.

Mr. Weiss received a B.B.A. in accounting from Baruch College of the City College of New York in 1957, and a J.D. degree from New York University School of Law in 1959. He was admitted to the Bar of the State of New York in 1960 and is presently a member of the Bar of the United States District Courts for the Southern and Eastern Districts of New York, the United States Courts of Appeals for the Second, Third, Fourth, Fifth, Sixth, Eighth, Ninth, Tenth and Eleventh Circuits, and the United States Supreme Court.

Mr. Weiss has lectured extensively to lawyers, law students, and other professionals throughout the country and abroad. He has been a guest lecturer at the New York University School of Law, Stanford University Law School, Harvard Law School, Duke Law School, University of Buenos Aires (where he is an honorary professor), and at the Salzburg Seminar Foundation in Austria. He has addressed the New York State Society of Certified Public Accountants, National Association of Accountants, National Association of Internal Auditors, and in 1993 delivered the Abraham Briloff Distinguished Lecture at the State University of New York at Binghamton on the role of the auditor in our society. He has frequently been quoted as a leading authority on shareholder and consumer rights in the national media and he has testified before congressional committees on securities litigation and accountants' liability. Mr. Weiss is a Fellow of The American College of Trial Lawyers. He received the 1993 Arthur T. Vanderbilt Medal from New York University Law School, the highest award given annually to an outstanding alumnus, and is a member of the law school's Board of Trustees and a recipient of the Alumni Achievement Award.

Mr. Weiss is a member of the American Bar Association (from 1986-1988, he served as a Co-Chair of the Class and Derivative Committee of the Litigation Section; from 1983-1986, he served as a member of the FRCP Rule 23 Class Action Improvement Committee; and from 1976-1982, he served as a member of the Corporate Law Committee of the Banking and Business Law Section), the Association of the Bar of the City of New York, and the New York Inns of Court. In 2000, Mr. Weiss was selected by Chief Judge Edward R. Becker of the Third Circuit to serve as a member of the Third Circuit Task Force on Selection of Class Counsel.

Mr. Weiss was a Commissioner of the Nassau County Charter Revision Commission, which proposed the new legislative form of government for the county's 1.3 million residents. He has testified before the U.S. Senate on tort "reform" proposals. He is a director and a member of the Executive Committee of the Israel Policy Forum, an organization devoted to encouraging peace in the Middle East. Mr. Weiss serves on the Boards of Directors of the Salzburg Seminar Foundation; the Lawyers' Committee for Civil Rights Under Law; and The Drum Major Institute, a non-partisan organization dedicated to progressive public policy for social and economic fairness. Mr. Weiss is a member of the Board of Advisors for the American Constitution Society. He was also on the Board of the American Jewish Congress.

Mr. Weiss and his wife established the Melvyn and Barbara Weiss Public Interest Foundation at New York University School of Law to assist graduating public-interest lawyers in retiring their student loans. He has

received the Anti-Defamation League's Gotham Award and Humanitarian Award; the United Jewish Appeal's Proskauer Award, given annually to an exemplary Jewish lawyer and humanitarian; the B'nai B'rith of Argentina Dignity & Justice Award for humanitarian activities; and the Ellis Island Medal of Honor from the National Ethnic Coalition of Organizations Foundation, Inc. Mr. Weiss is the International Chair of the Hatikva Project, which built a memorial on the site of the Israeli Embassy in Buenos Aires, which was destroyed by terrorists.

**DAVID J. BERSHAD** graduated from Cornell University in 1961 with an A.B. degree in philosophy. He graduated from Columbia Law School in 1964 and while there he participated in the Harlan Fiske Stone Moot Court Honors Competition and was elected a member of Phi Alpha Delta.

Mr. Bershad is a founding member of Milberg Weiss. He is primarily engaged in prosecuting complex securities and commercial litigations nationwide. He served as plaintiffs' liaison counsel in *In re Baldwin United Corporation Litigation*, M.D.L. No. 581 (S.D.N.Y.), and was prime negotiator of settlements aggregating more than $220 million, the largest federal securities class action settlement recorded at that time. Subsequently, he has led plaintiffs' counsel in a wide range of cases arising out of the federal securities laws, as well as antitrust and consumer laws. He has actively negotiated more than 100 complex class action settlements, including acting as prime negotiator and achieving a $1.07 billion settlement in *In re NASDAQ Market Makers Antitrust Litigation*, M.D.L. No.1023 (S.D.N.Y.), the largest antitrust class action settlement at that time. He recently acted as class lead counsel in securities class actions involving Rite Aid (settled in 2003 for approximately $300 million) and Lucent (global settlements of $600 million).

Mr. Bershad is a regular panelist on securities law matters for the Practising Law Institute, American Bar Association, American Conference Institute, Glasser Legal Works, and American Law Institute-American Bar Association. He lectures on the topics of complex litigation, federal securities law, class actions and financial derivatives. He has contributed the plaintiffs' view in a book, *Securities Class Actions: Abuses and Remedies*, published by the National Legal Center for the Public Interest, and has debated the plaintiffs' view of the world before the Federalist Society. He has also appeared as a legal expert on CNBC and CNN regarding significant business related public interest issues. Mr. Bershad was recently profiled in Fortune magazine's feature story for his leading role in the *Lucent Technologies Shareholder Litigation*.

Mr. Bershad is admitted to practice in the courts of the State of New York, as well as the United States District Court for the Southern District of New York, the United States Courts of Appeals for the Second, Third, Fourth, Seventh, and Ninth Circuits, and the U.S. Supreme Court.

**STEVEN G. SCHULMAN** graduated with a B.A. degree in history, *magna cum laude*, Phi Beta Kappa, from Williams College in 1973. He earned an M.A. degree (1975) and a M.A.L.D. degree (1976) in international relations from the Fletcher School of Law and Diplomacy at Tufts University. In 1980, Mr. Schulman received his J.D. degree. with honors from the University of Chicago Law School, where he served on *The University of Chicago Law Review* and was elected to the Order of the Coif. Thereafter, he served for one year as a law clerk to the Honorable Robert L. Kunzig of the United States Court of Claims in Washington, D.C., following which he associated with Cravath, Swaine & Moore in New York City.

Since joining Milberg Weiss in 1986, Mr. Schulman has been engaged in prosecuting a wide variety of securities fraud class actions and shareholder derivative actions. He has also been actively and extensively involved in shareholder litigations arising from mergers and acquisitions, many of which were litigated in Courts of the State of Delaware. Among Mr. Schulman's significant recent cases, he served as lead trial counsel in *In re MicroStrategy, Inc. Securities Litigation* (E.D. Va.), which settled for an amount in excess of $150 million. He has also served as lead counsel in the *Disney Shareholder Litigation* pending in the Delaware Court of Chancery, the *In re Nortel Networks Corporation Securities Litigation* pending in the Southern District of New York, the *In re Williams Securities Litigation* pending in the Northern District of Oklahoma and in the *In re Raytheon Securities Litigation* pending in the District of Massachusetts. He is also significantly involved in the Firm's groundbreaking litigation relating to Wall Street's IPO allocation practices.

Mr. Schulman frequently lectures and participates in professional education panels, some of which include: Civil Practice and Litigation Techniques in Federal and State Courts, organized by ALI-ABA Committee on Continuing Professional Education (11/16-18/00); Key Issues Facing Boards Of Directors: The Coming Tide in Securities Class Actions, organized by AIG, Freeborn & Peters, Milberg Weiss and the National Economic Research Associates (02/22/01); Leveraged Buyouts & Other Private Equity Investments, organized by City Bar Center for CLE - Association of the Bar of the City of New York (09/24/01); The 33rd Annual Institute on Securities Regulations, organized by Practicing Law Institute (11/7/01); Evolution of the Derivative Lawsuit,

organized by Professional Liability Underwriting Society (02/06/02); Sarbanes-Oxley Act: Impact on Civil Litigation under the Federal Securities Laws, organized by ALI-ABA Committee on Continuing Professional Education (12/5/02); Corporate Governance and Disclosure, organized by Corporate Communications Broadcast Network (3/20/03); Seventh Circuit Judicial Conference Corporate Governance Roundtable, organized by The Seventh Circuit Bar Association (05/05/03); and The 35th Annual Institute on Securities Regulations, organized by Practising Law Institute (11/8/03); Life and Health Insurance and Financial Services Litigation: Fallout From "Canary", organized by ALI-ABA Committee on Continuing Professional Education (05/06/04). In addition, Mr. Schulman has co-authored several publications on the subject of securities and shareholder litigation: "Leveraged Buyouts – Issues From The Shareholder Plaintiffs' Perspective," (09/01 NY, NY); "Developments in Private Securities Litigation Standards and Other Significant Case Law Developments" (11/01 NY, NY); "Duties and Liabilities of Outside Directors to Ensure That Adequate Information and Control Systems Are in Place – A Study in Delaware Law and the Private Securities Litigation Reform Act of 1995" (02/02 NY, NY); "Sarbanes-Oxley Act: The Impact on Civil Litigation Under the Federal Securities Laws from the Plaintiffs' Perspective" (12/5/02, NY, NY); "The Plaintiff's Perspective on Shareholder Class and Derivative Actions Alleging Breach of Fiduciary Duty" (3/12/03, NY, NY); "Cutting Edge Issues in the New Millennium: Corporate Governance and the Courts - The Sarbanes-Oxley Act and the Impact on Civil Litigation Under the Federal Securities Laws from the Plaintiffs' Perspective" (5/5/03, Milwaukee, WI); "Fallout From "Canary": "Private Civil Litigation and Legal Remedies Beyond Regulatory Measures" (5/6/04, Washington D.C.).

Mr. Schulman is a member of the Association of the Bar of the State of New York, the American Bar Association, and the Federal Bar Council. A member of the Association of the Bar of the City of New York, Mr. Schulman served on its Special Committee on Mergers, Acquisitions and Corporate Control Contests. He is a Presidential level member of the Association of Trial Lawyers of America (ATLA) and a Sustaining Fellow in the Roscoe Pound Institute. Mr. Schulman is a member of the Bars of the State of New York and the District of Columbia and is also admitted to practice before the District Court of the Southern, Northern, and Eastern Districts of New York.

**JEROME M. CONGRESS** received an A.B. degree with honors from Cornell University. From 1960 to 1962 he was a Fulbright Scholar at Oxford University, England, where he studied philosophy, politics and economics. He received an LL.B. degree *cum laude* from Harvard Law School where he was an editor of *Harvard Law Review* during 1963-1964.

Since graduating from law school, Mr. Congress has spent the bulk of his time in commercial and securities litigation.

Mr. Congress is admitted to practice in the courts of the State of New York, as well as the United States District Courts for the Southern and Eastern Districts of New York and the United States Court of Appeals for the Second Circuit.

**ARNOLD N. BRESSLER** graduated from Case Western Reserve University in 1971 with a B.A. degree, *magna cum laude*, and was elected to Phi Beta Kappa. In 1974 he graduated from Columbia Law School where he was a member of the Board of Editors of the *Columbia Law Review* and a Harlan Fiske Stone Scholar.

Mr. Bressler is a managing partner of the Firm and is the head of the Firm's Corporate Department, which represents primarily middle market (sales under $100 million) public companies as well as closely held and foreign owned corporations. Approximately 40% of the Department's time is devoted to securities related matters, 30% to mergers and acquisitions, and 30% to general corporate matters. The Firm is currently general counsel to a number of publicly traded corporations in the United States as well as several subsidiaries of foreign public corporations.

The Firm has represented companies on the New York and American Stock Exchanges as well as NASDAQ companies, taken companies public and managed secondary offerings. Mr. Bressler has specialized in corporate and securities law for over 25 years, primarily representing issuers. Mr. Bressler is the Firm's representative to ACL International, an association of international law firms with members in over 40 countries. Mr. Bressler has lectured in Europe and North America on U.S. securities and corporate laws.

Since 1994, Mr. Bressler has served as a director and officer of the Israel Humanitarian Foundation, which supports social service programs in Israel. From 1990 to 1996, he served as Vice Chairman of the Board of Directors of the Rodeph Sholom School, a private elementary school in New York City. Her is also a member of the Association of the Bar of the City of New York. He is admitted to practice in the courts of the State of New York and the State of New Jersey as well as the United States District Court for the Southern and Eastern Districts of New York and the District of New Jersey.

**MICHAEL C. SPENCER** graduated from Yale University in 1973 with a B.A. degree, *magna cum laude*, with distinction, in philosophy. While at Yale, he was elected to Phi Beta Kappa. Mr. Spencer received a J.D. degree from Harvard Law School, *cum laude*, in 1976.

After graduation, Mr. Spencer served as law clerk to the Honorable William Matthew Byrne Jr., United States District Court, Central District of California, in 1976-77. He then returned to New York and joined Cravath, Swaine & Moore as an associate, where he worked until 1986 on antitrust, banking, real estate, commercial and securities litigation matters. In his later years at Cravath, he represented the bond fund trustee in connection with bond defaults of Washington Public Power Supply System nuclear plants.

In 1986, Mr. Spencer joined Milberg Weiss as an associate and became a partner later that year. He worked on the WPPSS securities fraud litigation and many of the Firm's other cases, prominently including representation of the FDIC in its failed bank audit litigation involving the Butcher Brothers banks in Tennessee, which led to a year-long trial and a global settlement of all bank-related claims against Ernst & Whinney just before closing arguments to the jury in late 1992.

He has since worked on many of the Firm's securities fraud cases, as well as cases in other areas including representation of a broad coalition of union health care funds seeking to recover costs for treating smoking-related illnesses from the tobacco industry, Year 2000 litigation, cases involving alleged kickbacks in the mortgage insurance industry and consumer and securities fraud cases against insurance companies selling deferred annuities into qualified retirement plans.

Mr. Spencer is chair of the Firm's Technology Committee and serves on the Management Committee. Mr. Spencer is admitted to practice in the courts of the States of New York and California, as well as the United States District Courts for the Southern and Eastern Districts of New York, the Central District of California, and the United States Courts of Appeals for the Second, Third, Fourth, Seventh, Eleventh, and D.C. Circuits.

**ROBERT A. WALLNER** received his B.A. degree from the University of Pennsylvania in 1976 graduating *magna cum laude*. He attended New York University School of Law, earning his J.D. degree in May 1979. He was elected to the law school's Order of the Coif and served as an editor of *New York University Law Review*.

Prior to joining Milberg Weiss, Mr. Wallner was associated with Cravath, Swaine & Moore. He has litigated complex securities, consumer and antitrust class

actions throughout the country. He currently represents investors in *In re Initial Public Offering Securities Litigation* (S.D.N.Y.), *In re Deutsche Telekom Securities Litigation* (S.D.N.Y.) and *In re CMS Energy Corporation Securities Litigation* (E.D. Mich.). He has also represented consumers in *In re Synthroid Marketing Litigation* (N.D. Ill.) and the *Mercedes-Benz Tire Litigation* (D.N.J.).

Mr. Wallner is a frequent lecturer on securities and complex litigation issues, and serves on the editorial board of *Securities Litigation Report*, published by Glasser LegalWorks.

Mr. Wallner is a member of the Association of the Bar of the City of New York where he served as a member of its Federal Courts Committee. He also served as a member of the faculty of the American Bar Association's First Annual National Institute on Securities Litigation and Arbitration, in June 1998. Mr. Wallner is admitted to the New York Bar and the United States District Court for the Southern and Eastern Districts of New York.

**SANFORD P. DUMAIN** attended Columbia University where he received his B.A. degree in 1978. He graduated *cum laude* from Benjamin N. Cardozo School of Law of Yeshiva University in 1981 and was Research Editor of *Cardozo Law Review*, 1980-1981. Mr. Dumain served as law clerk to Judge Warren W. Eginton, U.S. District Court, District of Connecticut 1981-1982. During the early years of his practice, he also served as an Adjunct Instructor in Legal Writing and Moot Court at Benjamin N. Cardozo School of Law.

Since joining Milberg Weiss in 1984, Mr. Dumain has represented plaintiffs in cases involving securities fraud, consumer fraud, insurance fraud and violations of the antitrust laws. He has lectured for ALI-ABA concerning accountants' liability and has prosecuted several actions against accounting firms.

During 1990, Mr. Dumain served on the trial team for a six-month trial in which the Firm represented the City of San Jose, California, that resulted in a verdict totaling over $18 million plus pre-judgment interest for the City against the defendants. The City's claims against two of the defendants were settled for $12 million while appeals to the Ninth Circuit were pending. Previously, settlements with eleven other defendants totaled over $12 million.

Judge Janet C. Hall of the District of Connecticut made the following comment in *In re Fine Host Securities Litigation*, (Docket No. 3:97-CV-2619 (JCH)): "The court also finds that the plaintiff class received excellent counseling, particularly from the Chair of the Plaintiffs' Executive Committee, Attorney Dumain."

Mr. Dumain is admitted to practice to the State Bar of New York, U.S. District Court for the Southern and Eastern Districts of New York and District of Connecticut, and U.S. Courts of Appeals for the First, Second, Sixth, Seventh and Eighth Circuits.

### GEORGE A. BAUER III

GEORGE A. BAUER III earned his B.B.A. degree *magna cum laude* in 1976 from Bernard M. Baruch College of the City University of New York, where he majored in accounting. He was awarded the Andrew J. Coppola prize in Law from Baruch College. Mr. Bauer attended New York University School of Law and graduated with a J.D. degree in 1979.

Mr. Bauer's practice concentrates on Class Action Settlements and Settlement Administration. He has played a lead role in documenting and effectuating many of the largest and most complex securities litigations settlements ever obtained, notably including: the $1.027 billion settlement of the *In re NASDAQ Market-Makers Antitrust Litigation*, MDL No. 1023, (S.D.N.Y.); settlements relating to the $2 billion estate of the Drexel Burnham Lambert including *In re Drexel Burnham Lambert Group*, 90 Civ. 6954 (MP) (S.D.N.Y.) and the $1.3 billion settlement of the *In re Michael Milken & Associates Securities Litigation*, MDL 924 (S.D.N.Y.); settlements worth over $775 million in *In re Washington Public Power Supply Systems Securities Litigation*, MDL 551 (D. Ariz.); settlements including cash and securities worth over $615 million in *In re Lucent Technologies Inc. Securities Litigation*, Case No 00-CV-621 (JAP) (D. N.J.); the $300 million cash settlement of *In re Oxford Health Plans Inc., Securities Litigation*, MDL No. 1222 (CLB) (S.D.N.Y.); the $200 million settlement in *In re PaineWebber Limited Partnerships Litigation*, Master File No. 94-Civ.8547 (SHS)(S.D.N.Y.); the settlement for cash and securities worth over $137.5 million in *In re Microstrategy Inc. Securities Litigation*, Civil Action N. 00-473-A (E.D. Va, Alexandria Division); the settlements for securities worth over $133.5 million in *In re Computer Associates Class Action Securities Litigation*, Master File No. 98 Civ. 4839 (TCP), and *In re Computer Associates 2002 Class Action Securities Litigation*, Master File No,.02-CV-1226 (TCP) (E.D.N.Y.); and the $110 million settlement in *In re Prudential Securities Inc. Limited Partnerships Securities Litigation*, MDL 1005 (MP) (S.D.N.Y.).

Mr. Bauer is a member of the Firm's Library Committee. He is also a member of the American Bar Association, the New York State Bar Association, the Association of Trial Lawyers of America, and the New York County Lawyers Association.

Mr. Bauer was admitted as a member of the New York Bar in January 1980 and is also admitted to the United States District Court for the Southern and Eastern Districts of New York. Mr. Bauer is admitted to practice before the United States Supreme Court and the United States Courts of Appeals for the Second and Fourth Circuits.

### BARRY A. WEPRIN

BARRY A. WEPRIN graduated from Harvard College in 1974. He received a J.D. degree from the New York University School of Law in 1978, and a master of public affairs from the Woodrow Wilson School of Princeton University in 1978. While in law school, Mr. Weprin was notes and comments editor of *New York University Law Review*.

After graduation, he served as law clerk to Judge Charles P. Sifton of the United States District Court for the Eastern District of New York. Following his clerkship, Mr. Weprin was associated with the law firm of Wachtell Lipton Rosen & Katz where he specialized in commercial and securities litigation. From 1985 to 1989 he served as general counsel to the New York State Housing Finance Agency and the New York State Medical Care Facilities Finance Agency, two agencies that issue tax exempt bonds for financing nonprofit medical facilities and qualified housing projects.

Since joining Milberg Weiss in 1989, Mr. Weprin has specialized in securities and insurance litigation. He has served as co-lead counsel in a number of complex securities class action litigations, including *In re All Star Inns Securities Litigation* (S.D.N.Y.), *In re York Research Securities Litigation* (S.D.N.Y.), and *Bharucha v. Reuters, PLC* (E.D.N.Y.). He was one of the principal attorneys in the sales practice litigations against The New York Life Insurance Company, The John Hancock Mutual Life Insurance Company, and The Prudential Life Insurance Company.

In approving the settlement in the *Allstar Inns* case, Judge Peter Leisure stated:

> We have a situation here which is a classic example of the benefits to be derived through the class action vehicle, to have the high quality representation of the class. The reputation of counsel . . . Barry Weprin of Milberg Weiss, precedes them to this court and I'm familiar in other matters with the case in which these lawyers work.
>
> The class was indeed fortunate to have lawyers of this caliber on this matter and the court is satisfied that the class was well-represented and had the benefits of the quality of representation that would not have otherwise been available if the class action vehicle had not been used.

Mr. Weprin has served as a town Councilman for the Town of Mamaroneck, New York, since January 1994.

From 1992 through 1994 he was vice-chairman of the Town of Mamaroneck Housing Authority.

Mr. Weprin is a member of the American Bar Association, the Association of the Bar of the City of New York, the New York County Lawyers Association, and the New York State Bar Association. Mr. Weprin is admitted to practice in New York, the United States District Court for the Southern and Eastern Districts of New York, the United States Court of Appeals for the Second Circuit, and the United States Supreme Court.

**DAVID A. P. BROWER** received his A.B. degree from Columbia College of Columbia University in 1979. He received his J.D. degree from Georgetown University Law Center in 1982, and attended the University of London in 1980, where he studied comparative and international commercial law.

Mr. Brower is a member of the National Association of Securities and Commercial Law Attorneys, and lectures before professional organizations in the areas of securities regulation and litigation. Mr. Brower has extensive experience in complex shareholder derivative and securities, commodities, consumer protection, environmental, antitrust, and RICO class action litigation.

Mr. Brower is admitted to the Bar of the State of New York, and admitted to practice before the Supreme Court of the United States; the United States Courts of Appeals for the First, Second, Fourth, Fifth, Sixth, Tenth and Eleventh Circuits; and the United States District Court for the Southern District of New York.

**RICHARD H. WEISS** received an A.B. degree *summa cum laude* from Princeton University in 1979. In 1980, he received an M.Phil. degree in international relations from Cambridge University, England. He graduated from Yale Law School in 1983.

Mr. Weiss is admitted to practice in the State of New York, the United States District Court for the Eastern and Southern Districts of New York, the United States Courts of Appeals for the Second and Sixth Circuits, United States Supreme Court, and the United States Claims Court.

**DEBORAH CLARK-WEINTRAUB** attended St. John's University and received a B.A. degree *summa cum laude* in 1981. She received the President's Award upon graduation for attaining the highest academic average among the graduates of St. John's College of Liberal Arts and Sciences. Ms. Weintraub attended Hofstra University School of Law and received her J.D. degree, with distinction, in 1986. She was a member of *Law Review* (1984-1985) and served as Research Editor (1985-1986). Following graduation, Ms. Weintraub served as a law clerk to the Honorable Jacob Mishler, United States District Judge, United States District Court for the Eastern District of New York (1986-1987). She joined Milberg Weiss in 1987 following her clerkship. Ms. Weintraub is a managing partner of the Firm and a member of its Diversity Committee.

Ms. Weintraub has extensive securities class action experience and has acted as one of plaintiffs' co-lead counsel in numerous securities class action cases that have obtained substantial recoveries for defrauded investors including *In re Oxford Health Plans, Inc. Securities Litigation*, MDL Dkt. No. 1222 (CLB) (S.D.N.Y.), in which a cash settlement of $300 million was obtained. Ms. Weintraub is currently serving as co-lead counsel for plaintiffs in numerous securities class action cases including *In re CVS Corporation Securities Litigation*, No. 01-11464 (JLT) (D. Mass.), and *In re Metromedia Fiber Network, Inc. Securities Litigation*, No. 01 Civ. 7353 (CLB) (S.D.N.Y.). Ms Weintraub is also one of the lead plaintiffs' counsel in *In re Mutual Funds Investment Litigation*, MDL Dkt. 1586 (D. Md.). This multidistrict litigation seeks to recoup the damages suffered by mutual fund shareholders caused by market timing and late trading activity.

Ms. Weintraub is the co-author of "Gender Bias and the Treatment of Women As Advocates," *Women in Law* (1998), and of the "Dissenting Introduction" defending the merits of securities class action litigation contained in the 1994 monograph *Securities Class Actions: Abuses and Remedies*, which was published by the National Legal Center for the Public Interest.

Ms. Weintraub is a member of the American Bar Association, the New York State Bar Association, the Association of the Bar of the City of New York, and the New York County Lawyers' Association. Ms. Weintraub was admitted to the New York Bar in March 1987 and is also admitted to the United States District Court for the Southern and Eastern Districts of New York.

**BRAD N. FRIEDMAN** received an B.A. degree in government from Cornell University in 1982 and a J.D. degree *cum laude* from New York University School of Law in 1986, where he was a member of the Order of the Coif and an editor of the *New York University Law Review*. Upon graduation from law school, he began a one-year judicial clerkship with the Honorable Max Rosenn, United States Court of Appeals for the Third Circuit.

Mr. Friedman has recovered billions of dollars on behalf of injured plaintiffs, including as lead counsel in numerous "vanishing premium" and "churning" life insurance sales practice class actions (including cases again Prudential and Metropolitan Life). In 2002, Mr. Friedman acted as lead counsel on behalf of various asbestos committees in the W.R. Grace bankruptcy, and successfully recovered approximately $1 billion through

a fraudulent conveyance litigation. Mr. Friedman also has an active securities and plaintiffs' mass tort practice.

Mr. Friedman is a member of the Federal Bar Council, the American Bar Association, the Association of Trial Lawyers of America, the New York State Bar Association and the New York City Bar Association. Mr. Friedman is admitted in the courts of the State of New York and New Jersey, as well as the United States Courts of Appeals for the Third and Fifth Circuits, and the United States District Courts for the Southern and Eastern Districts of New York and the District of New Jersey.

**JOSHUA H. VINIK** graduated with honors from the State University of New York at Oneonta in 1983 where he majored in economics. After graduating *cum laude* from Brooklyn Law School, Mr. Vinik clerked for Magistrate (now Judge) Carol B. Amon of the United States District Court for the Eastern District of New York.

Mr. Vinik's practice focuses primarily on class actions on behalf of defrauded investors, as well as complex commercial litigation, including accountants' liability actions and derivative actions. Mr. Vinik's extensive litigation efforts on behalf of aggrieved investors include many actions which have led to significant recoveries for investors, including *In re Baan Securities Litigation* (D.D.C.); *Lasky v. Brown (United Companies Financial Securities Litigation)* (M.D. La.), *Kaufman v. Motorola, Inc.* (N.D. Ill.) and *In re Salomon Inc. Shareholders Derivative Litigation* (S.D.N.Y.).

Mr. Vinik is a member of the American Bar Association, The New York State Bar Association and the Association of the Bar of the City of New York. Mr. Vinik is admitted to practice in the courts of the State of New York, as well as the United States District Courts for the Southern and Eastern Districts of New York and the United States Courts of Appeals for the Second, Third, and Fifth Circuits.

**JEFF S. WESTERMAN** received his B.A. degree from Northwestern University in 1977, where he was selected to two senior honorary societies. He received his J.D. degree from the University of Pittsburgh in 1980, where he was a member of *Law Review* from 1978 to 1980.

Mr. Westerman's practice is primarily in the areas of securities fraud class actions, shareholder derivative actions and corporate mergers and acquisition litigation. He has served as lead or co-lead counsel in cases resulting in significant corporate governance changes and shareholder recoveries totaling more than $330 million.

Mr. Westerman has also been the moderator or speaker for programs on complex litigation, developments in class action practice, settlements, the Sarbanes-Oxley Corporate Responsibility Act, shareholder derivative actions and trends in business litigation.

Mr. Westerman is an ex-officio member, and was a member (2001-2003) and Co-Chair (2002-2003) of the Central District of California Attorney Delegation to the United States Ninth Circuit Judicial Conference. He serves on the Central District of California, U.S. Magistrate Judge Merit Selection Panel (2003-present) and the standing committee on Attorney Discipline (2004-present). He is also a member of the Central District of California Attorney Settlement Officer Panel (1998-present).

Mr. Westerman is currently the president of the Association of Business Trial Lawyers. He was on the Board of Governors (1997-2001), Treasurer (2001-2002), Secretary (2002-2003) and Vice President (2003-2004). He is also on the Board of Governors of the Consumer Attorneys Association of Los Angeles (2003-present).

