UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SIDNEY D. FELDMAN TRUST, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ELAN CORPORATION, plc,<br>G. KELLY MARTIN, LARS EKMAN, and SHANE COOKE,<br><br>Defendants. | C.A. No. 05-10481 (JLT) |

**NOTICE OF APPEARANCE**

Please enter the appearance of Frances S. Cohen of Dechert LLP for the defendants ELAN CORPORATION, plc, G. KELLY MARTIN, LARS EKMAN, and SHANE COOKE.

Dated: May 9, 2005

/s/ Frances S. Cohen
DECHERT LLP
Frances S. Cohen (BBO#542811)
200 Clarendon Street, 27th Floor
Boston, MA 02116-5021
(617) 728-7100
(617) 426-6567 (fax)

**CERTIFICATE OF SERVICE**

I, Frances S. Cohen, hereby certify that a true copy of the above document was served upon the attorney of record for each other party by email on this 9th day of May, 2005.

/s/ Frances S. Cohen
Frances S. Cohen