# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SIDNEY D. FELDMAN TRUST, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ELAN CORPORATION, plc,<br>G. KELLY MARTIN, LARS EKMAN, and<br>SHANE COOKE,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 05-10481 (JLT) |

## ASSENTED-TO MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT

Defendants Elan Corporation, plc, G. Kelly Martin, Lars Ekman, and Shane Cooke (collectively, the "Defendants") move to extend their time to answer, move, or otherwise respond to the Complaint to a mutually agreed-upon time until after this Court shall appoint a lead plaintiff and a consolidated complaint is filed with the Court. The plaintiffs have assented to this extension.

As grounds for their motion, Defendants submit that this schedule will streamline and resolution of this litigation and avoid unnecessary duplication of efforts.

The plaintiffs have agreed that this motion is made without prejudice to any or all rights or defenses that the Defendants have under law, including any and all jurisdictional defenses or claims for transfer to another judicial district, and that the filing of this motion shall not constitute a general appearance by the Defendants.

WHEREFORE, Defendants move that their time to answer, move, or otherwise respond to the Complaint shall be extended to a mutually agreed-upon time until after the Court appoints a lead plaintiff and a consolidated complaint is filed with the Court.

Dated:  May 9, 2005                  Elan Corporation, plc, G. Kelly Martin,
Lars Ekman, and Shane Cooke


  /s/ Frances S. Cohen
DECHERT LLP
Frances S. Cohen (BBO#542811)
200 Clarendon Street, 27th Floor
Boston, MA 02116-5021
(617) 728-7100
(617) 426-6567 (fax)

SHEARMAN & STERLING LLP
Jaculin Aaron
Panagiotis Katsambas
599 Lexington Avenue
New York, New York 10022-6069
(212) 848-4000
(212) 848-7179 (fax)

**ASSENT INDICATED**

Sidney D. Feldman Trust, individually and on behalf of all others similarly situated


  /s/ David Pastor (FSC)
GILMAN & PASTOR, LLP
David Pastor (BBO#391000)
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA 01906
(781) 231-7850
(781) 231-7840 (fax)

SCHIFFRIN & BARROWAY, LLP
Mark A. Topaz
Richard A. Maniskas
280 King of Prussia Rd.
Radnor, PA 19087
(610) 667-7706
(610) 667-7056 (fax)

2

## LOCAL RULE 7.1(A)(2) CERTIFICATION

I hereby certify that counsel for Defendants Elan Corporation, plc, G. Kelly Martin, Lars Ekman, and Shane Cooke conferred with counsel for the Plaintiffs in a good faith effort to resolve or narrow the issues presented by this motion and counsel for the Plaintiffs has assented to this motion.

Dated: May 9, 2005                              /s/ Frances S. Cohen
                                                           Frances S. Cohen

## CERTIFICATE OF SERVICE

I, Frances S. Cohen, hereby certify that a true copy of the above document was served upon the attorney of record for each other party by email on this 9th day of May, 2005.

                                                          /s/ Frances S. Cohen
                                                           Frances S. Cohen