# UNITED STATES DISTRICT COURT

District of
_____
MASSACHUSETTS

SIDNEY D. FELDMAN FAMILY TRUST,
Individually and On Behalf of All
Others Similarly Situated, Plaintiffs,

V.

ELAN CORPORATION, PLC, G. KELLY
MARTIN, LARS ECKMAN, and SHANE
COOKE

### SUMMONS IN A CIVIL CASE

## 05 10481 JLT

CASE NUMBER:

TO: (Name and address of Defendant)
Person Designated to Accept Service
Elan Corporation, plc
225 Franklin Street
Floor 26
Boston, MA

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David Pastor
Gilman and Pastor, LLP
Stonehill Corporate Center
999 Broadway, Suite 500
Saugus, MA 01906

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                                    MAR 14 2005
_____
CLERK

_____
(By) DEPUTY CLERK

## RETURN OF SERVICE

| | | DATE | |
|---|---|---|---|
| Service of the Summons and complaint was made by me[1] | | | APRIL 19, 2005 11:15 A.M. |

| | | TITLE | |
|---|---|---|---|
| NAME OF SERVER *(PRINT)*<br>BARBARA L. BEDUGNIS | | | CONSTABLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☒ Other (specify): BY GIVING SAID COPIES IN HAND TO HOLLY ANDRE, IT'S AGENT AND PERSON
IN CHARGE OF THE BUSINESS. SAID SERVICE WAS MADE AT
225 FRANKLIN STREET, #26, BOSTON, MAA

### STATEMENT OF SERVICE FEES

| TRAVEL | | SERVICES | | TOTAL | |
|---|---|---|---|---|---|
| | $6.00 | | $30.00 | | $36.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____ APRIL 19, 2005 _____ _____
Date _____ *Signature of Server*

BARBARA L. BEDUGNIS &
% ROSCOE, BEDUGNIS & ASSOCIATES
15 COURT SQUARE, SUITE 450
BOSTON, MA. 02108
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.