Mr. Westerman is a member of the Los Angeles County Bar Complex Courts Bench-Bar Committee, and the Bench-Bar Civil Courts Committee; and served as Judge Pro Tem in the Los Angeles Small Claims Court in 1987-1988, 1990, 1992-1993 and 1996-1997. He is a member of the Los Angeles County and Federal Bar Associations. He was on the California State Bar Task Force on Complex Litigation, and Chair of the Judicial Education Subcommittee (1997).

Mr. Westerman is admitted to practice in the courts of the State of California, as well as the United States District Court for the Central District of California, the United States Court of Appeals for the Ninth Circuit and the United States Supreme Court.

**EDITH M. KALLAS** graduated from the Juilliard School in 1984 with a B.M. degree in music performance and from the Fashion Institute of Technology with an A.A.S., *summa cum laude*. She graduated with a J.D. from Benjamin N. Cardozo School of Law in 1987, where she was a member of the Moot Court Board.

Ms. Kallas is presently a Managing Partner of the Firm and concentrates her practice primarily in the areas of healthcare and securities litigation. Her clients include: the Medical Society of the State of New York, the Connecticut State Medical Society, the Medical Society of New Jersey, South Carolina Medical Association, Tennessee Medical Association, North Virginia Medical Societies, North Carolina Medical Society, Washington State Medical Association, Hawaii Medical Association, Alaska Medical Association, Vermont Medical Society, El Paso County Medical

Society of Colorado, and the California Chiropractic Association.

Ms. Kallas is the co-author of "Gender Bias and the Treatment of Women As Advocates," *Women in Law* (1998). Ms. Kallas has also participated as a faculty member and/or speaker in the following conferences: "Class Action Health Care Litigation," ALI-ABA Health Care Law and Litigation Conference, 1999; "Class Actions: HMOs and Health Care Providers Under Attack," ALI-ABA Life and Health Insurance Litigation Conference, 2000; "Providers (Suits by Doctors and Hospital Class Actions)," ALI-ABA Health Care Law and Litigation Conference, 2000; "The Application of ERISA and RICO Theories in the Age of Managed Care," The Judges and Lawyers Breast Cancer Alert, 2000; "Health Care Litigation: What You Need to Know After Pegram," Practicing Law Institute, 2000; "Provider Suits by Doctors and Hospitals v. HMOs," ALI-ABA Health Care Law and Litigation Conference, 2001; The Joint Seminar Session of the School of Allied Health and Health Law Section at Quinnipiac University School of Law, 2001; The CLE Conference presented by the American Society of Medical Association Counsel, 2002; "The Unique Role of The Medical Society Effectively Litigating for Change in the Healthcare Arena", American Academy of Otolaryngology Presidential - Board of Governors Special Seminar 2002.

Ms. Kallas is a member of the Association of the Bar of the City of New York, the New York State Bar Association and the New York County Lawyers' Association. Ms. Kallas is admitted to the New York State Bar, the United States District Court for the Southern and Eastern Districts of New York and the United States Courts of Appeals for the Second, Third and Sixth Circuits.

## WILLIAM C. FREDERICKS graduated with

high honors from Swarthmore College in 1983 with a B.A. degree in political science, and earned his M.Litt. degree in international relations from Oxford University (England) in 1988. In 1988, he also received his J.D. degree from Columbia University, where he was a three-time Harlan Fiske Stone Scholar, a Columbia University International fellow, an articles editor of *The Columbia Journal of Transnational Law*, and the recipient of the Beck Prize in property law, the Toppan Prize in advanced constitutional law, and the Greenbaum Prize for written advocacy. A panel chaired by Justice Antonin Scalia also awarded Mr. Fredericks the Gov. Thomas E. Dewey Prize for best oral argument in the final round of the 1988 Harlan Fiske Stone Moot Court Competition. After graduating from law school, Mr. Fredericks clerked for the Hon. Robert S. Gawthrop III of the U.S. District Court for the Eastern District of Pennsylvania from 1988-89, and then worked as an associate at Simpson Thacher & Bartlett and Willkie Farr & Gallagher.

At Milberg Weiss, Mr. Fredericks specializes in securities and other complex commercial litigation. In the securities area, Mr. Fredericks has represented investors in numerous class actions in which Milberg Weiss has been appointed sole or co-lead counsel, including *In re Rite Aid Securities Litigation* (E.D. Pa.); *Bassman v. Union Pacific Corp.* (N.D.Tex.); *In re MobileMedia, Inc. Securities Litigation* (D.N.J.); *In re Olsten Corp. Securities Litigation* (E.D.N.Y.); *Chu v. Sabratek Corp.* (N.D. Ill.); *Schaffer v. Evolving Systems, Inc.* (D. Colo.); *In re New Era of Networks, Inc.* (D. Colo.); *Lirette v. Shiva Corp.* (D. Mass.); *Bell v. Fore Systems, Inc.* (W.D.Pa. 1998); *In re Cabletron Systems, Inc. Securities Litigation* (D.N.H.); *In re Vivendi Universal S.A. Securities Litigation* (S.D.N.Y.), and *Irvine v. Imclone Systems, Inc.* (S.D.N.Y.). Mr. Fredericks has also successfully represented several institutional clients (including Mexico's TV Azteca and Australia's Australis Media Group) in private commercial disputes at both the trial and appellate level. See, e.g., *National Broadcasting Co. (NBC) v. Bear Stearns & Co., et al.*, 165 F.3d 184 (2d Cir. 1999); *News Ltd. v. Australis Holdings Pty. Limited.*, 728 N.Y.S. 2d 667 (1st Dep't 2001) and 742 N.Y.S. 2d 190 (1st Dep't 2002).

Mr. Fredericks has been a panelist on various securities litigation programs sponsored by different organizations, including the Practising Law Institute. He is the author, most recently, of "Recent Developments in Civil Securities Fraud Litigation" (with Melvyn I. Weiss) published in *SEC Disclosure Accounting and Enforcement* (Glasser LegalWorks, April 2002).

Mr. Fredericks is a member of the Association of the Bar of the City of New York, and is a former chairman of the Association's Committee on Military Affairs and Justice. Mr. Fredericks is admitted to practice before the courts of New York State, the United States District Courts for the Southern and Eastern Districts of New York and the District of Colorado, and the United States Courts of Appeals for the Second, Third, Sixth and Tenth Circuits. He has also been admitted pro hac vice by, and argued before, the Supreme Court of the State of New Jersey (*see Kaufman v. I-Stat Corp.*, 165 N.J. 94 (2000).

## JANINE L. POLLACK graduated from Rutgers

University in 1986, with high honors, with a B.A. She majored in English and French and was a member of Phi Beta Kappa. In 1989, Ms. Pollack earned her J.D. from the University of Pennsylvania School of Law. She was a member of the International Journal of Business Law. Since joining Milberg Weiss in 1991, Ms. Pollack has prosecuted numerous different class actions, including securities and consumer fraud, sex discrimination and

annuities cases. She is a member of the firm's Hiring Committee; runs the firm's CLE program; is in charge of, and a mentor in, the firm's Mentor program; and is an editor for numerous of the firm's publications and brochures. Ms. Pollack has spoken at numerous conferences and CLE programs, including Mealey's and the firm's in-house CLE program.

Ms. Pollack is a member of the American Bar Association. She was admitted to the New York State Bar in 1990. She was also admitted to the New Jersey State Bar in 1989, as well as the U.S. District Court for the District of New Jersey. In 1990, Ms. Pollack was admitted to the U.S. District Court for the Southern and Eastern Districts of New York.

## KIRK E. CHAPMAN graduated *cum laude* from Harvard University in 1985 with a B.A. degree in biochemistry. He received his J.D. in 1989 from the University of Chicago where he was a member of the *Legal Forum* publication. Mr. Chapman's major practice areas are securities fraud class actions and employment discrimination matters.

Mr. Chapman is admitted to practice in the Courts of the State of New York as well as the United States District Courts for the Southern and Eastern Districts of New York.

## SALVATORE J. GRAZIANO graduated from New York University School of Law in 1991, *cum laude*. Upon graduation from law school, Mr. Graziano served as an assistant district attorney in the Manhattan District Attorney's Office until he joined Milberg Weiss in 1995.

Mr. Graziano is a member of the Firm's Management Committee. Mr. Graziano, an experienced trial attorney, has taken a leading role in a number of the Firm's major securities fraud class actions including cases against: Raytheon Company and PricewaterhouseCoopers LLP (total recoveries of $460 million); MicroStrategy, Inc. and PricewaterhouseCoopers LLP (total recoveries valued at approximately $200 million); i2 Technologies, Inc. (total recovery of $84.85 million (pending final court approval)); and Aetna Inc. (total recovery of $82.5 million).

Mr. Graziano has achieved significant legal precedent at the district and appellate court level nationwide, including the seminal Second Circuit decision of *Novak v. Kasaks*, 216 F.3d 300 (2d Cir. 2000), interpreting the pleading standards of the Private Securities Litigation Reform Act of 1995.

Mr. Graziano is presently a member of the Financial Reporting Committee of the Association of the Bar of the City of New York and previously served on the Securities Regulation Committee of the New York City Bar Association. Mr. Graziano has served as a panelist on numerous securities litigation programs. Mr. Graziano is admitted to practice before the courts of New York State, the United States District Courts for the Southern and Eastern Districts of New York and the United States Courts of Appeals for the Second and Eleventh Circuits.

## DOUGLAS J. RICHARDS earned his A.B. degree in 1977 from the University of Chicago, majoring in economics, and earned his J.D. degree in 1981 from Harvard Law School. Before joining Milberg Weiss in June 2000, he served for nearly three years as deputy general counsel of the Commodity Futures Trading Commission (CFTC) in Washington, D.C. Before joining the CFTC, he was a litigator for more than 12 years with O'Sullivan Graev & Karabell, LLP in New York, first as a litigation associate from 1985-89 and then as a litigation partner from 1989 to October 1997 when he left to join the CFTC. From 1981 to 1985, he was a litigation associate with Cahill Gordon & Reindel in New York.

Mr. Richards is a member of the American Bar Association (Antitrust Section), the Antitrust Section of the Association of the Bar of the City of New York, the Advisory Board of the American Antitrust Institute, and the New York State Bar Association (Commercial and Federal Litigation Section, Committee on Civil Practice Law and Rules).

An experienced commercial litigator with a particularly extensive background in litigation relating to trade regulation and corporate finance, Mr. Richards is admitted to practice before the United States Supreme Court; the U.S. Courts of Appeals for all Circuits except the First and Federal Circuits; the U.S. District Courts for the Southern, Eastern, Northern and Western Districts of New York; the District of Connecticut; and all New York State Courts. He has argued more than twenty appeals in the federal and state courts of appeals, including more than a dozen appeals in the Second Circuit.

## MICHAEL M. BUCHMAN attended North Carolina State University's Textile Engineering & Management program, later graduating *cum laude* from Alfred University where he received a B.A. degree and divisional honors in history in 1988. In 1992, he received a J.D. degree from The John Marshall Law School where he was a member of an award winning International Moot Court team. The following year, he received an LL.M. degree in international antitrust and trade law from Fordham University School of Law.

Prior to joining the Firm, Mr. Buchman served as an assistant attorney general in the Antitrust Bureau of the New York State Attorney General's Office. Mr. Buchman's practice has been devoted heavily to

nationwide litigation in federal and state courts focusing on the prosecution of complex antitrust, consumer protection and privacy class actions.

Mr. Buchman has recently spearheaded an effort, on behalf of consumers and third-party payors, to challenge a variety of practices by pharmaceutical companies designed to prevent lower priced, therapeutically equivalent generic drugs from entering the market or to otherwise artificially inflate brand name prescription drug prices. He has served in a leadership capacity in these cases many of which have been resolved successfully. *See In re Buspirone Antitrust Litig*ation, MDL 1413 (S.D.N.Y.)(JGK) ($90 million settlement); *In re Relafen Antitrust Litigation*, 01-12222-WGY (D. Mass.) ($75 million settlement pending); *In re Augmentin Antitrust Litigation*, 02 Civ. 445 (E.D. Va., Norfolk Div.) (HCM) ($29 million settlement). He has also participated in the prosecution of *In re NASDAQ Market-Makers Antitrust Litigation*, MDL 1023 (S.D.N.Y.) (RWS), which is one of the largest antitrust settlements in the more than one hundred year history of the Sherman Act ($1.027 billion).

The author or co-author of articles in international and domestic legal publications concerning procedure or competition law issues, Mr. Buchman has also served as a lecturer for the Practising Law Institute on state unfair deceptive acts and practices statutes.

In addition to his admission to practice in Connecticut and New York, Mr. Buchman is admitted to practice in the United States District Courts for the Southern and Eastern Districts of New York, the United States District Courts for Arizona and Connecticut, the United States Court of Appeals, Second Circuit, and the United States Court of International Trade.

**ARIANA J. TADLER** graduated from Hamilton College in 1989 with a B.A. degree. In 1992, she received her J.D. degree from Fordham University School of Law, where she was the articles and commentary editor of the *Fordham Urban Law Journal*, a member of the Moot Court Board and the 1990 recipient of the American Jurisprudence Award in Criminal Law. She is the co-author of "Damages in Federal Securities Litigation," *Securities Litigation 1991: Strategies and Current Developments*, Practising Law Institute, 1991.

Ms. Tadler has extensive experience litigating complex securities class actions, including certain high profile, fast-paced cases. In less than four years, she litigated three cases in the Eastern District of Virginia (aka the "Rocket Docket"), including *In re MicroStrategy Securities Litigation*, in which plaintiffs' counsel negotiated settlements valued at more than $150 million with the company and the auditor. Ms. Tadler is also one of the principal liaison counsel on behalf of plaintiffs in *In re Initial Public Offering Securities Litigation*, which is pending before Judge Shira A. Scheindlin in the United States District Court for the Southern District of New York. In that capacity, she manages on a day-to-day basis 309 separate class actions which have been coordinated for pretrial purposes. Among the thousands of defendants in these actions are 55 of this nation's most prominent investment banks and more than 300 corporate issuers.

Ms. Tadler has been a selected speaker on various topics for numerous lectures and seminars nationwide at which she has. Recent conferences include: National Economic Research Associates: IPO Allocation; American Bar Association: Pros and Cons of Laddering Cases; Directors and Officers Symposium: An Overview of the Mediation Process; and Practising Law Institute, Symposium: "D&O Liability and Insurance 2004: Directors & Officers Under Fire." She is also a member of the Firm's Management Committee and Hiring Committee and one of seven partners chosen to mentor the Firm's associates.

Ms. Tadler is a member of the American Bar Association, the Association of Trial Lawyers of America, the New York State Bar Association and the New York County Lawyers Association. Ms. Tadler is also involved in various charity and community organizations. Ms. Tadler is admitted to the Bars of the States of New York and New Jersey, as well as the United States District Court for the Southern and Eastern Districts of New York, the District of New Jersey and the United States Court of Appeals for the Third Circuit.

**LEE A. WEISS** earned his undergraduate degree from Emory University in 1988 and his J.D. degree, with honors, from The George Washington University in 1991.

Mr. Weiss focuses his practice primarily on class actions on behalf of defrauded investors and consumers, as well as complex commercial litigation. His extensive securities fraud litigation experience includes significant settlements for class members in *In re IKON Office Solutions Securities Litigation* (E.D. Pa.) and *In re Computer Associates Securities Litigation* (E.D.N.Y.). Additionally, Mr. Weiss currently represents purchasers of deferred variable annuities in several large fraud class actions in which Milberg Weiss is lead counsel, including *Nelson v. Pacific Life Insurance Company* (S.D. Ga.) and *Douglass v. American United Life Insurance Co.* (Ind.).

Mr. Weiss is a member of the Firm's Hiring and Technology Committees, and serves as a mentor to the Firm's associates. Mr. Weiss is also a member of the American Bar Association. In addition to the New York State Bar, Mr. Weiss is admitted to the United States

District Courts for the Southern and Eastern Districts of New York, and the United States Courts of Appeals for the Fourth and Eleventh Circuits.

**LORI G. FELDMAN**, a member of the Firm, protects the rights of shareholders in federal and state courts across the nation.

Ms. Feldman is the daughter of retired public employees and understands the importance of protecting the investments of all workers and their families against corporate fraud. In 2002-2003 and 2004-2005, she was named a "Rising Star of Washington Law" by her fellow practitioners in Seattle. Rising Stars are considered to be Washington's top lawyers under the age of 40.

In addition to lecturing on class action practice, she currently serves as co-chair of the Continuing Legal Education Committee of the Federal Bar Association for the Western District of Washington.

Ms. Feldman's representative recoveries exceed $91 million. Recently, she recovered millions of dollars for class members in litigation involving SpectraLink Corporation (D. Colo.), Cutter & Buck (W.D. Wash.), InaCom (D. Del.), Secure Computing (N.D. Cal.) and Micro Focus (N.D. Cal.). She is currently representing shareholders in litigation involving, among several others, Washington Mutual, Inc. (W.D. Wash.), Amazon.com (W.D. Wash.), ConAgra Foods (D. Neb.), Rhythms Net Connections (D. Colo.), Gilead Sciences, Inc. (N.D. Cal.), Paradigm Medical (D. Utah), Digimarc Corporation (D. Oregon), Merix Corporation (D. Oregon) and drugstore.com (W.D. Wash.).

Ms. Feldman's zealous advocacy has resulted in important reported decisions by courts interpreting the federal securities laws, including but not limited to *Gebhardt v. ConAgra Foods, Inc.*, 335 F.3d 824 (8th Cir. 2003) (important loss causation and materiality appellate court ruling); *In re Rhythms NetConnections Securities Litigation*, 300 F. Supp. 2d 1081 (D. Colo. 2004) (denying motion to dismiss); *Kerns v. SpectraLink Corp.*, No. 2-D-263, 2003 U.S. Dist. Lexis 11711 (D. Colo. July 1, 2003) (granting class certification); *In re Secure Computing Corp.*, 184 F. Supp. 2d 980 (N.D. Cal. 2001) (denying motion to dismiss); *In re Spyglass, Inc. Securities Litigation*, 1999 U.S. Dist. LEXIS (N.D. Ill. July 21, 1999) (denying motion to dismiss).

Ms. Feldman is admitted to the Bars of the States of Washington and New York and her daily responsibilities include managing the Firm's Seattle practice.

**ELAINE S. KUSEL** graduated from Boston University in 1987 with B.A. degrees in economics and international relations. While working full time, Ms. Kusel attended The George Washington University Law School as a full time student, graduating in 1994.

Ms. Kusel represents clients in complex litigation stemming from corporate wrongdoing in a variety of areas, focusing particularly on federal securities and consumer fraud actions.

Most notably, Ms. Kusel played a leading role in the Firm's prosecution of a securities fraud action against Lucent Technologies in which lead counsel recovered more than $600 million for injured class members—the third largest securities settlement in history.

In addition, Ms. Kusel is the lead attorney in the *Abdullah v. Pfizer* case, in which she represents Nigerian children enrolled in a clinical trial by Pfizer without their families' informed consent. The *Abdullah* case is notable because it is one of the first cases in which a Court determined that plaintiffs could proceed with a claim under the Alien Tort Claims Act against a corporate defendant for claims other than those related to war time conduct.

Ms. Kusel also represents whistleblowers bringing federal Qui Tam cases on behalf of individuals who have uncovered fraud being committed by entities doing business with the federal government.

Prior to joining Milberg Weiss, Ms. Kusel pursued her interest in public interest work by spending eight years working in the U.S. House of Representatives, eventually serving as legislative director and counsel to a member of Congress serving on the House Commerce Committee.

Ms. Kusel co-chairs the Firm's Summer Associate Program and serves on the Firm's Diversity Committee. She also led the Firm's pro bono work with Trial Lawyers Care on behalf of the victims of September 11th. Ms. Kusel is a member of the Association of Trial Lawyers of America, the New York State Bar Association and the American Bar Association. Ms. Kusel is admitted to practice in the courts of the State of New York, as well as the United States District Courts for the Southern District of New York, and the Eastern District of Michigan.

**DANIEL B. SCOTTI** graduated from The George Washington University in 1990 with a B.B.A. degree in finance, and in 1993 received his J.D. degree from the Southwestern University School of Law where he was the recipient of American Jurisprudence Awards in both Criminal Law and Legal Writing. In 1994, Mr. Scotti received an LL.M. in securities regulation from the Georgetown University Law Center. Upon graduation, Mr. Scotti joined the litigation department of Prudential Securities Incorporated where he defended the firm at more than fifty securities arbitration hearings in just one year. From 1995 though 1997, Mr. Scotti was associated

with the Chicago law firm of Ungaretti & Harris, where he continued to hone his skills as a securities litigator.

Mr. Scotti has extensive experience litigating a number of complex securities class actions which have resulted in very favorable settlements for class members, including: *In re MicroStrategy, Inc. Securities Litigation* (E.D. Va.); *In re Box Hill Systems Securities Litigation* (S.D.N.Y.); *In re Penn Treaty American Corp. Securities Litigation* (E.D. Pa.); *In re Motorola, Inc. Securities Litigation* (N.D. Ill.). In addition to prosecuting several prominent securities class actions, Mr. Scotti is currently litigating a copyright infringement action against Ted Koppel and ABC News on behalf of an award-winning freelance journalist. Mr. Scotti also co-chairs the Summer Associate Program for the Firm's New York office.

Mr. Scotti is a member of the New York State and American Bar Association. Mr. Scotti joined Milberg Weiss in 1997 and is licensed to practice in the state courts in New York, New Jersey, California and Illinois and before the U.S. District Courts for the Southern and Eastern Districts of New York, the Central District of California, and the Northern District of Illinois.

## RACHEL S. FLEISHMAN graduated from New

York University in 1989 with a B.A. degree in politics. She received her J.D. degree from St. John's University School of Law, *cum laude*, in 1992, where she was an articles editor for the *St. John's Law Review*. Ms. Fleishman served as a law clerk to United States District Judge Jed S. Rakoff.

Prior to joining Milberg Weiss in 2002, Ms. Fleishman was associated with the law firms Dewey Ballantine and Fried Frank Harris Shriver & Jacobson. At those firms, Ms. Fleishman's practice included a broad range of complex commercial and securities litigation, as well as representation of clients in SEC, NASD and criminal investigations. Ms. Fleishman's clients have included investment banks, top-tier banks, lending institutions and a variety of major manufacturing companies.

At Milberg Weiss, Ms. Fleishman's practice includes securities litigation and complex commercial litigation.

Ms. Fleishman is admitted to the bar in New York and Massachusetts. Ms. Fleishman is also admitted to practice before the Sixth and Eleventh Circuit Courts of Appeals and the United States District Courts in the Southern, Eastern and Western Districts of New York.

## BETH A. KASWAN received her B.B.A. degree

from the University of Miami in 1973 and her J.D. degree from Boston College Law School in 1976. Ms. Kaswan has practiced with Milberg Weiss since 1998 where she has represented plaintiffs in cases involving securities and consumer fraud. Ms. Kaswan served in a

leadership role in the *Oxford Health Plan Securities Litigation*, which eventually settled for $300 million, including $75 million against Oxford's accountant, KPMG. She is litigating several other financial fraud matters, including a case against a Bermuda-based reinsurance company and KPMG alleging improper accounting for policyholder liabilities and improper amortization of deferred acquisition costs. Immediately before joining Milberg Weiss, Ms. Kaswan served in the Giuliani administration as New York City's chief procurement officer, a deputy commissioner in the Department of Investigations and the Finance Department's chief counsel.

Ms. Kaswan began her career at Peat, Marwick, Mitchell & Co. and later served as a trial attorney with the U.S. Department of Justice, Tax Division. In 1985, she joined the U.S. Attorney's Office for the Southern District of New York, and was promoted to Chief of Commercial Litigation and then Deputy Chief of the Civil Division. While employed by the government, Ms. Kaswan litigated several high-profile cases to judgment, including the landmark case of *United States v. Gleneagles Investment. Co.*, where following a multi-stage, thirteen-month trial, the fraudulent conveyance laws were first applied to set aside a leveraged buy-out. She also represented the Federal Reserve for its enforcement actions against the rogue bank, BCCI, leading to the global RICO plea agreement and forfeiture of BCCI's $550 million of United States assets; the IRS for its $5 billion claim against Drexel, the Defense Department and MARAD for qui tam and other false claims actions against Goodyear Aerospace, Loral and General Dynamics and the FDA to enjoin the manufacture of adulterated generic drugs. *See, e.g., United States v. Gleneagles Investment Co.*, 565 F. Supp. 556 ("Gleneagles I"), 571 F. Supp. 935 ("Gleneagles II"), 584 F. Supp. 671 ("Gleneagles III") (M.D. Pa. 1981), aff'd in part and rev'd in part *sub. nom., United States v. Tabor Court Realty Corp.*, 803 F.2d 1288 (3d Cir. 1986); *In re Smouha* ("BCCI"), 136 B.R. 921 (S.D.N.Y. 1992); *United States v. Davis*, 803 F.Supp. 830 (S.D.N.Y. 1992), aff'd in part and rev'd in part *sub. nom., United States v. General Dynamics Corp.*, 19 F.3d 770 (2d Cir. 1994); *United States v. Barr Laboratories, Inc.*, 812 F.Supp. 458 (D.N.J. 1993).

Ms. Kaswan has received several awards from the Justice Department and the agencies she represented, including the Justice Department's John Marshall award, Special Commendation from the Attorney General, a Superior Performance award from the Executive Office of U.S. Attorneys, Tax Division Outstanding Achievement awards, and awards from the FDA Commissioner and U.S. Customs Service. She has testified before the New York legislature as a

government expert on money-laundering and lectured in Justice Department training programs on evidence and other subjects.

Ms. Kaswan is admitted to practice in the courts of the States of New York and Massachusetts, as well as the United States District Courts for the Southern District of New York and the United States Court of Appeals for the Second Circuit.

**BENJAMIN Y. KAUFMAN** earned his B.A. degree from Yeshiva University in 1985 and his J.D. degree from Benjamin N. Cardozo School of Law, Yeshiva University in 1988, where he was a Belkin Fellow, Belkin Scholar, and a member of the *Cardozo Arts and Entertainment Law Journal*. Mr. Kaufman also received a M.B.A. degree in finance from the Stern School of Business of New York University in 1999. Prior to joining Milberg Weiss in August of 1998, Mr. Kaufman was a court attorney for the New York State Supreme Court, New York County (1988-1990) and principal law clerk to Justice Herman Cahn of the Commercial Division of the New York State Supreme Court, New York County (1990-1998).

Mr. Kaufman focuses on class action litigating on behalf of defrauded investors and consumers as well as complex commercial litigation. Mr. Kaufman is a member of the bars of New York, New Jersey, the United States District Courts for the Districts of New York and New Jersey and the United States Court of Appeals for the Fourth Circuit.

**CLIFFORD S. GOODSTEIN** earned his A.B. degree from Harvard University in 1988 and his J.D. degree from New York University School of Law in 1993. After graduation, he served as a law clerk to the Honorable Alex T. Howard, Jr., Chief Judge of the United States District Court for the Southern District of Alabama, and then as an associate at Reboul, MacMurray, Hewitt, Maynard & Kristol and Baker & Botts prior to joining Milberg Weiss in January of 1998.

Mr. Goodstein works on a variety of actions on behalf of classes as well as individuals in consumer fraud, securities, antitrust, health care, and other areas. Mr. Goodstein is a member of the bars of New York and New Jersey.

**SETH D. RIGRODSKY** received his B.A. degree *magna cum laude*, with honors in history, from Brandeis University in 1985. In 1990, he received his J.D. degree, *magna cum laude*, from Georgetown University Law Center, were he was awarded Order of the Coif and served as a senior articles editor for the *Georgetown University Law Journal*. After graduation from law school, Mr. Rigrodsky was a law clerk to the

Honorable Andrew G.T. Moore, II, of the Delaware Supreme Court.

Following his clerkship, Mr. Rigrodsky was associated with the law firms Wachtell, Lipton, Rosen & Katz in New York City, and Morris, Nichols, Arsht & Tunnell in Wilmington, Delaware, where he concentrated his practice on corporate and complex business litigation. In 1994, Mr. Rigrodsky joined Morris and Morris in Wilmington, Delaware, where he became a partner beginning in January 2000, and represented investors in numerous federal and state class and shareholder derivative lawsuits.

Mr. Rigrodsky is a member of the bars of the States of Delaware and New York, the United States District Courts for Delaware and the Southern District of New York, and the Courts of Appeals for the Second, Third and Fourth Circuits.

**PETER SAFIRSTEIN** graduated from The George Washington University in 1978 with a B.A. degree. He received an M.A. degree in government (concentration in international relations) from Georgetown University in 1980. In 1985, he earned his J.D. degree from Brooklyn Law School where he was a member of the *Brooklyn Law Review* and the Moot Court Honors Society. Prior to joining Milberg Weiss, Mr. Safirstein was in private practice. In addition, Mr. Safirstein served as a staff attorney in the Enforcement Division for the U.S. Securities and Exchange Commission from 1985-1990. In 1988-89, Mr. Safirstein was designated as a special assistant United States attorney in the Southern District of New York where he was part of the trial team which prosecuted *United States v. Regan*, (the "Princeton/Newport" case) and *United States v. Lisa Jones*. Mr. Safirstein later served as an assistant United States attorney in the Southern District of Florida.

Mr. Safirstein is a member of the American Bar Association and the Association of the bar of the City of New York. Mr. Safirstein is a member of the Bars of the State of New York and the State of New Jersey and is also admitted to practice before the Supreme Court of the United States, the United States Courts of Appeals for the Second and Third Circuits, the District Court of the Southern and Eastern Districts of New York and the District Court of New Jersey.

**MAYA S. SAXENA** graduated from Syracuse University *summa cum laude* in 1993 with a dual B.A. degree in policy studies and economics, and graduated with a J.D. degree from Pepperdine University School of Law in 1996.

Prior to joining Milberg Weiss Bershad & Schulman in 1998, Ms. Saxena was employed as an assistant

attorney general. As an assistant attorney general, Ms. Saxena represented the State of Florida and its agencies and officers in civil cases at the appellate and trial level, and prepared amicus curiae briefs in support of state policy goals attendant to issues presented in state and federal court cases. Ms. Saxena also represented the Florida Highway Patrol and other law enforcement agencies in civil forfeiture trials.

Ms. Saxena currently specializes in securities fraud litigation, and was involved in several significant cases which have resulted in significant recoveries for defrauded investors, including, among others, cases such as *In re Sunbeam Securities Litigation*; *In re Sensormatic Inc. Securities Litigation*; *In re Hamilton Bancorp Inc. Securities Litigation*, and *In re Aviation Sales Inc. Securities Litigation*. Ms. Saxena is presently serving as lead or co-lead counsel in numerous federal class action securities cases in the Southeast.

Ms. Saxena is a member of the Palm Beach County Bar Association, and the American Bar Association. Ms. Saxena was recently recognized in the *South Florida Business Journal*'s "Best of the Bar" as one of the best lawyers in South Florida. Ms. Saxena is a member of the Florida State Bar, and is admitted to practice before the U.S. District Courts for the Southern, Northern and Middle Districts of Florida, as well as the Eleventh and Fifth Circuit Courts of Appeals.

**JOSEPH P. GUGLIELMO** graduated *cum laude* from The Catholic University of America in 1992 with a B.A. degree in political science. In 1995, Mr. Guglielmo graduated from the Columbus School of Law at The Catholic University of America where he received a certificate of public policy in addition to his J.D. degree.

Mr. Guglielmo is the co-author of "Class Actions In The Healthcare Context" which was published for the following healthcare conferences: "Class Action Health Care Litigation," ALI-ABA Health Care Law and Litigation Conference, 1999; "Class Actions: HMOs and Health Care Providers Under Attack," ALI-ABA Life and Health Insurance Litigation Conference, 2000; "Providers (Suits by Doctors and Hospital Class Actions)," ALI-ABA Health Care Law and Litigation Conference, 2000; "The Application of ERISA and RICO Theories in the Age of Managed Care," The Judges And Lawyers Breast Cancer Alert, 2000; and "Health Care Litigation: What You Need to Know After Pegram," Practicing Law Institute, 2000. Mr. Guglielmo is also the co-author of "An Overview Of Class Action Litigation In the Managed Care Context" which was published for the following healthcare conferences: "Provider Suits by Doctors and Hospitals v. HMOs," ALI-ABA Health Care Law and Litigation Conference,

2001, and American Society of Medical Associations Counsel, Fall 2002.

Mr. Guglielmo is a member of the New York State, District of Columbia and American Bar Associations and the Association of the Bar of the City of New York. Mr. Guglielmo was admitted to the New York State Bar in 1996, the District of Columbia Bar in 1997 and the United States Supreme Court in 2003. He is also admitted to practice before the United States District Courts for the Southern and Eastern Districts of New York and the District of Colorado.

**CHARLES S. HELLMAN** graduated with a B.A. degree from Bard College in 1985. In 1996, he graduated with a J.D. degree *summa cum laude* from New York Law School, where he was a member of the *New York Law School Law Review*. Mr. Hellman is the author of "Safe In Their Houses? Fourth Amendment Rights At Public Housing Projects," 40 N.Y.L. Sch. L. Rev. 189 (1995). Mr. Hellman's practice focuses on class actions on behalf of defrauded investors and class actions involving healthcare-related issues. Mr. Hellman is a member of the bars of the State of New York and the United States District Court for the Southern District of New York.

**BRIAN C. KERR** graduated *summa cum laude* from the University at Albany in 1993, where he was valedictorian, a member of Phi Beta Kappa, co-founder of the Presidential Honors Society, and the recipient of the Karp Prize in Economics. In 1996, he received his J.D. degree from Hofstra University, where he was a member of the *Hofstra Law Review* and a Dean's Scholar. He was admitted to the bar of the State of Connecticut in 1996 and the State of New York in 1997.

Mr. Kerr joined the Firm in 1998. His practice focuses on securities litigation, consumer fraud, deceptive insurance sales practices, commercial litigation and mass torts. Mr. Kerr has been actively involved in prosecuting complex lawsuits against the following companies and/or their officers and directors: Tyco International, Ltd., Vivendi Universal, S.A., The News Corporation Ltd., Twentieth Century Fox Film Ltd., Paramount Pictures Corp., Sony Pictures Entertainment, Inc., Universal City Studios, Inc., Kmart Corp., Rite Aid Corp., Bear, Stearns & Co. Inc., PricewaterhouseCoopers, KPMG, Nationwide Life Insurance Co., The Equitable Life Assurance Society of the United States, General Instrument Corp., Sulzer Orthopedics, Inc., and United States Gypsum.

Mr. Kerr is also actively involved in the Firm's pro bono efforts, representing indigent prisoners in civil rights cases before the Second Circuit Court of Appeals, and working with Trial Lawyers Care to provide free

legal assistance to the families of victims of the September 11th attacks.

Mr. Kerr is a member of the Association of the Bar of the City of New York, the New York State Bar Association, and the Association of Trial Lawyers of America. Mr. Kerr is admitted to practice before the United States District Courts for the Southern and Eastern Districts of New York, as well as the United States Court of Appeals for the Third Circuit.

**KIM MILLER** graduated with a B.A. degree with honors from Stanford University in 1992 with a double major in English and psychology. She earned her J.D. degree from Cornell Law School, *cum laude*, in 1995. While at Cornell, Ms. Levy acted as co-chair of the Women's Law Symposium, as bench brief editor of the Cornell Moot Court Board, and as a member of the Board of Editors of the *Cornell Journal of Law & Public Policy*. She is admitted to practice in the States of California and New York and before the United States District Courts for the Southern and Eastern Districts of New York and the Northern, Southern, and Central Districts of California.

**MICHAEL REESE** graduated from New College in 1992 with a B.A. in history and thereafter received his J.D. degree from the University of Virginia School of Law in 1996. Upon graduation from law school, Mr. Reese served as a trial attorney at the Manhattan District Attorney's Office where he prosecuted violent felony and white collar crime.

Mr. Reese joined Milberg Weiss in 2000 and has practiced in both its California and New York offices. Mr. Reese's work focuses on antitrust, securities and consumer fraud class action cases. Mr. Reese is a member of the state bars of New York and California and is admitted to practice before the U.S. District Courts for the Northern and Eastern Districts of California, the Southern and Eastern Districts of New York, the U.S. District Court of Colorado as well as the Ninth Circuit Court of Appeals.

**PETER E. SEIDMAN** earned his B.A *cum laude* from Hobart College in 1979, following which he served as a Peace Corps volunteer living and working among the Guarani, an indigenous tribe in Paraguay. He earned an M.A. degree in journalism in 1982 from the University of Michigan and subsequently worked as a journalist for a variety of public ations. In 1994, he was awarded a J.D. degree *cum laude* from the University of Michigan Law School.

Mr. Seidman joined Milberg Weiss in 2000 as an associate. He actively engages in the investigation and prosecution of securities litigation on behalf of defrauded investors. Before joining Milberg Weiss, he was an associate with the New York law firm of Orans, Elsen & Lupert LLP for five years, where he was active in both civil and white collar criminal litigation in federal and state courts.

Mr. Seidman is admitted to practice in the courts of the State of New York, as well as the United States District Courts for the Northern, Southern, and Eastern Districts of New York.

**ANITA BRASS KARTALOPOULOS** graduated with a B.A. degree from the University of Toledo, with honors in 1974, majoring in classics, and graduated from Seton Hall Law School in 1982, with emphasis on health care law. Ms. Kartalopoulos works primarily in the areas of insurance, consumer fraud, securities and managed care. Before joining Milberg Weiss in 1998, she was in government service in the State of New Jersey, holding several positions including deputy commissioner of insurance for life and health, director of legal regulatory affairs for the Department of Health and Senior Services and executive director of the New Jersey Real Estate Commission.

As deputy commissioner of insurance she managed the New Jersey Insurance Department's Multi-State Task Force investigating the sales practices of the Prudential Insurance Company. She also served on the Board of Directors of MBL Insurance Company as a rehabilitator and managed litigation pursuant to the company's rehabilitation.

Thereafter as director of legal and regulatory affairs for the Department of Health and Senior Services, Ms. Kartalopoulos was responsible for litigation management, the development of all regulations implementing the New Jersey Healthcare statutes, the development and implementation of a streamlined Certificate of Need (CN) law, and the development of stringent prompt payment regulations to ensure that HMO's meet contractual obligations to physicians and ensure the stability of the health care network for the benefit of consumers.

As executive director of The New Jersey State Real Estate Commission, Ms. Kartalopoulos was responsible for implementing consumer disclosure/protection regulations which had been long opposed by the New Jersey real estate industry. She was also responsible for all disciplinary investigations and hearings against realtors, the inspection and registration of out of state land sales marketed in the State of New Jersey, continuing licensing of 84,000 realtors and brokers and the on-going development of real estate regulations. Ms. Kartalopoulos also worked with New Jersey Attorney General Deborah Poritz in the development of Megan's Law.

Prior to government service, Ms. Kartalopoulos specialized in local government law and land use representing a number of municipal governments, planning boards and boards of adjustment. She was responsible for litigation before both the State and Federal Courts, and negotiated significant settlements with the New Jersey Council on Affordable Housing (COAH) for the benefit of low income residents of the State.

Ms. Kartalopoulos was admitted to the bar of New Jersey and the U.S. District Court, District of New Jersey, the same year. She is also admitted to the U.S. Courts of Appeals for the Federal Circuit and the 3rd Circuit.

### MITCHELL M. BREIT graduated with a B.A. degree from the University of North Carolina at Chapel Hill in 1972 and received his J.D. degree from Southwestern University School of Law in Los Angeles in 1979.

Mr. Breit serves as co-liaison counsel in cases involving the pharmaceutical product Serzone consolidated in New York Supreme Court. He maintains an active mass tort practice that includes Fen-Phen, Zyprexa, and Vioxx pharmaceutical litigation and consumer class actions involving the banking and boating industries. He was class co-counsel and court-appointed depository custodian in groundwater contamination litigation in the Southern District of New York involving the gasoline additive MTBE. He formerly represented the County of Suffolk, New York and the Suffolk County Water Authority in their claims against the petroleum industry for MTBE contamination. Mr. Breit was also co-counsel in union health and welfare fund tobacco litigation, which included multiple class actions in numerous jurisdictions.

Mr. Breit has been a frequent panelist at Mealey's litigation conferences involving toxic and mass torts and groundwater contamination.

Mr. Breit is a member of the Association of the Bar of the City of New York, where he served on the Art Law Committee, the Committee on State Courts of Superior Jurisdiction, the Committee on Federal Legislation, and currently the Committee on the Judiciary; the Association of Trial Lawyers of America; and the New York State Trial Lawyers Association. Mr. Breit is admitted in New York, New Jersey and Virginia and the U.S. District Courts for the Southern and Eastern Districts of New York, the District of New Jersey, the Eastern District of Virginia and the U.S. Court of Appeals for the Second Circuit.

### WAI Y. CHAN graduated from Duke University in 1987 with a B.A. in economics and history. He received his J.D. from Brooklyn Law School in 1994. Mr. Chan is admitted to practice in the courts of the State of New York and the State of New Jersey.

# OF COUNSEL

### PATRICIA M. HYNES is a trial lawyer and retains her "Of Counsel" status to the Firm once known as Milberg Weiss Bershad Hynes & Lerach LLP. Ms. Hynes is continuing her long and distinguished association with the newly named Milberg Weiss Bershad & Schulman LLP, where she specializes in complex securities and commercial litigation. She received her J.D. degree from Fordham Law School where she was a member of the *Fordham Law Review*. Ms. Hynes served as law clerk to Joseph C. Zavatt, Chief Judge of the United States District Court for the Eastern District of New York, and was an Assistant United States Attorney in the Southern District of New York from 1967 to 1982 where she held several executive positions, including Executive Assistant U.S. Attorney.

A Fellow of the American College of Trial Lawyers, Ms. Hynes has taught Trial Advocacy at Harvard Law School, Fordham Law School and the National Institute of Trial Advocacy. Ms. Hynes is a member of the American Law Institute and served on the Advisory Committee to the Federal Judicial Code Revision Project from 1996 to 2001. Ms. Hynes has been a lecturer for the Practising Law Institute since 1980 and was Chair of its Civil RICO Program from 1984 to 1991.

Ms. Hynes has been included in the list of Best Lawyers in America since 1993 and more recently has been included in *Who's Who in American Law* and the *Euromoney Guide to the World's Leading Litigation Lawyers*. Ms. Hynes has also been included in *The National Law Journal*'s "Profile of America's Top 50 Women Litigators" (December 17, 2001) and its "Survey of the Fifty Most Influential Women Lawyers in America" (March 30, 1998).

Ms. Hynes served as Chair of the American Bar Association's Standing Committee on the Federal Judiciary from July 2000 to August 2001, having previously served as the Second Circuit Representative on that Committee from 1995 to June 2000. Ms. Hynes served as a member of the ABA's Commission on the 21st Century Judiciary (2002-2003). Ms. Hynes has also served as a member of the ABA's Litigation Section Council (1989-1992) and was Chair of the Litigation Section's Securities Litigation Committee (1987-1989), Co-Chair of its Pre-Trial Practice and Discovery Committee (1992-1994) and has served as a member of the Litigation Section's Task Force on Civil Trial Practice Standards. Ms. Hynes also is a Fellow of the American Bar Foundation.

On March 23, 2005, Ms. Hynes received The Simon H. Rifkind Award "for demonstrated commitment to the letter of the law for distinguished public service." An active member of the Association of the Bar of the City of New York, Ms. Hynes served as Chair of its Federal Courts Committee from 1992 to 1995 and was a member of its Executive Committee from 1984 to 1988. From 1982 to 1984, Ms. Hynes served as Secretary of that organization. Ms. Hynes also served as a Vice President of the Federal Bar Council from 1996 to 2002 and previously served on its Board of Trustees from 1983 to 1991.

Presently, Ms. Hynes chairs the Merit Selection Panel for Magistrate Judges for the Southern District of New York and since December, 2003, has been Chair of the Board of Directors of The Legal Aid Society. Ms. Hynes also served as a member of the Planning and Program Committee for the Judicial Conference of the Second Circuit from 1998 to 2001. Ms. Hynes presently serves on the Second Circuit Court of Appeals Rules Committee. From 1994 through 2001, Ms. Hynes served as a member of the Mayor's (Giuliani) Advisory Committee on the Judiciary.

In July of 2002, Ms. Hynes was appointed a member of the New York City Charter Revision Commission by Mayor Michael R. Bloomberg. In March, 2002, Ms. Hynes was appointed a member of the Administrative Board for the Offices of the Public Administrator by Chief Administrative Judge Jonathan L. Lippman. In February, 2000, Ms. Hynes was appointed a member of the New York State Commission on Fiduciary Appointments by Chief Judge Judith S. Kaye of the New York Court of Appeals. From 1987 to 1990, Ms. Hynes served as a member of the New York State Commission on Government Integrity having been appointed by Governor Mario Cuomo and from 1981 to 1982 was a member of the New York State Executive Advisory Committee on the Administration of Justice having been appointed by Governor Hugh L. Carey.

\* \* \*

Ms. Hynes was lead trial counsel for the City of San Jose in a six-month jury trial in the United States District Court for the Northern District of California against thirteen brokerage firms and an accounting firm involving losses to the City as a result of speculative, leveraged bond trading. The jury returned a verdict in favor of the City of San Jose. Ms. Hynes also served as one of the lead plaintiffs' counsel in the settlement reached in the Drexel Bankruptcy and the $1.3 billion settlement reached with Michael Milken and others.

Ms. Hynes is and has been co-lead counsel in several class actions including: *In re Oxford Health Plans, Inc. Securities Litigation*, M.D.L. Docket No. 1222 (CLB) (S.D.N.Y.); *In re DonnKenny Inc. Securities Litigation*, 96 Civ. 8452 (MGC) (S.D.N.Y.); *Duncan, et al. v. Pencer, et al.*, 94 Civ. 0321 (LAP) (S.D.N.Y.); *In re MTC Electronics Technologies Shareholder Litigation*, CV-93-0876 (JG) (E.D.N.Y.); *In re Salomon Inc. Shareholders' Derivative Litigation*, 91 Civ. 5500 (RPP) (S.D.N.Y.); *In re United Telecommunications, Inc. Securities Litigation*, Civ. No. 90-2252-0 (D. Kan.); *In re Lilco Securities Litigation*, 84 Civ. 0588 (LDW) (E.D.N.Y.); *In re Diasonics Securities Litigation*, C-83-4584-RFP (FW) (N.D.Cal.); and *In re Pepsico Securities Litigation*, No. 82 Civ. 8403 (ADS) (S.D.N.Y.).

Ms. Hynes is admitted to practice in the courts of the State of New York, as well as the United States District Courts for the Southern District of New York.

**JARED SPECTHRIE** graduated from Harvard College with honors in 1954 having majored in economics. After four years as a deck officer in the United States Coast Guard, he received a M.B.A. degree in accounting from Rutgers University in 1959, graduating first in his class. He is a Certified Public Accountant in the State of New York and practiced accounting for several years with a major auditing firm. He was graduated from New York Law School in 1965, *summa cum laude*, where he was first in his class and valedictorian. He was admitted to the Bar in New York State in 1965, and is admitted to practice before the U.S. District Court in the Southern and Eastern Districts of New York, and the United States Courts of Appeals for the Second and Fifth Circuits. He has served on the faculty of New York Law School and has lectured on "Accountants' Liability" for the Practising Law Institute. He has been engaged in the full-time practice of law since 1965 and has specialized in federal securities law litigation for the past several years. Mr. Specthrie was lead counsel in *In re Viatron*, MDL 138 (D. Mass.), where aggregate settlements exceeding $15 million were obtained after several months of trial and a jury verdict on liability.

**SOL SCHREIBER** received a B.A. degree, *cum laude*, in 1952 from the City College of New York, and his LL.B. degree from Yale Law School in 1955.

From 1971 through 1978, Mr. Schreiber was a United States Magistrate Judge in the United States District Court for the Southern District of New York where he conducted more than 1,500 criminal and 3,500 civil pretrial hearings and settled approximately 1,000 civil cases. In addition to trying numerous civil and criminal cases, Mr. Schreiber supervised pretrial practice in derivative, class and complex actions in the admiralty, antitrust, aviation, securities, directors' and officers' and product liability fields, including *Berkey v. Kodak*, *Litton v. ATT*, the *Penn Central Commercial Paper Litigation*, the *New York Times* and *Readers' Digest* gender discrimination, the Argo Merchant-Nantucket stranding, and the Tenerife 747 collision cases.

From November 1978 to January 1982, when he joined Milberg Weiss, Mr. Schreiber served as the President and Chief Executive Officer of a unit of the Federation of Jewish Philanthropies of New York which provided centralized legal, risk management and insurance services for the Federation's hospitals, homes for the aged, and health, education and community service agencies. He was Trial Counsel from 1955 through 1971 and Resident Counsel from 1966 through 1971 of the Brooklyn office of Liberty Mutual Insurance Co.

Mr. Schreiber has been a participant in numerous special project committees for the American Bar Association and the Second Circuit. From 1960 to present, Mr. Schreiber has been the Planning and Program Chairman of more than 125 national programs including ALI-ABA and PLI Continuing Professional Education national courses of study on evidence, civil practice and employment discrimination litigation in federal and state courts. He has been a frequent lecturer at professional programs and workshops on federal and state court civil procedure, federal and state court trial evidence and federal criminal practice and procedure. Mr. Schreiber was a reporter for the ABA Advocacy Task Force (1970-1971), which led to the formation of the National Institute for Trial Advocacy.

From 1972 to 1987, he served as an adjunct professor at Fordham Law School teaching courses in trial advocacy, product liability, mass torts and insurance disputes. He has been editor for more than 40 CLE course handbooks and major publications on civil practice and litigation, including ALI-ABA's three-volume *Civil Practice Guide, Litigation in Federal and State Courts* (8th ed. 1998). Mr. Schreiber is a member of the Board of Editors, *Moore's Federal Practice* (2d ed.).

Presently, Mr. Schreiber is Court-Appointed Special Master in *Marcos Human Rights Litigation*. He was Special Master in the Pan American Lockerbie cases, the *Agent Orange Litigation* (March 1982-January 1984), and a series of other complex federal civil cases.

Mr. Schreiber was Judicial Member, Anglo American Exchange on Civil Procedure (March 1974), and Hearing Officer, N.Y. State Master Energy Plan (fall 1979). He is the recipient of the Francis Rawle Award for outstanding achievements in post-admission legal education (ALI-ABA, July 1985) and the Presidential Award, Legal Aid Society (November 1984). Mr. Schreiber is also the founder and co-chair of the Ovarian Cancer Research Fund, Inc.

Mr. Schreiber is a member of the American Bar Association, the New York State Bar Association, the Association of the Bar of the City of New York and the American Law Institute. He is admitted to the bar of the State of New York, to the United States District Courts for the Southern and Eastern Districts of New York and to the Second Circuit Court of Appeals.

**RICHARD M. MEYER** is a graduate of Yale University and a 1958 graduate of Yale Law School, where he was a member of the Board of Editors of the *Yale Law Journal*. Mr. Meyer served as a trial attorney in the United States Department of Justice for two years and as special counsel to the Securities and Exchange Commission for four years. He was a partner with the firm of Pomerantz Levy Haudek & Block from 1970 to April 1980, when he joined Milberg Weiss.

Mr. Meyer is the author and co-author of several law review articles, including "The Social Utility of Class Actions," 42 *Bklyn. L. Rev*. 189 (1975), and has spoken at numerous forums under the auspices of groups such as the American Bar Association, American Law Institute, Practising Law Institute, the Association of the Bar of the City of New York, the Center for the Study of Financial Institutions of the University of Pennsylvania, Columbia University and the Bureau of National Affairs.

Mr. Meyer is admitted to practice in the courts of the State of New York, the Courts of Appeals for the First, Second, Third, Fourth, Sixth, Seventh and Ninth Circuits, and the U.S. Supreme Court.

**PAUL D. YOUNG** received his B.A. *magna cum laude* from Yale University in 1981. He was elected to Phi Beta Kappa and granted with distinction in the history major. As a Fulbright Scholar, he studied at the Universitaet Bielefeld, Germany from 1981 to 1983. He graduated from Columbia University School of Law in 1986, where he was named a Harlan Fiske Stone Scholar.

Selected published decisions: *In re APAC Teleservices, Inc. Securities Litigation*, No. 97 Civ. 9145

(BSJ), 1999 U.S. Dist. LEXIS 17908 (S.D.N.Y. Nov. 19, 1999); *In re Ashanti Goldfields Securities Litigation*, 184 F. Supp. 2d 247 (E.D.N.Y. 2002); *In re Ashanti Goldfields Securities Litigation.*, No. 00 CV 717 (DGT)(RML), 2003 U.S. Dist. LEXIS 724, (E.D.N.Y. Jan. 7, 2003); *Berwecky v. Bear, Stearns & Co.*, 197 F.R.D. 65 (S.D.N.Y. 2000); *Dorchester Investors v. Peak International Limited*, 134 F. Supp. 2d 569 (S.D.N.Y. 2001); *Dorchester Investors v. Peak TrENDS Trust*, No. 99 Civ. 4696 (LMM), 2002 U.S. Dist. LEXIS 3067 (S.D.N.Y. Feb. 26, 2002); *Dorchester Investors v. Peak TrENDS Trust*, No. 99 Civ. 4696 (LMM) (FM), 2003 U.S. Dist. LEXIS 1446 (S.D.N.Y. Feb. 3, 2003); *In re General Instrument Corp. Securities Litigation*, No. 96 C 1129, 2000 U.S. Dist. LEXIS 17078 (N.D. Ill. Nov. 22, 2000); *Hunt v. Alliance North American Government Income Trust, Inc.*, 159 F.3d 723 (2d Cir. 1998); *Lipinski v. Skinner*, 781 F. Supp. 131 (N.D.N.Y. 1991); *In re MTC Electronic Technologies Shareholder Litigation*, 898 F. Supp. 974 (E.D.N.Y. 1995); *In re MTC Electronic Technologies Shareholder Litigation*, 993 F. Supp. 160 (E.D.N.Y. 1997); *Olczyk v. Cerion Technologies, Inc.*, 721 N.E.2d 732; (Ill. App. Ct. 1999); *Siemer v. Associates Financial Services.*, No. CV-97-281-TUC-JC (JMR), 1999 U.S. Dist. LEXIS 22784, (D. Ariz. July 23, 1999); *Siemer v. Associates First Capital Corp.*, No. CV 97-281 TUC JMR (JCC), 2001 U.S. Dist. LEXIS 12810 (D. Ariz. Mar. 30, 2001); *Siemer v. Associates First Capital Corp.*, No. CV 97-281-TUC-JC (JMR), 2000 U.S. Dist. LEXIS 21244, (D. Ariz. Dec. 14, 2000). He was a guest lecturer on predatory lending at the annual meetings of the NAACP in July 2001 and July 2002.

Mr. Young is a member of the New York City Bar Association. Mr. Young is admitted to practice before the United States District Court for the Southern, Northern and Eastern Districts of New York and the United States Courts of Appeals for the First, Second, Fourth, Fifth and Seventh Circuits and the United States District Court for the District of Arizona.

### HONORABLE GERI D. PALAST, Of Counsel to Milberg Weiss Bershad & Schulman, is a Root-Tilden Public Service Law Scholar from New York University School of Law, and an honors graduate of Stanford University. Ms. Palast directs the Firm's program reaching out to institutional investors in areas of litigation, policy and public affairs. Formerly, she was the founder and executive director of the Justice at Stake Campaign, a national organization working to ensure fair and impartial courts. From 1993-2000, she was confirmed by the U.S. Senate to serve as Assistant Secretary of Labor for Congressional and Intergovernmental Affairs during President Clinton's two terms under Labor Secretaries Robert Reich and Alexis Herman. She also served on the President's

Interagency Council on Women, where she chaired the Committee on Women in the Global Economy. The Committee monitored U.S. compliance with the Beijing Platform for Women. She was a member of the U.S. delegation to Women 2000 at the United Nations. Her focus was the impact of globalization on women.

Prior to joining the Clinton Administration, Ms. Palast was the Political and Legislative Director of Service Employees International Union, 1981-1993. In 1979, she established and ran the Washington office of the National Employment Law Project, a program of the Legal Services Corporation. Earlier in her career, she worked for the National Treasury Employees Union and AFSCME (American Federation of State County and Municipal Employees).

Throughout her career, Ms. Palast has organized and directed numerous broad-based national and grassroots legislative and issue campaigns. She founded and co-chaired the bipartisan coalition that was responsible for enacting the landmark Family and Medical Leave Act. As Assistant Secretary, she was a leader in the successful policy and legislative efforts to enact the minimum wage increase, the Workforce Investment Act—the overhaul of the nation's employment and training system, Welfare to Work, School to Work, and the historic congressional ratification of the International Labor Organization (ILO) international convention against abusive child labor. She worked on numerous pension reform legislative and regulatory matters. She has also been a strategic adviser to many electoral campaigns.

Ms. Palast has served on numerous boards and advisory committees. She has also lectured at colleges and universities. Ms. Palast is admitted to practice in the District of Columbia, and she is an inactive member of the California State Bar.

### DEBORAH M. STURMAN received a *Prix d' Excellence* from the Royal Brussels Conservatory and a J.D. degree from the University of California at Los Angeles School of Law.

Ms. Sturman conceived of, and together with senior partner Melvyn Weiss, filed the first suits in United States courts on behalf of Holocaust-era slave labor victims, leading to recoveries of approximately $7 billion. She has been profiled in both *The Wall Street Journal* and *Financial Times* for her innovative lawyering and regularly appears as a legal commentator in the German, Dutch, French, Swiss and Belgian media as well as on numerous international and national Continuing Legal Education panels for complex and international litigation.

Since the early 1990's, Ms. Sturman has represented Holocaust survivors and their heirs seeking restitution of

real property in the former East Germany "Aryanized" during World War II, and assisted European investors in connection with their United States investments. She is fluent in German and Dutch/Flemish and conversant in French and Italian.

Ms. Sturman is admitted to the bar of California, and the Supreme Court of the State of California. She is also admitted to the Federal Circuit Court of Appeals, the U.S. Court of Appeals, Second Circuit, the U.S. District Court for the District of Columbia, and the U.S. District Courts for the Southern and Eastern Districts of New York.

**DAVID K. BERGMAN** graduated with a B.A. degree in American studies from Brandeis University in 1986. He earned a J.D. degree from Brooklyn Law School in 1989. Mr. Bergman practices primarily in the field of class action securities fraud and spends a large percentage of his time representing Milberg Weiss as a liaison with public funds and other institutional investors. Mr. Bergman is regularly sought out as a speaker on a wide variety of topics relating to, among other things, securities fraud, myriad facets of corporate governance, and the fiduciary duties of a pension fund trustee. Mr. Bergman has served as lead and co-lead counsel in numerous securities fraud class actions, and has extensive experience representing investors and other claimants in the arbitration process.

Prior to joining Milberg Weiss, Mr. Bergman also concentrated in the field of professional responsibility and ethics, serving as chief complex claims counsel for the New York State Bar in high exposure cases against lawyers and law firms all across New York State, where he also lectured on issues relating to professional responsibility and legal ethics, and served in various capacities on a number of professional responsibility committees and panels. Immediately prior to joining Milberg Weiss, Mr. Bergman was a principal in Frydman & Bergman, where he represented investors in arbitrations, securities fraud class actions and shareholder derivative actions. Mr. Bergman also served as an appellate advocate for numerous law firms, in both New York State and the United States Court of Appeals. He is admitted to practice in all Federal, State and Appellate Courts in New York.

**REUBEN A. GUTTMAN** graduated from the University of Rochester in 1981 where he received a B.A. degree in history. He graduated from Emory University Law School in 1985 where he received a J.D. degree.

Mr. Guttman's practice involves complex litigation and class actions. He has represented clients in claims brought under the Federal False Claims Act, the Price Anderson Act, Department of Energy (DOE) statutes and regulations, securities laws, the WARN Act, RICO, and various employment discrimination, labor and environmental statutes. He has also litigated claims involving fraud, breach of fiduciary duty, antitrust, business interference and other common law torts.

Mr. Guttman has been counsel in cases generating some of the largest recoveries under the Federal False Cases Act including *U.S. ex rel Johnson* where over $300 million was recovered from the oil industry. He also served as lead counsel in a series of cases which resulted in the recovery of more than $30 million under the Federal Fair Labor Standards Act. Litigation brought by Mr. Guttman on behalf of nuclear weapons workers at "Manhattan Project" nuclear weapons sites resulted n congressional oversight and changes in procurement and sales practices.

Mr. Guttman's publications include: "The False Claims Act: Holding Employers Accountable For Workplace Rights" (co-author, *Employee Rights Quarterly*, Aspen, Fall 2000); "The Dormant Commerce Clause and Interstate Transportation of Waste," University of Pennsylvania, *Journal of Resource Management and Technology*, June 1993; "Impact of OSHA Bloodbourne Disease Rule," *Medical Waste*, Vol. 1, No. 1, Oct. 1992; "Supreme Court Holdings Benefit Landfill and Incinerator Operators," *Medical Waste*, Vol. 1, No. 3, Dec. 1992; "Supreme Court Upholds Preemptive Powers of OSHA Act," *Medical Waste*, Vol. 1, No. 4, Jan. 1993; "EPA Dialogue May Result in Rules for Commercial Buildings," 2 *Nat'l Journal of Asbestos in Buildings Litigation*, 13, 1989; "The Asbestos Model: Labor and Citizens Groups and a Multi-Pronged Approach to Regulatory Change," paper first presented at the Annual Meeting of the American Political Science Association, Chicago, Ill., Sept. 1, 1987; published as a chapter in *Conflict Resolution and Public Policy*, edited by Miriam K. Mills, Greenwood-Quorum Press, October 1990; "At Issue: Should Congress Pass Legislation That Would Extend The Asbestos Hazard Energy Response Act To All Public and Commercial Buildings," *Congressional Quarterly's Editorial Research Reports*, Vol. 1, No. 9, 1990; "Representation Campaigns and the Future of Labor: a Legal and Theoretical Perspective," paper presented at the Annual Meeting of the Midwest Political Science Association, Chicago, Ill., April 4, 1988. Consulting Editor: *The Regulatory Analyst: Medical Waste*, a monthly publication, Warren Gorham Lamont, New York, N.Y., 1992-1994. Chapter Author and Advisory Board Member, "Environmental Management in Healthcare Facilities," W.B. Saunders Company, April 1998.

Mr. Guttman has appeared on ABC National News and CNN, and has been quoted in major publications,

including the *Wall Street Journal* and various national wire services.

In addition to his writings, Mr. Guttman has testified on environmental issues before committees of the United States House of Representatives and the United States Senate, and in 1992 advised President-elect Clinton's transition team on labor policy. He has been an invited speaker on privatization and procurement issues at conferences sponsored by the United States Department of Energy (Oakland, California, 1997; Denver, Colorado, 1995). He was also invited to speak on employment discrimination by the Houston Regional Office of the United States Equal Employment Opportunity Commission (EEOC) at its Fall 1998 Technical Conference in Beaumont, Texas. He has guest lectured at Swarthmore College, University of Pennsylvania, Johns Hopkins University, and The George Washington University.

Mr. Guttman is a founding member of the Association of Trial Lawyers of America (ATLA) Qui Tam Litigation Group and was a featured speaker on the False Claims Act at the ATLA 2001 Annual Convention in Montreal, Canada. Mr. Guttman is admitted to practice law in Georgia (admitted in 1985), the District of Columbia (admitted in 1988), Pennsylvania (admitted in 1991) and New Jersey (admitted in 1991).

**RUBY MENON** graduated from Indiana University with a B.A. degree in journalism/English. She also received her J.D. degree from Indiana University.

Ms. Menon focuses primarily on providing services to public pension funds, employee benefit plans, foundations and endowments. She formerly served as the first general counsel of the Denver Employees' Retirement Plan. Prior to that, she was the general counsel for the Indiana Public Employees' Retirement

Fund. At Indiana, one of her successful projects was to help develop the legal strategy and advocacy for the State's Referendum lifting the long-standing prohibition on the pension funds' investment in equity instruments.

As general counsel for two large multi-employer retirement plans for over 10 years, Ms. Menon developed expertise in many areas of employee benefits administration including legislative and regulatory affairs, investments, tax, fiduciary compliance and plan administration. She provided day-to-day legal advice to the Board and staff, and was responsible for drafting all legislative initiatives involving benefit and investment structure enabling the retirement plans to provide secure long-term benefits for State, public safety, and municipal employees.

Ms. Menon also served as a deputy prosecuting attorney for the Marion County Prosecutor's Office in Indianapolis, IN. In addition she was an adjunct professor for the Indiana Wesleyan University in Indianapolis, IN where she taught Business Law, Ethics and Business Communications.

She is currently an instructor for the International Foundation of Employee Benefit Plan's certificate training program (CAPPP™) for trustees, administrators and other key decision makers of employee benefit plans. She frequently participates as a speaker for various organizations serving U.S. and international public pension plans.

Ms. Menon is admitted to practice in the courts of the States of Indiana and Colorado, as well as the United States District Courts for the Northern and Southern Districts of Indiana, the Colorado District Court, the United States Courts of Appeals for the Seventh and Eleventh Circuits, and the U.S. Supreme Court.

# SPECIAL COUNSEL

**JAMES M. SHAUGHNESSY** graduated *cum laude* from Adelphi University in 1967 with a B.A. degree in political science and *cum laude* from New York University School of Law in 1969. While at N.Y.U., Mr. Shaughnessy was elected to the Order of the Coif, was the administrative director of the moot court program, and, upon graduation, received the Benjamin F. Butler Award for scholarship and outstanding service to the law school.

Mr. Shaughnessy joined the firm of Casey, Lane & Mittendorf in New York City as a litigation associate in 1969 and became a litigation partner at that firm in 1976. In 1982, Mr. Shaughnessy joined the firm of Haythe &

Curley as a litigation partner, and he was the managing partner of the firm for two years. In 1987, Mr. Shaughnessy joined the firm of Windels, Marx, Davies & Ives (now known as Windels, Marx, Lane & Mittendorf, LLP) as a litigation partner. He was the chairman of the Windels, Marx Litigation Department from 1988 through 1998, and was a member of the firm's Executive Committee from 1990 to 1992. Mr. Shaughnessy joined Milberg Weiss in 2001.

Over the course of his career, Mr. Shaughnessy has specialized in commercial, securities, insurance, aviation and bankruptcy litigation. Mr. Shaughnessy was lead defense counsel for Pan American World Airways, Inc.

in *In re Air Disaster at Lockerbie, Scotland on December 21, 1988*, M.D.L. 799 (TCP) (E.D.N.Y.), and tried that case on behalf of Pan Am to a jury for three months.

Mr. Shaughnessy is a member of the American Bar Association, the New York State Bar Association, the Association of the Bar of the City of New York, and Federal Bar Council. Mr. Shaughnessy is admitted to practice in New York, California and New Jersey as well as before the United States Supreme Court, the United States Courts of Appeals for the Second, Fifth and Ninth Circuits, the United States District Courts for the Southern, Eastern, Northern and Western Districts of New York, the Southern District of California and the District of New Jersey, and the United States Tax Court.

# ASSOCIATES

**ARIEL ACEVEDO** earned a B.B.A. degree from Baruch College of the City College of New York in 1991 and his J.D. degree from Fordham University School of Law in 1995. During and after college, Mr. Acevedo was employed as a financial analyst at various brokerage firms and in the banking industry. Prior to joining Milberg Weiss, Mr. Acevedo was employed at a large international law firm in New York, representing and counseling various multi-national corporations in complex, products liability litigation in the United States and other countries. At Milberg Weiss, Mr. Acevedo has represented numerous plaintiffs in employment discrimination litigation in federal and state courts. Additionally, he has participated in the negotiation of settlement agreements in securities actions, including *In re Clarus Corporation*, *In re Hamilton Bancorp*, and *In re UniCapital Corporation*.

Mr. Acevedo is admitted to practice in the courts of the State of Florida, as well as the United States District Courts for the Southern and Middle Districts of Florida.

**ROBERT R. ADLER** earned a B.S. degree with honors in psychology in 1991 from Union College and his J.D. degree from Thomas M. Cooley Law School in 1996, where he was a member of the *Thomas M. Cooley Law Review* from 1995-1996. While a law student, Mr. Adler was the recipient of three book awards for having earned the highest grade in the class in: "Lawyering Before Trial," 1995; "Trial Workshop," 1996; and "Workers Compensation," 1996. As a law student, he also authored "Estate of C.W.: A Pragmatic Approach to the Involuntary Sterilization of the Mentally Disabled," *Nova Law Review*, Spring 1996, Volume 20, Number 3.

As a practicing attorney, Mr. Adler was awarded "Pro Bono Attorney of the Month," by the 15th Circuit Pro Bono Committee, South County Bar Association, in the Summer of 1999.

Mr. Adler's practice areas include securities class action litigation and commercial litigation. He has obtained tens of millions of dollars worth of recoveries on behalf of defrauded investors against their stockbrokers, their broker-dealers, and issuers during his career as a securities litigator.

His involvement as co-lead counsel in *In re Sunbeam Securities Litigation* helped shareholders recover an aggregate settlement of $140 million. That settlement included $110 million from Arthur Andersen, representing the then second largest securities class action settlement ever obtained against an accounting firm. Other cases in which Mr. Adler achieved notable recoveries include: *In re Phoenix International Securities Litigation* (helped procure settlement of $4.22 million); lead counsel in *In re Harbinger Corp. Securities Litigation* (helped obtain settlement of $2.25 million); co-lead counsel in *In re Insurance Management Solutions Group, Inc. Securities Litigation* (helped obtain settlement of $2.1 million); co-lead counsel in *PSINet Inc. Securities Litigation* (helped recover $18.7 million settlement); co-lead counsel in *Cheney v. CyberGuard Corporation, et. al.*, (helped recover $10 million settlement).

Mr. Adler is admitted to practice law in the state of Florida, U.S. District Court, Southern District of Florida, U.S. District Court, Middle District of Florida, and the Eleventh Circuit.

**PAUL J. ANDREJKOVICS** graduated from Union College in 1992, Phi Beta Kappa, *magna cum laude*, with a B.A. degree in political science. In 1995, Mr. Andrejkovics received his J.D. degree from Albany Law School. He was admitted to the New York State Bar in 1996.

**ROBERT R. BARRAVECCHIO** earned his B.S. degree in industrial and labor relations from Cornell University in 1995. He earned his J.D. degree from New York Law School in 1998.

Mr. Barravecchio focuses his practice on class actions on behalf of defrauded investors and consumers. He also has extensive litigation experience with regard to civil rights and employment discrimination actions where he has obtained significant settlements on behalf of victims of employment discrimination. Additionally, Mr. Barravecchio currently is part of the litigation team

prosecuting actions against numerous mutual fund companies for charging excessive fees to mutual fund investors.

Mr. Barravecchio is a member of the Pro Bono Mediation Panel for the Southern District of New York and the New York State Bar Association. His published decisions include: *Joseph v. New York Yankees Partnership*, 2000 U.S. Dist. LEXIS 15417 (S.D.N.Y. October 19, 2000) and *Wilson v. Toussie*, 2003 U.S. Dist. LEXIS 23756 (E.D.N.Y. October 8, 2003).

Mr. Barravecchio was admitted to the bar of the State of New Jersey in 1998 and is admitted to practice before the United States District Court for the District of New Jersey. He was also admitted to the bar of the State of New York in 1999, and is admitted to practice before the United States District Court for the Southern and Eastern Districts of New York.

**ELIZABETH A. BERNEY** graduated with honors from Cornell University in 1975 with a B.S. degree in industrial and labor relations. She received her J.D. degree from the University of Chicago Law School in 1978. Ms. Berney previously worked as an associate at Dewey Ballantine in the tax and municipal bonds fields (where she obtained the tax exemption rulings for the bonds that financed the Intrepid Museum's construction and spoke on television regarding municipal bond issues); as in-house counsel at Queens College (CUNY); as a litigation associate at Gilbert, Segall and Young (now part of Holland & Knight) specializing in cases involving foreign governments; and in her own legal and literary practice. She was involved in the Holocaust assets litigation against German and Swiss banks; negotiated computer software agreements for large software manufacturers; and represented notables such as Marcel Marceau, the Upton Sinclair estate, the author of the controversial book, *Son of Sam*, and the Poetry Society of America in publishing matters. She also appeared on a German television documentary, and was a speaker/panelist for the Women's National Book Association.

Ms. Berney joined Milberg Weiss in the spring of 2000 as a senior associate. She has been an active member of the Firm's litigation teams for various cases including *Firestone Tire / Ford Explorer*, *Enron*, and *Xerox*. Ms. Berney is a member of the Federal Bar Council. She is also an avid amateur violinist. As an undergraduate, she served as concert mistress of the Cornell Symphony Orchestra, and while in law school, was a violinist with the Chicago Civic Orchestra. More recently, she has been a first violinist in local orchestras such as the New York City Bar Association Lawyers' Orchestra and COSMOS (Chamber Orchestra of Medicine and Science).

Ms. Berney gave a guest lecture to Cardozo Law School's ethics class in February 2004 on the topic, "Ethics of Class Action Representation and Fees." She is Melvyn I. Weiss's co-author for the recent article, "Restoring Investor Trust in Auditing Standards and Accounting Principles," which appeared in the *Harvard Journal on Legislation* (Winter 2004). She is currently working on an article on confidentiality with Sol Schreiber.

Ms. Berney is admitted to practice in the courts of the States of New York and Pennsylvania, as well as the United States District Courts for the Southern and Eastern Districts of New York, the U.S. Tax Court, and the U.S. Claims Court.

**BRUCE D. BERNSTEIN** graduated from the University of Vermont in 1994 with a B.A. degree. In 1997, he earned his J.D. degree from The George Washington University Law School. Mr. Bernstein is a member of the New York County Lawyers Association and the American Bar Association. He is admitted to the New York State Bar and is admitted to practice before the United States District Courts for the Eastern and Southern Districts of New York.

**ROSS BROOKS** earned his B.A. degree from Cornell University in 1992, *cum laude*, and his J.D. degree from the University of Chicago Law School in 1997. Mr. Brooks' practice is focused primarily on class actions brought on behalf of defrauded investors and consumers. Prior to joining Milberg Weiss in 2003, Mr. Brooks worked as an associate with law firms in New York and New Jersey, concentrating in the areas of commercial litigation and intellectual property.

Mr. Brooks is admitted to practice in the courts of the State of New York, as well as the United States District Court for the Southern District of New York.

**LISA L. COGAN** earned her B.A. degree in liberal arts from Xavier University in 1996. She earned her J.D. degree from Salmon P. Chase College of Law in 2000.

Ms. Cogan focuses her practice on class actions on behalf of defrauded investors and consumers, as well as complex litigation and employment discrimination. She primarily represents mutual fund investors in actions involving the improper market timing and late trading of mutual fund shares in *In re Mutual Funds Investment Litigation*, MDL. No. 1586 (D.Md.), and in actions alleging that mutual fund companies and brokerage houses are charging their clients excessive fees and commissions. Ms. Cogan was also an integral part of the team representing shareholders in the Disney Shareholder Litigation being tried in the Delaware Court of Chancery.

Ms. Cogan was admitted to the the bar in the State of Kentucky in 2001 and is admitted to practice in the United States District Court for the Eastern District of Kentucky. She was also admitted to the bar of the State of New Jersey in 2003 and is admitted to practice before the United States District Court for the District of New Jersey.

**JENNIFER S. CZEISLER** graduated from Hofstra University in 1994 with a B.A. degree in psychology. After completing graduate degree work at Hunter School of Social Work (1994-95), she pursued a J.D. degree, which she earned in 1999 from the University of Miami School of Law, where she graduated *cum laude*. Ms. Czeisler was on the editorial board of the *Law Review of Psychology, Public Policy & Law* and earned numerous awards, including the Cali Excellence for the Future Award, Dean's Certificate of Achievement Award and membership in the Phi Delta Phi National Honor Society. Ms. Czeisler is admitted to practice in the State of New York and is a member of the American Bar Association, where she is committed to her pro bono work with the American Bar Association Commission on Legal Problems of the Elderly.

**DAN P. DIETRICH** graduated from the University of Florida in 1997 with a double major in finance and management. He earned his M.B.A. degree in finance from the University of Miami in 2000 and his J.D. degree from St. John's University School of Law in 2003. While at St. John's, Mr. Dietrich was the Editor-in-Chief of the *New York International Law Review*.

Mr. Dietrich focuses his practice primarily on class actions on behalf of defrauded investors and shareholders, as well as complex litigation. He currently represents shareholders in actions against various mutual fund families in which Milberg Weiss has been appointed sole lead counsel, including *In re Goldman Sachs Fee Litigation* (S.D.N.Y.) and *In re Dreyfus Fee Litigation* (W.D. Pa.).

Mr. Dietrich is a member of the New York State Bar Association and the American Bar Association. He is admitted to the bar of the State of New York and the State of Florida.

**MICHAEL EISENKRAFT** graduated Magna Cum Laude with honors from Brown University in 2001, where he double-majored in history and comparative politics and was elected to Phi Beta Kappa. In 2004, Mr. Eisenkraft graduated Cum Laude from The Harvard Law School. Mr. Eisenkraft joined Milberg Weiss in 2004, after working as a summer associate for the firm after his first and second years of law school. Prior to joining Milberg Weiss, Mr. Eisenkraft spent the summers before law school working with the Vera Institute For Justice's Adolescent Portable Therapy Project and the Neighborhood Defender Service of Harlem.

Mr. Eisenkraft focuses his practice primarily on class actions on behalf of defrauded investors and consumers, as well as complex commercial litigation and mass torts. Mr. Eisenkraft was admitted to the New Jersey State Bar in 2004 and the New York State Bar in 2005.

**NEIL R. FRASER** graduated from the University of Massachusetts, Amherst in 1989 with a B.A. degree in political science. In 1992, he received his J.D. degree from Whittier Law School. While in law school, Mr. Fraser externed for the Hon. Vincent P. Zurzolo, United States Bankruptcy Judge for the Central District of California.

Mr. Fraser focuses his practice in the areas of securities, mass torts and employment discrimination. He is currently one of the attorneys litigating on behalf of the plaintiffs in the recently certified class action alleging employment discrimination at the Jacob K. Javits Convention Center, *Cokely, et al. v. NYCCOC, et al.* (S.D.N.Y.). In the mass torts practice, Mr. Fraser is a key part of the team representing over 330 individuals relating to injuries they sustained by their ingestion of the diet drug combination known as *Fen-Phen* in *In re Diet Drug Litigation Venued in Bergen County*. In securities, he worked on the successfully resolved *In re Racing Champions Securities Litigation* (N.D. Ill.) and is currently a member of the team handling the landmark *In re IPO Securities Litigation*, alleging various forms of market manipulation.

Mr. Fraser is admitted to practice in New York, New Jersey and the U.S. District Courts for the Southern District of New York, the Eastern District of New York and the District of New Jersey.

**SUSAN M. GREENWOOD** graduated *cum laude* from Cornell University in 1994 with an A.B. degree in history. She earned her J.D. degree from the University of Pennsylvania Law School in 1997. Ms. Greenwood was admitted to the New York State Bar and the New Jersey State Bar in 1998. In 2000, she was admitted to practice before the United States District Court for the Southern and Eastern Districts of New York.

**SHANNON HOPKINS** earned her B.A. degree from Bryant College in 1995, *cum laude*, and her J.D. degree from Suffolk University Law School in 2003, *magna cum laude*. Ms. Hopkins focuses her practice on class actions on behalf of defrauded investors. Prior to joining Milberg Weiss, she was associated with the Boston

office of Berman DeValerio Pease Tabacco Burt & Pucillo, where she focused her practice on securities litigation. Ms. Hopkins is also a Certified Public Accountant and worked for a major public accounting firm before becoming an attorney. During law school, Ms. Hopkins was a member of the *Journal of High Technology* and authored a note entitled, "Cybercrime Convention: A Positive Beginning to a Long Road Ahead," 2 J. *High Tech.* L. 101. Ms. Hopkins also served on the executive board of Phi Delta Phi.

Ms. Hopkins is admitted to practice in the courts of the States of Massachusetts and New York, as well as the United States District for the District of Massachusetts.

**JENNIFER K. HIRSH** graduated from Brown University in 1987 with a B.A. degree in history. She spent a year studying history at University College London. In 2001, she earned her J.D. degree from Benjamin N. Cardozo School of Law, where she was Senior Articles Editor of the *Journal of Comparative and International Law*. Ms. Hirsh is a member of the New York Bar.

**CHRISTOPHER S. JONES** received his B.A. degree in economics *cum laude* from the University of Akron in 1991, and his J.D. degree from DePaul University College of Law in 1996.

Mr. Jones began his legal career as an attorney with a prominent corporate defense firm where he gained extensive litigation experience in a variety of areas, including complex litigation, class actions, and appellate litigation. His reported victories there spanned federal and state courts, including *Conway v. Royalite*, 12 S.W. 3d 314 (Mo. 2001), *Fletcher v. Conoco Pipeline Co.*, 129 F. Supp. 2d 1255 (W.D. Mo. 2001), *Clay v. American Tobacco Co.*, 188 F.R.D. 483, 1999 U.S. Dist. LEXIS 19515 (S.D. Ill. 1999), and *West Virginia-Ohio Valley Area I.B.E.W. Welfare Fund v. American Tobacco Co.*, 188 F.R.D. 425 (S.D. W. Va. 1999).

Mr. Jones joined Milberg Weiss in 2001. His practice focuses on securities class action litigation, corporate derivative litigation, and consumer class action litigation. Along with his colleagues, his securities class action victories and settlements include *In re Hamilton Bancorp Securities Litigation*, 194 F. Supp. 2d 1353 (S.D. Fla. 2002) (defeating motion to dismiss; $8.5 million settlement), *In re UniCapital Corp. Securities Litigation*, Case No. 00-2054 (S.D. Fla. 2002) (defeating corporation's motion to dismiss; $5.2 million settlement), *In re Mirant Securities Litigation*, Case No. 1:02-CV-1467 (N.D. Ga. 2003) (defeating motions to dismiss; case pending); *In re Intercept Securities Litigation*, Case No. 1:03-CV-567 (N. D. Ga. 2004) ($5.5 million settlement), and *In re AES Securities*

*Litigation*, Case No. 1:03-CV-284 (S.D. In. 2004) ($5 million settlement).

Mr. Jones also has extensive experience in prosecuting corporate derivative actions. Notably, he was one of the lead counsel in the widely reported case involving FPL Group (NYSE:FPL), a large public utility holding company. After nearly three years of intense litigation, which included a victory on the defendants' motions to dismiss (*see Klein v. FPL Group, Inc.*, 2004 U.S. Dist. LEXIS 919, 2004 WL 302292 (S.D. Fla. Jan. 20, 2004)), eight FPL executives, and their insurer, have agreed to return $22.25 million dollars in compensation to the company. The settlement represents a groundbreaking recovery, standing as one of the largest amounts of money ever returned to a public company by members of its management in an executive compensation type lawsuit.

Mr. Jones is a member of the Firm's Technology Committee. In 2005, Mr. Jones was admitted to the Georgia State Bar.

**TODD KAMMERMAN** received his B.A. degree *cum laude* with honors in politics from Brandeis University in 1999. In 2002, he received his J.D. degree from the Benjamin N. Cardozo School of Law. While at Cardozo, Mr. Kammerman was named an Alexander Fellow, through which he worked as a judicial intern in the chambers of the Honorable Joseph A. Greenaway, Jr., U.S.D.J. in Newark, NJ. Mr. Kammerman is a member of the bars of the States of New York and New Jersey and is admitted to practice before the United States District Court for the District of New Jersey.

**HANNAH K. KIERNAN** graduated *cum laude* from the University of Michigan in 1994 with a B.S. degree in Nursing. She practiced nursing on a general medical floor at New York University Medical Center between 1994-1997. Ms. Kiernan graduated from Boston College Law School, where she was a Member of the Jessup International Moot Court Team, in 2000. While in law school, Ms. Kiernan was awarded a Public Interest Law Foundation, Distinguished Civil Rights Award for her paper entitled "Insanity or Death: The Choice that Violates the 8th Amendment."

Ms. Kiernan is the co-author of "Reviewing Discovery Under HIPAA Privacy Rules" which was published in the *New York Law Journal* on August 17, 2001. She is also co-author of "The Patient Health Information and Quality Improvement Act of 2000: Health Care Consumers Beware - or Befuddled?" which was published in *Mealey's Managed Care Liability Report* on December 8, 2000.

Ms. Kiernan is a member of the American Bar Association and the New York State Bar Association. In

2001, Ms. Kiernan was admitted to the New York State Bar. She is also admitted to practice before United States District Courts for the Southern and Eastern Districts of New York.

**SABRINA KIM** earned her B.A. degree from the University of California, Los Angeles, in 1992, and her J.D. degree from the University of California, Hastings College of Law in 1996. She focuses primarily on class actions on behalf of defrauded consumers and investors as well as public shareholders in mergers and acquisition cases. She came to the Firm from the California Department of Justice, where she was a deputy attorney general in the Consumer Law Section for six years. During her tenure as a state prosecutor, Ms. Kim served on the Attorney General's Asian Pacific Islander Advisory Board and prosecuted high-profile, complex state and federal consumer fraud cases, including those against major predatory lenders, notorious immigration consultants, and others who engaged in unlawful and deceptive business practices. She has also conducted numerous consumer education presentations to community organizations and has taught Consumer Law as an adjunct professor at Loyola Law School. She is a board member of the Korean American Bar Association.

Ms. Kim is admitted to practice in the courts of the State of California, as well as the United States District Court for the Central District of California.

**MATTHEW A. KUPILLAS** graduated from the State University of New York at Albany in 1990 with a B.A. degree in philosophy. In 1994, Mr. Kupillas received his J.D. degree from New York University School of Law. Mr. Kupillas focuses his practice primarily on class actions on behalf of defrauded investors and consumers, as well as complex commercial litigation. His involvement in the *In re Oxford Health Plans, Inc. Securities Litigation* helped shareholders recover an aggregate settlement of $300 million. Mr. Kupillas is a member of the New York State Bar Association and the American Bar Association. He is a member of the bar of the State of New York and is admitted to practice before the United States District Court for the Eastern District of Wisconsin.

**SHARON M. LEE** graduated from St. John's University in 1997 with a B.A. degree in Asian studies, and a M.A. degree in East Asian studies in 1998. Ms. Lee earned her J.D. degree from St. John's University School of Law in 2001 where she was the notes and comments editor of *The New York International Law Review*, and the author of an article published therein. Ms. Lee is a member of the New York State Bar Association. She is admitted to the bar of the State of New York, and is admitted to practice in the Southern and Eastern Districts of New York.

**ELIZABETH LIN** earned her B.A. degree from the University of California, Los Angeles in 1991 and her J.D. degree from UCLA Law School in 1994. Ms. Lin focuses her practice on investigating fraud and litigating class action lawsuits on behalf of defrauded individual and institutional investors. Prior to joining Milberg Weiss, Ms. Lin was a senior associate at Weiss & Yourman, where she successfully litigated class action lawsuits resulting in multi-million dollar recoveries for members of the class. Ms. Lin was instrumental in achieving a recovery for the class in, among other cases, *In re Southern Pacific Funding Corp. Securities Litigation*, 83 F. Supp. 2d 1172 (D. Or. 1999), *In re U.S. Interactive Inc.*, No. 01-CV-522, 2002 U.S. Dist. LEXIS 16009 (E.D. Pa. Aug. 23, 2002), and *In re Aura Systems, Inc. Securities Litigation*, No. 97-3103 SVW (C.D. Cal.). In *In re Amylin Pharmaceuticals, Inc. Securities Litigation*, No. 01cv1455 BTM (S.D. Cal.), she successfully opposed defendants' motion to dismiss, 2002 U.S. Dist. LEXIS 19481 (S.D. Cal. Oct. 9, 2002), and defendants' subsequent motion for reconsideration, 2003 U.S. Dist. LEXIS 7667 (S.D. Cal. May 1, 2003). She also successfully opposed defendants' motions to dismiss in *In re Williams Securities Litigation*, No. 02-CV-72H (N.D. Okla.). In *In re Lantronix Inc. Securities Litigation*, No. 02-03899 PA (C.D. Cal.), the corporate defendant, in a federal securities class action filed post-PSLRA, did not even move to dismiss the securities fraud allegations in the consolidated complaint she drafted.

Ms. Lin is admitted to practice in the courts of the State of California, as well as the United States District Courts for the Central, Northern, Southern and Eastern Districts of California, the Western District of Michigan, the District of Colorado, and the United States Courts of Appeals for the Ninth and Tenth Circuits.

**ANN M. LIPTON** graduated with distinction from Stanford University in 1995, Phi Beta Kappa, with a B.A. degree in communication and psychology. In 2000, Ms. Lipton graduated *magna cum laude* from Harvard Law School, where she was awarded the Sears Prize for her second-year grade point average and served as an Articles Editor for the *Harvard Law Review*. Prior to joining Milberg Weiss, she clerked for Chief Judge Edward R. Becker of the United States Court of Appeals for the Third Circuit, and Associate Justice David H. Souter of the United States Supreme Court. She was admitted to the New York State Bar in 2001.

**DAVID B. MANNO** graduated from Hofstra University in 1992 with a B.B.A. degree in management. He received his J.D. degree with distinction from Hofstra University School of Law in 1997. Mr. Manno primarily represents companies in connection with public and private financings, mergers and acquisitions, securities

transactions and general corporate matters. During 2004, he served as an arbitrator in the Civil Court of New York Small Claims Part in Queens, New York. Mr. Manno is admitted to practice in the courts of the State of New York.

**JANUARY L. MARSCH** received her B.A. degree in government and law from Lafayette College and graduated from New York Law School, *cum laude* in 2001. While at NYLS, Ms. Marsch was active in the Moot Court Association and served as the Executive Editor. She received several awards including the Morris Orland Award for Excellence in Appellate Advocacy and the National Second Best Brief Award at the Burton D. Weschler Moot Court Competition. In 2001, Ms. Marsch was awarded the National Moot Court Association Honors and was elected into the Order of the Barristers. She was the Recipient of the Arthur Abbey Fellowship for public advocacy in 2002. Ms. Marsch has completed internships for the US Attorney's Office for the Southern District of New York and the Honorable Kevin Thomas Duffy, U.S. District Judge, SDNY. Ms. Marsch joined Milberg Weiss in 2003. Ms. Marsch is a member of the New York State Bar Association, New York County Lawyers Association, New Jersey State Bar Association and the American Bar Association. She is admitted to the Bars of the States of New York and New Jersey and the United States District Court for the State of New Jersey.

**CAROLINE MARSHALL** graduated from Dartmouth College in 1988 with a B.A. degree in philosophy. In 1992, she received her J.D. degree from Fordham University School of Law, where she was captain of Fordham's National Moot Court Team and a recipient of an Excellence in Advocacy award. Ms. Marshall served as a trial assistant at the New York County District Attorney's Office for three and a half years and as an assistant corporation counsel for the Law Department for the City of New York for one year. Ms. Marshall then spent five years practicing criminal defense both in private practice and as a public defender. Before joining the Firm in 2003, she worked for Deloitte & Touche's Business Intelligence Unit. Ms. Marshall is admitted to the New York State bar.

**KRISTI STAHNKE MCGREGOR** received her B.A. degree in political science, Phi Beta Kappa, from the University of Florida in 1995. She spent two years, 1993-94 and 1995-96, studying political science and economics at the Rheinische Friedrich-Wilhelms-Universitaet Bonn in Bonn, Germany. In 1999 Ms. Stahnke received her J.D. degree from Emory University School of Law, where she was the Research Editor of the *Emory International Law Review* and student law clerk to Justice Norman Fletcher of the Georgia Supreme Court.

After graduating law school, Ms. Stahnke was a recipient of the German Chancellor Fellowship through the Alexander Von Humboldt Foundation, which allowed her to attend the Westfaelische Wilhelms-Universitaet Muenster in Muenster, Germany and receive her LL.M. degree *magna cum laude* in German civil law in 2001.

Prior to joining Milberg Weiss in 2002, Ms. Stahnke practiced in the international section of a large Atlanta law firm. Ms. Stahnke focuses her practice primarily on class actions on behalf of defrauded investors, as well as complex commercial litigation. She has particular experience in international litigation, primarily involving European companies. She is fluent in German. Ms. Stahnke was admitted to the State Bar of Georgia in 1999, the New York Bar in 2003 and the Florida Bar in 2004.

**JOHN MILLS** earned his BA. degree from Duke University in 1997, and his J.D. degree from Brooklyn Law School in 2000, *cum laude*. Mr. Mills is admitted to practice in the courts of the State of New York.

**CHRISTOPHER POLASZEK** earned his B.S. degree from Florida State University in 1992, *cum laude*, his M.B.A. degree from Florida State University in 1997, *cum laude*, his J.D. degree from Florida State University in 1997, *cum laude*, and his LL.M. degree from Georgetown University in 2000. While pursuing his legal education, Mr. Polaszek interned with the Florida Senate and United States Senator Bob Graham. Mr. Polaszek currently specializes in securities fraud litigation. Prior to joining Milberg Weiss, Mr. Polaszek spent several years practicing commercial litigation with an emphasis on securities litigation and arbitration. In this regard, in addition to litigating matters in state and federal courts, he has represented numerous clients in securities arbitration proceedings conducted by the National Association of Securities Dealers, Inc., the New York Stock Exchange, and the American Arbitration Association. Mr. Polaszek is also a member of the Federal Bar Association and the American Bar Association.

Mr. Polaszek is admitted to practice in the courts of the State of Florida, as well as the United States District Courts for the Northern and Middle Districts of Florida.

**ALBERT G. POWELL** graduated from Columbia University in 1987 with a B.A. degree in economics. In 1989, Mr. Powell received his J.D. degree from The University of Texas School of Law. Mr. Powell's practice includes antitrust class actions and securities fraud litigation. Among the notable cases he has helped prosecute are *In re VisaCheck/MasterMoney Antitrust Litigation* (E.D.N.Y.), *In re Raytheon Company Securities Litigation* (D. Mass.), and *Duhaime v. John*

*Hancock Mutual Life Insurance Company* (D. Mass.). Mr. Powell is a member of the New York State Bar Association. He is admitted to the Bars of the States of Connecticut and New York.

**JOHN RADICE** graduated magna cum laude from Princeton University in 1997 with a Bachelor of Arts degree in Politics and a Certificate in Political Theory. After working in finance for several years, Mr. Radice graduated from the NYU School of Law where he was an Arthur Garfield Hays Civil Rights & Civil Liberties Fellow and a member of the Journal of Legislation & Public Policy. Through the Hays Fellowship, Mr. Radice completed internships at the NAACP Legal Defense & Education Fund and the ACLU Immigrants' Rights Project.

Mr. Radice Prior to joining Milberg Weiss, he clerked for Judge Edith Brown Clement of the United States Court of Appeals for the Fifth Circuit in New Orleans. Mr. Radice focuses his practice on False Claims Act litigation, representing whistleblowers in numerous cases currently pending under seal, and securities litigation. Mr. Radice is admitted to practice law in the state and federal courts of New Jersey.

**ANDREI RADO**, born in Bucharest, Romania, earned his B.A. degree in psychology *summa cum laude*, at the State University of New York at Buffalo in 1996; and his J.D. degree at St. John's University, *cum laude* in 1999, where he was a member of Phi Beta Kappa. Mr. Rado authored 12 New York International Law Review 97, 1999.

Mr. Rado, who is fluent in Romanian, has worked at Milberg Weiss since 2000, where his practice focuses on securities and consumer class actions. Prior to joining Milberg Weiss, Mr. Rado worked as an attorney at Bear Stearns & Co. Inc., focusing on rules and regulations relating to resales of control and/or restricted securities. While in law school, Mr. Rado was a senior staff member of the *New York International Law Review*. Mr. Rado is the author of a case commentary, *Ministry of Defense of Iran v. Cubic Defense Systems Inc.*, 12 N.Y. Int'l. L. Rev. 97 (1999).

Mr. Rado is admitted to practice in the courts of the State of New York, as well as the United States District Court for the Southern District of New York.

**CARLOS F. RAMIREZ** earned his B.S. degree in legal studies *cum laude* from John Jay College of Criminal Justice in 1994. He earned his J.D. degree from Fordham University School of Law in 1997, where he was an articles and notes editor of the *Fordham Urban Law Journal* and the recipient of the Department of Justice Civil Rights Fellowship. Mr. Ramirez is the author of "Administrative License Suspensions, Criminal Prosecution and the Double Jeopardy Clause," 23 *FORDHAM URB. L.J.* 923 (1996). Upon graduation from law school, he served as an assistant district attorney in the Trial Division of the Manhattan District Attorney's Office for three years. Mr. Ramirez was admitted to the bar of the State of New York in 1998, and is admitted to practice before the United States District Court for the Southern and Eastern Districts of New York. He is a member of the Association of the Bar of the City of New York and the New York State Bar Association.

**CYDNEY RABOURN** earned her B.A. degree from the University of Missouri, Columbia, in 2000, Phi Beta Kappa with honors, and her J.D. degree from the University of Iowa in 2003, with distinction. During law school Ms. Rabourn worked as a research assistant for antitrust scholar Herbert Hovenkamp where she assisted in research and editing for the Antitrust Law treatise series. Ms. Rabourn focuses her practice exclusively on complex antitrust class actions on behalf of injured consumers both in the United States and world wide. Before joining Milberg Weiss as an associate, she worked as an attorney for the Federal Trade Commission, Bureau of Competition Anticompetitive Practices in Washington D.C. As an attorney at the FTC, her work centered on prosecution of complex administrative antitrust cases involving violations of both §§ 1 and 2 of the Sherman Act and § 5 of the Federal Trade Commission Act.

Ms. Rabourn is a member of the American Bar Association's Antitrust section and also a member of the American Antitrust Institute. She continues to serve as a co-chair for the Women's Bar Association of the District of Columbia and is a member of the University of Missouri-Columbia Alumni Board. She is also active in numerous political and philanthropic activities both locally and nationally.

Ms. Rabourn is admitted to practice in the courts of the State of Wisconsin, as well as the United States District Court for the Central District of Wisconsin.

**JOHN REDIKER** earned his B.A. degree from the University of North Carolina in 1994, and his J.D. degree from Washington and Lee University School of Law in 1999. Mr. Rediker's practice involves class action securities and consumer fraud litigation. In addition, Mr. Rediker also has experience in multi-party environmental litigation, complex commercial litigation, and he was associate in-house counsel for an international corporation. While in law school, he was

Articles Editor for the *Environmental Law Diges*t and was a third-year practice certified advocate for the Legal Aid Society of Rockbridge County.

Mr. Rediker is admitted to practice in the courts of the State of Colorado, as well as the United States District Court for the District of Colorado, and the United States Court of Appeals for the Tenth Circuit.

**KAREN ROGERS** earned her B.A. degree from the University of California, Irvine, in 1983, her M.B.A. degree from Pepperdine University in 1990, and her J.D. degree from Southwestern University School of Law in 1996.

Ms. Rogers specializes in representing investors, including individual and institutional investors, in securities fraud class actions and shareholder derivative litigation. Ms. Rogers has been with the Firm since March 1997. While at Milberg Weiss, Ms. Rogers has successfully litigated numerous class action lawsuits which have resulted in multi-million dollar recoveries for defrauded investors, including, among others, cases such as *Mattel Securities Litigation*, *Accelerated Securities Litigation*, and *Hoeck v. CompUSA*.

While at Southwestern, Ms. Rogers was on the Dean's List from 1994-1995 and a member of the Law Review from 1995-1996. Ms. Rogers authored "Embryo Theft: The Misappropriation of Human Eggs at an Irvine Fertility Clinic Has Raised a Host of New Legal Concerns for Infertile Couples Using Reproductive Technologies," 26 Sw. U.L. Rev. 1133 (1997). In 1996, Ms. Rogers served as judicial extern for The Honorable Ronald S.W. Lew, U.S. District Court of California.

Prior to law school, Ms. Rogers earned an NASD Series 7 securities license and worked in the securities industry for five years at Drexel Burnham Lambert's Beverly Hills office.

Ms. Rogers is a member of the Association of Business Trial Lawyers, as well as the Los Angeles County, San Fernando Valley, and American Bar Associations. Ms. Rogers is admitted to practice in the courts of the State of California, as well as the United States District Court for the Central District of California.

**ELIZABETH ROSENBERG** graduated from the University of Michigan in 1998 with a B.A. degree in psychology. In 2001, she earned her J.D. degree from Brooklyn Law School. Ms. Rosenberg is admitted to practice in the State of New York and is a member of the New York State Bar Association.

**LILI R. SABO** graduated from the State University of New York at Albany in 1997 with a B.A. degree in political science. She earned her J.D. degree from Brooklyn Law School in 2002. Ms. Sabo was admitted

to the bar of the State of New York in 2003, and is admitted to practice before the United States District Court for the Southern and Eastern Districts of New York.

**ALAN H. SCHWARTZ** graduated from Rutgers University in 1990 with a B.A. degree in psychology. In 1994, Mr. Schwartz received his J.D. degree from Brooklyn Law School. Mr. Schwartz's practice concentrates on securities and antitrust class actions. He is currently representing a class of defrauded investors in *In re Initial Public Offering Securities Litigation* (S.D.N.Y.). Mr. Schwartz also represented merchants in *In re Visa Check/MasterMoney Antitrust Litigation* (E.D.N.Y.) which resulted in an historic $3.05 billion antitrust settlement and injunction on behalf of the class. Mr. Schwartz is a member of the New York State Bar Association. Mr. Schwartz is admitted to practice in the States of New York and New Jersey and before the United States District Court for the District of New Jersey.

**JENNIFER SCLAR** earned her B.A. degree from Barnard College in 1991, and her J.D. degree from Columbia University in 1995. Ms. Sclar is admitted to practice in the courts of the State of New York, as well as the United States District Courts for the Southern and Eastern Districts of New York.

**PATRICK J. SHEEHAN** graduated from the College of the Holy Cross in 1993 with a B.A. degree in history. In 1997, he received a J.D. degree from Northeastern University School of Law, where he was an editor of the *NU Forum*, the school's law journal.

Mr. Sheehan was admitted to the bar of the Supreme Judicial Court of Massachusetts in 1998 and the bar of the State of New York in 2000. He is also admitted to practice in the United States District Courts for the Southern and Eastern Districts of New York. He is also a member of the American Bar Association and the Bar of the City of New York. Mr. Sheehan's practice focuses on the representation of health care providers and consumers in complex health care litigation.

Mr. Sheehan is the co-author of "Class Actions In The Healthcare Context" which was published for the following healthcare conferences: "Class Action Health Care Litigation," Ali-ABA Health Care Law and Litigation Conferences, 1999; "Class Actions: HMOs and Health Care Providers Under Attack," ALI-ABA Life and Health Insurance Litigation Conference, 2002; Providers (Suits by Doctors and Hospital Class Actions)," ALI - ABA Heath Care Law and Litigation conference, 2000; "The Application of ERISA and RICO Theories in the Age of Managed Care," The Judges and Lawyers Brest Cancer Alert, 2000 and "Health Care Litigation: What You Need to Know After Pegram,"

Practising Law Institute, 2000. Mr. Sheehan is also co-author of "An Overview Of Class Action Litigation In the Managed Care Context" which was published for the following healthcare conference: "Provider Suits by Doctors and Hospitals v. HMOs" ALI-ABA Health Care Law and Litigation Conference, 2001.

Mr. Sheehan is a member of the American Bar Association's Health Law Section and the Bar of the City of New York. Mr. Sheehan is admitted to practice in the courts of the States of New York and Massachusetts, as well as the United States District Courts for the Southern and Eastern Districts of New York.

**LEIGH SMITH** earned her B.A. degree from Rutgers University, New Brunswick, in 1990, with high honors, her M.A. degree from Rutgers University, New Brunswick, in 1994, and her J.D. degree from Cornell Law School in 1999. Ms. Smith focuses her practice on class actions on behalf of defrauded investors. She also has significant experience with complex commercial litigation. At Rutgers, Ms. Smith majored in French and was elected to Phi Beta Kappa and Phi Sigma Iota. As a graduate student, she studied French literature and film and spent a year in France working as an assistant English teacher. In law school, Ms. Smith served as the Acquisitions Editor for the *Cornell Journal of Law and Public Policy* and was a member of the Cornell Moot Court Board. She was a finalist in the Cuccia Cup Moot Court Competition and received a CALI Award for Outstanding Achievement for her work in Cornell's Legal Aid Clinic. She also was active in a number of student organizations, including the Public Interest Law Union and the Women's Law Coalition, and was co-chair of Lambda Law Students. Since graduating, Ms. Smith has been associated with law firms in New York and New Jersey.

Ms. Smith is admitted to practice in the courts of the States of New York, New Jersey and Massachusetts, as well as the United States District Courts for the District of New Jersey, the District of Massachusetts, and the Southern and Eastern Districts of New York.

**RALPH SIANNI** graduated *cum laude* with distinction from the University of Pennsylvania in 1990 with a B.A. degree in history (American legal and constitutional) and was named to the Dean's List and to Outstanding College Students of America. He earned an M.A. degree from Yale University in history (American legal and constitutional) in 1991 and a J.D. degree from the Boston University School of Law in 1995, where he served as an editor of the *Boston University Public Interest Law Journal*. While in law school, Mr. Sianni served as a teaching assistant for a course in the Boston University College of Communications, in both the graduate and undergraduate divisions, Mass Media and the First Amendment, where he lectured on issues of defamation, advertising law, and basic trademark and copyright.

After law school, Mr. Sianni served as law clerk to the Hon. Stephen J. McEwen, Jr., President Judge of the Pennsylvania Superior Court. Prior to joining Milberg Weiss, Mr. Sianni practiced in the areas of appellate litigation, bankruptcy and trademark prosecution. Mr. Sianni was also part of a pro bono team for a prisoner civil rights case that was heard by the United States Supreme Court.

Mr. Sianni focuses his practice primarily on shareholder class actions involving mergers and acquisitions, as well as securities class actions.

Mr. Sianni is a member of the bars of the state of Delaware, the commonwealth of Pennsylvania and the District of Columbia. Mr. Sianni is also admitted to practice and before the United States District Courts for the District of Delaware and the Eastern District of Pennsylvania, the United States Court of Appeals for the Third Circuit, and the United States Supreme Court.

**CHRISTIAN SIEBOTT** graduated in 1998 from the City University of New York School of Law where he was a Belle Zeller Scholar. Prior to joining Milberg Weiss, Christian clerked in the United States Court of Appeals for the Second Circuit and the United States District Court for the Southern District of New York. He currently serves as an adjunct professor of Law at Cardozo Law School, and is a member of the Association of the Bar of the City of New York, the New York State Bar Association, the American Bar Association, and the Federal Bar Council Inn of Court.

Christian is admitted to practice in New York State, the United States District Courts for the Southern and Eastern Districts of New York, and the United States Courts of Appeals for the Second and Federal Circuits.

**PETER SLOANE** graduated with honors from Johns Hopkins University in 1994 with a B.A. degree in international relations and received his J.D. degree from Georgetown University Law Center in 1997. Upon graduation from law school, Mr. Sloane clerked for the Honorable Anthony W. Ishii of the United States District Court for the Eastern District of California. While an undergraduate at Johns Hopkins, Mr. Sloane was selected to participate in the Paul H. Nitze School of Advanced International Studies graduate program in Bologna, Italy, where he earned a graduate diploma in international relations. Prior to joining Milberg Weiss, Mr. Sloane was associated with Milbank, Tweed, Hadley & McCloy LLP, where he specialized in complex

commercial litigation and consumer mass actions. He is fluent in Italian and conversant in French and Hebrew.

Mr. Sloane currently represents purchasers of securities in several securities fraud class actions, including *Irvine v. ImClone Systems, Inc., et al.* (S.D.N.Y.) and *In re Sears, Roebuck & Co. Securities Litigation* (N. D. Ill.).

Mr. Sloane is admitted to practice before the United States District Courts for the Southern and Eastern Districts of New York.

**ALISHA C. SMITH** graduated from the University of Maryland in 1997 with a B.A. degree in government and politics. In 2000, she earned her J.D. degree from Washington University School of Law in St. Louis. While a law student, Ms. Smith clerked for Judge Theodore McMillian on the United States Court of Appeals for the Eighth Circuit. Prior to graduation, she worked as a full-time intern at the Securities and Exchange Commission in the Division of Market Regulation Office of Chief Counsel.

After graduation, Ms. Smith remained in the Washington, D.C. area and in 2002 she received her LL.M. in securities regulation from the Georgetown University Law Center.

Ms. Smith focuses her practice in the area of securities fraud class action litigation.

Ms. Smith is a member of the Maryland State Bar Association, the American Bar Association, and the Securities and Exchange Commission Historical Society. Ms. Smith was admitted to practice in the State of Maryland in 2001 and admitted to practice in the State of New York in 2003.

**JEFFREY T. SPINAZZOLA** earned his B.A. degree from Brown University in 1998, and his J.D. degree from New York University School of Law in 2001. Mr. Spinazzola is admitted to practice in the courts of the State of New York, as well as the United States District Court for the Southern District of New York.

**MELISSA STEWART** received her B.A. degree in Spanish in 1991 from the University of Texas at Austin and her M.S. degree in community and regional planning in 1998 from the University of Texas at Austin. In 2002, she received her J.D. degree from the Benjamin N. Cardozo School of Law where she was named the Outstanding Law Graduate by the National Association of Women Lawyers. While at Cardozo, Ms. Stewart was executive editor of the *Journal of International and Comparative Law* and a member of Cardozo's Trial Team. Prior to joining Milberg Weiss, Ms. Stewart clerked in the United States Court of Appeals for the

Fifth Circuit and the United States District Court for the Western District of Texas. She is fluent in Spanish. Ms. Stewart is a member of the New York Bar.

**CARY L. TALBOT** graduated from the University of Michigan in 1991 with a B.A. degree. In 1997, he earned his J.D. degree from Washington University in St. Louis, where he was an associate editor of the *Washington University Law Quarterly*. Mr. Talbot is a member of the New York State Bar Association and the American Bar Association. He is admitted to the New York State Bar and is admitted to practice before the United States District Court for the Southern District of New York.

**ILZE C. THIELMANN** earned her A.B. degree from Princeton University in 1988, and her J.D. degree from Columbia Law School in 1994. Ms. Thielmann is a member of Milberg Weiss' healthcare litigation practice, and represents physicians, medical associations and consumers in complex litigations combating the wrongful practices of health insurers in state and federal courts throughout the United States.

Upon graduating from Columbia Law School in 1994, Ms. Thielmann began her career in complex commercial litigation at Simpson Thacher & Bartlett in New York. She moved on to Kirkland & Ellis in 1996, where she did both defense and plaintiff work in complex commercial litigation until she departed after becoming a mother in 1999. Ms. Thielmann joined the Milberg Weiss healthcare litigation team on a part-time basis in 2001 and has since become an associate of the Firm.

Ms. Thielmann's work with the healthcare team has included participation in numerous federal and state litigations, including two large multi-district litigations in federal courts, work on several groundbreaking settlements with major health insurers, and extensive appellate work on behalf of appellant medical associations and class action representatives in various parts of the country.

Ms. Thielmann is admitted to practice in the courts of the State of New York, as well as the United States District Courts for the Southern and Eastern Districts of New York.

**ADAM WEISS** graduated with Distinction from Cornell University in 1998, *Phi Beta Kappa*. In 2004, Mr. Weiss graduated from the University of Pennsylvania School of Law. Prior to entering law school, Mr. Weiss was an Investigator at the New York City Civilian Complaint Review Board. While a law student, he was a Senior Editor of the Journal of Constitutional Law. He was also the recipient of the James Wilson

Scholarship. Mr. Weiss was a summer associate at Milberg Weiss during the summers of 2002 and 2003.

Mr. Weiss's practice areas include securities class action litigation and consumer fraud litigation on behalf of defrauded individual and institutional investors. In his largest case, he represents mutual fund investors in actions alleging that mutual fund companies and brokerage houses are charging their clients excessive fees and commissions. Mr. Weiss was admitted to the New Jersey State Bar in 2004.

**JOSEPH E. WHITE III** graduated from Tufts University in 1996 with a B.A. degree in political science. In 2000, he earned a J.D. degree from Suffolk University Law School where he was also awarded Honorable Mention for Distinguished Oral Advocacy. Prior to joining Milberg Weiss, Mr. White gained experience in all facets of civil litigation as an associate with an insurance defense firm concentrating in fraud cases.

Mr. White focuses his practice on investigating fraud and initiating class actions on behalf of defrauded individual and institutional investors. He has aided in successful recovery of investor losses in *In re Hamilton Bancorp Securities Litigation* (S.D. Fla.), *In re Intercept Inc. Securities Litigation* (N.D. Ga.), *In re Clarus Securities Litigation*, (N.D. Ga.) and *In re Unicapital Securities Litigation* (S.D. Fla.)

When not litigating on behalf of defrauded investors, Mr. White provides free educational presentations to institutional investors on topics ranging from securities litigation in general, to the beneficial role securities monitoring has in assisting pension trustees in meeting their fiduciary duty.

Mr. White is a member of the state of Massachusetts Bar (2001), the U.S. District Court of Massachusetts Bar (2002), and the state of Florida Bar (2003).

**ADAM H. WIERZBOWSKI** graduated *magna cum laude* with high honors in English from Dartmouth College in 2000 and earned his J.D. degree with honors from The George Washington University Law School in 2003. While at George Washington, Mr. Wierzbowski was notes editor of *The George Washington International Law Review* and a member of the Moot Court Board. Mr. Wierzbowski also won Best Brief and was the Best Overall Competitor in the 2001-2002 Giles S. Rich Intellectual Property Law Moot Court Competition. Mr. Wierzbowski is admitted to the New York State Bar.

Mr. Wierzbowski focuses his practice on class actions on behalf of defrauded investors and consumers. He primarily represents mutual fund investors in actions involving the improper market timing and late trading of mutual fund shares in *In re Mutual Funds Investment Litigation*, MDL No. 1586 (D. Md.), and in actions alleging that mutual fund companies and brokerage houses are charging their clients excessive fees and commissions.

**ANDREW WILMAR** graduated *magna cum laude* and with distinction from Yale University in 1996, where he majored in political science and philosophy. In 2001, Mr. Wilmar graduated from Harvard Law School, where he was an executive editor for the *Harvard Civil Rights-Civil Liberties Law Review*, and a finalist in the Ames Moot Court Competition. He was also named Best Oralist by a panel of state and federal judges during the semi-final round of the Ames Competition. Prior to joining Milberg Weiss, he was a law clerk to the Honorable Robert L. Carter of the United States District Court for the Southern District of New York.

Mr. Wilmar's practice is focused primarily on class actions on behalf of defrauded investors and consumers, as well as complex mass torts. Mr. Wilmar is a member of the New York Bar.

**RACHEL WINTTERLE** earned her B.A. degree from the University of Wisconsin in 1991, her M.A. degree from American University in 1994, and her J.D. degree from Tulane University School of Law in 2002. Ms. Wintterle concentrates her practice primarily in the area of healthcare litigation. Ms. Wintterle is also active in pro bono work and teaches a weekly Street Law program in the New York City public school system.

Ms. Wintterle is a member of the American Bar Association, New York State Bar Association and the Louisiana State Bar Association. Ms. Wintterle is admitted to practice in the courts of the States of Louisiana and New York.

*Entwistle & Cappucci at a Glance*

Entwistle & Cappucci is dedicated to providing the most complete and effective legal representation without limitation.  The Firm employs seasoned and the best credentialed members of the bar in selected areas of expertise through offices located in Armonk, NY; Austin, TX, Chicago, IL, Florham Park, NJ, New York, NY, Tallahassee, FL and Washington, D.C. Taking advantage of a sophisticated proprietary information network, the Firm is committed to using technology in innovative ways that serve our clients' needs with speed and efficiency.  We have received an AV-rating from Martindale-Hubbell and are listed in the *Bar Register of Preeminent Lawyers:  The Definitive Guide to the Most Distinguished Law Firms in America.*

We invite you to learn more about who we are and what we do by visiting our website, *www.entwistle-law.com*, or by contacting our founding partners, Andrew J. Entwistle, *aentwistle@entwistle-law.com*, or Vincent R. Cappucci, *vcappucci@entwistle-law.com*, who would be happy to answer any questions and direct you to other appropriate attorneys within the Firm.

Thank you for your interest in Entwistle & Cappucci.

*Practice Groups*

Entwistle & Cappucci's tradition of strength and creativity in the service of clients around the world traces its history to firms established more than 30 years ago. Today, we extend our commitment to meet changing client needs by combining this tradition with the most advanced computer and communications technology.

We define ourselves and our practice by the strength of our relationships. At the heart of these strong and successful relationships is our understanding of the needs and goals of our clients. An experienced team of lawyers brings depth, expertise and common sense to the search for practical solutions to business and legal problems. Every person working in our firm is dedicated to developing long-lasting relationships, rich with the goals we help our clients achieve.

In the following pages, we provide summaries of our approach to the law in our principal areas of practice:

- **Complex Business and Commercial Litigation**
- **Securities Litigation and Corporate Governance**
- **Business Transactions**
- **Employment and Labor**
- **Executive Compensation**
- **Government Affairs and Administrative Law**
- **Insurance and Reinsurance**
- **Intellectual Property and Cyberlaw**
- **Trust and Estate Litigation, Planning and Administration**
- **Alternate Dispute Resolution**
- **Workouts, Reorganizations and Bankruptcy Litigation**

### *Complex Business and Commercial Litigation*

Our litigators represent institutional, corporate, governmental and individual clients in many industries, including both domestic and foreign interests. The Firm has an active trial practice involving cases pending in federal and state courts and administrative and regulatory bodies throughout the country. We also provide counsel and guidance in connection with planning and structuring operations and transactions to minimize litigation risks.

The Firm litigates matters in almost all fields of commercial law, including: corporate finance; traditional banking, merchant banking and investment banking; workout and reorganization related matters; general commercial and contract litigation; antitrust; employment and labor; insurance and reinsurance; the defense of directors and officers; the defense of lawyers and accountants in professional malpractice claims; products liability; admiralty; oil, coal, gas and energy-related matters; environmental matters; benefits and ERISA litigation; federal and state tax disputes; and intellectual property, anti-competition and cyberlaw disputes. The Firm also prosecutes traditional price-fixing and restraint of trade antitrust cases, utilizing both class action litigation methods and individual representation in federal and state courts.

Litigation is the most costly form of dispute resolution available to clients. As a result, our lawyers always counsel on alternative legal courses of action on the assumption that only an informed client is in a position to make a sound business judgment regarding whether to litigate. Regardless of the course chosen, we pursue an aggressive strategy designed to maximize results and minimize costs.

## Securities Litigation and Corporate Governance

Entwistle & Cappucci LLP has one of the nation's leading securities litigation practices. We have a highly experienced team of litigation professionals -- specializing in all aspects of securities related litigation for public pension funds and other institutional investors, including private, class and derivative actions as well as actions alleging breach of fiduciary duty, corporate waste, appraisal proceedings, and actions challenging corporate transactions on fairness and other grounds -- supported by corporate finance, bankruptcy, and insurance lawyers. This multi-disciplinary team approach gives us a unique perspective and the ability to creatively resolve disputes in the litigation, corporate workout and bankruptcy arenas. Our Firm prosecutes only highly meritorious actions after conducting a thorough pre-filing factual and legal investigation of potential claims. The Firm currently serves as Lead Counsel in many prominent securities class actions pending throughout the country.

In recent years, the Firm has significantly broadened its representation of public and private pension systems in securities and commercial litigation as those entities have become more selective in choosing counsel in this practice area. Our success is demonstrated not only by the roster of institutional clients who seek our advice, but also by the recoveries, totaling over $2 billion, which our Firm has secured for defrauded investors in recent years in a multitude of high profile securities class actions where we served in a leadership role. In fact, Entwistle & Cappucci has served in a leadership role in many of the largest securities class action settlements since 1999, including: *In re DaimlerChrysler A.G. Securities Litigation*, Master Docket No. 00-0993 JJF (U.S. Dist. Ct., D. Del) ($300 million settlement); *In re BankAmerica Corp. Securities Litigation*, No. MDL 1264 (U.S. Dist. Ct., E.D. Mo.) ($490 million settlement); *In re Oxford Health Plans Securities Litigation*, No. MDL 1222 CLB (U.S. Dist. Ct., S.D.N.Y.) ($300 million settlement); and

*In re Dollar General Corp. Securities Litigation*, No. 3:01-0388 (U.S. Dist. Ct., M.D. Tenn.) ($172.5 million settlement). In other high-profile post-1999 securities actions, we have represented major institutional investors in private opt-out actions to achieve improved recoveries.

The Firm currently represents the Public Employees' Retirement Association of Colorado as sole lead counsel in *In re Royal Ahold, N.V. Securities and "ERISA" Litigation*, 03-md-01539-CCB (U.S. Dist. Ct., D. Md.) involving a widely reported financial fraud at Royal Ahold's U.S. Foodservice subsidiary, resulting in billions of dollars in restatements of revenue and earnings, and demonstrating a fiasco of international corporate governance and gross absence of internal financial controls. Here, our Firm represents a worldwide class of investors requiring coordination with proceedings in Amsterdam and discovery proceedings which have already included the production of eleven million pages of documents.

The Firm was recently retained by New York State Comptroller Alan Hevesi, as sole trustee to the New York State Common Retirement Fund, in *Hevesi v. Merck & Co., Inc., et al.*, 04-cv-05866-SRC-JJH (U.S. Dist. Ct., D. N.J.). This widely-reported class action seeks to recover losses experienced by investors in Merck & Co., Inc. ("Merck") securities arising out of defendants' scheme to issue materially false and misleading statements and/or omissions of material fact in connection with Merck's popular prescription drug product, Vioxx, and Merck's lack of disclosure related to an unacceptably high risk of adverse cardiovascular reactions. The September 30, 2004 withdrawal of Vioxx from worldwide markets punished the Company's stock price (representing a 26 percent, or $26 billion loss in market capitalization in just one day) and future earnings prospects precisely as the defendants knew would occur when they could no longer distort and conceal the truth about Vioxx.

Our work with public institutional investors and governmental entities, which includes working relationships with offices of attorneys general, governors and various state agencies across the country, grows out of our long standing representation of private institutional investors and various domestic and foreign insurance, reinsurance and banking institutions. The Firm aspires to build lasting relationships that are characterized by a detailed and responsive understanding of client goals and objectives. In addition to our securities litigation and related practice areas, the Firm is also actively engaged in representing clients in other practice areas, including: corporate and antitrust litigation, corporate finance and transactional work, bankruptcy and workouts, insurance and reinsurance, trusts and estates, intellectual property, and employment law matters.

We also have years of experience advising public and private institutional clients on corporate governance matters, including board structures and composition, by-law and certificate of incorporation provisions, takeover devices, management remuneration, and accounting and reporting processes, relating to business enterprises in a multitude of industries in both foreign and domestic financial markets. In this connection, we are highly skilled at litigating in all state and federal courts, governance and corporate transactional disputes, including claims for corporate waste, breach of fiduciary duty, self-dealing, fairness and improper business judgment. We are well-equipped to provide in-depth analyses of governance practices and are at the forefront of leading governance issues which best serve long-term investment objectives and principles. We also maintain active interaction with domestic and international institutional investor associations, including the Council of Institutional Investors and the International Corporate Governance Network, and have been called on routinely to provide advice in connection with wide-ranging shareholder issues. The firm shares the views of our institutional clients that effective corporate governance and monitoring of business enterprises for transparency and accountability to

shareholders and employees, serves the interests of all investors and preserves the integrity of our financial markets.

The success of the firm is challenging the fairness of business transactions and board conduct is amply demonstrated by its role as lead-counsel in *In Re Seagate Technology, Inc., Shareholders Litigation*, where we obtained monetary benefits of $200 million, as well as non-monetary disclosure and transactional relief.  This action arose from a two-step transaction involving a Seagate management group and a third party, whereby Seagate's assets were to be sold to the management group at a price far below fair-market value.  The case presented serious conflicts of interest among Seagate's board, attorneys and financial advisors, who were ultimately severely criticized by the Delaware Chancery Court.  Our firm's negotiating efforts provided for significant non-case benefits to shareholders, which included revised proxy materials as well as an unbiased supplemental fairness opinion.  This litigation was resolved after extensive document and deposition discovery, and the full submission of motions to enjoin the original transaction.

In *In Re SouthWest Gas Shareholders Litigation*, the firm also represented famed Wall Street investor Mario Gabelli and the Gabelli Companies (the utility's largest institutional investor) in connection with a well-publicized failed merger transaction.  Here, we negotiated a myriad of corporate governance resolutions with management, including a reconstituted majority of independent directors and dutch auction proposals.  The firm's retention in this litigation was, in fact, reported in our client's Schedule 13-D filings.

Some of the governance "best practices" that we have achieved through litigation alternatives have also included:

- Restructuring board of director membership to include a two-thirds majority of "independent directors;"

- Independent directors on all board committees;

- Annual management reviews;

- Annual election of directors;

- No "classified" boards whereby staggered terms are instituted;

- Equal voting for different classes of stock;

- Non-use of "repriced" or discounted stock options; and

- Enhanced disclosure for expensing of stock options.

We also routinely interface with federal agency, congressional and state representatives on legislative and regulatory initiatives covering governance-related issues. We have particular expertise covering requirements under the Sarbanes-Oxley Act of 2002 (as well as exchange listing requirements) and have lectured and written on issues related to management certifications, fraud detention, internal audits and document destruction.

Our Firm provides its institutional clients interested in the most up-to-date and innovative approaches to monitoring securities litigation developments with an advanced Monitoring and Reporting Program designed to furnish our clients with the most complete information available to evaluate whether: (i) to pursue securities class action litigation as a lead plaintiff or as a member of the class; (ii) to litigate claims on an independent basis; or (iii) not to pursue litigation. In general, our Monitoring and Reporting Program involves a regular review of our client's latest holdings in light of emerging market conditions and corporate developments to help identify matters where our clients may consider litigation. As part of our Monitoring and Reporting Program, the Firm performs a preliminary analysis that involves reviewing client losses as well as a detailed report on developing cases including, among other things: (i) a description of the factual and legal underpinnings of potential claims; (ii) strategies for resolution (which may or may not include

litigation); (iii) an overview of the likelihood of recovering all or a portion of our client's losses; and (iv) the opportunities to advocate corporate governance changes. As part of our evaluation, we also advise our clients regarding insurance coverage and assets that may be available to satisfy any judgment or settlement, analyze the potential impact on additional investment portfolios to the extent they contain other or related securities in the subject company (for example, holdings of both common stock and corporate bonds) and related trading and investment issues impacted by litigating or otherwise actively pursuing a business resolution of claims in the situation presented.

We invite you to contact us to learn more about our securities litigation practice as well as to receive regular updates on the many securities cases we are currently prosecuting to better protect your interests and investments.

### *Business Transactions*

The Firm provides a broad range of legal services in the area of domestic and international business transactions where our attorneys are deeply committed to providing responsible, cost-effective and timely counseling to our clients. In addition to general corporate and commercial law, we have specialized expertise in:

- ○ **Entity Formation:** an area in which we advise on the proper choice of entity and formation of corporations, limited liability companies and partnerships; negotiation and documentation of shareholder agreements, limited liability company agreements, partnership agreements and employee agreements; advise on the initial funding of start-up enterprises and follow-on transactions;

- ○ **Mergers and Acquisitions:** a historically active area of our transactional practice, in which we advise companies, boards of directors and shareholders/owners in mergers, acquisitions, dispositions and leveraged buy-outs;

- ○ **Securities Issuance:** where our experience includes accessing U. S. Capital markets through public offerings and private placements;

○    **Venture Capital:**  where our business-sensitive attorneys understand the unique issues confronting entrepreneurs and capital providers and are regularly engaged by start-up companies, emerging growth companies and mature businesses in a wide variety of industries, from conventional to technology-based industries, where we represent clients that are either portfolio companies or capital providers that are engaged in equity, mezzanine and/or senior debt financings;

○    **Exit Strategies:**  an area in which we advise clients on the proper choice of an exit, including a sale, a public offering, refinancings, recapitalizations, restructuring and spinning-off businesses;

○    **Asset Protection Planning:**  where our attorneys advise on the transfer of an individual's assets to protect those assets from the claims of future creditors, and to minimize U.S. income, gift and estate taxation;

○    **Commercial Law and Finance:**  an area in which we negotiate and structure a wide variety of transactions including license, franchise and distributorship arrangements, asset-based loans and letters of credit on behalf of both lenders and borrowers;

○    **Broker-Dealer Regulation:**  an area in which we have expertise in the formation of licensed registered broker-dealers as well as with respect to SEC, NYSE and NASD rules and compliance.

### *Employment and Labor*

Our Employment Law attorneys represent individuals and businesses ranging from closely held companies to major corporations and financial institutions.  While our lawyers have in the past, and do presently, handle a variety of traditional labor issues, the focus in recent years has been more on employment matters.

Entwistle & Cappucci has represented individuals, professionals, manufacturing companies, service organizations, financial institutions, insurance brokerages, and major insurance and reinsurance companies across the country in a variety of employment related matters, including discrimination, fraud, trade secret, unfair competition and related matters in the state and federal courts, and

administrative proceedings before federal agencies such as the EEOC and OFCCP and a variety of state

agencies including, among others, New York's Human Rights Division. We have also handled labor

negotiations, NLRB proceedings and various related litigations, including benefits and ERISA

litigation.

The Firm has counseled clients on procedures to avoid employment discrimination and

wrongful discharge claims; on conducting employment audits; and on drafting employment agreements,

policies and handbooks. In addition, we conduct lectures and other in-house training on topical issues

of concern, such as the avoidance of claims in response to new OFCCP and EEOC initiatives, the

*Americans With Disabilities Act*, *Equal Pay Act*, and hostile work environment and other sexual

harassment claims.

### *Executive Compensation*

Our Executive Compensation practice includes all phases of negotiation and legal drafting for

virtually every type of executive compensation transaction, both from the company's and the

executive's point of view. While our executive clients have at times likened us to sports agents, we

prefer to think of ourselves as facilitators who assist them in closing an agreement in a manner that

maximizes value.

We also advise directors and officers of major multi-national corporations, closely-held

businesses, banks, financial institutions and start-up ventures on virtually every "boardroom" issue,

including stock purchases, corporate takeovers, the purchase and sale of businesses, and other areas

impacting upon their corporate responsibilities.

While we strive to resolve all matters in this area, the Firm will not hesitate to litigate disputed

matters in federal and state courts or before administrative agencies throughout the country, if

necessary.

### *Government Affairs and Administrative Law*

The firm has a national lobbying and government affairs practice representing prominent multi-national corporations, national and state associations, and small and mid-sized businesses requiring expertise in the development, management and resolution of public policy issues before the intergovernmental community.

Our lawyers draw on their own resources and upon a network of veteran intergovernmental affairs professionals from both sides of the aisle at both the state and national levels. In this way, we can work with our clients to assure the point of access and level of advocacy before decision makers most appropriate to their specific needs.

Our unique perspective combines legal and business analysis with the insights of various intergovernmental affairs professionals to establish highly effective public affairs strategies, including coalition building, message development, crisis management, legislative tracking, public disclosure reporting, advocacy before legislative committees and regulatory agencies, and overall issue advocacy.

As in all areas of our practice, our government relations work is focused on developing, implementing and completing a common-sense based strategy to ensure goals are met.

### *Insurance and Reinsurance*

We represent and advise primary insurers, excess insurers, reinsurers and insurance brokers, providing guidance in capacities ranging from coverage issues and regulatory matters to the defense of insurers in almost all areas of law, including the litigation of coverage and intercompany disputes, insolvencies and rehabilitations. We litigate complex insurance coverage disputes including: insurance fraud and arson; various issues arising under CGL policies -- especially large multi-site environmental and toxic tort actions; the errors and omissions of insurance professionals, attorneys and accountants; directors' and officers' liability; advertising liability; employment; coverage disputes arising under

public official and law enforcement policies; and insurer, reinsurer and fiduciary insolvencies. We have also been active in the litigation of coverage matters arising from toxic tort claims such as waste sites, lead paint, chemical and radiation exposure, asbestos (PD and BI) and several HIV claims.

Whether we are actively litigating disputes or advising on coverage, regulatory and related business matters, our lawyers work hard to anticipate both the direct business effect on the client's position in a specific matter and the effect upon the client's overall position in respect of a given line of business or the insurance industry as a whole. For example, we are often asked to comment on whether a beneficial position in an inter-company coverage or reinsurance dispute will compromise the position taken by the company in other matters.

Our lawyers have also litigated a broad variety of direct suits involving environmental, E&O, D&O, advertising liability, catastrophic injury cases, business contracts, labor and employment, copyright and trademark, product liability, and public official and law enforcement liability issues. Our work in these areas includes the direct representation through trial of public officials in antitrust, zoning and discrimination cases; attorneys and accountants in securities fraud, RICO and other malpractice cases; directors and officers in securities fraud, RICO and related cases; and corporations in contract, antitrust, insolvency, employment, ERISA and product liability suits.

As a complement to the Firm's insurance and reinsurance litigation practice, we have conducted audits of claims files and conduct employment audits for insurance industry clients to determine the appropriateness of internal regulatory policies and procedures, including compliance with state and federal employment laws. We have, as well, directed various internal investigations for industry and non-industry clients.

On May 16, 2003, the Firm was selected to act as counsel to the *New York State Superintendent of Insurance*. This retention, also pursuant to a competitive RFP process, engages

the Firm for purposes of investigating and prosecuting actions including financial and business fraud, breach of fiduciary duties and other wrongdoing by insurers placed into liquidation, as well as the institution of actions against third parties (including outside auditors) for acts in connection with public filings and other regulated matters.

### Intellectual Property and Cyberlaw

The Firm has long counseled its clients with regard to their intellectual property rights, particularly the enforcement of those rights through litigation, arbitration or mediation. We have litigated patent, trademark and copyright cases ranging from basic trademark infringement matters to patent-antitrust cases for clients in a variety of industries.

In the last several years, this practice has grown and shifted to include representation in cyberlaw matters for computer, software, information and internet companies. Online and Internet-related client companies include B2B exchanges, B2B companies, B2C companies, content developers, distributors, backbone, infrastructure and telecom providers and software, platform and website developers. Recent transactions in this area have included everything from subscription agreements, venture capital and other financing arrangements, to content distribution, weblinking, EDI and website and software development agreements to transactions involving corporate acquisitions, sales and mergers. We are also active in the area of unfair competition, confidentiality and issues surrounding the duty of loyalty of employees, officers and directors to the various entities with which they are affiliated. We are regularly called upon to represent corporations in drafting appropriate agreements to protect their rights regarding trade secrets, other confidential business information, software development and other innovations including, but not limited to, agreements limiting the future rights of employees to compete with the company post-termination.

Entwistle & Cappucci lawyers also litigate these matters when necessary to protect trade secrets and proprietary information, including source code, object code, and the documentation and design of various other technology innovations, in addition to the more traditional areas involving such issues including sales and marketing (including customer lists, pricing and the like in the sales and marketing area), scientific processes in the manufacturing, petrochemical and pharmaceutical industries and protected information in the financial industry.

### Trust and Estate Litigation, Planning and Administration

Our lawyers have been at the forefront of some of the most complex and prominent litigation involving estates and trusts in the country. We represent both fiduciaries and beneficiaries in defending and prosecuting all manner of will contests; proceedings to construe testamentary documents; allegations of mismanagement, self-interested dealing and related claims involving the valuation and management of estates, trusts and other arrangements involving fiduciaries; and virtually all other types of contested matters involving estates and trusts. More recently, our lawyers were instrumental in recovering $54 million dollars in a hotly contested estate litigation on behalf of a disenfranchised beneficiary.

Planning for the future transfer of wealth including planning for catastrophic illness continues to be an important personal service that we bring to our clients. In this area our lawyers work closely with our corporate group to structure family and closely held businesses, assist with succession planning and structure new ventures to minimize adverse estate tax consequences.

Our corporate lawyers also work closely with our estate lawyers to structure transactions during trust and/or estate administration in a way that maximizes value and minimizes the tax impact on the beneficiaries.

### *Alternate Dispute Resolution*

The Firm's lawyers are engaged in all aspects of alternative dispute resolution, including certified mediation in the federal court system.  In addition, we have represented clients in various forms of alternative dispute resolution, including securities, insurance, employment and commercial arbitrations, summary jury trials, and mediations.  We have found that alternative dispute resolution resolves many cases, particularly when all sides to the dispute agree that litigation is no longer an effective or efficient way of settling their dispute and when all sides are convinced they possess all of the relevant information.  Whenever we are engaged in litigation or other kinds of disputes, we always consider whether alternative dispute resolution will provide a solution for the client.

### *Workouts, Reorganizations and Bankruptcy Litigation*

Our litigators, corporate lawyers and bankruptcy counsel work in concert to creatively and efficiently structure corporate workouts and reorganizations both before and in bankruptcy; advise equity holder and creditor committees; handle bankruptcy-related litigation, including the prosecution of claims and litigation of adversary proceedings; and, acquisitions out of bankruptcies and in other distressed circumstances.  Most recently, these representations have included the representation of public and private institutional investors and committees in major bankruptcies, including the *Enron*, *Worldcom*, and *OMC* bankruptcies.

\*   \*   \*

*Entwistle & Cappucci LLP -- a tradition of strength, creativity and client service -- without limits*

*Selected Attorney Biographies*

*Partners*

## ANDREW J. ENTWISTLE

Andrew J. Entwistle is a founding partner of Entwistle & Cappucci LLP. The son of a Scottish coal miner and an American schoolteacher, he received his undergraduate degree from the University of Notre Dame and his law degree from the University of Syracuse College of Law. Mr. Entwistle's practice principally involves the representation of public and private institutional investors in complex litigation and corporate finance and transactional matters.

Over the years, Mr. Entwistle has represented clients including *Fortune 100* companies, public and private institutional investors, governmental and individual clients in a variety of corporate finance, and transactional matters and in litigation throughout the United States before federal and state courts, surrogate's and probate courts, grand juries, administrative and regulatory agencies and arbitration panels. For example, Mr. Entwistle was recently appointed sole Lead Counsel by Judge Catherine C. Blake in the *Royal Ahold N.V. Securities and "ERISA" Litigation* (representing the Colorado Public Employees Retirement Association as lead plaintiff). Mr. Entwistle was also appointed by Chief Judge Lifland of the United States Bankruptcy Court for the Southern District of New York to serve on the Court's Special Mediation Panel and has actively litigated a number of bankruptcy matters including representing the Retired Employees Committee in the *OMC Bankruptcy*, equity holders in the *American Bank Note Bankruptcy* and the Florida State Board of Administration in connection with the *Enron Bankruptcy*. Mr. Entwistle is also Special Litigation Counsel for the Global Crossing Estate Representative in connection with the *Global Crossing Bankruptcy*.

Mr. Entwistle has been named to the Martindale-Hubbell *Bar Register of Preeminent Lawyers,* to the *Order of International Fellowship, Who's Who In The World, Who's Who In America, Who's Who In The East, Who's Who In American Law, Who's Who In Practicing Attorneys, Who's Who In Emerging Leaders In America, Who's Who In Finance and Industry, Who's Who Worldwide Registry and Who's Who Registry of Global Business Leaders*. The International Biographical Centre of Cambridge, England recently named Mr. Entwistle as its International Legal Professional of the Year for 2004 and inducted him into the Centre's International Order of Merit.

Mr. Entwistle was also named the 2003 Man of the Year by the Catholic Big Brothers for Boys and Girls after more than a decade of service on the Board of that organization which service included founding Sports Buddies, NY -- a partnership between the youth of New York City and athletes from the New York Region's professional sports teams. Mr. Entwistle has received special commendations from the President of the United States, the Governors of the States of Georgia and Hawaii, and the New York State Assembly. He also serves as outside counsel to, and is now or has previously acted as a director on several corporate, advisory and charitable boards. Mr. Entwistle is a member of the Board of Directors of the Guiliani Center for Urban Leadership. In addition to membership in the *Federal Bar Council* and various city, county, state and national bar associations, Mr. Entwistle is a member of the *National Association of Public Pension Funds Attorneys* and is an Educational Sustainer of the *Council of Institutional Investors*.

Mr. Entwistle is Northeast Regional Editor for the Defense Research Institute publication *The Business Suit* (from 1998-present), is a member of various bar and business association committees (including speaking on Sarbanes-Oxley to the Federal Bar Council's 2003 Annual Bench and Bar Conference and co-chairing a New York State Bar Association Panel on Alternative Dispute Resolution for the Trial Practice Committee of the State Bar's Commercial and Federal Litigation Section), and he has lectured extensively and has been interviewed by print and television journalists to provide commentary on a variety of general business law, litigation, securities law, bankruptcy and trial issues. Mr. Entwistle is currently a member on the Federal Bar Council's 2005 Winter Bench & Bar Planning Committee and he is speaking on both the Class Action Litigation and Cross Border Issues Panels at the Federal Bar Council's 2005 Conference. Mr. Entwistle is also the author of articles and publications on various legal and business topics, including *"Corporate Exposure and Employment Practices Liability,"* Mealey's Reinsurance Conference, November, 2000; *"Distinguishing Valid Fraud Claims From Trumped Up Breach of Contract Actions,"* The Business Suit, Winter 2000; and *"The Fine Line Between An Auditor's Recklessness and Intent to Deceive,"* The Business Suit, Summer 1999; *"What a Web We Weave . . . Jurisdiction in Web-Related Litigation,"* The Business Suit, Winter 1998 (DRI); *"Due Deference -- The Supreme Court Confirms the Post-Daubert Discretion of the Trial Judge as the Gatekeeper,"* The Business Suit, Winter 1998 (DRI); *"Red Light, Green Light, 1-2-3: Stop and Go Traffic on the Information Superhighway,"* The Business Suit, Winter 1998 (DRI); *"The Inevitable Disclosure Doctrine and the Economic Espionage Act: Emerging Weapons In the Battle to Protect Trade Secrets from Theft and Misappropriation,"* The Business Suit, Spring 1998 (DRI); *"Covenants Not to Compete and the Duty of Loyalty,"* (DRI Spring 1997 Conference Chicago); *"New York Business Law Update 1997,"* (New York State Society of CPA's); *"New York Business Law Update 1998,"* (New York State Society of CPA's); *"Excess Insurers Late Notice and Prejudice, American Home Puts The Issue to Rest,"* New York Law Journal, July 1993; *"Managing the Risks of Accountants Liability, A Legal Perspective,"* New York Society of CPA's, 1993, 1995, 1997, 1998.

After a brief tenure in the District Attorney's office Mr. Entwistle became a lead trial and appellate attorney at Wilson Elser Moskowitz Edelman & Dicker trying a broad variety of commercial, securities, insurance, fraud and government-related matters. During the following years with the Mudge Rose firm Mr. Entwistle's trial and appellate practice also came to include transaction-related litigation, antitrust and bankruptcy work. Mr. Entwistle's practice now focuses on representing public and private institutional investors in litigation, transactional and bankruptcy matters. Mr. Entwistle also works closely with the Governors, State Treasurers and Attorney's General of several states. In connection with the Firm's Corporate Practice, Mr. Entwistle has acted as Lead Counsel on joint ventures, restructurings, venture capital placements and a multi-billion dollar leveraged buyout.

*State Bar Admissions*
New York, New Jersey, Illinois, Texas, Colorado, District of Columbia, Georgia (pending).

*Court Admissions*
United States Supreme Court; U.S. Court of Appeals for the Second Circuit, Third Circuit, Seventh Circuit and Eighth Circuit; U.S. District Court for the Southern and Eastern Districts of New York, District of New Jersey and Eastern District of Michigan.

## VINCENT R. CAPPUCCI

Mr. Cappucci is a founding partner of the Firm and is Head of its Securities Litigation Practice. Throughout the years, Mr. Cappucci has served as lead counsel in many high profile securities class action and derivative litigations as well as individual actions representing some of the nation's largest public pension systems, financial institutions, money managers and wealthy individuals. He has a distinguished record of successes in class litigation, having prosecuted cases in his career which have resulted in recoveries in the billions of dollars. He has personally participated in obtaining four of the top ten securities class action recoveries ever achieved and in four of the remainder, represented public institutions electing to file direct actions. His experience includes a multitude of securities trials, arguments in numerous state and federal appellate courts, appeals to the U.S. Supreme Court, and mediation and dispute resolution.

In *In Re DaimlerChrysler Securities Litigation,* a case that has received worldwide publicity alleging that the Daimler-Benz/Chrysler $36 billion acquisition was falsely portrayed as a "merger-of-equals," Mr. Cappucci served as Lead Counsel and in August 2003, achieved the largest settlement in a non-financial fraud securities action -- amounting to $300 million. Mr. Cappucci also serves as lead counsel in *In Re CMS Energy Securities Litigation,* one of the largest pending energy trading fraud actions involving in excess of $8 billion dollars in falsely reported round-trip trading. He served on Plaintiffs' Executive Committee in *In Re BankAmerica Corp. Securities Litigation*, alleging damages on behalf of former NationsBank shareholders and other classes in connection with the September 1998 merger with BankAmerica, which was also recently resolved globally for $490 million. Mr. Cappucci currently serves as Lead Trial Counsel for the State of Florida, Board of Administration, in the *Lucent Securities Litigation*, a direct action seeking to recover significant monetary losses sustained by the State in connection with its investment in Lucent securities. His institutional representations include more recently, the New York State Common Retirement Fund in the *Merck Securities Class Action Litigation*, which charges the Company with a massive fraud in connection with its marketing and untimely withdrawal of its Vioxx prescription painkiller.

Mr. Cappucci has lectured before associations of the bar and various professional organizations and regularly appears on *CNN's Money Line, CNBC's Power Lunch* and *Business Center,* providing expert commentary on a variety of securities litigation and corporate governance issues. Mr. Cappucci has for the last two years been a faculty member of the Annual National Conference on Corporate Governance and Equity Offerings sponsored by the UCLA Anderson School of Management and University of California Rady School of Management, with this year's topic focusing on the Sarbanes-Oxley Act of 2002 and developments in corporate fraud litigation. He also addressed legal practitioners and financial professionals before the National Association of Public Pension Fund Attorneys, Council of Institutional Investors and The American Conference Institute ("Trying and Defending Securities Class Actions").

Mr. Cappucci lectured before international institutional investors on corporate governance and shareholder litigation at the 2003 and 2004 annual conferences of the International Corporate Governance Network conducted in The Netherlands and in Brazil. Mr. Cappucci also serves on the ICGN Accounting and Auditing Practices and Executive Remuneration Board Committees.

Mr. Cappucci is the author of numerous articles appearing in a host of publications, including: *"Securities Class Actions: Settlements,"* The Review of Securities & Commodities Regulation, October, 2003; *"Beyond the Sarbanes-Oxley Bill: Additional Measures to Increase Corporate Accountability and Transparency,"* NAPPA Report, September 2002; *"Misreading 'Gustafson' Could Eliminate Liability Under Section 11,"* New York Law Journal, Sept. 22, 1997; *"Liability for Excessive Executive Compensation,"* The Corporate Governance Advisor, March/April, 1997; *"Must Reliance Be Proven To Certify A Class*?," New York Law Journal, Aug. 30, 1996, Republished, Securities Reform Act Litigation Reporter, Vol. I; *"Class Action Lawsuits and Securities Fraud: A Plaintiff Lawyer's View of the Litigation Reform Act,"* Securities Industry News, Oct. 7, 1996; *"Conflicts Between Rule 23 And Securities Reform Act,"* New York Law Journal, April 2, 1996; *"Casino Law Is Consistent With Equal Protection,"* New York Law Journal, March 20, 2002; *"Hot Topics in Advertising Law: Investor Fraud"* The Association of The Bar of the City of New York, October 22, 2003; and *"Did I really Say That? The Truth Behind the DaimlerChrysler Merger,"* NAPPA Report, November 2003.

Mr. Cappucci received his undergraduate degree from Fordham University with a B.S. in Accounting and his law degree from Fordham University School of Law. Mr. Cappucci has also been named to the Martindale-Hubbell *Bar Register of Preeminent Lawyers,* for his expertise in securities litigation. In addition to membership in various state and national bar associations, Mr. Cappucci is a member of the *Federal Bar Council* (Member, Programs Committee), the *New York State Bar Association* (Committee on Securities Litigation), the *National Association of Securities Class Action Attorneys,* the *Association of the Bar of the City of New York* (Member, Committee on Consumer Affairs and Sub-Committee on Class Actions)*,* the *American Bar Association* and the *Association of Trial Lawyers of America.* He also has been a visiting instructor at Fordham University School of Law at various conferences and Advanced Law Seminars, and is a member of the Dean's Law Advisory Committee and the Law School Planning Committee.

*State Bar Admissions*
New York.

*Court Admissions*
United States Supreme Court; U.S. District Court, Southern and Eastern Districts of New York; U.S. Court of Appeals, Second Circuit; U.S. Court of Appeals, Ninth Circuit; U.S. District Court, Northern District of New York; U.S. Court of Appeals, Seventh Circuit; U.S. District Court, Central District of Illinois; U.S. District Court, Northern District of Illinois; U.S. Court of Appeals, Fifth Circuit; U.S. Court of Appeals, Eighth Circuit; U.S. District Court, Eastern District of Michigan.

## WILLIAM S. GYVES

Mr. Gyves concentrates his practice on the litigation of complex commercial, employment and fraud matters and chairs the Firm's litigation and employment groups. Based in the Firm's New York and New Jersey offices, Mr. Gyves represents a broad spectrum of institutional and individual clients in a variety of business disputes. In addition to defending and prosecuting claims in the

traditional litigation context, Mr. Gyves has considerable experience in successfully resolving disputes through mediation, arbitration and direct pre-litigation negotiations.

In a practice that spans the full spectrum of business, commercial and employment disputes, Mr. Gyves has defended financial institutions, insurance companies and other institutional clients and/or their employees against charges of harassment, discrimination, retaliation and other employment law claims; represented financial institutions in litigation involving letters of credit, counterfeit checks, check-kiting schemes, lender liability issues and other matters; represented broker-dealers in a series of complex breach of contract claims brought against securities issuers and underwriters; litigated restrictive covenant, unfair competition, tortious interference, breach of fiduciary duty and other business tort claims; prosecuted and defended against claims arising out of disputed mergers and acquisitions and other corporate consolidations; and litigated claims involving complex accounting fraud and intellectual property issues.

A cum laude graduate of St. John's University School of Law, Mr. Gyves was Co-Executive Notes and Comments Editor of the St. John's Law Review. After obtaining his undergraduate degree from Fordham University and before attending law school, Mr. Gyves worked for six years as a newspaper journalist, garnering a number of awards for his coverage of politics, government and other matters. He has lectured and published on a variety of legal issues, including *"Trouble No Maw: Employers Breathing Easier As Court Clarifies The Enforceability Of Restrictive Covenants,"* The Metropolitan Corporate Counsel, July 2004; *"E-Discovery in the Post-Enron Era,"* Bureau of National Affairs Litigation Forum: Electronic Discovery and Document Retention, May 1, 2003; *"Electronic Discovery Is a Fact of Life,"* New Jersey Law Journal, April 29, 2002; *"Defending the Deposition: Potted Plant or Savvy Litigator?"* New York State Bar Association Seminar on Deposition Practice and Practicalities in State and Federal Court, April 26, 2002; *"Counsel and Computer Forensics Experts: Teaming Up to Get It Right on Electronic Discovery,"* The Metropolitan Corporate Counsel, November 2001; *"Competing With Former Employers,"* New Jersey Law Journal, June 25, 2001; *"The Duty to Disclose Inaccurate Deposition Testimony,"* New Jersey Law Journal, September 4, 2000; *"Navigating the Minefield of Ex Parte Communications,"* New Jersey Law Journal, April 10, 2000; *"Distinguishing Valid Fraud Claims From Trumped Up Breach of Contract Actions,"* The Business Suit, Winter 2000; and *"The Fine Line Between An Auditor's Recklessness and Intent to Deceive,"* The Business Suit, Summer 1999.

Mr. Gyves is a member of the Federal Bar Council, American Bar Association, New York State Bar Association, Association of the Bar of the City of New York, Defense Research Institute, New Jersey Defense Association, New Jersey State Bar Association, Association of the Federal Bar of the State of New Jersey and the Morris County (N.J.) Bar Association. He is also a Master of the William J. Brennan, Jr. Chapter of the Inns of Court. Prior to joining Entwistle & Cappucci, Mr. Gyves was with the New York office of the international law firm of White & Case.

*State Bar Admissions*
New York and New Jersey.

*Court Admissions*
United States Supreme Court, Second Circuit Court of Appeals, Third Circuit Court of Appeals,

Southern District of New York, Eastern District of New York, Northern District of New York, District of New Jersey and all state courts of New York and New Jersey.


## CRAIG E. NELSON

Craig Nelson is the Chairman of the Corporate Practice and Co-Managing Member of the Chicago office of Entwistle & Cappucci. Craig graduated with a B.A. in Accounting from the University of Notre Dame, an M.B.A. from the University of Houston and a J.D. from the University of Texas School of Law. He is admitted to the bar of the State of Illinois and he is a member of the Chicago Bar Association.

Prior to entering the practice of law, Craig was a certified public accountant and practiced with the international accounting firm of Coopers & Lybrand (now PricewaterhouseCoopers). While in public accounting, Craig was located in the Chicago, Illinois office of Coopers & Lybrand where he audited companies operating in many different industries, such as manufacturing, real estate development, and financial services. Most of these companies were based in the United States and some of these companies had operations overseas.

After several years in audit, Craig relocated to the Houston, Texas office of Coopers & Lybrand where he transferred into the tax department. His accounting practice focused on advising venture capital firms making strategic and financial investments in various portfolio companies. He also advised buy-out firms buying and selling companies. With his financial and tax accounting skills, his auditing experiences and his working knowledge of firm developed valuation software, Craig assisted clients estimate the value of targeted companies and develop structures through which to acquire controlling interests in these targeted companies. In connection with these services, Craig also prepared forecasted financial statements and cash flow projections.

Craig spends a significant amount of his legal practice addressing the general corporate needs of his clients. He advises companies involved in a variety of transactions including mergers, acquisitions, dispositions and start-up situations. Craig also represents clients involved in raising debt and/or equity capital, making equity and/or debt investments, management engaged in buyouts, forming strategic alliances and many other transactions. Many of Craig's clients are technology based where intellectual property is one of the most significant assets on their balance sheets. In start-up situations, these technology-based clients are in various stages of developing intellectual property. Craig assists his clients protect their intellectual property and choose an appropriate entity through which to do business. Craig structures ownership of these entities to address his clients' estate planning and asset protection concerns.

Craig has advised syndicators of various funds (both domestic funds and offshore funds) through which investors acquired various businesses and invested in certain securities and commodities. Craig has also negotiated and structured alliances and funding for large infrastructure projects in several foreign countries such as Vietnam, China, the Philippines, Indonesia, the British Virgin Islands, Qatar and various other countries located in Europe and South America. Many of Craig's clients continue to engage in cross border transactions.

Craig works closely with the Firm's litigators on securities law class actions and private actions. Craig's combination of legal, accounting and business knowledge (both domestic and international) provides a valuable addition to our litigation team when reviewing claims, conducting investigations, identifying facts and developing a litigation strategy for these complex securities law cases. Craig also works with the experts to sort out claims based on the fraudulent or negligent financial statements presented by issuers in these cases.

*State Bar Admissions*
Illinois.

## HAROLD F. McGUIRE, JR.

Harold F. ("Skip") McGuire, Jr. joined the firm as a partner in 2004. Mr. McGuire is a graduate of Princeton University and Columbia Law School. Mr. McGuire has vast experience in a number of fields as a trial lawyer and litigation counselor with a national practice, representing plaintiffs and defendants in about equal proportion. He began his career at Cravath, Swaine & Moore and then served as an Assistant U.S. Attorney for the Southern District of New York for more than four years, during which he prosecuted numerous high-profile securities frauds and other white-collar crimes.

For more than 25 years before joining Entwistle & Cappucci, Mr. McGuire was the senior partner of a litigation boutique, McGuire, Kehl & Nealon, where he carried on a varied litigation practice. Mr. McGuire's significant cases include: the successful representation of the Major League Baseball Players Association in a series of collusion grievances against all the Major League baseball clubs, which resulted in a $280 million settlement in the early 1990s after five years of arbitration and more than fifty days of expert testimony from economists; service as a court-appointed Special Agent to investigate and report on alleged securities and accounting frauds of International Systems and Controls Corp; representation of numerous witnesses, targets and defendants in criminal investigations and prosecutions in the areas of securities law, mail and wire fraud, antitrust and taxation; multi-million dollar civil litigation including both the prosecution and defense of class actions involving securities fraud, civil RICO, commercial contracts, ERISA entitlements, intellectual property, franchising, licensing, accounting, business torts and antitrust issues; representation of business clients in arbitration and mediation proceedings springing from contract and licensing disputes; representation of debtors and creditors in adversary proceedings in bankruptcy courts; and appellate practice in state and federal courts involving most of these subject matters.

Mr. McGuire has litigated well over a hundred matters to a conclusion in trial and arbitration proceedings, and has handled dozens of appeals in federal and state courts. He is proud of his judgment in advising clients about whether to litigate or settle. He is a member of the *American Bar Association*, the *New York State Bar Association*, *The Association of the Bar of the City of New York*, and *The Federal Bar Council*.

*State Bar Admissions*
New York.

*Court Admissions*
Supreme Court of the United States, U.S. Courts of Appeal, Second, Third, Fifth, Seventh and Tenth Circuits; U.S. District Courts in various jurisdictions; United States Tax Court; Supreme Court of the State of New York.


## ARTHUR V. NEALON

Mr. Nealon is a partner in the Firm's Litigation Section and concentrates his practice in the resolution of commercial, securities, employment and white-collar criminal matters. He has represented corporations, partnerships and individuals at trials and appeals in federal and state courts and in arbitration proceedings at the AAA, NYSE and NASD.

A graduate of Columbia College and Columbia Law School, Mr. Nealon was a founding partner of the New York firm of McGuire, Kehl & Nealon, LLP. He was previously an Assistant to the United States Special Prosecutor, a litigation associate at Christy & Viener in New York, and an Assistant District Attorney for New York County.

Over the course of more than 20 years, Mr. Nealon has represented plaintiffs and defendants in securities, accounting and employment litigation and arbitration. He has also handled professional malpractice defense matters for attorneys, physicians and accountants, and defended individuals accused of securities, tax and financial crimes in federal and state court. He is a member of the *American Bar Association*, the *New York State Bar Association*, *The Association of the Bar of the City of New York* and the *New York County Lawyers Association*.

*State Bar Admissions*
New York.

*Court Admissions*
Supreme Court of the United States; U.S. Courts of Appeal, Second and Seventh Circuits; U.S. District Courts, Southern and Eastern Districts of New York, Central District of Illinois; New York State Courts.


## ROBERT N. CAPPUCCI

Robert Cappucci received his undergraduate degree from Fordham University, graduating *cum laude* and *in cursu honorum*. He received his law degree from Fordham University School of Law, where he was Articles Editor of the *Fordham International Law Journal*. He is the author of "*Amending the Treatment of Defense Production Enterprises Under the U.S. Exon-Florio Provision: A Move Toward Protectionism or Globalism?*," 16 *Fordham Int'l L.J.* 652 (1993).

Over the years, Mr. Cappucci has litigated a wide range of securities class actions, including work on *In re BankAmerica Corporation Securities Litigation*; *In re Providian Financial Corporation Securities Litigation*; *In re American Banknote Holographics Sec. Litig.*; *In re Dollar General Corp. Securities Litigation*; *In re Iridium Securities Litigation*; and *In re DaimlerChrysler Securities Litigation*.

Currently, Mr. Cappucci is one of the partners litigating *In re CMS Energy Securities Litigation*, which involves the reporting of billions of dollars of false revenues in connection with the defendant company's round trip trading practices, as well as *In Re Novastar Financial Securities Litigation* and *In Re Nokia Oyj (Nokia Corp.) Securities Litigation*.

Mr. Cappucci is a member of the Commercial and Federal Litigation Sections of the *New York State Bar Association* and a member of the Litigation Section of the *American Bar Association, The Federal Bar Council, The Association of the Bar of the City of New York,* and *The Association of Trial Lawyers of America.*

Before entering private practice, Mr. Cappucci interned with the Honorable John E. Sprizzo, United States District Court, Southern District of New York.

*State Bar Admissions*
New Jersey and New York.

*Court Admissions*
U.S. Supreme Court; United States Court of Appeals, 8th Circuit; United States Court of Appeals, 3rd Circuit; U.S. District Court, District of New Jersey; U.S. District Court, Southern and Eastern Districts of New York; U.S. District Court, Eastern District of Michigan.


**JOHNSTON de F. WHITMAN, Jr.**

Johnston Whitman, Jr. graduated *cum laude* from Colgate University.  He received his law degree from Fordham University School of Law, where he was a member of the Dean's List from 1992-1994, and was a member of the Fordham International Law Journal.

Mr. Whitman has a broad range of experience in litigating securities fraud claims and has represented public institutions in lead plaintiff proceedings in litigation against DaimlerChrysler Corporation, Dollar General Corporation, Enron Corporation and Royal Ahold, N.V., among others. Mr. Whitman has taken depositions, drafted numerous critical briefs, discovery requests, oppositions to summary judgment, pre-trial stipulations, and appellate briefs in cases including but not limited to:  *In re Providian Financial Corporation Securities Litigation*; *In re BankAmerica Corp. Securities Litigation*; *In re American Banknote Holographics Sec. Litig.*; *In re Baker Hughes Sec. Litig.*; *In re Dollar General Corp. Securities Litigation*; *In re DaimlerChrysler Securities Litigation*; *In re Enron Corporation* (both securities litigation and bankruptcy proceedings); *In re WorldCom* (bankruptcy proceedings); *In re Iridium Sec. Litig.*; and *In Re Royal Ahold Securities & "ERISA" Litigation*.

Most recently, Mr. Whitman defeated defendants' motion for summary judgment based upon the statute of limitations in the *DaimlerChrysler Litigation*, which the parties subsequently agreed to settle for $300 million. In the course of this case, Mr. Whitman supervised other associates in all phases of the litigation, and argued discovery motions before the Court-appointed Special Master.

Mr. Whitman is also an active member of our firm's bankruptcy practice and, along with Andrew Entwistle, drafted and argued numerous motions in the *Enron* bankruptcy proceedings, including, without limitation: motion for the appointment of an independent examiner; motion for the preparation of documents; and motions opposing insurance and retention payments to Enron Insiders.

Mr. Whitman is the former Chair of the Insurance Committee of the Elder Law Section of the *New York State Bar Association*. In this capacity, he authored several articles and was a featured speaker at numerous New York State Bar Association continuing legal education programs and at the professional symposia of both the New York State Bar Association and the National Academy of Elder Law Attorneys. Mr. Whitman has also authored the article, "*Long-Term Care Insurance: What You Must Know To Expand Your Practice,*" for the 1996 Symposium.

*State Bar Admissions*
New York.

*Court Admissions*
U.S. District Court, Southern and Eastern Districts of New York.


**PAUL R. BRADSHAW**

Paul Bradshaw graduated from East Carolina University and attended Florida State University College of Law, where he served as an editor of the Law Review and graduated with honors. Mr. Bradshaw is admitted to the Bar of the State of Florida and is the resident partner of the Firm's Florida office.

Mr. Bradshaw previously served as an attorney for the Florida Department of Community Affairs. Under the administration of Governor Bob Martinez, he acted as staff counsel to the Governor and Cabinet on environmental issues, and between 1988 and 1990 headed the state division charged with implementing Florida's landmark growth management legislation. He then advanced to Chief Cabinet Aide to Governor Martinez and Director of Florida's Office of Planning and Budgeting, serving as such until 1991, when he left state government to enter private practice. Mr. Bradshaw recently worked as a consultant to Governor Jeb Bush both in connection with his 1998 gubernatorial campaign and more recently on a variety of legislative issues.

Mr. Bradshaw has extensive experience in handling regulatory and administrative matters through state agencies and the courts, as well as in monitoring and tracking legislation and in preparing legislative and political strategies for clients.

## RICHARD E. NAWRACAJ

Richard E. Nawracaj has exceptional experience as both in-house and outside counsel with a background and expertise in information technology law, intellectual property law, commercial transactions, mergers and acquisitions, and litigation/dispute resolution. Mr. Nawracaj is a skilled negotiator with a solid understanding of the relationship between the law and furthering business interests, with a proven ability to successfully position organizations to attain specific objectives.

Mr. Nawracaj received a B.S. degree in Biochemistry from the University of Illinois-Champaign-Urbana in 1990. He went on to graduate from Loyola University with a J.D. in 1993 where he was the recipient of American Jurisprudence award for highest grade in Sale and Securities. Mr. Nawracaj later went on to J.L. Kellogg Graduate School of Business in 1999, where he triple majored in Management and Strategy, Finance and International Business.

Mr. Nawracaj is regarded as a key advisor of senior management with aptitude to resolve matters in a desirable legal as well as business manner. He maintains a creative legal and business mind, with the capability to grasp complex legal, financial and business concepts with ease.

Prior to joining Entwistle & Cappucci as Partner, Mr. Nawracaj was Assistant General Counsel at Divine, Inc. and prior to that, at MarchFirst, Inc. His key accomplishments there included his negotiations of software reseller agreements for third party intellectual property incorporated in corporate software products and establishing, implementing and managing a program for third party licensing of corporate patents, creating $5 million in new annual revenue. In addition, Mr. Nawracaj successfully managed five lawsuits concerning theft and improper use of corporate intellectual property by former employees.

Mr. Nawracaj is a member of the *Illinois State Bar Association* and the *American Bar Association* and principally practices out of the Chicago office.

*State Bar Admissions*
Illinois.

*Other Admissions*
U.S. Patent and Trademark Office.

*Of Counsel*

# STEPHEN D. OESTREICH

Mr. Oestreich joined Entwistle & Cappucci as Senior Counsel to the Firm after spending 25 years at Wolf Popper, LLP where he was a Senior Partner and Co-Chairman of the Litigation Department.

Over the years, Mr. Oestreich has served as Lead or Co-Lead counsel in numerous securities class actions and derivative actions. Among his many noteworthy cases, Mr. Oestreich was a lead attorney in *In re The Standard Oil Company/British Petroleum Litigation*, which resulted in a benefit of over $600 million to the class; *Joseph, et al. v. Shell Oil Company, et al.*, a class action before the Delaware Chancery Court, which resulted in a $205 million settlement for the benefit of the class; *In re Donnkenny, Inc. Securities Litigation*; *In re Salomon Brothers Securities Litigation*, which settled for $52 million; and the *Itel Securities Litigation*, which resulted in a class settlement of over $40 million.

Mr. Oestreich was also appointed by the Delaware District Court as Lead Counsel in the *In re Phillips Securities Litigation* and served as a member of Plaintiffs' Executive Committee, as well as Plaintiffs' Lead Settlement Counsel in the *In re Gulf Oil/Cities Service Tender Offer Litigation*. Mr. Oestreich also served as Co-Lead Counsel in, and was co-trial counsel in *Sirota v. Solitron Devices, Inc.*, which, after an eleven-day trial, resulted in a jury verdict for the plaintiff class on all issues of liability and damages. Mr. Oestreich was recently retained by the Global Crossing Estate Representatives as Special Litigation Counsel in connection with the Global Crossing Bankruptcy to recover funds on behalf of the Trust.

Mr. Oestreich graduated from Bucknell University (B.S./B.A., 1965) and Fordham University Law School (J.D., 1968), where he was a member of the Law School's National Moot Court Team and Sutherland Moot Court Team and was the recipient of the George W. Bacon Award and I. Maurice Wormser Award. After law school, he served as trial attorney with the Enforcement Division of the United States Securities and Exchange Commission in its New York Regional Office, where he represented the SEC in numerous hearings and trials.

Mr. Oestreich is presently a member of the Committee on Securities and Exchanges and the Federal Courts Committee of the New York County Bar Association. His experience also includes serving as Special Master for the Supreme Court of New York and as an arbitrator in the United States District Court for the Eastern District of New York. Aside from his practice, Mr. Oestreich has also been a guest lecturer on the subject of securities litigation at the Federal Bar Association and at the Rutgers Graduate School of Business. Most recently, Mr. Oestreich has been called upon by financial news networks to discuss recent developments involving the securities laws. In 1998, he was the recipient of the Man of the Year Award for the Long Island Chapter of the Crohn's and Colitis Foundation of America.

*State Bar Admissions*
New York.

*Court Admissions*
United States Supreme Court; United States Court of Appeals, First, Second, Third and Ninth Circuits; United States District Court, Southern and Eastern Districts of New York.

## M. DIANE ALLBAUGH

Ms. Allbaugh graduated from Cameron University and holds a Juris Doctor Degree from the University of Oklahoma. She is a member of the Bars of the State of Texas, Oklahoma and the District of Columbia and has published articles in many national law publications.

M. Diane Allbaugh represents a unique cross-section of clients, including public utilities, higher education institutions, health care entities and telecommunications companies in many states on issues primarily relating to various intergovernmental matters.

In 1997, Ms. Allbaugh organized a unique coalition of corporations, associations and state offices to host a symposium on long-term care at the LBJ School of Public Affairs at the University of Texas at Austin. Partners in the coalition included those representing both sides of long-term care issues, including state agencies, legislative offices, associations, HMO's and major corporations.

As Legal Counsel and Executive Assistant to the Vice Chairman of the Oklahoma Tax Commission from 1992 to 1994, Ms. Allbaugh assisted in developing a strategic plan for reengineering the agency. Prior to this, Ms. Allbaugh served as Assistant General Counsel for the Oklahoma Tax Commission and practiced in the federal, state, county and administrative courts.

Ms. Allbaugh was previously with the Austin law firm of Hance Scarborough Woodward & Weisbart. During her tenure at the firm, Ms. Allbaugh conducted government affairs activities on behalf of the firm's corporate clients, as well as representing the firm before various Texas departments and commissions.

*State Bar Admissions*
Texas, Oklahoma, District of Columbia.

## HON. THOMAS W. ALFANO

Thomas Alfano received his undergraduate degree from Fordham University where he was class valedictorian and elected to Phi Beta Kappa. He received his law degree from Fordham University School of Law and is admitted to all state and federal courts serving New York State.

Mr. Alfano currently acts in a Senior Counsel capacity in various securities, antitrust and consumer fraud litigations. Mr. Alfano has extensive trial experience and was previously associated with Skadden, Arps, Slate, Meagher & Flom.

Mr. Alfano was elected to the New York State Assembly in 1996. He represents the 22nd Assembly District which covers southwest Nassau County. During his second term in the Assembly, Mr. Alfano was selected to serve as Vice-Chairman of the Assembly Joint Conference Committee. In

this capacity, Mr. Alfano has been speaking and leading the Conference on issues relating to job creation, tax, education and healthcare. Mr. Alfano has also assisted in spearheading the Governor's Office of Regulatory Reform's State Legislature Outreach Program, formed to solicit input from citizens and businesses across the state to reform the regulatory process. Mr. Alfano is a frequent commentator on state legislative television programs broadcast from the State Capitol. Additionally, he has made guest appearances on New York City's National Public Radio on current legislative issues.

Mr. Alfano was also named to serve on the New York State Legislative Budget Conference Committee. The Conference Committee is comprised of leaders from the Senate and Assembly who formulate the state budget.

Mr. Alfano is a member of the American Legislative Exchange Council, Council of State Governments, National Conference of Insurance Legislators where he sits on the Property and Casualty committee and the subcommittee on Natural Disaster Insurance Legislation, the National Republican Legislators Association and the *Nassau County Bar Association*.

## SENATOR ADELINE J. GEO-KARIS

Senator Geo-Karis is Of Counsel to the Firm and she is currently first in seniority in the Illinois Senate Republican Caucus, having served the 31st District of Illinois since 1979. The first woman in Illinois history ever to serve in Senate leadership, she served as Assistant Senate Majority Leader from 1993-2003. She previously served six years in the House of Representatives. Named Minority Spokesman for the Senate Executive Appointments Committee, she is currently one of two Republican Senators to serve as co-chairman in the 93rd General Assembly. Additionally, she serves as a member of the Financial Institutions Committee and chairman of the Senate Republican Task Force on Veterans. She is also the first lady of the Senate and a precinct committeewoman and parliamentarian for the Lake County Republican Central Committee. Senator Geo-Karis previously served as cochairman of that committee. She was a delegate to the 1984, 1988, 1996 and 2000 National Republican Convention and secretary to the Illinois Delegation. She was alternate delegate to the 1992 National Republican Convention.

Senator Geo-Karis pioneered legislation on gasohol, solar energy and other alternative energy resources and she successfully sponsored and supported bills for strong crime control and to benefit senior citizens, youth, people with disabilities and the working majority. She was cited for her sponsorship of the Nuclear Safety Preparedness Act, the Alternative Energy Act, and many laws to increase safety on Illinois lakes. She also sponsored the "Guilty but Mentally Ill" law. She also successfully sponsored the repeal of the Illinois inheritance tax.

The Adeline Geo-Karis Leadership Award at Zion-Benton High School was named for her with annual scholarships to be donated annually beginning in 2001.

She is the recipient of numerous honors and awards including: 2002 Friend of Agriculture, Illinois Farm Bureau; 2002 Certificate Appreciation for Excellence in Political Leadership, Treasurer Judy Baar Topinka; 2002 Appreciation Award, Order of AHEPA, Blue Ribbon District 13; 2000

Outstanding Public Service Award, DePaul University College of Law Alumni; Primary Health Care Association Award; 2000 Liberty Bell Award, 19th Judicial Circuit; 1999 Veteran of the Year, American GI Forum; 1999 Child Care Coalition Award; 1999 Legislator of the Year, Illinois Association of County Officials; 1998 Friend of Business LUCI (Leading Us in Commerce and Industry) Award; Hellenic American Achievement Award; North Shore D.A.R. Americanism Medal; Daughters of Penelope Woman of the Year; Illinois Federation of Independent Colleges and Universities Outstanding Legislator; Illinois Association of Park Districts Award; Jane Addams Leadership Award; NAACP Award from North Chicago Chapter; YWCA of Lake County Award for Outstanding Achievement in Government; United Hellenic Voters of America Most Distinguished American of Greek Ethnic Origin in the Field of Government; Illinois Women's Political Caucus Carrie Chapman Catt Award; Greater Waukegan Israel Bond Rally Honoree; Illinois State's Attorneys Legislative Award; Military Order of the Purple Heart Award; and the Midwestern Regional Medical Center Award.

Senator Geo-Karis was born in Tegeas, Greece and educated in the United States. She attended Northwestern University and received her LL.B from DePaul University. She served as Lt. Commander with Top Secret Clearance in the U.S. Naval Reserves. She is a member of St. Demetrios Greek Orthodox Church in Waukegan, Illinois and served as the past president of its Parish Board of Trustees and Ladies Auxiliary.

## DR. M. HOSSEIN BOR

Dr. Bor received a Masters in Comparative Law from George Washington University Law School and Ph.D. and Masters Degree in International Law and International Relations from American University. Dr. Bor also has a degree in law from Tehran University and is a member of the Bar of the District of Columbia.

Dr. Bor served as Energy and Economic Advisor to the Embassy of the State of Qatar in Washington, D.C. from 1982 to 1998. His practice includes commercial law, international law, international relations, energy and petroleum, international trade, international transactions, corporate law, contracts, and administrative law.

Dr. Bor is active in facilitating trade, joint ventures, investment, and project development between American corporations and their counterparts from the Gulf (G.C.C.) countries. He advises U.S. companies about conducting business in the Gulf and overseas corporations about business operations in the U.S., including analysis of U.S. and foreign policy and regulatory issues. Dr. Bor maintains a wide range of contacts among government officials, lawyers, the business community and academia in the United Arab Emirates, Qatar, Saudi Arabia, Kuwait, Bahrain and Iran.

Dr. Bor serves as an Adjunct Professor of Law at the Catholic University of America and he has written extensively on various issues relating to the Middle East, including the critically regarded treatise *Iran and Its Nationalities*, Karatchi: Pakistan Adab Publication, 2000. Dr. Bor has also appeared widely on television and radio broadcasts, including the Voice of America and BBC.

**JOHN A. BOHN**

John Bohn served for seven years as the President of Moody's Investors Service, the world's leading credit research and analysis company and a major publisher of financial information, with more than 1,500 employees in 10 countries. Mr. Bohn came to Moody's from a three-year term as President and Chairman of the Export Import Bank of the United States, a United States government corporation that finances and insures the sale abroad of American produced goods. During his tenure, Eximbank provided some $6 billion per year in loans, guarantees and insurance in more than 25 countries. Prior to his service with the bank, which he began as First Vice President and Vice Chairman, Mr. Bohn was Special Assistant to the Secretary of the Treasury, and United States Ambassador and Executive Director at the Asian Development Bank in Manila. Mr. Bohn advises corporate officers and directors on governance issues, counsels on transactional matters, and also currently sits on or chairs the Boards of several organizations whose focus is the Internet or other emerging technologies.

Mr. Bohn graduated with honors from Stanford University, he attended the London School of Economics as a Fulbright Scholar and then graduated in law from Harvard University. After practicing law in California and the Pacific Rim, Mr. Bohn joined the Wells Fargo Bank, where he spent four and one-half years in Tokyo, responsible for Far Eastern activities and, later, was head of the Bank's International Group in Los Angeles at its North American Division in San Francisco. A member of the Foreign Service Association, Mr. Bohn served on the Board of Directors of The Center for International Private Enterprise in Washington, D.C. for four years and serves as a Director of the National Committee on U.S.-China relations. He is a member of the *Counsel on Foreign Relations* and the *Economic Club in New York*. He is also a Trustee of The Monterey Institute in California, a member of the *Council for Excellence in Government* in Washington, and a member of a number of corporate boards.

*State Bar Admissions*
California and Guam.

*Court Admissions*
U.S. Supreme Court; U.S. District Court; Northern District of California; U.S. Court of Appeals, Ninth Circuit; Trust Territory of the Pacific Islands.

**WARREN P. TAYLOR**

Warren P. Taylor studied at Princeton University and the University of Oklahoma which ultimately awarded him both a Bachelor of Arts and his law degree. Mr. Taylor is admitted to practice before the U.S. Tax Court, the U.S. Military Court of Criminal Appeals, the U.S. Supreme Court and the courts of the State of Oklahoma. While on active duty in the Army, Mr. Taylor received the Bronze Star, Defense Meritorious Service medal, 4 Army Meritorious Service medals, the Army Commendation medal, and various foreign awards and meritorious unit awards.

Following his service in the field and after obtaining his law degree, Mr. Taylor served in various legal positions in the Army, including: Staff Judge Advocate, 2nd Infantry Division, Republic of

Korea (Senior Legal Advisor to the Commanding General); Deputy Staff Judge Advocate, 4th Infantry Division; Command Judge Advocate, Military Assistance Command (Vietnam) (principal legal advisor to the U.S. Commanding General of Military Region IV, Mekong Delta, Republic of Vietnam); and Team Chief, Office of the Chief Trial Attorney of the Army (represented the Department of the Army in multi-million dollar contract disputes). Mr. Taylor then served as Legal Advisor to the Secretary of the Army, advised the Secretary on Congressional investigative activities, developed and implemented "Legislative Action Plans", acted as liaison with Congressional Oversight and Investigative Committees, represented Department of the Army witnesses appearing before Congress, and acted as Lead Counsel for the Army in all personnel and procurement matters pending before the Congress.

Subsequently, Mr. Taylor was selected by General Colin Powell (then Senior Military Assistant to the Secretary of Defense) to be the Legislative Counsel to Secretary Weinberger. In this capacity, Mr. Taylor developed and implemented defense procurement and acquisition policies, acted as counsel to SECDEF, DEPSECDEF and other DOD executives appearing before Congressional Committees, developed "Legislative Action Plans," wrote legislation in coordination with executive and legislative branch executives and successfully advocated before the U.S. Congress for the procurement of advanced weapons systems and for increased funding of "quality of life" programs for all branches of the U.S. military. Mr. Taylor traveled extensively with Members of Congress and private sector executives as an advisor on national security and defense procurement and acquisition policies and procedures.

Since leaving the Department of Defense and entering the private sector, Mr. Taylor has represented clients in a variety of government relations, litigation and transactional matters including: representing the U.S. Air Force Association before the U.S. Congress; major defense contractors in connection with procurement issues; and a coalition of several American companies that successfully obtained a multi-million dollar contract to dismantle Russian chemical and biological weapons. Mr. Taylor has also represented the Russian Federation in connection with various matters.

Mr. Taylor's extensive experience domestically before Congress, the Department of Defense, National Guard and various branches of the Armed Services and his overseas contacts in the former Soviet Union and the Middle East, place him in a unique position to assist domestic and foreign companies on government relations, corporate and litigation issues.

## ALFRED V. GRECO

Mr. Greco received his undergraduate degree from Hunter College of the City University of New York, his law degree from Fordham University and is admitted in all state courts and federal courts in the Eastern and Southern Districts of the State of New York.

Mr. Greco started his legal career as a staff attorney with the Securities & Exchange Commission, Enforcement Division. In this capacity in the SEC's New York Regional Office, Mr. Greco engaged in all phases of enforcement matters involving injunctive actions in the federal courts against alleged violators of the securities laws including public corporations, securities brokerage

firms and member firms of the New York Stock Exchange. The foregoing included supervision of preparation and review of extensive investigative reports, depositions and paperwork incident to litigation involving temporary restraining orders, preliminary injunctions and consent decrees. Mr. Greco also participated in and supervised administrative proceedings involving enforcement of all phases of the securities laws with respect to the brokerage community and its registered representatives. Mr. Greco left the SEC to enter private practice and later served as an adjunct professor of Law at Fordham University.

In the course of his private practice, Mr. Greco represents clients from a broad spectrum of the business world including securities underwriters, member firms of the New York Stock Exchange and foreign public and private corporations. This representation has covered all aspects of the federal securities laws including defense of enforcement proceedings and injunctive actions in both the federal and state courts and arbitration proceedings before the National Association of Securities Dealers and the New York and American Stock Exchanges.

During the past twenty-five years, Mr. Greco has represented a broad array of public and private corporations and securities underwriters in both litigated and transactional matters. He has had extensive experience in the preparation of registration statements and the required documentation relating to the public offering of securities, including preparation of complex prospectuses, negotiating and preparing complex underwriting agreements and preparation of documents for compliance with state (blue sky) and federal securities laws. Mr. Greco's area of expertise includes merger and acquisition transactions and the negotiation and preparation of complex documents in connection therewith.

Mr. Greco's extensive knowledge and broad experience has placed him in a unique position to represent or act as a special counsel for other law firms to advise novice as well as seasoned corporations concerning financing and equity offerings as well as acting as a troubleshooter with respect to compliance with the federal securities laws.

**DOUGLASS A. WISTENDAHL**

Douglass Wistendahl received his B.B.A. from the Ohio University graduating with honors and his law degree from the Rutgers School of Law, ranking in the top 10% of his class. Mr. Wistendahl is admitted to the bar of the States of New York and New Jersey.
Mr. Wistendahl specializes in corporate and commercial representation of European and U.S. clients, including lender and lessors in secured lending and equipment leasing transactions for computers, aircraft, rail cars and containers, lender funded buy-outs of lease and debt portfolios in and out of bankruptcies; licensing; franchising; mergers and acquisitions; and real estate transactions.

Prior to entering private practice Mr. Wistendahl was a law clerk in the Chancery Division of the New Jersey Superior Court. Mr. Wistendahl has acted as an officer and director for various technology, internet, outdoor sports and fitness, leasing and food service corporations. Mr. Wistendahl also holds a technology patent involving interactive television.

## THOMAS J. BONNER

Tom Bonner graduated from the University of Notre Dame Law School where he received his Juris Doctor. He is admitted to the Bar of the State of New York and Chairs the International Law and Practice Section of the New York State Bar Association.

Mr. Bonner has extensive experience in general commercial litigation, corporate, banking law, international trade, international finance, real estate finance and loan reorganization.

## REX A. GUEST

Rex Guest received his undergraduate degree from the University of Illinois and his law degree from the Loyola University of Chicago in 1955, ranking fourth in his class. Mr. Guest practices tax law with a special emphasis on federal and state tax disputes and Tax Court litigation.

As a revenue agent with the Internal Revenue Service from 1948 to 1955, Mr. Guest examined and investigated Federal individual, partnership, fiduciary and corporation returns with primary emphasis on corporate returns. Mr. Guest conducted the investigation of approximately 100 cases in which a civil fraud penalty was sustained. Mr. Guest also participated in two cases resulting in convictions for criminal tax evasion.

Mr. Guest served as: trial attorney with the Office of Chief Counsel, Internal Revenue Service in Milwaukee, Wisconsin (1955-1965); head of the New Orleans office (1965-1967); head of the Kansas City office (1967-1970); Staff Assistant to the Regional Counsel in Chicago (1970-1978); and as Assistant District Counsel from June, 1978 until entering private practice.

Mr. Guest's litigation experience includes every stage of disputed tax cases, whether income, estate or gift tax, furnishing advice to the District Director, reviewing proposed notices of deficiency as to form and legal sufficiency, directing supplemental investigations by revenue agents or special agents, and appearing in court representing the Government during trial. Mr. Guest has tried in excess of 30 cases in the Tax Court, many of which were of several weeks duration. Mr. Guest has also tried a significant number of civil fraud cases.

Mr. Guest has also litigated Freedom of Information and disclosure cases; foreclosure and quiet title actions under U.S.C. §2410, U.S.C.; suits by the United States to reduce its tax claims to judgment and/or to foreclose its tax liens; suits to enforce compliance with levies; cases involving priority of tax claims in bankruptcy proceedings and corporate reorganizations, and in state receivership proceedings and probate proceedings. Mr. Guest has also handled several refund suits in the District Court and Court of Federal Claims, as well as a number of criminal tax cases.

*State Bar Admissions*
Illinois and Wisconsin.

*Court Admissions*
U.S. Tax Court; U.S. District Court, Eastern District of Wisconsin, Northern District of Illinois.

## WILLIAM B. HORTON, II

William Horton received his B.A. from John Hopkins University, his J.D. from Baylor University and his LL.M. from the University of Washington. He is a member of the Association of the Bar of the City of New York, Washington State, New York State and American Bar Associations. Mr. Horton is also a member of the Japan-American Legal Society and is fluent in Japanese.

Mr. Horton is a recipient of the American Jurisprudence Award, Conflict of Laws, and has authored "Taxing the Attorneys' Income in Japan" 14 Law in Japan, An Annual 104.

Mr. Horton represents a cross-section of clients including finance, corporate, entertainment, intellectual property and insurance.

## ALIX R. RUBIN

Alix Rubin concentrates her practice in the areas of employment law and complex commercial litigation. Based in the firm's New Jersey office, Ms. Rubin counsels and represents both institutional and individual clients in a variety of business disputes in federal and state courts as well as before administrative agencies, mediators, and arbitrators.

Ms. Rubin has defended institutional clients and/or their employees against employment discrimination, harassment, wrongful discharge, and other employment-related claims; represented institutional clients who sought to enforce restrictive covenants in employment contracts; litigated a broad range of contractual disputes and business torts; and successfully prosecuted a violation of the Commerce Clause in the U.S. District Court for the District of New Jersey. Ms. Rubin has an active pro bono practice in which, among other things, she has obtained asylum and permanent resident status for individuals and their families who fled from countries in which they were persecuted and tortured for their political beliefs.

A graduate of the University of Pennsylvania Law School, Ms. Rubin was Associate and Book Review Editor of the Comparative Labor Law Journal as well as a Legal Research Fellow. After obtaining her B.A. in English and French magna cum laude from Tufts University, she earned a Master of Journalism Degree from Temple University before attending law school.
Ms. Rubin is a member of the American Bar Association, New Jersey State Bar Association, Essex County (N.J.) Bar Association, and Association of the Federal Bar of the State of New Jersey. She served as a facilitator on the New Jersey World Trade Center Disaster Legal Response Team, and was named 2003 Pro Bono Attorney of the Year by Volunteer Lawyers for Justice, on whose board she currently serves. Prior to joining Entwistle & Cappucci, Ms. Rubin was associated with the New Jersey law firm of Lowenstein Sandler.

*Publications*
Contributing author, *A Practical Guide to New Jersey Employment Law: The Employer's Resource, Lowenstein Sandler and NJBIA*, 2001-2002 and 2004-2005 editions.

"*Anonymous 'Posters' Complicate Discovery*," New York Law Journal, November 19, 2001.

"*The Americans With Disabilities Act, Reasonable Accommodations and Therapists' Responsibilities*," OT Practice, Volume 3, Issue 7, July/August 1998.

"*Mental Disabilities and the ADA: What's an Employer to Do*?" Exploring the Real World of Employee Relations: An Interactive Workshop, January 21, 1998.

"*What the Balanced Budget Act Means for New Jersey Health Care Providers*," Hannoch Weisman Health Update, Volume III, No. 3, Fall 1997.

"*HIV Positive, Employment Negative? HIV Discrimination Among Health Care Workers in the United States and France*," Comparative Labor Law Journal, Volume 17, No. 2, Winter 1996.

*State Bar Admissions*
New Jersey and Pennsylvania.

*Court Admissions*
United States Court of Appeals for the Third Circuit, U.S. District Court for the District of New Jersey and Southern and Eastern Districts of New York.

*Associates*

## RICHARD W. GONNELLO

Richard Gonnello graduated *summa cum laude* from Rutgers University with a B.A. in Classics and History where he was named Phi Beta Kappa. He received his J.D. from UCLA Law School in 1998.

Prior to joining Entwistle & Cappucci, Mr. Gonnello was a litigation specialist with Latham & Watkins in New York. In this capacity, Mr. Gonnello participated in corporate internal investigations and led numerous securities actions, commercial litigations and arbitrations from initiation to settlement.

*State Bar Admissions*
New York.

*Court Admissions*
U.S. District Court, Southern and Eastern Districts of New York.

## WILLIAM W. WICKERSHAM

William Wickersham graduated Skidmore College with honors in Government. He received his law degree from Fordham University School of Law, where he was a member of the Dean's list in 1999.

Mr. Wickersham entered private practice immediately after finishing Fordham University School of Law and has worked exclusively in the complex securities litigation field. Mr. Wickersham has worked in his tenure as an attorney on some of the largest and most significant cases in the field, representing either lead plaintiffs in the class action setting or in private actions brought by institutional investors with considerate losses at stake.

In *In re BankAmerica Corp. Securities Litigation*, he represented the lead plaintiff in that action, which was settled for $490 million. Mr. Wickersham, as an associate of one of executive committee firms, participated in the investigation and drafting of the consolidated amended complaints in *In re Initial Public Offering Securities Litigation*, currently pending in the Southern District of New York. Mr. Wickersham also participated in *In re DOV Pharmaceutical, Inc. Securities Litigation*, which resulted in a substantial settlement of cash and warrants to the class. In addition, Mr. Wickersham represents one of the lead plaintiffs in the class action *In re CMS Energy Corporation Securities Litigation*, which involved an $8 billion restatement of the company's financial statements. He also participated in the discovery phase of *In re Daimler Chrysler Securities Litigation*, which was recently settled of behalf of the class for approximately $300 million.

In addition, Mr. Wickersham is actively litigating federal and state securities claims on behalf of several private investors against Enron Corporation, Cendant Corporation, and Lucent Corporation.

Mr. Wickersham was previously associated with the law firm of Stull, Stull & Brody in New York.

His area of practice is complex securities litigation.

*State Bar Admissions*
New York.

*Court Admissions*
U.S. District Court, Southern and Eastern Districts of New York.

## ERIC S. COHEN

Eric S. Cohen is an associate with the firm and assigned to the Commercial Litigation department.

Mr. Cohen graduated cum laude from Queens College of the City University of New York with a bachelor's degree in Political Science and was awarded the Pi Sigma Alpha Award for Academic Excellence. He received his J.D. from the Hofstra University School of Law.

Mr. Cohen is a member of the *New York State Bar Association*, the *Queens County Bar Association*, the *Brandeis Association* and the *New York State Trial Lawyers' Association*.

*State Bar Admissions*
New York, New Jersey.

*Court Admissions*
U.S. District Court, Southern and Eastern Districts of New York; District of New Jersey.

## MICHAEL A. MCDONOUGH

Michael McDonough's areas of practice include commercial litigation and intellectual property law. He has represented a diverse range of clients in a broad range of business related disputes.

Mr. McDonough graduated from the University of Scranton with a B.A. in History. He received his law degree from St. John's University School of Law, where he was an editor on the St. John's Journal of Legal Commentary.

*Publications*
"*Mail Fraud and the Good Faith Defense*," 14 St. John's Journal of Legal Commentary 279, (1999)

*State Bar Admissions*
New York, New Jersey.

*Court Admissions*
U.S. District Court, Southern District of New York and District of New Jersey.

## ANDREW E. PLATEK

Andrew Platek graduated from Rutgers College in New Brunswick, New Jersey with honors in History. He received his law degree from New York University in 2000.
Immediately after completing law school, Mr. Platek entered the law firm of Fried, Frank, Harris, Shriver & Jacobson in New York as an associate. At Fried, Frank, Mr. Platek worked on corporate, litigation and anti-trust matters. These matters included mergers and acquisitions, securities offerings (both public and private), complex securities litigation, corporate governance issues, Hart-Scott-Rodino filings, and even a death penalty case.

Currently, Mr. Platek is engaged in the *In Re Royal Ahold N.V. Securities & Erisa Litigation*, representing the Co-Lead Plaintiffs, the Public Employees' Retirement Association of Colorado and Generic Trading of Philadelphia, LLC, in one of the largest securities frauds that a European company has ever perpetrated in the United States.

*State Bar Admissions*
New York.

## FRANK S. ROSSI, II

Frank S. Rossi, II graduated *summa cum laude* from Union College in Schenectady, New York in 1998 with a Bachelor of Arts Degree in Political Science. He received his *Juris Doctor* Degree from Harvard Law School in 2001. He is a member of the New York State Bar Association.

Mr. Rossi was previously associated with the law firm of McDermott, Will & Emery LLP in New York, where his practice area was bankruptcy and distressed company transactions, and he was influential in the representation of IDT Corporation's subsidiary Winstar Holdings LLC in its purchase of Winstar Communications Inc. and its related subsidiaries in December 2001.

At Entwistle & Cappucci LLP, Mr. Rossi is assisting in securities class action work, including the firm's lead representation in the class action litigation in the *In re: Royal Ahold N.V. Securities & ERISA Litigation* case.

*State Bar Admissions*
New York.

## LOCKSLEY O. WADE

Locksley O. Wade spent most of his career in the Office of the Attorney General of Florida, successfully defending constitutional challenges to State laws and administrative rules both in Federal and State Courts from inception to appeals. For his outstanding work for the State of Florida, Mr. Wade was the recipient of the 1998 Davis Productivity Award for the State of Florida.

Mr. Wade, a graduate of Baruch College in New York and Nova Southeastern University Law Center, is a member of the Florida Bar, the U.S. Court of Appeals for the Eleventh Circuit and the

U.S. District Court, Northern, Middle and Southern Districts of Florida. He practices primarily in the areas of complex business and securities litigation.

*State Bar Admissions*
Florida.

*Court Admissions*
U.S. Court of Appeals for the Eleventh Circuit; U.S. District Court for the Northern, Middle and Southern Districts of Florida.

## MICHAEL D. KEENAN

Michael Keenan graduated from Vassar College with B.A.s in Political Science and Theater. He received his law degree from Fordham University School of Law in 2004, where he was a member of moot court and Fordham's Environmental Law Journal. As a member of moot court, he was Captain of the team that captured Best Petitioner's Brief at the University of San Diego School of Law's National Criminal Procedure Competition. He was also the Associate Editor of the Irving R. Kaufman Memorial Securities Law Moot Court Competition.

Prior to attending law school, Mr. Keenan worked for over five years in corporate finance as an Assistant Vice President in Fleet Bank's Media and Entertainment Division, and as an Associate in Citicorp's Loan Syndications Division.

Mr. Keenan has been with Entwistle & Cappucci since January of 2003. Currently, he is engaged in the *In Re Royal Ahold N.V. Securities & Erisa Litigation*, representing the Co-Lead Plaintiffs, the Public Employees' Retirement Association of Colorado and Generic Trading of Philadelphia, LLC, in one of the largest securities frauds that a European company has ever perpetrated in the United States.

*State Bar Admissions*
New York.

## AMITA SINGH

Amita Singh graduated from Emory University with a B.A. in International Relations and Economics. She received her J.D. from the University of Georgia School of Law and her L.L.M. in Securities and Financial Regulation at Georgetown University Law Center, where her thesis was entitled *"The Uncertainty of the Scope of the Duty to Update: The Impact of Regulatory Reforms on Corporate Disclosure."*

Ms. Singh has a strong financial background, including experience in the Division of Enforcement at the Securities and Exchange Commission in Washington, D.C.

*State Bar Admissions*
Georgia, District of Columbia.

**DARBY J. GREEN**

Darby Green graduated from Dartmouth College in 2001 with a B.A. in Geography. She received her J.D. from Vanderbilt University Law School in 2004, where she was a Notes Editor on the Vanderbilt Journal of Entertainment Law & Practice and a member of the Moot Court Board.

Ms. Green has interned for Hon. Denise L. Sher and Hon. Scott Fairgrieve, who both preside at the District Court of Nassau County in Hempstead, NY. She also served as an intern for the legal department at ESPN, Inc., where she performed substantial transactional and intellectual property work.

At Entwistle & Cappucci LLP, Ms. Green is involved in the *In Re Royal Ahold N.V. Securities & ERISA Litigation*, assisting the firm as it represents the Co-Lead Plaintiffs in this significant securities class action suit.

*Publications*
"*Almost Famous: Reality Television Participants as Limited-Purpose Public Figures*," 6 Vand. J. Ent. L. & Prac. 94 (2003).

*State Bar Admissions*
New York.

**Offices**

Entwistle & Cappucci LLP
299 Park Avenue
New York, New York  10171
Tel:  212-894-7200
Fax:  212-894-7272

Entwistle & Cappucci LLP
720 Brazos Street, Suite 1120
Austin, Texas 78701
Tel:  512-275-7388
Fax:  512-480-8230

Entwistle & Cappucci LLP
200 Business Park Drive
Suite 305
Armonk, New York  10504
Tel:  914-730-3200
Fax:  914-730-3206

Entwistle & Cappucci LLC
333 W. Wacker Drive
20th Floor
Chicago, Illinois  60606
Tel:  312- 251-9500
Fax:  312-251-9300

Entwistle & Cappucci LLP
The White House
203 North Gadsden Street
Tallahassee, Florida  32301
Tel:  850-222-9886
Fax:  850-671-4402

Entwistle & Cappucci LLP
30 Columbia Turnpike
P.O. Box 95
Florham Park, New Jersey  07932
Tel:  973-236-0666
Fax:  973-236-9565

Entwistle & Cappucci LLP
1735 New York Avenue, NW
Washington, DC  20006
Tel:  202-661-3960
Fax:  202-331-1024

# EXHIBIT F

# MOULTON & GANS, P.C.

Year Established: 1997
33 Broad Street, Suite 1100
Boston, Massachusetts 02109-4216

Telephone: 617-369-7979
Telecopier: 617-369-7980

*General Civil and Criminal Trial and Appellate Practice in All
State and Federal Courts.  Securities and Business Litigation,
Civil and Criminal Antitrust Litigation.*

## <u>MEMBERS OF FIRM</u>

**STEPHEN MOULTON** (1929 - 2001).

**NANCY FREEMAN GANS**, born Philadelphia, Pennsylvania, November 26, 1943; admitted to bar, 1970, Massachusetts; 1975, U.S. Supreme Court; 1996, U.S. District Court.  *Education*: University of Rochester (B.A.,  with highest honors, 1965); Harvard University (J.D., 1970).  Phi Beta Kappa. *Member*: Massachusetts Bar Association.

Areas of Concentration:  Securities Fraud; Antitrust; Class Actions.

Email:  nfgans@aol.com

Moulton & Gans, P.C. specializes in class action litigation, primarily under the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4 ("PSLRA").  The firm has been appointed Lead Counsel in two previous cases and Local or Liaison Counsel in at least 20 cases, working closely with leading firms in the class action litigation field.

The firm has actively participated in obtaining recoveries of over $500 million for aggrieved shareholders, including at least the following settlements in PSLRA cases:

> In re Raytheon Company Securities Litigation, Case No. 99-12142 (D.Mass.), (after five years of litigation) $460 million ($210 million in case and $200 million in warrants from defendant Raytheon Company, and $50 million from defendant PricewaterhouseCoopers, LLP);

> In re Allaire Corporation Securities Litigation, Case No. 00-11972 (D.Mass.), $12.026 million;

> Kafenbaum v. GTECH Holdings Corporation, et al., Case No. 00-413 (D.R.I.),

$10.25 million;

In re Lycos Securities Litigation, Case No. 99-10394 (D. Mass.) $5.675 million;

In re Shiva Corporation Securities Litigation, Case No. 97-11159 (D.Mass.), $4.35 million;

In re Number Nine Visual Technology Corporation Litigation, Case No. 96-11207 (D.Mass.), $3 million;

In re Peritus Software Services Securities Litigation, Case No. 98-10578 (D. Mass.), $2.8 million; and

Gorman v. Systemsoft Corp., et al., Case No. 98-10367 (D.Mass.), $2.775 million.